# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Joint Administration Requested) |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Morris, Nichols, Arsht & Tunnell LLP and King & Spalding LLP hereby enter their appearance (the "Notice of Appearance") in the above-captioned cases as counsel to Blue Torch Finance, LLC ("Blue Torch"), pursuant to section 1109(b) of title 11 of the United States Code, rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

| | |
|---|---|
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** <br> Robert J. Dehney (No. 3578) <br> Matthew Harvey (No. 5186) <br> Brenna Dolphin (No. 5604) <br> 1201 N. Market Street, 16th Floor <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> Telephone: (302) 658-9200 <br> Facsimile: (302) 658-3989 <br> Email: rdehney@morrisnichols.com <br>          mharvey@morrisnichols.com <br>          bdolphin@morrisnichols.com | **KING & SPALDING LLP** <br> Geoffrey M. King <br> 110 N Wacker Drive, Suite 3800 <br> Chicago, Illinois 60606 <br> Telephone: (312) 995-6533 <br> Email: gking@kslaw.com <br> <br> Roger G. Schwartz <br> Miguel Cadavid <br> 1185 Avenue of the Americas <br> New York, NY 10036 <br> Telephone: (212) 556-2100 <br> Email: rschwartz@kslaw.com <br>          mcadavid@kslaw.com |

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, email or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases, with respect to (a) the debtors in the above-captioned cases (the "Debtors") and any related adversary proceedings, whether currently pending or later commenced, (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use, or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of Blue Torch: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or

judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which Blue Torch is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

*(Remainder of page intentionally left blank)*

Dated: December 10, 2023
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Brenna Dolphin*
Robert J. Dehney (No. 3578)
Matthew Harvey (No. 5186)
Brenna Dolphin (No. 5604)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@morrisnichols.com
       mharvey@morrisnichols.com
       bdolphin@morrisnichols.com

-and-

**KING & SPALDING LLP**
Geoffrey M. King (*pro hac vice* pending)
110 N Wacker Drive, Suite 3800
Chicago, Illinois 60606
Telephone: (312) 995-6533
Email: gking@kslaw.com

Roger G. Schwartz (*pro hac vice* pending)
Miguel Cadavid (*pro hac vice* pending)
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Email:  rschwartz@kslaw.com
        mcadavid@kslaw.com

*Counsel to Blue Torch Finance, LLC*