# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Joint Administration Requested) |

### AMENDED[2] NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND RELATED DOCUMENTS AND (II) AGENDA FOR HEARING ON FIRST DAY PLEADINGS SCHEDULED FOR DECEMBER 11, 2023 AT 1:00 P.M. (ET) BEFORE THE HONORABLE THOMAS M. HORAN, UNITED STATES BANKRUPTCY JUDGE FOR THE DISTRICT OF DELAWARE[3]

**THIS HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THIS HEARING BY NO LATER THAN DECMEBER 11, 2023 AT 11:00 A.M. (ET):**
**https://debuscourts.zoomgov.com/meeting/register/vJItceCgrTgpEtGfxH0YcwIwvPi9wIHBIa4**

**AFTER REGISTERING YOUR APPPEARANCE BY ZOOM, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING.**

**PLEASE TAKE NOTICE** that, on December 8, 2023, the above-captioned affiliated debtors and debtors in possession (the "Debtors") filed the following voluntary petitions (the "Petitions") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–532 (the "Bankruptcy Code") and related pleadings with the Clerk of the United States Bankruptcy Court for the District of Delaware. The Debtors continue to operate their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

[2] **All amendments appear in bold.**

[3] All motions and other pleadings referenced herein are available free of charge by visiting the Debtor's case website at https://cases.ra.kroll.com/near/ or by request to Debtors' proposed counsel (Chad Corazza, paralegal, at ccorazza@ycst.com)

**PETITION AND RELATED PLEADINGS**

1. **Voluntary Petitions**
    A. Near Intelligence, Inc. [Case No. 23-11962]
    B. Near Intelligence LLC [Case No. 23-11965]
    C. Near Intelligence Pte. Ltd. [Case No. 23-11966]
    D. Near North America, Inc. [Case No. 23-11967]

2. Declaration of John Faieta in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 14; 12/8/23]

    **PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the following first day pleadings (collectively, the "First Day Pleadings"), to the extent set forth below, is scheduled for **December 11, 2023 at 1:00 p.m. (ET)** (the "First Day Hearing") before The Honorable Thomas M. Horan, United States Bankruptcy Judge for the District of Delaware. The First Day Hearing shall be conducted entirely by Zoom.

**FIRST DAY PLEADINGS GOING FORWARD**

3. Debtors' Motion for an Order Authorizing Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 2; 12/8/23]

    Status:    This matter will be going forward.

4. Debtors' Application for Entry of an Order Appointing Kroll Restructuring Administration as Claims an Noticing Agent [Docket No. 3; 12/8/23]

    **Related Documents:**

    A. **Certification of Counsel Submitting Revised Proposed Order Appointing Kroll Restructuring Administration as Claims an Noticing Agent [Docket No. 38; 12/11/23]**

    Status:    **A revised order has been submitted under certification of counsel to address comments from the U.S. Trustee.** This matter will be going forward.

5. Debtors' Motion For Entry of an Order (I) Restating and Enforcing Protections of 11 U.S.C. §§ 362, 365, 525, and 541(c), (II) Approving Notice Related to Non-Debtor Affiliates, and (III) Granting Related Relief [Docket No. 4; 12/8/23]

    **Related Documents:**

    A. **Certification of Counsel Submitting Revised Proposed Order (I) Restating and Enforcing Protections of 11 U.S.C. §§ 362, 365, 525, and 541(c), (II) Approving Notice Related to Non-Debtor Affiliates, and (III) Granting Related Relief [Docket No. 37; 12/11/23]**

    Status: **A revised order has been submitted under certification of counsel to address comments from the U.S. Trustee.** This matter will be going forward.

6. Debtors' Motion for Entry of An Order Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors and (C) File Under Seal Portions of the Creditor Matrix and Other Filings Containing Certain Personal Identification Information [Docket No. 5; 12/8/23]

   **Related Documents:**

   A. **Certification of Counsel Submitting Revised Proposed Order Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors and (C) File Under Seal Portions of the Creditor Matrix and Other Filings Containing Certain Personal Identification Information [Docket No. 41; 12/11/23]**

   Status: **A revised order has been submitted under certification of counsel to address comments from the U.S. Trustee.** This matter will be going forward on an interim basis.

7. Debtors' Motion for Interim and Final Orders Establishing Notice and Hearing Procedures for Trading In, or Certain Claims of Worthlessness with Respect to, Equity Securities in Debtor Near Intelligence, Inc. [Docket No. 6; 12/8/23]

   **Related Documents:**

   A. **Certification of Counsel Submitting Revised Proposed Interim Order Establishing Notice and Hearing Procedures for Trading In, or Certain Claims of Worthlessness with Respect to, Equity Securities in Debtor Near Intelligence, Inc. [Docket No. 42; 12/11/23]**

   Status: **A revised order has been submitted under certification of counsel to address comments from the U.S. Trustee.** This matter will be going forward on an interim basis.

8. Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees Related Obligations and (II) Authorizing the Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief [Docket No. 7; 12/8/23]

   Status: This matter will be going forward on an interim basis.

9. Debtors' Motion for Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies

        Adequately Assured of Future Payment, (III) Establishing Procedures for Resolving Objections by Utility Companies and Determining Any Additional Adequate Assurance of Payment, and (IV) Granting Related Relief [Docket No. 8; 12/8/23]

        Status:        This matter will be going forward on an interim basis.

10. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue Their Insurance Policies and Pay All Obligations in Respect Thereof; (II) Authorizing the Debtors' Banks and Other Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations; and (III) Granting Related Relief [Docket No. 9; 12/8/23]

    **Related Documents:**

        A.    **Certification of Counsel Submitting Revised Proposed Interim (I) Authorizing the Debtors to Continue Their Insurance Policies and Pay All Obligations in Respect Thereof; (II) Authorizing the Debtors' Banks and Other Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations; and (III) Granting Related Relief [Docket No. 39; 12/11/23]**

        Status:    **A revised order has been submitted under certification of counsel to address comments from the U.S. Trustee.** This matter will be going forward on an interim basis.

11. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto, (II) Authorizing the Banks to Honor and Process Check and Electronic Transfer Request Related Thereto, and (III) Granting Related Relief [Docket No. 10; 12/8/23]

    Status:    This matter will be going forward on an interim basis.

12. Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue and Maintain Their Cash Management System, Including Bank Accounts and Business Forms, (B) Continue Intercompany Transactions, and (C) Honor Certain Prepetition Obligations Related Thereto; (II) Waiving Certain Operating Guidelines; (III) Extending the Time to Comply with Section 345(b) of the Bankruptcy Code; and (IV) Granting Related Relief [Docket No. 11; 12/8/23]

    Status:    This matter will be going forward on an interim basis.

13. Debtors' Motion For Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Certain Prepetition Employment Obligations and (B) Maintain Employee Benefits Programs and (II) Granting Related Relief [Docket No. 12; 12/8/23]

    **Related Documents:**

    A.    **Certification of Counsel Submitting Revised Proposed Interim Order (I) Authorizing Debtors to (A) Pay Certain Prepetition Employment Obligations and (B) Maintain Employee Benefits Programs and (II) Granting Related Relief [Docket No. 40; 12/11/23]**

    Status:    **A revised order has been submitted under certification of counsel to address comments from the U.S. Trustee.** This matter will be going forward on an interim basis.

14.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Administrative Expense Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 15; 12/8/23]

    A.    Declaration of Abraham T. Han in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Administrative Expense Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 16; 12/8/23]

    Status:    This matter will be going forward on an interim basis.

**PLEASE TAKE FURTHER NOTICE** that parties who wish to attend the First Day Hearing may do so by registering their Zoom appearance through the following link: https://debuscourts.zoomgov.com/meeting/register/vJItceCgrTgpEtGfxH0YcwIwvPi9wIHBIa4. After registering your appearance by Zoom, you will receive an email confirmation containing information about joining the hearing.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Pleadings may be made at the First Day Hearing.

[*Signature page follows*]

Dated: December 11, 2023
Wilmington, Delaware

        **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

        */s/ Shane M. Reil*
        Edmon L. Morton (No. 3856)
        Matthew B. Lunn (No. 4119)
        Shane M. Reil (No. 6195)
        Carol E. Cox (No. 6936)
        Rodney Square
        1000 North King Street
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253
        emorton@ycst.com
        mlunn@ycst.com
        sreil@ycst.com
        ccox@ycst.com

        -and-

        **WILLKIE FARR & GALLAGHER LLP**
        Rachel C. Strickland (*pro hac vice* pending)
        Andrew S. Mordkoff (*pro hac vice* pending)
        Joseph R. Brandt (*pro hac vice* pending)
        787 Seventh Avenue
        New York, New York 10019
        Telephone: (212) 728-8000
        Facsimile: (212) 728-8111
        rstrickland@willkie.com
        amordkoff@willkie.com
        jbrandt@willkie.com

        *Proposed Co-Counsel to the Debtors and Debtors in Possession*