## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.,*[1] | Case No.  23-11962 (TMH) |
| Debtors. | (Joint Administration Requested) |

### AFFIDAVIT OF SERVICE

I, Christine Porter, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 8, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Core/2002 Email Service List attached hereto as **Exhibit A**:

- Debtors' Motion for an Order Authorizing Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 2]

- Debtors' Application for Entry of an Order Appointing Kroll Restructuring Administration LLC as Claims and Noticing Agent [Docket No. 3]

- Debtors' Motion for Entry of Order (I) Restating and Enforcing Protections of 11 U.S.C. §§ 362, 365, 525, and 541(C), (II) Approving Notice Related to Non-Debtor Affiliates, and (III) Granting Related Relief [Docket No. 4]

- Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors and (III) File Under Seal Portions of the Creditor Matrix and Other Filings Containing Certain Personal Identification Information [Docket No. 5]

- Debtors' Motion for Interim and Final Orders Establishing Notice and Hearing Procedures for Trading in, or Certain Claims of Worthlessness with Respect to, Equity Securities in Debtor Near Intelligence, Inc. [Docket No. 6] (the "***NOL Motion***")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd.  The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

- Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations, (II) Authorizing the Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief [Docket No. 7] (the "***Tax Payment Motion***")

- Debtors' Motion for Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Resolving Objections by Utility Companies and Determining Any Additional Adequate Assurance of Payment, and (IV) Granting Related Relief [Docket No. 8]

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue Their Insurance Policies and Pay All Obligations in Respect Thereof, (II) Authorizing the Debtors' Banks and Other Financial Institutions to Honor and Process Checks and Transfers Related Thereto, and (III) Granting Related Relief [Docket No. 9] (the "***Insurance Motion***")

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto, (II) Authorizing the Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief [Docket No. 10] (the "***Customer Programs Motion***")

- Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue and Maintain Their Cash Management System, Including Bank Accounts and Business Forms, (B) Continue Intercompany Transactions, and (C) Honor Certain Prepetition Obligations Related Thereto, (II) Waiving Certain Operating Guidelines, (III) Extending the Time to Comply with Section 345(b) of the Bankruptcy Code, and (IV) Granting Related Relief [Docket No. 11] (the "***Cash Management Motion***")

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Certain Prepetition Employment Obligations and (B) Maintain Employee Benefits Programs and (II) Granting Related Relief [Docket No. 12] (the "***Employee Wages Motion***")

- Declaration of John Faieta in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 14]

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Administrative Expense Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 15]

SRF 75021

- Declaration of Abraham T. Han in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Administrative Expense Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 16]

- Notice of (I) Filing of Bankruptcy Petitions and Related Documents and (II) Agenda for Hearing on First Day Pleadings Scheduled for December 11, 2023 at 1:00 p.m. (ET) Before the Honorable Thomas M. Horan, United States Bankruptcy Judge for the District of Delaware [Docket No. 17] (the "***Agenda for Hearing***")

On December 8, 2023, at my direction and under my supervision, employees of Kroll caused the NOL Motion, Tax Payment Motion, Insurance Motion, Customer Programs Motion, Cash Management Motion, the Employee Wages Motion and Agenda for Hearing to be served via email on the Bank Email Service List attached hereto as **Exhibit B**.

On December 8, 2023, at my direction and under my supervision, employees of Kroll caused the Agenda for Hearing to be served (1) by the method set forth on the Core/2002 Service List attached hereto as **Exhibit C**; (2) via Overnight Mail on the Bank Service List attached hereto as **Exhibit D**; (3) via Overnight Mail on the Insurance Service List attached hereto as **Exhibit E**; (4) via Overnight Mail on the Tax Service List attached hereto as **Exhibit F**; and (5) via Overnight Mail on the Utilities Service List attached hereto as **Exhibit G**.

Dated: December 11, 2023

/s/ *Christine Porter*
Christine Porter

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 11, 2023, by Christine Porter, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 75021

**Exhibit A**

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Top 30 Unsecured Creditor | Akama Holdings LZ-LLC | Attn: Alexandre Hawari<br>P.O. 14303<br>Riyadh 11424 Saudi Arabia | alexandre@akamaholding.com |
| Top 30 Unsecured Creditor | Amazon Web Services, Inc | Attn: Jon Jones<br>440 Terry Avenue North<br>Seattle WA 98109-5210 | jonjones@amazon.com |
| Top 30 Unsecured Creditor | CANTOR FITZGERALD & CO. | Attn: Sage Kelly<br>110 East 59th Street<br>New York NY 10022 | sage.kelly@cantor.com |
| Top 30 Unsecured Creditor | Contact Discovery Services | Attn: Joshua F. Blanthorn<br>1100 13th Street<br>NW Suite 925<br>Washington DC 20005 | jblanthorn@contactdiscoveryservices.com |
| State Attorney General | Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Building<br>820 N. French Street 6th Floor<br>Wilmington DE 19801 | attorney.general@state.de.us<br>attorney.general@delaware.gov |
| Top 30 Unsecured Creditor | EdgarAgents, LLC | Attn: John Bonerbo<br>207 West 25th Street<br>9th Floor<br>New York NY 10001 | john.bonerbo@edgaragents.com |
| Top 30 Unsecured Creditor | Gopal Srinivasan | Attn: Gopal Srinivasan<br>14 Boat Club Road<br>Raja Annamalaipuram<br>Chennai Tamil Nadu 600028 India | investments@gopal.com |
| Top 30 Unsecured Creditor | Greater Pacific Capital Management Ltd,<br>GPC NIV LTD. | Attn: Vumindaba Dube<br>PO Box 309<br>Ugland House, Grand Cayman<br>George town KY1-1104 Cayman Islands | vdube@waystone.com |
| Top 30 Unsecured Creditor | Haynes and Boone, LLP | Attn: Rosebud Nau<br>2801 N. Harwood Street<br>Suite 2300<br>Dallas TX 75201 | rosebud.nau@haynesboone.com |

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Top 30 Unsecured Creditor | ICR LLC | Attn: John Sorensen<br>761 Main Avenue<br>Norwalk CT 06851- | legal@icrinc.com |
| Top 30 Unsecured Creditor | Interxion Ireland DAC Limited | Attn: Niamh O'Hara<br>Unit 24 Hume Ave<br>Park West Business Park<br>Dublin 12 Ireland | arinvoicesirl@interxion.com |
| Counsel to the Stalking Horse Bidder, the Prepetition Lenders and DIP Lenders | King & Spalding LLP | Attn: Roger Schwartz, Geoffrey King, Miguel Cadavid<br>1185 Avenue of the Americas<br>34th Floor<br>New York NY 10036 | rschwartz@kslaw.com<br>gking@kslaw.com<br>mcadavid@kslaw.com |
| Top 30 Unsecured Creditor | Kirkland & Ellis LLP | Attn: Tamar Donikyan<br>601 Lexington Avenue<br>New York NY 10022 | tamar.donikyan@kirkland.com |
| Top 30 Unsecured Creditor | KludeIn Prime, LLC | Attn: President or General Counsel<br>1096, Keeler Avenue<br>Berkeley CA 94708 | info@inkludelabs.com |
| Top 30 Unsecured Creditor | Magnite, Inc. | Attn: Tony Nguyen<br>6080 Center Drive<br>Suite 400/4th Floor<br>Los Angeles CA 90045 | tnguyen@magnite.com |
| Counsel to the Stalking Horse Bidder, the Prepetition Lenders and DIP Lenders | Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert Dehney, Matthew Harvey, Brenna Dolphin, Austin Park<br>1201 N. Market St., #1600<br>Wilmington DE 19801 | rdehney@morrisnichols.com<br>mharvey@morrisnichols.com<br>bdolphin@morrisnichols.com<br>apark@morrisnichols.com |
| State Attorney General | National Association of Attorneys General | Attn: Karen Cordry<br>1850 M St., NW 12th Floor<br>Washington DC 20036 | kcordry@naag.org |
| Debtors | Near Intelligence, Inc. | Attn: President or General Counsel<br>100 W. Walnut St., Suite A-4<br>Pasadena CA 91124 | |
| Top 30 Unsecured Creditor | North Land Capital Markets | Attn: Jeff Peterson<br>150 South 5th Street<br>Suite 3300<br>Minneapolis MN 55402 | jpeterson@northlandcapitalmarkets.com |

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| State Attorney General | Office of the South Carolina Attorney General | Attn: Jared Q. Libet, Rebecca M. Hartner<br>P.O. Box 11549<br>Columbia SC 29211-1549 | jlibet@scag.gov<br>rhartner@scag.gov |
| Top 30 Unsecured Creditor | Palisades Media Group, Inc. | Attn: Roger Schaffner, CEO<br>1601 Cloverfield Blvd.<br>Ste 6000n<br>Santa Monica CA 90404 | contact@palisadesmedia.com |
| Top 30 Unsecured Creditor | Polar Multi Strategy Master Fund Polar Asset Management Partners Inc. | Attn: Attn: Jillian Bruce<br>16 York Street<br>Suite 2900<br>Toronto ON M5J 0E6 Canada | legal@polaramp.com<br>jbruce@polaramp.com |
| Securities and Exchange Commission | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities and Exchange Commission | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Blvd, Suite 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov |
| Top 30 Unsecured Creditor | Sequoia Capital India III Ltd | Attn: Suzanne Gujadhur, Krishnacoomari Bundhoo<br>5th Floor<br>24 Cyber City, Ebene Esplanade<br>Quatre Bornes Mauritius | sequoiagroup@internationalproximity.com |
| Top 30 Unsecured Creditor | Smaato, Inc. | Attn: President or General Counsel<br>240 Stockton St 9th Floor<br>San Francisco CA 94108 | accounting@smaato.com |
| State Attorney General | State of Alaska Attorney General | Attn: Bankruptcy Department<br>P.O. Box 110300<br>Juneau AK 99811-0300 | attorney.general@alaska.gov |
| State Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department<br>2005 N Central Ave<br>Phoenix AZ 85004-2926 | aginfo@azag.gov |

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| State Attorney General | State of California Attorney General | Attn: Bankruptcy Department<br>P.O. Box 944255<br>Sacramento CA 94244-2550 | bankruptcy@coag.gov |
| State Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department<br>165 Capitol Avenue<br>Hartford CT 06106 | attorney.general@ct.gov<br>denise.mondell@ct.gov |
| State Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Department<br>425 Queen St.<br>Honolulu HI 96813 | hawaiiag@hawaii.gov |
| State Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Department<br>100 West Randolph Street<br>Chicago IL 60601 | webmaster@atg.state.il.us |
| State Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department<br>1305 E. Walnut Street<br>Des Moines IA 50319 | webteam@ag.iowa.gov |
| State Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Department<br>P.O. Box 94095<br>Baton Rouge LA 70804-4095 | consumerinfo@ag.state.la.us |
| State Attorney General | State of Maine Attorney General | Attn: Bankruptcy Department<br>6 State House Station<br>Augusta  ME 04333 | oag.mediation@maine.gov |
| State Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Department<br>200 St. Paul Place<br>Baltimore MD 21202-2202 | oag@oag.state.md.us |
| State Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St., P.O. Box 30212<br>Lansing MI 48909-0212 | miag@michigan.gov |
| State Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City MO 65102 | attorney.general@ago.mo.gov |

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| State Attorney General | State of Montana Attorney General | Attn: Bankruptcy Department<br>215 N Sanders, Third Floor<br>PO Box 201401<br>Helena MT 59620-1401 | contactdoj@mt.gov |
| State Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Department<br>2115 State Capitol<br>2nd Fl, Rm 2115<br>Lincoln NE 68509-8920 | ago.info.help@nebraska.gov |
| State Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department<br>100 North Carson Street<br>Carson City NV 89701 | aginfo@ag.nv.gov |
| State Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Department<br>33 Capitol St.<br>Concord NH 03301 | attorneygeneral@doj.nh.gov |
| State Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department<br>RJ Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton NJ 08625-0080 | askconsumeraffairs@lps.state.nj.us |
| State Attorney General | State of New York Attorney General | Attn: Martin A. Mooney<br>Office of the New York State Attorney General<br>Civil Recoveries Bureau, Bankruptcy Litigation Unit<br>Albany NY 12224-0341 | Martin.Mooney@ag.ny.gov |
| State Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Department<br>State Capitol<br>600 E Boulevard Ave Dept 125<br>Bismarck ND 58505-0040 | ndag@nd.gov |
| State Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department<br>1162 Court Street NE<br>Salem OR 97301 | consumer.hotline@doj.state.or.us |
| State Attorney General | State of Pennsylvania Attorney General | Attn: Melissa L. Van Eck, Jason L. Swartley<br>Strawberry Square<br>15th Floor<br>Harrisburg PA 17101 | jswartley@attorneygeneral.gov<br>mvaneck@attorneygeneral.gov |

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| State Attorney General | State of South Dakota Attorney General | Attn: Bankruptcy Department<br>1302 East Highway 14<br>Suite 1<br>Pierre SD 57501-8501 | consumerhelp@state.sd.us |
| State Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department<br>Po Box 142320<br>Salt Lake City UT 84114-2320 | uag@utah.gov |
| State Attorney General | State of Vermont Attorney General | Attn: Bankruptcy Department<br>109 State St.<br>Montpelier VT 05609-1001 | ago.info@vermont.gov |
| State Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Department<br>State Capitol Bldg 1 Room E 26<br>Charleston WV 25305 | consumer@wvago.gov |
| Top 30 Unsecured Creditor | Talent Hunt USA | Attn: Paul Huffman<br>304 S. Jones Blvd Ste 8851<br>Las Vegas NV 89107 | paul@talenthunt.ca |
| Top 30 Unsecured Creditor | Taylor Wessing LLP | Attn: Ross McNaughton<br>5 New Street Square<br>London 94005 Great Britain | R.McNaughton@taylorwessing.com |
| Top 30 Unsecured Creditor | Telstra Ventures Fund II, LP | Attn: Tom Chamberlain<br>North Suite 2<br>Town Mills, Rue Du Pre<br>St Peter Port GY1 1LT Guernsey | geoff@telstraventures.com<br>telstra@langhamhall.com |
| Top 30 Unsecured Creditor | The Benchmark Company, LLC | Attn: Joseph J. Kronk<br>150 East 58th Street<br>New York NY 10155 | jkronk@benchmarkcompany.com |
| Top 30 Unsecured Creditor | The Ebinger Family Trust | Attn: Jonathan Ebinger<br>481 W Maple Way<br>Woodside CA 94062 | ebinger.jr@gmail.com |
| Top 30 Unsecured Creditor | Titan Columbus Ventures | Attn: John Cronin<br>2559 Harvard Lane<br>Seaford NY 11783 | johnmcronin23@gmail.com |
| Securities and Exchange Commission | U.S. Securities and Exchange Commission - Headquarters | Secretary of the Treasury<br>100 F. Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov |

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Top 30 Unsecured Creditor | UHY LLP | Attn: Mehmet Sengulen<br>1185 Avenue of Americas<br>38th Floor<br>New York NY 10036 | msengulen@uhy-us.com |
| Top 30 Unsecured Creditor | Venable LLP | Attn: William N Haddad<br>151 W. 42nd Street<br>49th Floor<br>New York NY 10036 | wnhaddad@venable.com |
| Top 30 Unsecured Creditor | Verve Group Europe GmbH | Attn: Daniela silvasantos<br>Karl-Liebknecht-Str 32<br>Berlin DE 10178 Germany | daniela.silvasantos@verve.com |
| State Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department<br>400 6th Street, NW<br>Washington DC 20001 | oag@dc.gov |
| Proposed Counsel to Debtors and Debtors In Possession | Willkie Farr & Gallagher LLP | Attn: Rachel C. Strickland, Andrew S. Mordkoff, Joseph R. Brandt<br>787 Seventh Avenue<br>New York NY 10019 | rstrickland@willkie.com<br>amordkoff@willkie.com<br>jbrandt@willkie.com |
| Top 30 Unsecured Creditor | YA II PN, Ltd c/o Yorkville Advisors Global, LLC | Attn: Mark Angelo<br>1012, Springfield Avenue<br>Mountainside NJ 07092- | legal@yorkvilleadvisors.com |
| Proposed Counsel to Debtors and Debtors In Possession | Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L. Morton, Matthew B. Lunn, Shane M. Reil, Carol E. Cox<br>1000 North King Street<br>Rodney Square<br>Wilmington DE 19801 | emorton@ycst.com<br>mlunn@ycst.com<br>sreil@ycst.com<br>ccox@ycst.com |

**<u>Exhibit B</u>**

Exhibit B
Bank Email Service List
Served via email

| CMID | NAME | EMAIL |
|------|------|-------|
| CM009 | YA II PN, Ltd | legal@yorkvilleadvisors.com |
| CM600 | Maurya | neena@akamaholding.com |
| CM413 | Gopal Srinivasan (Polar Asset Management Partners Inc) | rbhat@polaramp.com; jbruce@polaramp.com; legal@polaramp.com |

## Exhibit C

Exhibit C
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| State Attorney General | Commonwealth of Massachusetts Office of the Attorney General | Attn: Gillian Feiner<br>One Ashburton Place<br>Boston  MA 02108 | | | Overnight Mail |
| State Attorney General | Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Building<br>820 N. French Street 6th Floor<br>Wilmington DE 19801 | | attorney.general@state.de.us<br>attorney.general@delaware.gov | Overnight Mail |
| Top 30 Unsecured Creditor | EGS Inc. | Attn: President or General Counsel<br>333 W. Hampden Ave. Suite 530<br>Englewood CO 80110 | | | Overnight Mail |
| Top 30 Unsecured Creditor | HERE Europe B.V. | Attn: R.A.J. Houben<br>Kennedyplein 222-226<br>Eindhoven ZT 5611 Netherlands | | | Overnight Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>1111 Constitution Ave., NW<br>Washington DC 20224 | 855-235-6787 | | Overnight Mail and Facsimile |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | 855-235-6787 | | Overnight Mail and Facsimile |
| Counsel to the Stalking Horse Bidder, the Prepetition Lenders and DIP Lenders | King & Spalding LLP | Attn: Roger Schwartz, Geoffrey King, Miguel Cadavid<br>1185 Avenue of the Americas<br>34th Floor<br>New York NY 10036 | | rschwartz@kslaw.com<br>gking@kslaw.com<br>mcadavid@kslaw.com | Overnight Mail |
| Counsel to the Stalking Horse Bidder, the Prepetition Lenders and DIP Lenders | Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert Dehney, Matthew Harvey, Brenna Dolphin, Austin Park<br>1201 N. Market St., #1600<br>Wilmington DE 19801 | | rdehney@morrisnichols.com<br>mharvey@morrisnichols.com<br>bdolphin@morrisnichols.com<br>apark@morrisnichols.com | Overnight Mail |
| State Attorney General | Office of the South Carolina Attorney General | Attn: Jared Q. Libet, Rebecca M. Hartner<br>P.O. Box 11549<br>Columbia SC 29211-1549 | | jlibet@scag.gov<br>rhartner@scag.gov | Overnight Mail |
| United States Trustee for the District of Delaware | Office of the United States Trustee for the District of Delaware | Attn: Ben Hackman<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington DE 19801 | | Benjamin.a.hackman@usdoj.gov | Overnight Mail |
| Securities and Exchange Commission | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | Overnight Mail |
| Securities and Exchange Commission | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Blvd, Suite 520<br>Philadelphia PA 19103 | | secbankruptcy@sec.gov | Overnight Mail |

Exhibit C
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| State Attorney General | State of Alabama Attorney General | Attn: Bankruptcy Department<br>P.O. Box 300152<br>Montgomery AL 36130-0152 | | | Overnight Mail |
| State Attorney General | State of Alaska Attorney General | Attn: Bankruptcy Department<br>P.O. Box 110300<br>Juneau AK 99811-0300 | | attorney.general@alaska.gov | Overnight Mail |
| State Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department<br>2005 N Central Ave<br>Phoenix AZ 85004-2926 | | aginfo@azag.gov | Overnight Mail |
| State Attorney General | State of Arkansas Attorney General | Attn: Bankruptcy Department<br>323 Center St.<br>Suite 200<br>Little Rock AR 72201-2610 | | | Overnight Mail |
| State Attorney General | State of California Attorney General | Attn: Bankruptcy Department<br>P.O. Box 944255<br>Sacramento CA 94244-2550 | | bankruptcy@coag.gov | Overnight Mail |
| State Attorney General | State of Colorado Attorney General | Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver CO 80203 | 720-508-6030 | | Overnight Mail and Facsimile |
| State Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department<br>165 Capitol Avenue<br>Hartford CT 06106 | | attorney.general@ct.gov<br>denise.mondell@ct.gov | Overnight Mail |
| State Attorney General | State of Florida Attorney General | Attn: Bankruptcy Department<br>The Capitol, Pl 01<br>Tallahassee FL 32399-1050 | 850-488-4872 | | Overnight Mail and Facsimile |
| State Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department<br>40 Capital Square, SW<br>Atlanta GA 30334-1300 | 404-657-8733 | | Overnight Mail and Facsimile |
| State Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Department<br>425 Queen St.<br>Honolulu HI 96813 | | hawaiiag@hawaii.gov | Overnight Mail |
| State Attorney General | State of Idaho Attorney General | Attn: Bankruptcy Department<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise ID 83720-1000 | 208-854-8071 | | Overnight Mail and Facsimile |
| State Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Department<br>100 West Randolph Street<br>Chicago IL 60601 | | webmaster@atg.state.il.us | Overnight Mail |
| State Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department<br>1305 E. Walnut Street<br>Des Moines IA 50319 | | webteam@ag.iowa.gov | Overnight Mail |
| State Attorney General | State of Kansas Attorney General | Attn: Bankruptcy Department<br>120 SW 10th Ave., 2nd Floor<br>Topeka  KS 66612-1597 | 785-296-6296 | | Overnight Mail and Facsimile |

Exhibit C
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| State Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Department<br>700 Capitol Avenue, Suite 118<br>Frankfort  KY 40601 | 502-564-2894 | | Overnight Mail and Facsimile |
| State Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Department<br>P.O. Box 94095<br>Baton Rouge LA 70804-4095 | | consumerinfo@ag.state.la.us | Overnight Mail |
| State Attorney General | State of Maine Attorney General | Attn: Bankruptcy Department<br>6 State House Station<br>Augusta  ME 04333 | | oag.mediation@maine.gov | Overnight Mail |
| State Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Department<br>200 St. Paul Place<br>Baltimore MD 21202-2202 | | oag@oag.state.md.us | Overnight Mail |
| State Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St., P.O. Box 30212<br>Lansing MI 48909-0212 | | miag@michigan.gov | Overnight Mail |
| State Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Department<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul MN 55101-2131 | | | Overnight Mail |
| State Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Department<br>Walter Sillers Building<br>550 High Street, Suite 1200, P.O. Box 220<br>Jackson MS 39201 | | | Overnight Mail |
| State Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City MO 65102 | | attorney.general@ago.mo.gov | Overnight Mail |
| State Attorney General | State of Montana Attorney General | Attn: Bankruptcy Department<br>215 N Sanders, Third Floor<br>PO Box 201401<br>Helena MT 59620-1401 | | contactdoj@mt.gov | Overnight Mail |
| State Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Department<br>2115 State Capitol<br>2nd Fl, Rm 2115<br>Lincoln NE 68509-8920 | | ago.info.help@nebraska.gov | Overnight Mail |
| State Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department<br>100 North Carson Street<br>Carson City NV 89701 | | aginfo@ag.nv.gov | Overnight Mail |
| State Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Department<br>33 Capitol St.<br>Concord NH 03301 | | attorneygeneral@doj.nh.gov | Overnight Mail |

Exhibit C
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| State Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department<br>RJ Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton NJ 08625-0080 | | askconsumeraffairs@lps.state.nj.us | Overnight Mail |
| State Attorney General | State of New Mexico Attorney General | Attn: Bankruptcy Department<br>P.O. Drawer 1508<br>Santa Fe NM 87504-1508 | | | Overnight Mail |
| State Attorney General | State of New York Attorney General | Attn: Bankruptcy Unit, Civil Recoveries Bureau<br>Office of the Attorney General<br>The Capitol<br>Albany NY 12224-0341 | | | Overnight Mail |
| State Attorney General | State of North Carolina Attorney General | Attn: Bankruptcy Department<br>9001 Mail Service Center<br>Raleigh NC 27699-9001 | 919-716-6750 | | Overnight Mail and Facsimile |
| State Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Department<br>State Capitol<br>600 E Boulevard Ave Dept 125<br>Bismarck ND 58505-0040 | | ndag@nd.gov | Overnight Mail |
| State Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Department<br>30 E. Broad St., 14th Floor<br>Columbus OH 43215 | | | Overnight Mail |
| State Attorney General | State of Oklahoma Attorney General | Attn: Bankruptcy Department<br>313 Ne 21St Street<br>Oklahoma City OK 73105 | | | Overnight Mail |
| State Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department<br>1162 Court Street NE<br>Salem OR 97301 | | consumer.hotline@doj.state.or.us | Overnight Mail |
| State Attorney General | State of Pennsylvania Attorney General | Attn: Melissa L. Van Eck, Jason L. Swartley<br>Strawberry Square<br>15th Floor<br>Harrisburg PA 17101 | | jswartley@attorneygeneral.gov<br>mvaneck@attorneygeneral.gov | Overnight Mail |
| State Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Department<br>150 South Main Street<br>Providence RI 02903 | | | Overnight Mail |
| State Attorney General | State of South Dakota Attorney General | Attn: Bankruptcy Department<br>1302 East Highway 14<br>Suite 1<br>Pierre SD 57501-8501 | | consumerhelp@state.sd.us | Overnight Mail |
| State Attorney General | State of Tennessee Attorney General | Attn: Laura L. McCloud, Bankruptcy<br>P.O. Box 20207<br>Nashville TN 37202-0207 | 615-741-3334 | | Overnight Mail and Facsimile |
| State Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department<br>Po Box 142320<br>Salt Lake City UT 84114-2320 | | uag@utah.gov | Overnight Mail |

Exhibit C

Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| State Attorney General | State of Vermont Attorney General | Attn: Bankruptcy Department<br>109 State St.<br>Montpelier VT 05609-1001 | | ago.info@vermont.gov | Overnight Mail |
| State Attorney General | State of Virginia Attorney General | Attn: Financial Recovery Section<br>Post Office Box 610<br>Richmond  VA 23218-0610 | 804-225-4378 | | Overnight Mail and Facsimile |
| State Attorney General | State of Washington Attorney General | Attn: Bankruptcy Department<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia WA 98504-0100 | | | Overnight Mail |
| State Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Department<br>State Capitol Bldg 1 Room E 26<br>Charleston WV 25305 | | consumer@wvago.gov | Overnight Mail |
| State Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Department<br>Wisconsin Department of Justice<br>State Capitol, Room 114 East, P. O. Box 7857<br>Madison WI 53707-7857 | | | Overnight Mail |
| State Attorney General | State of Wyoming Attorney General | Attn: Bankruptcy Department<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne WY 82002 | 307-777-6869 | | Overnight Mail and Facsimile |
| U.S. Attorney for the District of Delaware | U.S. Attorney for Delaware | Attn: David C. Weiss & Ellen Slights<br>U.S. Attorney's Office<br>1313 N Market Street, Suite 400<br>Wilmington DE 19801 | 302-573-6220 | | Overnight Mail and Facsimile |
| Securities and Exchange Commission | U.S. Securities and Exchange Commission - Headquarters | Secretary of the Treasury<br>100 F. Street NE<br>Washington DC 20549 | | secbankruptcy@sec.gov | Overnight Mail |
| State Attorney General | United States of America Attorney General | Attn: Bankruptcy Department<br>Us Dept of Justice<br>950 Pennsylvania Ave Nw<br>Washington DC 20530-0001 | | | Overnight Mail |
| State Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department<br>400 6th Street, NW<br>Washington DC 20001 | | oag@dc.gov | Overnight Mail |
| Proposed Counsel to Debtors and Debtors In Possession | Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L. Morton, Matthew B. Lunn, Shane M. Reil, Carol E. Cox<br>1000 North King Street<br>Rodney Square<br>Wilmington DE 19801 | 302-571-1253 | emorton@ycst.com<br>mlunn@ycst.com<br>sreil@ycst.com<br>ccox@ycst.com | Facsimile |

## **Exhibit D**

Exhibit D
Bank Service List
Served via Overnight Mail

| CMID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY |
|------|------|-----------|-----------|------|-------|------------|---------|
| CM551 | Blu Cab - Blusmart | 150 E 58th Street | 39th Floor | New York | NY | 10155 | |
| CM550 | Blue Torch Capital | 58th Street | 18th Floor | New York | NY | 10155 | |
| CM407 | Greater Pacific Capital Management Ltd, GPC NIV LTD. | PO Box 309 | Ugland House, Grand Cayman | George Town | | KY1-1104 | Cayman Islands |
| CM315 | KludeIn Prime LLC | 1096 Keeler Avenue | | Berkeley | CA | 94708 | |
| CM189 | Polar Asset Management Partners Inc | 16 York Street | Suite 2900 | Toronto | ON | M5J 0E6 | Canada |
| CM133 | Sequoia Capital India III Ltd | 5th Floor Ebene Esplanade | 24 Cyber City Ebene | Quatre Bornes | | 72201 | Mauritius |
| CM080 | Telstra Ventures Fund Ii Sidecar LP | North Suite 2 | Town Mills Rue Du Pre | St Peter Port | | GY1 1LT | Guernsey |
| CM072 | The Ebinger Family Trust | 481 W Maple Way | | Woodside | CA | 94062 | |
| CM063 | Titan Columbus Ventures | 2259 Harvard Lane | | Seaford | NY | 11783 | |

**<u>Exhibit E</u>**

Exhibit E

Insurance Service List

Served via Overnight Mail

| CMID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY |
|------|------|-----------|-----------|------|-------|------------|---------|
| CM861 | AFCO Acceptance Corporation | 19202 N 31st Ln | | Phoenix | AZ | 85027 | |
| CM855 | AIG | ONE HARTFORD PLAZA, HO-1-09 | | HARTFORD | CT | 06155 | |
| CM856 | Allied World Assurance Company Holdings, Ltd. | 1271 6th Ave #41 | | New York | NY | 10020 | |
| CM858 | Berkshire Hathaway | 30 Woodbourne Ave, 4th Floor | | Pembroke | | HM 08 | Bermuda |
| CM859 | Chubb Insurance Singapore | 3555 Farnam Street | | Omaha | NE | 68131 | |
| CM518 | Handal | 138 Market Street | #11-01 CapitaGreen | Singapore | | 048946 | Singapore |
| CM796 | Kirkland & Ellis LLP | 1166 Avenue of the Americas | | New York | NY | 10036 | |
| CM805 | LinkedIn Corporation | 62886 Collection Center Drive | | Chicago | IL | 60693 | |
| CM277 | Marsh & McLennan Insurance Agency LLC | Lockbox 740663 | | Los Angeles | CA | 90074 | |
| CM276 | Marsh (Singapore) Pte Ltd - SG | Tower 1 8 Marina View | | Singapore | | 018960 | Singapore |
| CM860 | Marsh USA Inc. | 138 Market Street, #11-01, CapitaGreen | | Singapore | | 048946 | Singapore |
| CM275 | Marsh USA LLC - NI00 | 8144 Walnut Hill Ln | Fl 16 | Dallas | TX | 75284-6112 | |
| CM854 | Sentinel Insurance Company Ltd (Hartford) | 436 Walnut Street P.O. Box 1000 | | Philadelphia | PA | 19106 | |
| CM857 | Vantage Risk Specialty Insurance Company | 27 Richmond Road | | Pembroke | | HM 08 | Bermuda |

**Exhibit F**

Exhibit F

Tax Service List

Served via Overnight Mail

| CMID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTALCODE | COUNTRY |
|------|------|-----------|-----------|-----------|------|-------|-----------|---------|
| CM813 | American Express | 1881 Pierce St | Entrance B | | Lakewood | CO | 80214 | |
| CM850 | California Franchise Tax Board | 110 Carroll St | | | Annapolis | MD | 21411-0001 | |
| CM537 | California Franchise Tax Board | PO Box 942857 | | | Sacramento | CA | 94257-0500 | |
| CM516 | ChurnZero, Inc. | Business Services Section | P.O Box 7120 | | Pasadena | CA | 91109 | |
| CM515 | City of Pasadena | Business Services Section | 100 North Garfield Ave., Room N106 | | Pasadena | CA | 91101 | |
| CM812 | Colorado Department of Revenue, Taxation Division | 110 Carroll St | Taxpayer Service Center | | Annapolis | MD | 21411-0001 | |
| CM512 | Colorado Department of Revenue, Taxation Division | PO Box 17087 | | | Denver | CO | 80217-0087 | |
| CM811 | Comptroller of Maryland, Payment Processing Center | 301 W Preston Street | State Office Bldg., Room 409 | | Baltimore | MD | 21201-2373 | |
| CM810 | Comptroller of Maryland, Payment Processing Center | 80 Calvert St | PO Box 466 | | Annapolis | MD | 21404-0466 | |
| CM809 | Comptroller of Maryland, Payment Processing Center | 820 N French St | 8th Floor, Carvel State Building | | Wilmington | DE | 19801 | |
| CM508 | Comptroller of Maryland, Payment Processing Center | PO Box 8888 | | | Annapolis | MD | 21401-8888 | |
| CM483 | Delaware Division of Revenue | 540 South DuPont Highway | Suite 2 | | Dover | DE | 19901 | |
| CM851 | Deloitte Financial Advisory Services LLP | PO Box 942840 | | | Sacramento | CA | 94240-0040 | |
| CM472 | District of Columbia Office of Tax and Revenue | 1101 4th Street, SW | Suite 270 West | | Washington | DC | 20024 | |
| CM848 | Federal Trade Commission | PO Box 105499 | | | Atlanta | GA | 30348-5499 | |
| CM807 | Fedex | 100 North Senate Avenue | MS 108 | | Indianapolis | IN | 46204 | |
| CM435 | Florida Department of Revenue | 5050 W Tennessee St | | | Tallahassee | FL | 32399-0100 | |
| CM847 | Georgia Department of Revenue | 1800 Century Blvd NE | | | Atlanta | GA | 30345 | |
| CM846 | Georgia Department of Revenue | 830 Punchbowl Street | | | Honolulu | HI | 96813 | |
| CM420 | Georgia Department of Revenue | PO Box 740397 | | | Atlanta | GA | 30374-0397 | |
| CM398 | Hawaii Department of Taxation | PO Box 259 | | | Honolulu | HI | 96809-0259 | |
| CM845 | Hawaii Department of Taxation | PO Box 7206 | | | Indianapolis | IN | 46207-7206 | |
| CM374 | Illinois | PO Box 19045 | | | Springfield | IL | 62794-9035 | |
| CM844 | Indiana Department of Revenue | 301 West High Street | Harry S Truman State Office Building | | Jefferson City | MO | 65101 | |
| CM367 | Indiana Department of Revenue | PO Box 7224 | | | Indiana | IN | 46207-7224 | |
| CM119 | Inland Revenue Authority of Singapore | 55 Newton Road | Revenue House | | Singapore | | 307987 | Singapore |
| CM352 | IRS | 9350 East Flair Dr | | | El Monte | CA | 91731 | |
| CM328 | Kansas Department of Revenue | PO Box 750260 | | | Topeka | KS | 66699-0260 | |
| CM293 | Los Angeles Office of Finance Special Desk Unit | 200 North Spring Street | Room 101 | | Los Angeles | CA | 90012 | |
| CM273 | Massachusetts Department of Revenue | 100 Cambridge Street | 7th Floor | | Boston | MA | 02114-9565 | |
| CM833 | MASSACHUSETTS DEPARTMENT OF REVENUE | 133 State Street | | | Montpelier | VT | 05633-1401 | |
| CM835 | MASSACHUSETTS DEPARTMENT OF REVENUE | 200 Arlington Street | | | Chelsea | MA | 02150 | |
| CM834 | MASSACHUSETTS DEPARTMENT OF REVENUE | PO Box 419272 | | | Boston | MA | 02241-9272 | |
| CM843 | Missouri Department of Revenue | 109 Pleasant Street | Governor Hugh Gallen State Office Park, Medical & Surgical Building | | Concord | NH | 03301 | |
| CM257 | Missouri Department of Revenue | PO Box 700 | | | Jefferson City | MO | 65105-0700 | |
| CM842 | New Hampshire Department of Revenue Administration | PO Box 15163 | | | Albany | NY | 12212-5163 | |
| CM228 | New Hampshire Department of Revenue, Collection Division | PO Box 454 | | | Concord | NH | 03302-0454 | |
| CM841 | New York State Dept of Taxation and Finance | PO Box 25000 | | | Raleigh | NC | 27640-0640 | |
| CM227 | New York State Dept of Taxation and Finance, Bankruptcy Section | PO Box 5300 | | | Albany | NY | 12205-0300 | |
| CM220 | NJ Division of Revenue | PO Box 308 | | | Trenton | NJ | 08646 | |
| CM219 | NJ Division of Taxation, Bankruptcy Section | PO Box 245 | | | Trenton | NJ | 08695-0245 | |
| CM840 | NORTH CAROLINA DEPARTMENT OF REVENUE | PO Box 3933 | | | New York | NY | 10008-3933 | |
| CM215 | North Carolina Department of Revenue, Bankruptcy Unit | Post Office Box 1168 | | | Raleigh | NC | 27602-1168 | |
| CM214 | North Carolina Dept of Commerce | PO Box 26504 | | | Raleigh | NC | 27611 | |
| CM839 | NYC Department of Finance | PO Box 14950 | | | Salem | OR | 97309-0950 | |
| CM211 | NYC Department of Finance | PO Box 5564 | | | Binghamtom | NY | 13902-5564 | |
| CM838 | Oregon Department of Revenue | 111 East 17th Street | Lyndon B Johnson State Office Building | | Austin | TX | 78774 | |

Exhibit F
Tax Service List
Served via Overnight Mail

| CMID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTALCODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| CM205 | Oregon Department of Revenue | 955 Center St NE | | | Salem | OR | 97301-2555 | |
| CM202 | Pasadena Department of Finance | 100 N. Garfield Ave | Room S348 | | Pasadena | CA | 91109-7215 | |
| CM077 | Tennessee Department of Revenue | 500 Deaderick Street | Andrew Jackson Building | | Nashville | TN | 37242 | |
| CM078 | Tennessee Department of Revenue | 500 Deaderick Street | | | Nashville | TN | 37242 | |
| CM837 | Texas Comptroller of Public Accounts | PO Box 12046 | | | Austin | TX | 78711-2046 | |
| CM076 | Texas Comptroller of Public Accounts | PO Box 13528 | Capitol Station | | Austin | TX | 78711-3528 | |
| CM836 | Texas Comptroller of Public Accounts | PO Box 7089 | | | Boston | MA | 02205 | |
| CM073 | The Commonwealth of Massachusetts | One Ashburton Place | 17th Floor | | Boston | MA | 02108 | |
| CM041 | Utah State Tax Commission | 210 North 1950 West | | | Salt Lake City | UT | 84134-0266 | |
| CM832 | Vermont Department of Taxes | 101 North 14th Street | | | Richmond | VA | 23219 | |
| CM033 | Vermont Department of Taxes | PO Box 1881 | | | Montpelier | VT | 05601-1881 | |
| CM027 | Virginia Department of Taxation | PO box 1115 | | | Richmond | VA | 23218-1115 | |
| CM831 | Virginia Department of theTreasury | PO Box 34053 | | | Seattle | WA | 98124-1053 | |
| CM022 | Washington Department of Revenue | Attn: Bankruptcy Unit | 2101 4th Avenue | Suite 1400 | Seattle | WA | 98121 | |
| CM013 | Wisconsin Department of Revenue | PO Box 8982 | | | Madison | WI | 53708-8949 | |

In re: Near Intelligence, Inc., *et al.*
Case No. 23-11962 (TMH)

**<u>Exhibit G</u>**

## Exhibit G
Utilities Service List
Served via Overnight Mail

| CMID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY |
|---|---|---|---|---|---|---|---|
| CM616 | 64 York Street Pty Ltd-Wework Pty Ltd | 675 Creekside Way | | Campbell | CA | 95008 | |
| CM615 | 8x8 Inc. | PO Box 5077 | | Carol Stream | IL | 60197 | |
| CM775 | DROPBOX Inc | 675 Creekside Way | | Campbell | CA | 95008 | |
| CM005 | Zayo Group, LLC | 1821 30th Street | Unit A | Boulder | CO | 80301 | |