| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Rebecca | . | . | |
| Benjamin | Hackman | Andrew R. Vara,  U.S. Trustee for Region 3 | |
| Amy | Cho | Blue Torch | King & Spalding LLP |
| Austin | Park | Blue Torch Finance,  LLC | MNAT |
| Brenna | Dolphin | Blue Torch Finance,  LLC | MNAT |
| Geoffrey | King | Blue Torch Finance,  LLC | King & Spalding LLP |
| Matthew | Harvey | Blue Torch Finance,  LLC | MNAT |
| Miguel | Cavadid | Blue Torch Finance,  LLC | King & Spalding LLP |
| Robert | Dehney | Blue Torch Finance,  LLC | MNAT |
| Roger | Schwartz | Blue Torch Finance,  LLC | King & Spalding LLP |
| Abe | Han | Debtors | GLC |
| Amanda | Fang | Debtors | Willkie |
| Andrew | Mordkoff | Debtors | Willkie |
| Cameron | Cavalier | Debtors | Willkie |
| Carol | Cox | Debtors | YCST |
| Ed | Morton | Debtors | YCST |
| James | Baring | Debtors | EY-Pathenon |
| Javier | Moran-Eserski | Debtors | EY-Pathenon |
| John | Faieta | Debtors | Near |
| Jordan | Fisher | Debtors | EY-Parthenon |
| Joseph | Brandt | Debtors | Willkie |
| Kyle | Ashcraft | Debtors | EY-Pathenon |
| Matt | Lunn | Debtors | YCST |
| Michael | Kim | Debtors | EY-Parthenon |
| Rachel | Strickland | Debtors | Willkie |
| Sal | Tajuddin | Debtors | EY-Parthenon |
| Shane | Reil | Debtors | YCST |
| Stuart | Lombardi | Debtors | Willkie |
| Jamie | Edmonson | Interested Party | Robinson+Cole |
| Jessica | Steinhagen | Interested Party | |
| Patrick | Holohan | Interested party | Debtwire |
| Alec | Haesler | Member of the Public | |
| Geoffrey | Richards | Member of the Public | |

| Max | Moore | Member of the Public | |
| Brandon | Weber | Memebr of the Public | |
| Blake | Cleary | None | Potter Anderson & Corroon LLP |
| Howard | W | Observer | |
| Dennis | O'Donnell | Party in interest | DLA Piper |
| Jillian | Bruce | Polar Asset Management Partners | Polar Asset Management Partners |
| Brian | Nash | Self | |
| David | Nason | Talent Hunt Inc | Talent Hunt Inc |
| Paul | Huffman | Talent Hunt USA LLC | TalentHunt |