**Exhibit A**

| Obligations | Interim Amount |
|---|---|
| **Compensation Obligations** | |
| Wages and Other Compensation | $540,000<br>15,000 SGD |
| Payroll Processing Fees | $6,000<br>500 SGD |
| Commission Program | $20,000 |
| Non-Insider Bonus Program | N/A |
| Wage Deductions & Payroll Tax Obligations | $24,000<br>4,000 SGD |
| **Employee Benefit Obligations** | |
| Medical Plans | $35,000 |
| Dental Plans | $75 |
| Vision Plans | $200 |
| Paid Leave | $150 |
| Expense Reimbursement | $15,000 |
| Life and AD&D Plans | $1,500 |
| Disability Plans | $400 |
| 401(K) | $2,000 |
| **TOTAL** | **$644,325**<br>**19,500 SGD** |