UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Case No.23-11962-TMH |
| | : | Chapter 11  (Judge Thomas M. Horan) |
| NEAR INTELLIGENCE, INC., | : | |
| | : | |
| Debtor. | : | **NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES, AND** |
| | : | **REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MAILING LIST** |

      J. Michael Debbeler of BRICKER GRAYDON LLP enters his appearance as counsel for First Financial Bank.  As directed by Federal Rule of Bankruptcy Procedure 9010(b), the attorney's name, office address, telephone number, and facsimile are:

    J. Michael Debbeler (0012991
    BRICKER GRAYDON LLP
    312 Walnut Street
    Suite 1800
    Cincinnati, OH  45202-4060
    Tel:    (513) 629-2704
    Fax:   (513) 651-3836
    Email: mdebbeler@brickergraydon.com

      First Financial Bank hereby requests that copies of all notices required by the Federal Rules of Bankruptcy Procedure including notices under Rule 2002(I), be given to it by service upon its attorney at the address shown above.

      First Financial Bank also hereby requests special notice of all pleadings, motions, applications, and other documents and papers pertaining to the above-captioned case, or any adversary proceeding, contested or uncontested matter therein, including all notices required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules,

or any other rule or law to be noticed and served upon creditors, any creditors committee, the debtor or any other parties in interest.

This request includes all types of notice referred to in the Federal Rules of Bankruptcy Procedure and also includes, without limitation, the request that counsel as set forth above be served with all papers filed with the Bankruptcy Court, all reports and statements submitted to the United States Trustee, and all notices, orders, applications, complaints, demands, motions, petitions, pleadings and requests, or any other papers brought before the Court in this case, whether formal or informal, written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, e-mail, telecopier, or otherwise.

It is requested that all such pleadings, notices, and other papers or communications be directed to its counsel listed above, and that the above address be included in the mailing list that the debtor is required to maintain and properly furnish.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and demand for service of papers nor any subsequent appearance, pleading, proof of claim or other writing or conduct shall constitute a waiver of any of First Financial Bank's (a) rights to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses, setoffs, or other matters. All of such rights hereby are reserved and preserved by First Financial Bank without exemption and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participant in the case.

|  | Respectfully submitted, |
|---|---|
| OF COUNSEL: | |
| | */s/ J. Michael Debbeler* |
| BRICKER GRAYDON LLP | J. Michael Debbeler |
| 312 Walnut Street | *Counsel for First Financial Bank* |
| Suite 1800 | BRICKER GRAYDON LLP |
| Cincinnati, OH  45202-4060 | 312 Walnut Street |
| Phone:  (513) 629-2704 | Suite 1800 |
| Fax:     (513) 651-3836 | Cincinnati, OH  45202-4060 |
| | Phone: (513) 629-2704 |
| | Fax:     (513) 651-3836 |
| | E-mail:  mdebbeler@brickergraydon.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12th, 2023, a true and correct copy of the foregoing Notice of Appearance and Request for Service of Documents was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

**Edmon L. Morton**
**Shane M. Reil**
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King St.
Wilmington, DE  19801
bankfilings@ycst.com
*Counsel for Debtor*

And by regular U.S. Mail, postage prepaid, at:

**U.S. Trustee**
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Ste. 2207
Lockbox 35
Wilmington, DE  19801
*Trustee*

**Near Intelligence, Inc.**
100 W Walnut St., Ste. A-4
Pasadena, CA  91124
*Debtor*

*/s/ J. Michael Debbeler*
J. Michael Debbeler