IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEAR INTELLIGENCE, INC., *et al.*, [1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 23-11962 (TMH)<br><br>(Jointly Administered)<br><br>**Hearing Date:**<br>**January 5, 2024 at 11:00 a.m. (ET)**<br><br>**Objection Deadline:**<br>**December 29, 2023 at 4:00 p.m. (ET)**<br><br>Ref. Docket Nos. 5 & 64 |

**NOTICE OF FINAL HEARING REGARDING ORDER AUTHORIZING THE DEBTORS TO (A) FILE A CONSOLIDATED LIST OF CREDITORS IN LIEU OF SUBMITTING A SEPARATE MAILING MATRIX FOR EACH DEBTOR, (B) FILE A CONSOLIDATED LIST OF THE DEBTORS' THIRTY LARGEST UNSECURED CREDITORS AND (C) FILE UNDER SEAL PORTIONS OF THE CREDITOR MATRIX AND OTHER FILINGS CONTAINING CERTAIN PERSONAL IDENTIFICATION INFORMATION**

      **PLEASE TAKE NOTICE** that, on December 8, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the *Debtors' Motion for Entry of An Order Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors and (C) File Under Seal Portions of the Creditor Matrix and Other Filings Containing Certain Personal Identification Information* [Docket No. 5] (the "Motion"). Subsequent to filing the Motion, the Debtors received informal comments to the proposed order approving the Motion (the "Proposed Order") from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee").

      **PLEASE TAKE FURTHER NOTICE** that, following discussions between the Debtors and the U.S. Trustee, the U.S. Trustee's comments were resolved through certain revisions to the Proposed Order, as reflected in the revised Proposed Order filed at Docket No. 41 (the "Revised Proposed Order").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

31046365.1

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion and entry of the Revised Proposed Order was held on December 11, 2023 (the "First Day Hearing"), after which the Court entered the Revised Proposed Order [*See* Docket No. 64]. As set forth in paragraph 5 of the Revised Proposed Order, certain of the relief requested in the Motion remains subject to entry of a Final Order.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to such relief must be filed on or before **December 29, 2023 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, copies of any responses or objections must be served so as to be received on or before the Objection Deadline upon the following parties: (A) the Debtors, 100 W. Walnut St., Suite A-4, Pasadena, CA 91124, Attn: Paul Gross (paul.gross@near.com); (B) proposed bankruptcy co-counsel for the Debtors, (i) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019, Attn: Rachel C. Strickland Esq. (rstrickland@willkie.com), Andrew S. Mordkoff, Esq. (amordkoff@willkie.com) and Joseph R. Brandt, Esq. (jbrandt@willkie.com) and (ii) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Edmon L. Morton, Esq. (emorton@ycst.com), Matthew B. Lunn, Esq. (mlunn@ycst.com), Shane M. Reil, Esq. (sreil@ycst.com), and Carol E. Cox, Esq. (ccox@ycst.com); (C) counsel for (i) the Prepetition First Lien Agent for the Prepetition First Lien Lenders and (ii) the DIP Agent for the DIP Lenders, (x) King & Spalding LLP, 1185 Avenue of the Americas, 34th Floor, New York, New York 10036, Attn: Roger Schwartz, Esq. (rschwartz@kslaw.com), Geoffrey King, Esq. (gking@kslaw.com), and Miguel Cadavid, Esq. (mcadavid@kslaw.com), and (y) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market St., #1600, Wilmington, DE 19801, Attn: Robert Dehney, Esq. (rdehney@morrisnichols.com), Matthew Harvey, Esq. (mharvey@morrisnichols.com), Brenna Dolphin, Esq. (bdolphin@morrisnichols.com) and Austin Park, Esq. (apark@morrisnichols.com); (D) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 Attn: Benjamin Hackman, Esq. (benjamin.a.hackman@usdoj.gov); and (E) counsel to any statutory committee appointed in the Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE REQUESTED RELIEF IS SCHEDULED FOR **JANUARY 5, 2024 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE THOMAS M. HORAN, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS OR RESPONSES ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE REQUESTED RELIEF ON A FINAL BASIS WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 12, 2023
      Wilmington, Delaware

        **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

        */s/ Shane M. Reil*
        Edmon L. Morton (No. 3856)
        Matthew B. Lunn (No. 4119)
        Shane M. Reil (No. 6195)
        Carol E. Cox (No. 6936)
        Rodney Square
        1000 North King Street
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253
        emorton@ycst.com
        mlunn@ycst.com
        sreil@ycst.com
        ccox@ycst.com

        -and-

        **WILLKIE FARR & GALLAGHER LLP**
        Rachel C. Strickland (admitted *pro hac vice*)
        Andrew S. Mordkoff (admitted *pro hac vice*)
        Joseph R. Brandt (admitted *pro hac vice*)
        787 Seventh Avenue
        New York, New York 10019
        Telephone:  (212) 728-8000
        Facsimile:  (212) 728-8111
        rstrickland@willkie.com
        amordkoff@willkie.com
        jbrandt@willkie.com

        *Proposed Co-Counsel to the Debtors and Debtors in Possession*