## EXHIBIT A

**Morton Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF EDMON L. MORTON IN SUPPORT OF THE DEBTORS'
APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND
EMPLOYMENT OF YOUNG CONAWAY STARGATT & TAYLOR, LLP AS CO-
COUNSEL FOR THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE**

I, Edmon L. Morton, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1.     I am a partner in the law firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway" or the "Firm"), with principal offices at Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, and have been duly admitted to practice in the States of Delaware and New York, the District of Columbia, the United States Court of Appeals for the Third Circuit and the United States District Court for the District of Delaware. I submit this declaration (this "Declaration") in support of the *Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date* (the "Application").[2]

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

2.      Young Conaway has conducted a series of searches in the Firm's conflicts databases to identify relationships with the Debtors, their lenders, equity holders, and various other parties-in-interest in these Chapter 11 Cases (collectively, the "Interested Parties").[3]

3.      Based on the conflicts and connections search conducted and described herein, to the best of my knowledge, neither I, Young Conaway, nor any partner, counsel, or associate thereof, insofar as I have been able to ascertain, have any connection with the Debtors or any other parties-in-interest herein, except as stated below:

a.      In recent weeks, Young Conaway and certain of its partners and associates have rendered legal services to the Debtors relating to their plans to seek relief under chapter 11 of the Bankruptcy Code and the preparation of the petitions and other papers initiating and prosecuting these Chapter 11 Cases.

b.      The Debtors have sought or will seek to retain: (a) Willkie Farr & Gallagher LLP, as bankruptcy co-counsel; (b) Kroll, Inc., as their administrative agent; (c) GLC Advisors & Company, as their financial advisor; and (d) Ernst & Young, as their investment banker. The Debtors may also file motions or applications to employ additional professionals, as well as seek authority to retain certain ordinary course professionals. On numerous occasions, Young Conaway has in the past and/or currently does work with and/or against these professionals in connection with matters wholly unrelated to these Chapter 11 Cases.

c.      Young Conaway has, in the past, represented the following Interested Parties, or parties who may be affiliated with such Interested Parties, in matters wholly unrelated to the Debtors and these Chapter 11 Cases:

- Aetna
- Allied World
- AT&T
- BlackRock, Inc.
- Blue Cross and Blue Shield of Minnesota
- Blue Cross and Blue Shield of North Carolina
- Blue Shield of California
- Blue Torch Credit Opportunities III LP
- ICICI Bank
- ICICI Lombard GIC Ltd.
- KFC Pty Ltd.
- MetLife Dental
- MetLife Insurance Company
- National Union Fire Insurance Company of Pittsburgh, PA Nike
- Oracle
- PricewaterhouseCoopers Public Accountants

---

[3]    A list of the Interested Parties searched is attached hereto as **Exhibit 1**.

- Blue Torch Finance LLC
- Cigna Global Health
- Dollar General Corporation
- Delaware North
- Empire Blue Cross Blue Shield
- Ernst & Young LLP
- Goldman Sachs Group, Investment Banking and Securities Investments
- Grosvenor

- PwC Advisory sp. z.o.o. sp. k.
- State of Washington
- Shell International
- Sunlife
- TD Banks, N.A.
- The Hartford
- The Vanguard Group, Inc.
- UnitedHealthcare
- Walmart
- Wawa, Inc.
- Willkie Farr & Gallagher LLP

d.  Young Conaway currently represents the following Interested Parties, or parties who may be affiliated with such Interested Parties, in matters wholly unrelated to the Debtors and these Chapter 11 Cases:

- Ace American Insurance Company (Chubb)
- AIG
- Berkshire Hathaway
- BNP Paribas
- Brookfield Properties (BRP REIT Services LLC
- Cantor Fitzgerald & Co. / CF Principal Investment LLC
- CBRE Limited
- Chubb European Group SE
- Chubb Insurance Australia Ltd.
- Chubb Insurance Singapore Ltd.

- CIT Bank, N.A.
- Citibank
- Coco-Cola Canada Bottling Ltd.
- Evercore Wealth Management
- HSBC
- Kroll Restructuring Administration
- JPMorgan Asset Management
- Lord, Abbett & Co. LLC
- March USA LLC
- State of Delaware
- Wells Fargo & Company, Private Banking and Investment Banking Arm

4.      Furthermore, to the best of my knowledge, information, and belief, and in accordance with Bankruptcy Rule 5002, neither I nor any attorney at Young Conaway is a relative of the United States Bankruptcy Judge assigned to these Chapter 11 Cases, and Young Conaway does not have a connection with the United States Bankruptcy Judge that would render its retention in these Chapter 11 Cases improper.  Further, in accordance with Bankruptcy Rule 2014, Young

Conaway does not have any connection with the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") or any persons employed by the U.S. Trustee.

5.      Based upon its review of the Interested Parties, Young Conaway has determined that it does not represent any party in these proceedings with a material adverse interest with respect to the Debtors. Young Conaway will supplement this Declaration, as necessary, with additional information or disclosures in the event that additional information is developed.

6.      Young Conaway is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that the Firm, its partners, counsel, and associates:

     a.     are not creditors, equity security holders, or insiders of the Debtors;

     b.     are not and were not, within two years of the Petition Date, directors, officers, or employees of the Debtors; and

     c.     do not have an interest materially adverse to the interests of the Debtors' estates or of any class of the Debtors' creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, any of the Debtors, or for any other reason.

7.      As set forth above, and subject to any explanations and/or exceptions contained therein or herein, Young Conaway (i) does not hold or represent any interest adverse to the Debtors in connection with the matters upon which Young Conaway is to be engaged and (ii) is disinterested. If the results of further investigation reveal any additional connections, Young Conaway will make appropriate disclosures.

8.      Young Conaway was retained by the Debtors pursuant to an engagement agreement dated as of October 23, 2023 (the "Engagement Agreement") and provided counsel to the Debtors in connection with certain restructuring matters. In accordance with the Engagement Agreement, Young Conaway received retainer payments in the amounts of (i) $102,000 on October 24, 2023, (ii) $100,000.00 on November 30, 2023, and (iii) $30,000.00 on December 8, 2023 (collectively,

the "Retainer").  On December 5, 2023, the Debtors advanced the filing fees for these Chapter 11

Cases in the amount of $6,952.00.

9.     Young Conaway intends to apply for compensation for professional services

rendered in connection with these Chapter 11 Cases subject to approval of the Court and in

compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local

Rules, and any administrative order entered by the Court, on an hourly basis, plus for

reimbursement of actual, necessary, and reasonable expenses, and other charges incurred by

Young Conaway.  The principal attorneys and paralegal presently designated to represent the

Debtors, and their current standard hourly rates, are:

| Timekeeper | Title | Hourly Rate |
|---|---|---|
| Edmon L. Morton | Partner | $1,115.00 |
| Matthew B. Lunn | Partner | $1,025.00 |
| Shane M. Reil | Associate | $695.00 |
| Carol E. Cox | Associate | $475.00 |
| Chad A. Corazza | Paralegal | $355.00 |

The hourly rates set forth above are subject to periodic adjustments to reflect economic and other

conditions.  Other attorneys and paralegals from Young Conaway may from time to time also serve

the Debtors in connection with the matters described herein.

10.     The Debtors have been advised that the hourly rates set forth above are Young

Conaway's standard hourly rates for work of this nature and that these rates are set at a level

designed to fairly compensate Young Conaway for the work of its attorneys and paralegals and to

cover fixed and routine overhead expenses.  It is the Firm's policy to charge its clients in all areas

of practice for all other expenses incurred in connection with the client's case.  The expenses

charged to clients include, among other things, mail and express mail charges, special or hand

delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass-mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses approved by the client such as secretarial and other overtime. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients. The Firm believes that it is fairer to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

11. No promises have been received by Young Conaway or by any partner, counsel, or associate thereof as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code. Young Conaway has no agreement with any other entity to share with such entity any compensation received by Young Conaway in connection with these Chapter 11 Cases.

12. Consistent with the U.S. Trustees' *Appendix B—Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines"), which became effective on November 1, 2013,[4] I state as follows:

    a. Young Conaway has not agreed to a variation of its standard or customary billing arrangements for this engagement;

    b. None of the Firm's professionals included in this engagement have varied their rate based on the geographic location of these Chapter 11 Cases;

---

[4] The U.S. Trustee Guidelines acknowledge that "the Guidelines do not supersede Local Rules, court orders, or other controlling authority." While the Debtors and Young Conaway intend to work cooperatively with the U.S. Trustee to address requests for information and any concerns that may have led to the adoption of the U.S. Trustee Guidelines, neither the filing of this Declaration, nor anything contained herein, is intended to or shall be deemed to be an admission by Young Conaway that the Firm is required to comply with the U.S. Trustee Guidelines. Young Conaway reserves any and all rights with respect to the application of the U.S. Trustee Guidelines in respect of any application for employment or compensation filed in these chapter 11 cases.

c.      Young Conaway was retained by the Debtors pursuant to an engagement agreement dated as of October 23, 2023. The billing rates and material terms of the prepetition engagement are the same as the rates and terms described in the Application and herein.

d.      The Debtors will be approving a prospective budget and staffing plan for Young Conaway's engagement for the postpetition period as appropriate. In accordance with the U.S. Trustee Guidelines, the budget may be amended as necessary to reflect changed or unanticipated developments.

13.     Young Conaway will primarily provide the following services in these Chapter 11 Cases:

a.      providing legal advice with respect to the Debtors' powers and duties as debtors in possession in the continued operation of their business, management of their properties, and the potential sale of their assets;

b.      preparing documents in connection with and pursuing approval of a disclosure statement and confirmation of a plan;

c.      preparing, on behalf of the Debtors, necessary applications, motions, answers, orders, reports, and other legal papers;

d.      appearing in Court and protecting the interests of the Debtors before the Court; and

e.      performing all other legal services for the Debtors that may be necessary and proper in these Chapter 11 Cases.

14.     To the extent that the Firm is assigned services by the Debtors that fall outside the scope of those identified herein and in the Application, Young Conaway will file a supplemental declaration in accordance with Bankruptcy Rule 2014.

15.     The facts set forth in the Application and herein are true and correct to the best of my knowledge, information, and belief.

Dated:  December 15, 2023
        Wilmington, Delaware

                                        */s/ Edmon L. Morton*
                                        Edmon L. Morton

7

**EXHIBIT 1**

**Interested Parties**

**Near Intelligence**
**Parties in Interest List**

**Debtors and Non-Debtor Affiliates**
**(including f/k/a, d/b/a, a/k/a)**
KludeIn I Acquisition Corp.
Near Americas Inc.
Near Holdings Pte. Ltd.
Near Intelligence Holdings Inc.
Near Intelligence LLC
Near Intelligence Pte. Ltd.
Near Intelligence Pty. Ltd.
Near Intelligence Pvt. Ltd.
Near Intelligence SAS
Near Intelligence, Inc.
Near Pte. Ltd.
Near North America, Inc.
Paas Merger Sub 2 LLC
UberMedia, Inc.

**Insurers**
Ace American Insurance Company (Chubb)
AIG
Allied World
Associated Industries Insurance Co., Inc.
Berkshire Hathaway
Chubb European Group SE
Chubb Insurance Australia Ltd.
Chubb Insurance Singapore Ltd.
ICICI Lombard GIC Ltd.
National Union Fire Insurance Company of
Pittsburgh, PA
Sentinel Insurance Company Ltd. (Hartford)
Vantage Risk Assurance Company
XL Specialty Insurance Company

**Material Contracts**
Accenture
Activate Holdings Ltd.
Admatik Sdn Bhd
Advanced Contributors Pvt. Ltd.
Aelius Exploitation Technologies, LLC
Agoop Corp
Ailevon Pacific Aviation Consulting
Airbiz Offshore Private Limited (SG)
Analysis

Alexander Babbage, Inc.
Alight Public Relations, LLC
Altometer Business Intelligence
AltScore Inc.
Amberoon
Aramark Refreshment Services, LLC
ARInsights, LLC
ASLF Media Pty. Ltd.
Asset Strategies Group (ASG)
Australian United Retailers Limited
Avarisoft Pty. Ltd.
AudienceQ Limited
Avison Young (USA) Inc.
Big Mobile Group Pty. Ltd.
Bisnow, LLC
Black C Media Istanbul
Blue Genie Art Bazaar
BMT commercial Aus. PTY. Ltd.
Bonzai Digital
Boston Consulting Group
Bowling Green State Univ (BGSU)
BP Australia Pty. Ltd.
Break Media Pte. Ltd.
Brentwood Associates
Brisbane City Council
Brookfield Properties (BPR REIT Services
LLC)
Business Wire Inc.
Caravan Industry Assoc. of AU
CBRE limited
Central Counties Tourism
Chick-fil-A, Inc.
ChurnZero
CircleK-TAS
City of Apache Junction
City of Cleveland
City of El Paso
City of Kingman Tourism Division
City of Perth
City of Prescott Tourism Office AZ
City of Québec
Claires European Services
Coca-Cola Canada Bottling Ltd.

Cochise County Tourism Council
cohort.ID, Inc.
Columbia Distributing ESRI
Complementics
Container Exchange (QLD) Limited
CREtech
D Chain FZ LLC
Dai Nippon Printing Co., Ltd.
Dakota Worldwide
Dallimore & Co.
Datagence, Inc. d/b/a V12 Group
Dean Runyan
Decathlon SE
Deep End Services Pty. Ltd.
Delaware North
Deloitte Financial Advisory Services LLP
Design Workshop, Inc.
Destination Analysts
Dietrich-Pepper, LLC
Digital Commons Limited
Digital Envoy, Inc.
DNP Media Art Co. Ltd.
Dollar General Corp.
DOMO, Inc.
DuPage CVB
Earth Economics
ECRA Pte. Ltd.
Eddy Alexander
Element Advisory Pty. Ltd.
Entrata
Environics
ePrivacy GmbH
Epsilon Data Management, LLC
ESRI (Environmental Systems Research
Institute)
Ethos Urban Pty. Ltd.
E*TRADE Financial Corporate Services
Inc.
Fernridge Solutions Pty. Ltd.
Fiction Tribe, Inc
Finity Consulting Pty. Ltd.
Flare Aviation Consulting
Foot Locker Retail, Inc.
Fresh Information Limited
Fresno / Clovis CVB
GapMaps, LTD.

GEO marketing Solutions Group
Geografia Pty. Ltd.
Geoscience Australia
GHD Pty. Ltd.
Global Planning Solutions
Google Asia Pacific Pte. Ltd.
Greater Palm Springs
Grosvenor
Guam Vistors Bureau
H2R Market Research
Hamilton City Council
Haynes and Boone, LLP
Herrmann Global
Highspot Inc.
HKS, Inc.
Hobart City Council
Houston First Corporation
Houston Kemp Pty. Ltd.
Idealab
Idemitsu Kosan Co. Ltd.
Ikano Insight Ltd.
Incubeta Australia Pty. Ltd.
InfoSum Ltd.
Innity China Co., Limited
InMobi Pte. Ltd.
Inretail Management
Integral Ad Science, Inc.
Intelligent Direct, Inc.
Intermarché Alimentaire International
Intersection Media
Intervistas Consulting
Intrado Digital Media LLC Digital Media
Innovation
InvestorBrandNetwork (IBN)
IRB Holding Corp.
Irys, Inc.
Jackson County Visitors Bureau
Jarrell Chalmers – Marketing Consulting
Jason Wu – Digital Marketing Services
JCDecaux Australia Trading Pty. Ltd.
JKH Business and Property Consulting
(PTY.) Ltd.
Johnston County
Knowledge Support Systems, Inc. d/b/a
Kallibrate
KFC Pty. Ltd.

Kollaborations Ltd.
Kwik Trip, Inc.
Lasalle Investment Management
Legend Partners - Beau Niblock
Leggo Studio Pty. Ltd.
LES MOUSQUETAIRES
Lex Connect Consulting Private Limited
Linkedin Corporation
Little Caesar Enterprises, Inc.
Localis Technologies Australia
LocationIQ Pty. Ltd.
Longwoods International
Mabrain Technologies
MACROPLAN HOLDINGS PTY. LTD.
Madden Media
Manistee County Visitors Bureau
mapIT (PTY.) Ltd.
Market Economics Ltd.
Masahiro Matsui – Consulting Services
Marsh USA LLC
MBI International
McDonalds
McElhanney Ltd.
Mead & Hunt
Measurement of Outdoor Visibility and
Exposure Pty. Ltd.
MediaOne North America
Media Quest Plus FZ LLC
Mediatiks Limited
Melbourne City Council
MeMob
Meta Platforms Technologies, LLC
METAVERSO, S.A.
Metayage Inc.
MMP Worldwide FZ LLC
Monash University
Moreton Bay Regional Council
Morey Consulting
Motivation Holdings
My Equity Comp, LLC
National Retail Federation, Inc.
Nationwide News Pty. Ltd.
NaviRetail Inc.
nContext, LLC
New Balance Athletics, Inc.

Nexcore Group
Nexpansion Inc.
Nike
Nissin Shoukai Inc.
North Land Capital Markets
NWAP II Inc.
NYC & Company
O2 Design
Off Madison Ave
Office of Spot
On The Run Pty. Ltd.
OpenX Technologies, Inc. (V)
Orange142
Oracle Corporation Singapore Pte. Ltd.
Oracle Corporation UK Limited
Osaka Metro Adera Co., Ltd.
Oxford Economics
Pacific Consultants
PandaDoc, Inc.
Pearl Meyer & Partners
Pelmorex Corp.
Perception Media
Pickwell SP Zoo
PiinPoint Inc.
Pinal County
Pinchhitters BV
Placewise Media
Point72, L.P.
Popeyes Louisiana Kitchen Inc. (RBI)
Precisely.com (Syncsort)
PricewaterhouseCoopers Public Accountants
PropertyGuru Pte. Ltd.
Propmodo Inc.
Propulso
PublicNSA, LLC dba BIGDBM
PubMatic, Inc.
PwC Advisory sp. z o.o. sp.k.
PwC Middle East
Q1Media, Inc.
Quantify Strategic Insights
QuikTrip Corporation
Reach Media New Zealand Limited
Redland City Council
Restaurant Brands International US Services
LLC
Rexall Pharmacy Group LLC

RMG Advertising
Rockport Analytics
Rove Marketing Inc.
Roy Morgan
RRC Associates
Rural Press Pty. Ltd.
SC Tristone Production Impex SRL
S.M.EG.I.T TURISTICAS S.A.M.P.
SA1 Property Holdings PTY. Ltd.
SDI Realty Advisors
Seychelles Tourism
Shell International
Shivaami Cloud Services Pvt Ltd.
Sight & Sound Film, LLC
Simpleview
Singapore Press Holdings Limited
SiteZeus
Sky Synergy, LLC
SMRT Commercial Pte. Ltd.
Southern Methodist University
Spatial.AI
Stellar Lifestyle Pte. Ltd.
StreetMetrics, Inc.
Subskribe
Sunlife
Sync Media
Tango Analytics LLC
Takeshi Yamamoto - Consulting Services
Taubman Centers, Inc.
Taymax
TD Bank, N.A.
Tetrad Computer Operations Applications Inc.
The Coca-Cola Company
The Executive Centre Singapore Pte. Ltd.
The Benchmark Company, LLC
The Trust for Public Land
Think Economics
Tomorrow's Tourism Ltd. (GBP)
Tourism Economics
Tourist Tracka Pty. Ltd.
Town of Pinetop-Lakeside
Town of Superior
Transport for NSW
TrueData Solutions, Inc.
TrueGrit Communications, LLC

TrustArc Inc.
Unify Technologies Pvt Ltd.
Unisource Solutions, Inc.
University of Canterbury
University of Montana
Unruly Group LLC
Urban Studies
Urban Systems Ltd.
Urbis Pty. Ltd.
V12 (fka DataMentors, LLC)
Valvoline
Veraset LLC
Vercara, LLC
Vietch Lister Consulting Pty. Ltd. (VLC)
VIOOH Ltd.
Visit Canton - Stark County CVB
Visual Approach
W E Upjohn Institute for Employment Research
Walmart
Wawa, Inc.
Wahl & Case EQIQ K.K.
Weedmaps
Wendy's International, LLC
Workaletta Inc.
XLocations, Inc.
Zartico, Inc.
ZoomInfo Technologies LLC
Zoom Video Communications, Inc.

**Lenders & Professionals**
Avidbank
Blue Torch Credit Opportunities Fund III LP
Blue Torch Finance LLC
BNP Paribas
Bpifrance Financing
BTC Holdings Fund II LLC
BTC Holdings KRS Fund LLC
BTC Holdings SBAF Fund LLC
King & Spalding LLP
KPG BTC Management LLC

**Shareholders**
Abhijit Hubli
Abhishek Ranjan
Aditi Sheel

Amelie Nisus
Amod Chopra
Amrita De La Penna
Aniket Suresh Chougule
Anuj Dayal Bharti
Anurag S
Arjun Divecha
Ashish Gupta
Ashok Vemuri
Asuri Narayanan Srikeshav
Aswathi C C
Axel Ferrier
Balaji Rajan
Bazile Cecille
BTIG, LLC
C Krithika Lakshmi
Camilo Mauricio Fonseca
Cantor Fitzgerald & Co
Carlin Tam Yan Fu
Cecil Capital Pte. Ltd.
Cede & Co
Chandrakumar Manoj
Charles-Antoine Dreyfus
Charu Sethi
Christian Freeman
Christina Michelle Handal
Cindy Olivier
CMDB II
David Michael Raitt
Dhivya B H
Edward Locksley Lowther-Harris
Febu P Mirza
First Asian Investments, Inc.
Geraldine Lei Vigilia
Ghali Vamsi Sai Krishna Murthy
Godspeed Investments Pte. Ltd.
Gokul Krishnan Rathakrishnan
Gopal Srinivasan
GPC NIV Ltd.
Gulshan Singh
Gurupramodha S G
Harish Ganesh
Himanish Shah
Himanshu Nigam
Hisashi Inotani

Ho Yi Hong
Honeih Etemadi Eydgahi
James Norman Blau
Jayson W Ayers
Jennifer-Jane Roszak
Jon Michael Atterbury
Jonathan Tang Wei Lin
Joseph Jing-Fong Chen
Juliette Barthe
Kamal Chhetri
Karen Steele
Kelsey Rae Waite
Kesav M
Kevin King-Tung Kwan
Kiran Kumar Venugopala
Kosaraju Ramya
Krishnan Rajagopalan
Kshama Keshav Zingade
Kumar Anish
Laxman B Nidagundi
Lindsay Kinuyo Yamaoka
Lola Millet-Bourgogne
Madhavan Rangaswami
Madhu Prasad N
Mahesh V Chalil
Manmeet Kaur
Mark Bailey
Mary Krishnamoorthy
Mathieu Saadat
Melissa Catherine Coates
Michael Radford
Mn Nagaraj
Mohamed Farouk Souissi
Mohit Chhajer
Moumita Sarkar
Murali Veeraiyan
Narayan Ramachandran
Naveen Kottigegollahalli Siddagangaiah
Navin Kesavan
Navneet Anand
Neha Gupta
Nguyen Anh Ngoc Tran
Nicolas Proust
Nisarga Pal
Nishanth Chandrasekaran

Northland Securities, Inc.
Ocean Capital Enterprises Co., Ltd.
Oriental Investment Advisors Pte. Ltd.
Paul Benoist
Penumutchu Vittal Kumar
Peter Lenz
Polar Multi-Strategy Master Fund
Pothukurchi Naga Santhosh Kumar
Prajakta Pandurang Sutar
Pranesh Sharma
Preethesh Loknath Shetty
Preethish
Pritha Dilip Das
Priya Raghavan
Rahul Saria
Raja A
Rajkumar Velagapudi
Ramapriya Kyathanahally Janardhan
Rashmi Vinitha R
Relentless Zen, LLC
Renuka Parthiban
Ricardo Rojas Ruiz
Richard Douglas Shaddle
Ronanki Dinesh Kumar
Rushikesh Namdeo Tapre
Sahil Vaid
Saksham Kahol
Sakshi Ganesh Asange
Sanaldev Vasudevan Meloottparambil
Sanjana Fernandes
Sarah Jayanetti
Sean Knight
Seema
Sequoia Capital India III Ltd.
Shikha Singh
Shreya Bande
Simon D Caballero
Smriti Kataria
Smyth Jules
Sriram Raghavan
Sudeep Charles
Sugandha Rai
Sumanth N
Suryabir Singh
Syed Rizwan Hashmi

Tejas Dhansukhbhai Panchal
The Benchmark Company, Llc
Timothy Coxon
Uday Kumar
Venkat Sai Giridhar Reddy Karam
Victoria Louise Heely
Vignesh V
Vijay Kumar Kuppili
Vinay Kumar Vemula
Vinayak Navale
Vinayaka Kulkarni Prabhakar

**Banks**
Avid Bank
BNP Paribas
Citibank
HSBC
ICICI Bank
MonFX

**Taxing / Regulatory Authorities /
Government Agencies**
California Franchise Tax Board
City of Pasadena
City of Los Angeles
Commonwealth of Massachusetts
Country of Singapore
Delaware Division of Corporations
District of Columbia
Internal Revenue Service
New York Department of Taxation &
Finance Corporation
New York City Department of Finance
State of California
State of Colorado
State of Delaware
State of Florida
State of Georgia
State of Hawaii
State of Indiana
State of Illinois
State of Kansas
State of Massachusetts
State of Maryland
State of Missouri
State of New Hampshire

State of New Jersey
State of New York
State of North Carolina
State of Oregon
State of Tennessee
State of Texas
State of Utah
State of Vermont
State of Virginia
State of Washington
State of Wisconsin

**Utilities**
ACC Business
Zayo Group, LLC
8x8 Inc.

**Litigation Parties**
Jonathan Zorio
Nash Brian
Anil Matthews

**Current and Former Directors & Officers**
Gladys Kong
Jay Angelo
John Faieta
Kathryn T. Petralia
Mark N. Greene
Michelle Zhou
Richard J. Salute
Sherman Edmiston III
Vijay Kuppili
Anil Matthews
Shobhit Shukla
Mini Krishnamoorthy
Ronald Steger
Gene Eubanks
Scott Slipy
Paul Gross
Madhusudan Therani
Justin Joseph
Andrea Chee Yuen Li

**Professionals**
Adlakha Kukreja & Co.

AEI Legal LLC
Baker Tilly US, LLP
Continental Stock Transfer & Trust Co.
Daijogo & Pedersen LLP
Drew & Napier LLC
Driti Advisors LLP
Ernst & Young LLP
GLC Advisors & Co., LLC
GLC Securities, LLC
Grant Thornton Bharat LLP
Kelley Drye & Warren LLP
Kroll Restructuring Administration
Lumos Law
M2K Advisors Pte Ltd
Natarajan & Swaminathan
Pragmatica Law LLP
Taylor Wessing LLP
Willkie Farr & Gallagher LLP
Young Conaway Stargatt & Taylor, LLP

**Benefit Providers**
Aetna
Aflac
Blue Cross and Blue Shield of Minnesota
Blue Cross and Blue Shield of North
Carolina
Blue Shield of California
CIGNA Global Health
Delta Dental
Empire Blue Cross
Farmers Group
Florida Blue
Guardian Dental
Kaiser Permanente
MetLife Dental
MetLife Life Insurance
The Hartford
TriNet Group
Tufts Health Plan
UnitedHealthcare
Vision Service Plan (VSP)

**Landlord / Sublessee**
CIT Bank, N.A.
First-Citizens Bank & Trust Company
Parsons Services Company

SM10000 PROPERTY, LLC

**Top 30 Creditors**
Akama Holdings Fz-LLC
Amazon Web Services, Inc.
Cantor Fitzgerald & Co.
Investments LLC
Digital Envoy, Inc.
EdgarAgents, LLC
EGS Inc.
Greater Pacific Capital Management Ltd.,
GPC NIV LTD.
Gopal Srinivasan
Haynes and Boone, LLP
HERE Europe B.V.
ICR LLC
Interxion Ireland DAC Limited
Kirkland & Ellis LLP
KludeIn Prime, LLC
Magnite, Inc.
Palisades Media Group, Inc.
Polar Multi Strategy Master Fund
Polar Asset Management Partners Inc.
Sequoia Capital India III Ltd.
Smaato, Inc.
Star Labs LLC
Talent Hunt USA
Taylor Wessing LLP
Telstra Ventures Fund II, L.P
Titan Columbus Ventures
The Benchmark Company, LLC
The Ebinger Family Trust
Venable LLP
Verve Group Europe GmbH
YA II PN, Ltd. c/o Yorkville Advisors
Global, LLC

**Judges / Court Employees**
Amanda Hrycak
Cacia Batts
Catherine Farrell
Claire Brady
Demitra Yeager
Jill Walker
Joan Ranieri
Judge Ashley M. Chan

Judge Brendan L. Shannon
Judge Craig T. Goldblatt
Judge J. Kate Stickles
Judge John T. Dorsey
Judge Karen B. Owens
Judge Laurie Selber Silverstein
Judge Mary F. Walrath
Judge Thomas B. Horan
Laura Haney
Paula Subda
Una O'Boyle

**Office of the United States Trustee**
Andrew R. Vara
Benjamin Hackman
Christine Green
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Jonathan Lipshie
Jonathan Nyaku
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Lauren Attix
Linda Casey
Linda Richenderfer
Nyanquoi Jones
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Timothy J. Fox, Jr.

**EXHIBIT B**

**Rule 2016 Statement**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |

**STATEMENT OF YOUNG CONAWAY STARGATT & TAYLOR, LLP**
**UNDER RULE 2016 OF THE FEDERAL RULES OF BANKRUPTCY**
**PROCEDURE AND SECTION 329 OF THE BANKRUPTCY CODE**

1.      Young Conaway Stargatt & Taylor, LLP ("<u>Young Conaway</u>" or the "<u>Firm</u>"),[2] pursuant to Bankruptcy Rule 2016, Local Rule 2016-1, and section 329 of the Bankruptcy Code, states that the undersigned is proposed bankruptcy co-counsel to the Debtors in these Chapter 11 Cases.

2.      Compensation agreed to be paid by the Debtors to Young Conaway will be for legal services rendered in connection with these Chapter 11 Cases.  The Debtors have agreed to pay Young Conaway at the firm's standard hourly rates for the legal services rendered or to be rendered on the Debtors' behalf in connection with these Chapter 11 Cases by Young Conaway's various attorneys and paralegals.  The Debtors have also agreed to reimburse Young Conaway for its actual, necessary, and reasonable expenses incurred in connection with these Chapter 11 Cases.

3.      Young Conaway was retained by the Debtors pursuant to an engagement agreement dated as of October 23, 2023 (the "<u>Engagement Agreement</u>") and provided counsel to the Debtors

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the *Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date* (the "<u>Application</u>").

in connection with certain restructuring matters.  In accordance with the Engagement Agreement, Young Conaway received retainer payments in the amounts of (i) $102,000 on October 24, 2023, (ii) $100,000.00 on November 30, 2023, and (iii) $30,000.00 on December 8, 2023 (collectively, the "Retainer").  On December 5, 2023, the Debtors advanced the filing fees for these Chapter 11 Cases in the amount of $6,952.00.

4.      Young Conaway received no other payments or promises of payment from the Debtors on account of services rendered or to be rendered in contemplation of or in connection with these Chapter 11 Cases.  Young Conaway will seek approval of payment of compensation upon its filing of appropriate applications for allowance of interim or final compensation pursuant to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable orders of the Court.

5.      All filing fees in these Chapter 11 Cases have been paid in full.

6.      The services to be rendered include all those services set forth in the Application.

7.      Young Conaway further states that it has neither shared nor agreed to share (i) any compensation it has received or may receive with another party or person, other than with the partners, counsel, and associates of Young Conaway, or (ii) any compensation another person or party has received or may receive.

*[Signature page follows]*

Dated: December 15, 2023          Respectfully submitted,

*/s/ Edmon L. Morton*

Edmon L. Morton (No. 3856)
Matthew B. Lunn (No. 4119)
Shane M. Reil (No. 6195)
Carol E. Cox (No. 6936)
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
emorton@ycst.com
mlunn@ycst.com
sreil@ycst.com
ccox@ycst.com

*Proposed Co-Counsel to Debtors and
Debtors-in-Possession*

3

**EXHIBIT C**

**Faieta Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF JOHN FAIETA IN SUPPORT OF THE DEBTORS'
APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND
EMPLOYMENT OF YOUNG CONAWAY STARGATT & TAYLOR, LLP AS
CO-COUNSEL FOR THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE**

I, John Faieta, hereby submit this declaration (this "<u>Declaration</u>") under penalty of perjury:

1.      I submit this Declaration in support of the *Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date* (the "<u>Application</u>").[2]  Except as otherwise noted, all facts in this Declaration are based on my personal knowledge of the matters set forth herein, information gathered from my review of relevant documents, and information supplied to me by other members of the Debtors' management and the Debtors' advisors.

2.      I am the interim Chief Financial Officer of the Debtors.  In this capacity, I am familiar with the Debtors' decision to retain and employ Young Conaway as counsel in these Chapter 11 Cases.  I generally am responsible for, among other things, supervising the Debtors' outside counsel and monitoring and controlling legal costs.

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd.  The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

[2]      Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

**The Debtors' Selection of Young Conaway as Counsel**

3.     The Debtors selected Young Conaway as their bankruptcy co-counsel because of the Firm's extensive knowledge, expertise, and experience in the field of debtors' and creditors' rights and business reorganizations under chapter 11 of the Bankruptcy Code.  Young Conaway's knowledge, expertise, and experience practicing before the Court will enable the Firm to work in an effective and efficient manner on behalf of the Debtors' estates.  Additionally, in preparing for these Chapter 11 Cases, Young Conaway has become familiar with the Debtors' business and affairs and many of the potential legal issues that might arise in the context of these Chapter 11 Cases.  Therefore, the Debtors believe that Young Conaway is uniquely qualified to represent them as bankruptcy co-counsel in these Chapter 11 Cases.  The Debtors did not interview any other Delaware firms to serve as their bankruptcy co-counsel.

**Rate Structure**

4.     Young Conaway has informed the Debtors that their hourly rates for bankruptcy representations are comparable to (a) the hourly rates they charge for non-bankruptcy representations and (b) the rates of other comparably skilled professionals in the national marketplace for legal services.  Having had experience working with large law firms, and having previously reviewed invoices from other large law firms, I can verify that the rates being charged by Young Conaway in connection with this representation are within the range typically charged by similar firms in complex matters.

5.     I am the primary individual responsible for reviewing the invoices regularly submitted by Young Conaway, and I am informed that the rates that Young Conaway charged the Debtors in the prepetition period are the same as the rates that Young Conaway will charge the

Debtors during these Chapter 11 Cases subject to periodic adjustment to reflect economic and other conditions.

### Cost Supervision

6.      The Debtors and Young Conaway expect to develop a prospective budget and staffing plan for the postpetition period, recognizing that, during the course of these Chapter 11 Cases, it is possible that there may be issues or disputes that create the need for additional fees and expenses charged by Young Conaway.  The Debtors further recognize that it is their responsibility to monitor closely the billing practices of their counsel to ensure the fees and expenses paid by the estates remain consistent with the Debtors' expectations and the exigencies of these Chapter 11 Cases.  The Debtors will continue to review the invoices that Young Conaway regularly submits and periodically amend the budget and staffing plans as these Chapter 11 Cases develop.

7.      As they did prepetition, the Debtors will continue to closely monitor Young Conaway's fees and expenses.  Young Conaway's fees and expenses will be subject to review, comment, and objection (if warranted), and court approval pursuant to interim compensation procedures that provide for the interim allowance and payment of fees and expenses during these Chapter 11 Cases.  Young Conaway's fees and expenses will be subject to periodic review on a monthly, interim, and final basis during these Chapter 11 Cases by the U.S. Trustee, any official committee appointed in these Chapter 11 Cases and the Court, as well as by the Debtors.


[*Signature page follows*]

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 15, 2023                                    Respectfully submitted,


                                                           */s/ John Faieta*
                                                           John Faieta
                                                           Chief Financial Officer

**<u>EXHIBIT D</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. _** |

**ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF
YOUNG CONAWAY STARGATT & TAYLOR, LLP AS CO-COUNSEL
FOR THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE**

Upon consideration of the application (the "Application")[2] of the Debtors for entry of an order, pursuant to section 327(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, authorizing the retention and employment of Young Conaway as co-counsel to the Debtors, effective as of the Petition Date, as more fully set forth in the Application; and upon consideration of the Application and all pleadings related thereto, including the Morton Declaration and the Faieta Declaration; and it appearing that this Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 1334(b) and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing that venue of these Chapter 11 Cases and the Application in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that this Court may enter a final order

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd.  The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Application.

consistent with Article III of the United States Constitution; and it appearing that notice of the Application has been given as set forth in the Application, and that such notice is adequate and no other or further notice need be given; and this Court finding that Young Conaway is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code, because (i) Young Conaway has no connection with the Debtors, any creditors, or other parties in interest, their respective attorneys and accountants, or the U.S. Trustee or any of its employees, except as set forth in the Morton Declaration; (ii) Young Conaway is not a creditor, equity security holder, or insider of the Debtors; (iii) none of Young Conaway's partners or employees are or were, within two years of the Petition Date, a director, officer, or employee of the Debtors; and (iv) Young Conaway does not hold, and has neither represented nor represents, an interest materially adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason; and this Court having found and determined that the relief sought in the Application is in the best interests of the Debtors, their estates, their creditors, and all other parties in interest; and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is GRANTED as set forth herein.

2.      In accordance with section 327(a) of the Bankruptcy Code, the Debtors are hereby authorized to retain and employ Young Conaway as their counsel on the terms set forth in the Application and the Morton Declaration, effective as of the Petition Date.

3.      Young Conaway shall be entitled to allowance of compensation and reimbursement of expenses upon the filing and approval of interim and final applications pursuant to the Bankruptcy Rules, the Local Rules, and such other orders as this Court may direct.  Young Conaway intends to, and shall, make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Appendix B—Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective as of November 1, 2013 (both in connection with this Application and the interim and final fee applications to be filed by Young Conaway in these Chapter 11 Cases).

4.      Young Conaway shall provide five (5) business days' notice to the Debtors and the U.S. Trustee in connection with any increase of the hourly rates listed in the Application.  The U.S. Trustee and the Debtors retain all rights to object to any rate increase on all grounds, including, but not limited to, the reasonableness standard provided in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

5.      Young Conaway shall make all required disclosures and, in the event a material conflict arises, take all required actions to address and resolve the conflict.

6.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

7.      This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.