# Notice Recipients

District/Off: 0311−1  User: admin  Date Created: 12/21/2023
Case: 23−11962−TMH  Form ID: pdf341  Total: 23

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| trans | Reliable Companies | gmatthews@reliable−co.com |
| clagent | Kroll Restructuring Administration LLC | info@ra.kroll.com |
| aty | Andrew S. Mordkoff | amordkoff@willkie.com |
| aty | Benjamin A. Hackman | benjamin.a.hackman@usdoj.gov |
| aty | Brenna Anne Dolphin | bdolphin@morrisnichols.com |
| aty | Edmon L. Morton | bankfilings@ycst.com |
| aty | John M. Debbeler | MDebbeler@brickergraydon.com |
| aty | Matthew B. Harvey | mharvey@mnat.com |
| aty | Patrick M. Costello | pcostello@vectislawgroup.com |
| aty | Rachel C. Strickland | rstrickland@willkie.com |
| aty | Robert J. Dehney | rdehney@morrisnichols.com |
| aty | Shane M. Reil | bankfilings@ycst.com |
| aty | Stuart R. Lombardi | mao@willkie.com |

TOTAL: 14

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Near Intelligence, Inc. | 100 W Walnut St. | Suite A−4 | Pasadena, CA 91124 |
| cr | First Financial Bank | 100 E Spring St. | New Albany, IN 47150 | |
| aty | Amanda Fang | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York, NY 10019 |
| aty | Geoffrey M. King | King & Spalding LLP | 110 N. Wacker Drive Suite 3800 | Chicago, IL 60606 |
| aty | Joseph Brandt | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York, NY 10019 |
| aty | Miguel Cadavid | King & Spalding LLP | 1185 Avenue of the Americas | New York, NY 10036 |
| aty | Robert G. Schwartz | King & Spalding LLP | 1185 Avenue of Americas 34th Floor | New York, NY 10036 |
| 18744895 | KludeIn Prime LLC | Attn: Sriram Raghavan | 855 El Camino Real #13A−385 | Palo Alto, CA 94301 |
| 18744894 | Patrick M. Costello, Esq. | VECTIS LAW | 303 Twin Dolphin Dr., 6th Floor | Redwood City, CA 94065 |

TOTAL: 9