# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*[1], | Case No.: 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |
| | **REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that KludeIn Prime LLC ("**KludeIn**"), a creditor and party in interest, pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, hereby requests that all notices given or required to be given in this case to creditors or any other party in interest (including all matters described pursuant to Bankruptcy Code Section 102(1) and Bankruptcy Rules 2002(a), (b), (c), (f) and (i), 3017(a), 9007 and 9010) and all papers or other documents filed, served, or required to be served in the above-captioned bankruptcy case, be served on the addressee listed below and that, pursuant to Bankruptcy Rules 2002(g) and 9007, the following be added to Court's master mailing list:

> Patrick M. Costello, Esq.
> VECTIS LAW
> 303 Twin Dolphin Dr., 6th Floor
> Redwood City, CA 94065
> Telephone: (650) 622-5097
> E-mail: pcostello@vectislawgroup.com

This request for notice is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over KludeIn, specially but not limited to, a waiver of (i) KludeIn's right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

KludeIn's right to trial by jury in any proceeding so triable herein, or in any case, controversy, or proceeding related hereto; (iii) KludeIn's right to have the reference withdrawn by the district court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which KludeIn is or may be entitled under any agreement, in law, or in equity -- all of which rights, claims, actions, defenses, setoffs, and recoupments KludeIn expressly reserves.

Dated: December 20, 2023                    Vectis Law

                                            By:   /s/ Patrick Costello
                                                  Patrick M. Costello
                                                  Attorneys for KludeIn Prime LLC