# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEAR INTELLIGENCE, INC., *et al.*, | : | Case No. 23-11962 (TMH) |
| | : | |
| Debtors. | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **YA II PN, Ltd.**, c/o Yorkville Advisors Global, LLC, 1012 Springfield Ave., Mountainside, NJ 07092, Phone: (201) 985-8300, Email: legal@yorkvilleadvisors.com

2. **Magnite, Inc.**, Attn: Elie Tawil, 6080 Center Drive, 4th Floor, Los Angeles, CA 90045, Phone: (818) 613-0191, Email: etawil@magnite.com

**ANDREW R. VARA**
**UNITED STATES TRUSTEE,**
**REGIONS 3 & 9**

　/s/ *Benjamin Hackman*　　for
JOSEPH J. MCMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE
benjamin.a.hackman@usdoj.gov

DATED: December 22, 2023

Attorney assigned to this Case: Benjamin Hackman, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Proposed Counsel: Edmon Morton, Phone: (302) 571-6600, Fax: (302) 571-1253