UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

----------------------------------------------------------o
:
In re: : Chapter 11
:
Near Intelligence, Inc., *et al.*, : Lead Case No. 23-11962 (TMH)
:
    Debtors. : (Jointly Administered)
:
: **341 Meeting Date: Tues., Jan. 9, 2024,**
----------------------------------------------------------o **at 2:00 p.m. (ET)**

## NOTICE OF TELEPHONIC SECTION 341 MEETING

    PLEASE TAKE NOTICE that the meeting of creditors pursuant to 11 U.S.C. §§ 341 and 343 (the "section 341 meeting") in these cases, scheduled for **Tuesday, January 9, 2024, at 2:00 p.m. (ET)** will be held telephonically.

    If you are receiving this notice, you have been identified as a party who may be a creditor, that is, someone who may be owed money by the Debtors. Creditors will receive subsequent notice regarding any deadline for submitting a claim for monies owed, as well as the procedures for doing so. **Your telephonic participation in the section 341 meeting is not required, is completely optional, and failure to attend will not affect your eligibility to file a claim later.** The purpose of the section 341 meeting is to provide creditors and parties in interest an opportunity to examine the Debtors' financial affairs. The purpose of the section 341 meeting is not to address the specific circumstances of each creditor.

    PLEASE FOLLOW the instructions below to ensure a smooth and efficient telephonic section 341 meeting.

- You must use a touch-tone phone.
- If you have a choice, please use a landline phone, instead of a cell phone.
- Dial the call-in number, **1-866-621-1355**, and then enter the passcode, **7178157**, followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the U.S. Trustee counsel asks you to identify yourself or indicates you may ask questions. You will still be able to listen even when your phone is muted.
- Unmute your phone when speaking.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once the meeting of creditors is finished, please hang up.

- o If you become disconnected before the meeting is finished, please call back.
- o The section 341 meeting of creditors will be recorded by the U.S. Trustee. Any other recordings are prohibited.
- o **Neither the U.S. Trustee nor the Debtors may provide legal advice to any creditors.**

A copy of this notice will be posted on the claims agent's (**Kroll's**) website at: https://cases.ra.kroll.com/near/Home-Index

If you have any questions, you may contact Debtors' proposed counsel: Edmon Morton (Young Conaway Stargatt & Taylor, LLP); Telephone: (302) 571-6600; Facsimile: (302) 571-1253; Email: emorton@ycst.com

**Dated:** December 19, 2023

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**REGIONS 3 AND 9**

By: /s/ *Benjamin Hackman*
Benjamin A. Hackman
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street
Room 2207, Lockbox 35
Wilmington, DE 19801

United States Bankruptcy Court
District of Delaware

In re:  Case No. 23-11962-TMH
Near Intelligence, Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1     User: admin     Page 1 of 2
Date Rcvd: Dec 21, 2023     Form ID: pdf341     Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Near Intelligence, Inc., 100 W Walnut St., Suite A-4, Pasadena, CA 91124-0001 |
| aty | + | Amanda Fang, Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019-6099 |
| aty | + | Geoffrey M. King, King & Spalding LLP, 110 N. Wacker Drive, Suite 3800, Chicago, IL 60606-1513 |
| aty | + | Joseph Brandt, Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019-6099 |
| aty | + | Miguel Cadavid, King & Spalding LLP, 1185 Avenue of the Americas, New York, NY 10036-2686 |
| aty | + | Robert G. Schwartz, King & Spalding LLP, 1185 Avenue of Americas, 34th Floor, New York, NY 10036-2603 |
| 18744895 | + | KludeIn Prime LLC, Attn: Sriram Raghavan, 855 El Camino Real #13A-385, Palo Alto, CA 94301-2305 |
| 18744894 | + | Patrick M. Costello, Esq., VECTIS LAW, 303 Twin Dolphin Dr., 6th Floor, Redwood City, CA 94065-1497 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: FFBBANKRUPTCY@BANKATFIRST.COM | Dec 21 2023 20:03:00 | First Financial Bank, 100 E Spring St., New Albany, IN 47150-3421 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 23, 2023      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2023 at the address(es) listed below:

**Name**      **Email Address**

Andrew S. Mordkoff

District/off: 0311-1 | User: admin | Page 2 of 2
Date Rcvd: Dec 21, 2023 | Form ID: pdf341 | Total Noticed: 9

| | |
|---|---|
| | on behalf of Debtor Near Intelligence Inc. amordkoff@willkie.com |
| Brenna Anne Dolphin | on behalf of Interested Party Blue Torch Finance LLC bdolphin@morrisnichols.com, brenna-dolphin-9491@ecf.pacerpro.com |
| Edmon L. Morton | on behalf of Debtor Near Intelligence Inc. bankfilings@ycst.com |
| Edmon L. Morton | on behalf of Debtor Near Intelligence LLC bankfilings@ycst.com |
| Edmon L. Morton | on behalf of Debtor Near Intelligence Pte. Ltd. bankfilings@ycst.com |
| Edmon L. Morton | on behalf of Debtor Near North America Inc. bankfilings@ycst.com |
| John M. Debbeler | on behalf of Creditor First Financial Bank MDebbeler@brickergraydon.com |
| Kroll Restructuring Administration LLC | info@ra.kroll.com |
| Matthew B. Harvey | on behalf of Interested Party Blue Torch Finance LLC mharvey@mnat.com, matt-harvey-8145@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Reliable Companies | gmatthews@reliable-co.com |
| Robert J. Dehney | on behalf of Interested Party Blue Torch Finance LLC rdehney@morrisnichols.com, robert-dehney-4464@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Stuart R. Lombardi | on behalf of Debtor Near Intelligence Inc. mao@willkie.com, slombardi@willkie.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |

TOTAL: 13