# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC.[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that DLA Piper LLP (US) hereby enters its appearance in the above-captioned cases as proposed counsel to the Official Committee of Unsecured Creditors (the "Committee"). The undersigned hereby requests that notice of all matters, papers, and pleadings filed in the above-captioned cases that require notice pursuant to 11 U.S.C. §§ 342 and 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 3017, 9007, and 9010(b) be directed as follows:

R. Craig Martin, Esq.
Aaron S. Applebaum, Esq.
**DLA PIPER LLP (US)**
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Email:  craig.martin@us.dlapiper.com
          aaron.applebaum@us.dlapiper.com

Dennis C. O'Donnell, Esq.
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY  10020
Telephone: (212) 335-4500
Email:  dennis.odonnell@us.dlapiper.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code provisions and Bankruptcy Rules specified above, but also includes, without limitation, all notices and papers of any kind relating to any application, motion, petition, pleading, request, order, complaint or demand, whether transmitted

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd.  The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

or conveyed by mail, delivery, telephone, telecopy, email or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the filing of this *Notice of Appearance and Request for Service of Notices and Documents* is not intended to be, and it shall not be deemed or construed to be, a waiver or relinquishment of any right, including, but not limited to: (a) the right to have final orders in non-core matters entered only after *de novo* review by a higher court; (b) the right to trial by jury in any proceeding so triable in connection with these cases or any related case, controversy or proceeding; (c) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; and/or (d) any other rights, claims or defenses to which the Committee may be entitled in law or in equity, all of which are hereby expressly reserved.

Dated: December 27, 2023

**DLA PIPER LLP (US)**

/s/ *Aaron S. Applebaum*
R. Craig Martin (DE 5032)
Aaron S. Applebaum (DE 5587)
1201 N. Market Street, Suite 2100
Wilmington, DE  19801
Telephone: (302) 468-5700
Email: craig.martin@us.dlapiper.com
          aaron.applebaum@us.dlapiper.com

and

Dennis C. O'Donnell, Esq. (*pro hac vice* application pending)
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY  10020
Telephone: (212) 335-4500
Email: dennis.odonnell@us.dlapiper.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*