**CERTIFICATE OF SERVICE**

    I, Aaron S. Applebaum, hereby certify that on this 27th day of December 2023, I caused a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Notice and Documents* to be served via the Court's CM/ECF system to all parties registered to receive such notices.

                                           */s/ Aaron S. Applebaum*
                                           Aaron S. Applebaum (DE 5587)