# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NEAR INTELLIGENCE, INC.[1] | ) Case No. 23-11962 (TMH) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Dennis O'Donnell of DLA Piper LLP (US), to represent The Official Committee of Unsecured Creditors of Near Intelligence, Inc., in the above-captioned chapter 11 case.

Dated: December 27, 2023          **DLA PIPER LLP (US)**

/s/ *Aaron S. Applebaum*
R. Craig Martin (DE 5032)
Aaron S. Applebaum (DE 5587)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Email: craig.martin@us.dlapiper.com
          aaron.applebaum@us.dlapiper.com

and

Dennis C. O'Donnell, Esq. (*pro hac vice* application pending)
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Email: dennis.odonnell@us.dlapiper.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd.  The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: December 27, 2023				**DLA PIPER LLP (US)**

　　　　　　　　　　　　　　　　　　　　　 */s/ Dennis O'Donnell*
　　　　　　　　　　　　　　　　　　　　　Dennis O'Donnell, Esq.
　　　　　　　　　　　　　　　　　　　　　1251 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　New York, NY  10020
　　　　　　　　　　　　　　　　　　　　　Telephone:  (212) 335-4500
　　　　　　　　　　　　　　　　　　　　　Email:  dennis.odonnell@us.dlapiper.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.