**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 72** |

**SUPPLEMENTAL DECLARATION OF EDMON L. MORTON IN SUPPORT OF THE**
**DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND**
**EMPLOYMENT OF YOUNG CONAWAY STARGATT & TAYLOR, LLP AS**
**CO-COUNSEL FOR THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE**

I, Edmon L. Morton, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1.      I am a partner in the law firm of Young Conaway Stargatt & Taylor, LLP ("Young

Conaway" or the "Firm"), with offices at Rodney Square, 1000 North King Street, Wilmington,

Delaware 19801, and have been duly admitted to practice in the States of Delaware and New York,

the District of Columbia, the United States Court of Appeals for the Third Circuit and the United

States District Court for the District of Delaware.  I submit this supplemental declaration in support

of *Debtors' Application for an Order Authorizing the Retention and Employment of Young*

*Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date*

(the "Application") [Docket No. 72] and to supplement the *Declaration of Edmon L. Morton in*

*Support of the Debtors' Application for an Order Authorizing the Retention and Employment of*

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd.  The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

*Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date* (the "Original Declaration"), filed as Exhibit A to the Application.[2]

2.    As set forth in the Original Declaration, Young Conaway has conducted a series of searches in the Firm's conflicts databases to identify relationships with the Debtors, their lenders, equity holders, and various other parties-in-interest in these Chapter 11 Cases (collectively, the "Interested Parties").

3.    Based on the conflicts and connections search conducted and described herein and in the Original Declaration, to the best of my knowledge, neither I, Young Conaway, nor any partner, counsel, or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors or any other Interested Parties, except as stated herein and in the Original Declaration.

4.    Since the Original Declaration, Young Conaway has continued its review of Interested Parties and hereby makes the following supplemental disclosures:

- Young Conaway currently represents Venable LLP in matters unrelated to these Chapter 11 Cases.

- Young Conaway has previously represented the following Interest Parties in now-concluded matters unelated to these Chapter 11 Cases:

  - Aramark Refreshment Services, LLC
  - BTIG, LLC
  - Cede & Co.
  - Deloitte Financial Advisory Services LLP
  - E*Trade Financial Corporate Services Inc.
  - Idealab
  - InMobi Pte. Ltd.
  - Oracle Corporation Singapore Pte. Ltd.
  - Oracle Corporation UK Limited
  - XL Specialty Insurance Company

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

5.      Young Conaway is continuing to review the Interested Parties.  Based upon the Firm's review of the Interested Parties known as of the date hereof, Young Conaway has determined that it does not represent any party in these proceedings with a material adverse interest with respect to the Debtors.  Young Conaway will supplement this declaration, as necessary, with additional information or disclosures in the event that additional information is developed.

6.      The facts set forth herein are true and correct to the best of my knowledge, information, and belief.

Dated: December 28, 2023
       Wilmington, Delaware

/s/ Edmon L. Morton
Edmon L. Morton