**bnash nashionalmedia.com**

From: Hackman, Benjamin A. (USTP) <Benjamin.A.Hackman@usdoj.gov>
Sent: Friday, December 22, 2023 12:03 PM
To: bnash nashionalmedia.com
Subject: RE: Electronic Service for Relief From Stay Motion Case No. 23-11962

Dear Mr. Nash,

Please provide me with your New Jersey counsel's contact information, or have them reach out to me at their convenience.

Respectfully,

Ben

Benjamin Hackman
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Tel: (302) 573-6493
Fax: (302) 573-6497
Cel: (202) 603-5229

From: bnash nashionalmedia.com <bnash@nashionalmedia.com>
Sent: Friday, December 22, 2023 11:55 AM
To: Hackman, Benjamin A. (USTP) <Benjamin.A.Hackman@usdoj.gov>
Subject: [EXTERNAL] Electronic Service for Relief From Stay Motion Case No. 23-11962

Mr. Hackman:

Please take this email with the attachment as electronic service for Motion for Relief From Stay in case no 23-11962. I greatly appreciate your acknowledgment of receipt.

Sincerely,
Brian Nash

**Brian Nash**
bnash@nashionalmedia.com
917-923-8507
https://www.linkedin.com/in/nashionalmedia/

1

USBC
Attn: Clerk
824 N Market Street
Wilmington, De  19801

RE: Case No. 23-11962

Please accept this letter and the included confirmations of electronic delivery of service for the Motion for Relief From Stay on behalf of Movant, Brian Nash in Case Number 23-11962.

If you have any questions or need to contact me, I can be reached at bnash@nashionalmedia.com or 917-923-8507

Sincerely,

Brian Nash

## bnash nashionalmedia.com

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | emorton@ycst.com; mlunn@ycst.com; sreil@ycst.com; ccox@ycst.com |
| **Sent:** | Thursday, December 21, 2023 3:28 PM |
| **Subject:** | Relayed: Electronic Service for Relief From Stay Motion Case No. 23-11962 |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

emorton@ycst.com (emorton@ycst.com)

mlunn@ycst.com (mlunn@ycst.com)

sreil@ycst.com (sreil@ycst.com)

ccox@ycst.com (ccox@ycst.com)

Subject: Electronic Service for Relief From Stay Motion Case No. 23-11962

1

**bnash nashionalmedia.com**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | rstrickland@willkie.com; amordkoff@willkie.com; jbrandt@willkie.com |
| **Sent:** | Thursday, December 21, 2023 3:27 PM |
| **Subject:** | Relayed: Electronic Service for Relief From Stay Motion Case No. 23-11962 |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

rstrickland@willkie.com (rstrickland@willkie.com)

amordkoff@willkie.com (amordkoff@willkie.com)

jbrandt@willkie.com (jbrandt@willkie.com)

Subject: Electronic Service for Relief From Stay Motion Case No. 23-11962

ent Pkwy.
t, NJ 08750

CERTIFIED MAIL

7022 2410 0000 0257 5924

TRENTON NJ 085
22 DEC 20

Retail

19801
RDC 99

U.S. POSTAGE PAID
FCM LETTER
SEA GIRT, NJ 0875
DEC 22, 2023
$5.01
R2304E105874-04

USBC
ATTN: Clerk
824 N. Market St.
Wilmington, DE 19801

19801-302499