# Notice Recipients

District/Off: 0311−1           User: admin                  Date Created: 12/28/2023
Case: 23−11962−TMH             Form ID: van441              Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
intp         Brian Nash        200 Crescent Pkwy      Sea Git, NJ 08750

TOTAL: 1