## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*, | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |

## <u>ORDER SCHEDULING OMNIBUS HEARING DATE</u>

Pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, this Court hereby schedules the following omnibus hearing date:

**January 23, 2024 at 1:00 p.m. (ET) – 3rd Floor, Courtroom No. 7**

31119427.1