# UNITED STATES BANKRUPTCY COURT
### District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Near Intelligence, Inc.

**Case No.:** 23−11962−TMH

**Chapter:** 11

Notice of Filing Fee(s) Due  
Re: Docket # 92

Dear Brian Nash:

- ☐ On , you filed a Motion for Leave to file an Appeal in the above captioned case. A fee in the amount of $ was collected for this motion. On , the motion was granted by the United States District Court. The remaining $ fee for filing a Notice of Appeal is now due.

- ☐ On , you filed a Request for Certification of Direct Appeal in the above captioned case. On , the Court of Appeals entered an Order granting the Request. A fee in the amount of $ 199.00 is now due.

- ☐ Pursuant to the Order for Relief entered, the case was converted to a Chapter 11 which requires a $ fee to be paid to the Court.

- ☑ On 12/27/23, you filed a document in the above−captioned case that requires a filing fee of $ 199.00 be paid to the Court.

Notes:

**Please remit funds to the Court at the following address by no later than 1/11/24.**

**United States Bankruptcy Court**  
**District of Delaware**  
**824 Market Street, 3rd Floor**  
**Wilmington, DE 19801**

A Schedule of Fees which lists fee amounts and appropriate forms of payment are available on the Court's website at www.deb.uscourts.gov. If you have any questions, you may contact the Court at helpdeskde@deb.uscourts.gov or (302) 252−2887.

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Date: 12/28/23                              By: Sara Hughes, Deputy Clerk

(VAN−441)

United States Bankruptcy Court
District of Delaware

In re:  Case No. 23-11962-TMH
Near Intelligence, Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0311-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 28, 2023 | Form ID: van441 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2023:**

**Recip ID          Recipient Name and Address**
intp          +  Brian Nash, 200 Crescent Pkwy, Sea Git, NJ 08750-3106

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2023                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2023 at the address(es) listed below:

**Name**              **Email Address**

Aaron S. Applebaum
    on behalf of Attorney Counsel to Official Committee of Unsecured Creditors aaron.applebaum@us.dlapiper.com carolyn.fox@us.dlapiper.com

Andrew S. Mordkoff
    on behalf of Debtor Near Intelligence  Inc. amordkoff@willkie.com

Benjamin A. Hackman
    on behalf of U.S. Trustee U.S. Trustee benjamin.a.hackman@usdoj.gov

Brenna Anne Dolphin
    on behalf of Interested Party Blue Torch Finance  LLC bdolphin@morrisnichols.com, brenna-dolphin-9491@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;brendan-cornely-7012@ecf.pacerpro.com

Edmon L. Morton
    on behalf of Debtor Near North America  Inc. bankfilings@ycst.com

District/off: 0311-1 | User: admin | Page 2 of 2
Date Rcvd: Dec 28, 2023 | Form ID: van441 | Total Noticed: 1

| | |
|---|---|
| Edmon L. Morton | on behalf of Debtor Near Intelligence Pte. Ltd. bankfilings@ycst.com |
| Edmon L. Morton | on behalf of Debtor Near Intelligence Inc. bankfilings@ycst.com |
| Edmon L. Morton | on behalf of Debtor Near Intelligence LLC bankfilings@ycst.com |
| Jack Shrum | on behalf of Creditor Akama Holdings Fz-LLC jshrum@jshrumlaw.com |
| John M. Debbeler | on behalf of Creditor First Financial Bank MDebbeler@brickergraydon.com |
| Kroll Restructuring Administration LLC | info@ra.kroll.com |
| Matthew B. Harvey | on behalf of Interested Party Blue Torch Finance LLC mharvey@mnat.com, matt-harvey-8145@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| R. Craig Martin | on behalf of Attorney Counsel to Official Committee of Unsecured Creditors craig.martin@dlapiper.com carolyn.fox@dlapiper.com;DLAPiper@ecfxmail.com |
| Reliable Companies | gmatthews@reliable-co.com |
| Robert J. Dehney | on behalf of Interested Party Blue Torch Finance LLC rdehney@morrisnichols.com, robert-dehney-4464@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Stuart R. Lombardi | on behalf of Debtor Near Intelligence Inc. mao@willkie.com, slombardi@willkie.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |

TOTAL: 17