**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 5, 2024 AT 2:00 P.M. (ET)**

**NO MATTERS ARE GOING FORWARD AND THIS HEARING
HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

## ADJOURNED MATTERS

1. Debtors' Motion for Entry of An Order Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors and (C) File Under Seal Portions of the Creditor Matrix and Other Filings Containing Certain Personal Identification Information [Docket No. 5; 12/8/23]

   Related Documents:

   A. Order Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors and (C) File Under Seal Portions of the Creditor Matrix and Other Filings Containing Certain Personal Identification Information [Docket No. 64; 12/11/23]

   B. Notice of Final Hearing Regarding Order Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors and (C) File Under Seal Portions of the Creditor Matrix and Other Filings Containing Certain Personal Identification Information [Docket No. 69; 12/12/23]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

Response Deadline:    December 29, 2023 at 4:00 p.m. (ET); extended to January 8, 2024 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors

Responses Received:

  C.    Informal response from the U.S. Trustee

Status:    This matter is adjourned to January 11, 2024 at 1:00 p.m. (ET).

2.    Debtors' Motion for Interim and Final Orders Establishing Notice and Hearing Procedures for Trading In, or Certain Claims of Worthlessness with Respect to, Equity Securities in Debtor Near Intelligence, Inc. [Docket No. 6; 12/8/23]

Related Documents:

A.    Interim Order Establishing Notice and Hearing Procedures for Trading In, or Certain Claims of Worthlessness with Respect to, Equity Securities in Debtor Near Intelligence, Inc. [Docket No. 42; 12/11/23]

B.    Notice of Entry of Interim Order, Pursuant to Sections 105(a), 362(a)(3), and 541 of the Bankruptcy Code and Bankruptcy Rule 3001, Establishing Notice and Hearing Procedures for Trading In, or Certain Claims of Worthlessness with Respect to, Equity Securities in Debtor Near Intelligence, Inc. [Docket No. 70; 12/12/3]

Response Deadline:    December 29, 2023 at 4:00 p.m. (ET); extended to January 8, 2024 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors

Responses Received:    None

Status:    This matter is adjourned to January 11, 2024 at 1:00 p.m. (ET).

3.    Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees Related Obligations and (II) Authorizing the Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief [Docket No. 7; 12/8/23]

Related Documents:

A.    Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees Related Obligations and (II) Authorizing the Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief [Docket No. 63; 12/11/23]

B.      Omnibus Notice of First Day Pleadings and Final Hearing Thereon [Docket No. 68; 12/12/3]

| Response Deadline: | December 29, 2023 at 4:00 p.m. (ET); extended to January 8, 2024 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors |
|---|---|
| Responses Received: | None |

Status:      This matter is adjourned to January 11, 2024 at 1:00 p.m. (ET).

4.      Debtors' Motion for Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Resolving Objections by Utility Companies and Determining Any Additional Adequate Assurance of Payment, and (IV) Granting Related Relief [Docket No. 8; 12/8/23]

Related Documents:

A.      Interim Order (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Resolving Objections by Utility Companies and Determining Any Additional Adequate Assurance of Payment, and (IV) Granting Related Relief [Docket No. 55; 12/11/23]

B.      Omnibus Notice of First Day Pleadings and Final Hearing Thereon [Docket No. 68; 12/12/3]

| Response Deadline: | December 29, 2023 at 4:00 p.m. (ET); extended to January 8, 2024 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors |
|---|---|
| Responses Received: | None |

Status:      This matter is adjourned to January 11, 2024 at 1:00 p.m. (ET).

5.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue Their Insurance Policies and Pay All Obligations in Respect Thereof; (II) Authorizing the Debtors' Banks and Other Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations; and (III) Granting Related Relief [Docket No. 9; 12/8/23]

Related Documents:

A.      Interim Order (I) Authorizing the Debtors to Continue Their Insurance Policies and Pay All Obligations in Respect Thereof; (II) Authorizing the Debtors' Banks and

Other Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations; and (III) Granting Related Relief [Docket No. 59; 12/11/23]

B.      Omnibus Notice of First Day Pleadings and Final Hearing Thereon [Docket No. 68; 12/12/3]

Response Deadline:        December 29, 2023 at 4:00 p.m. (ET); extended to January 8, 2024 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors

Responses Received:        None

Status:        This matter is adjourned to January 11, 2024 at 1:00 p.m. (ET).

6.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto, (II) Authorizing the Banks to Honor and Process Check and Electronic Transfer Request Related Thereto, and (III) Granting Related Relief [Docket No. 10; 12/8/23]

Related Documents:

A.      Interim Order (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto, (II) Authorizing the Banks to Honor and Process Check and Electronic Transfer Request Related Thereto, and (III) Granting Related Relief [Docket No. 60; 12/11/23]

B.      Omnibus Notice of First Day Pleadings and Final Hearing Thereon [Docket No. 68; 12/12/3]

Response Deadline:        December 29, 2023 at 4:00 p.m. (ET); extended to January 8, 2024 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors

Responses Received:        None

Status:        This matter is adjourned to January 11, 2024 at 1:00 p.m. (ET).

7.      Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue and Maintain Their Cash Management System, Including Bank Accounts and Business Forms, (B) Continue Intercompany Transactions, and (C) Honor Certain Prepetition Obligations Related Thereto; (II) Waiving Certain Operating Guidelines; (III) Extending the Time to Comply with Section 345(b) of the Bankruptcy Code; and (IV) Granting Related Relief [Docket No. 11; 12/8/23]

Related Documents:

A.    Interim Order  (I) Authorizing the Debtors to (A) Continue and Maintain Their Cash Management System, Including Bank Accounts and Business Forms, (B) Continue Intercompany Transactions, and (C) Honor Certain Prepetition Obligations Related Thereto; (II) Waiving Certain Operating Guidelines; (III) Extending the Time to Comply with Section 345(b) of the Bankruptcy Code; and (IV) Granting Related Relief [Docket No. 62; 12/11/23]

B.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [Docket No. 68; 12/12/3]

Response Deadline:          December 29, 2023 at 4:00 p.m. (ET); extended to January 8, 2024 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors

Responses Received:          None

Status:          This matter is adjourned to January 11, 2024 at 1:00 p.m. (ET).

8.    Debtors' Motion For Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Certain Prepetition Employment Obligations and (B) Maintain Employee Benefits Programs and (II) Granting Related Relief [Docket No. 12; 12/8/23]

Related Documents:

A.    Interim Order  (I) Authorizing Debtors to (A) Pay Certain Prepetition Employment Obligations and (B) Maintain Employee Benefits Programs and (II) Granting Related Relief [Docket No. 57; 12/11/23]

B.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [Docket No. 68; 12/12/3]

Response Deadline:          December 29, 2023 at 4:00 p.m. (ET); extended to January 8, 2024 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors

Responses Received:          None

Status:          This matter is adjourned to January 11, 2024 at 1:00 p.m. (ET).

9.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Administrative Expense Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 15; 12/8/23]

Related Documents:

A.   Interim Order (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Administrative Expense Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 66; 12/11/23]

B.   Declaration of Abraham T. Han in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Administrative Expense Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 16; 12/8/23]

C.   Omnibus Notice of First Day Pleadings and Final Hearing Thereon [Docket No. 68; 12/12/3]

Response Deadline:        December 29, 2023 at 4:00 p.m. (ET); extended to January 8, 2024 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors

Responses Received:

D.   Informal response from the Official Committee of Unsecured Creditors

Status:      This matter is adjourned to January 11, 2024 at 1:00 p.m. (ET).

10.   Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter into the Stalking Horse APA, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 20; 12/8/23]

Related Documents:

A.   Declaration of Abraham T. Han in Support of Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter into the Stalking Horse APA, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free and

Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 21; 12/8/23]

B.      Notice of Motion [Docket No. 71; 12/12/23]

Response Deadline:          December 29, 2023 at 4:00 p.m. (ET); extended to January 8, 2024 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors

Responses Received:

C.      Informal response from the U.S. Trustee

D.      Informal response from the Official Committee of Unsecured Creditors

Status:          This matter is adjourned to January 11, 2024 at 1:00 p.m. (ET).

11.      Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date [Docket No. 72; 12/15/23]

Related Documents:

A.      Supplemental Declaration of Edmon L. Morton in Support of Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date [Docket No. 91; 12/28/23]

Response Deadline:          December 29, 2023 at 4:00 p.m. (ET); extended to January 8, 2024 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors

Responses Received:

B.      Informal response from the U.S. Trustee

Status:          This matter is adjourned to January 11, 2024 at 1:00 p.m. (ET).

12.      Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of GLC Advisors & Co., LLC and GLCA Securities, LLC as Investment Banker for the Debtors and Debtors in Possession, Pursuant to 11 U.S.C. §§ 327(a) and 328, Effective as of the Petition Date, (II) Waiving Certain Information Requirements Imposed by Local Rule 2016-2, and (III) Granting Related Relief [Docket No. 73; 12/15/23]

Related Documents:          None

| | |
|---|---|
| Response Deadline: | December 29, 2023 at 4:00 p.m. (ET); extended to January 8, 2024 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors |

Responses Received:

    A.    Informal response from the U.S. Trustee

Status:    This matter is adjourned to January 11, 2024 at 1:00 p.m. (ET).

13.    Debtors' Application for an Order Authorizing Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor to the Debtors, Effective as of the Petition Date [Docket No. 74; 12/15/23]

| | |
|---|---|
| Related Documents: | None |

| | |
|---|---|
| Response Deadline: | December 29, 2023 at 4:00 p.m. (ET); extended to January 8, 2024 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors |

Responses Received:

    A.    Informal response from the U.S. Trustee

Status:    This matter is adjourned to January 11, 2024 at 1:00 p.m. (ET).

14.    Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 75; 12/15/23]

| | |
|---|---|
| Related Documents: | None |

| | |
|---|---|
| Response Deadline: | December 29, 2023 at 4:00 p.m. (ET); extended to January 8, 2024 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors |

Responses Received:

    A.    Informal response from the U.S. Trustee

Status:    This matter is adjourned to January 11, 2024 at 1:00 p.m. (ET).

15.    Debtors' Motion for Entry of an Order Authorizing (A) the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business Effective as of the Petition Date and (B) Waiving Certain Information Requirements of Local Rule 2016-2 [Docket No. 76; 12/15/23]

| | |
|---|---|
| Related Documents: | None |

|                      |                                                                                                                                                                        |
|----------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| <u>Response Deadline</u>: | December 29, 2023 at 4:00 p.m. (ET); extended to January 8, 2024 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors |

<u>Responses Received</u>:

  A.   Informal response from the U.S. Trustee

<u>Status</u>:      This matter is adjourned to January 11, 2024 at 1:00 p.m. (ET).

16.    Debtors' Motion for Order (A) Establishing Bar Dates and Related Procedures for Filing of Proofs of Claim (Including for Claims Arising Under Section 503(b)(9) of the Bankruptcy Code) and (B) Approving the Form and Manner of Notice Thereof [Docket No. 77; 12/15/23]

<u>Related Documents</u>:     None

<u>Response Deadline</u>:    December 29, 2023 at 4:00 p.m. (ET); extended to January 8, 2024 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors

<u>Responses Received</u>:

  A.   Informal response from the U.S. Trustee

<u>Status</u>:      This matter is adjourned to January 11, 2024 at 1:00 p.m. (ET).

17.    Debtors' Application for Order Authorizing the Retention and Employment of Willkie Farr & Gallagher LLP as Co-Counsel for the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 78; 12/15/23]

<u>Related Documents</u>:     None

<u>Response Deadline</u>:    December 29, 2023 at 4:00 p.m. (ET); extended to January 8, 2024 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors

<u>Responses Received</u>:

  A.   Informal response from the U.S. Trustee

<u>Status</u>:      This matter is adjourned to January 11, 2024 at 1:00 p.m. (ET).

18.    Motion of Brian Nash for Relief from Stay Under Section 362 of the Bankruptcy Code [Docket No. 92; 12/27/23]

<u>Related Documents</u>:     None

Response Deadline:          December 29, 2023 at 4:00 p.m. (ET)

Responses Received:

  A.    Debtors' Objection to Motion of Brian Nash for Relief from the Automatic Stay [Docket No. 96; 12/29/23]

Status:          This matter is adjourned to January 11, 2024 at 1:00 p.m. (ET).

*[Signature page follows]*

Dated: January 3, 2024
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Shane M. Reil*
Edmon L. Morton (No. 3856)
Matthew B. Lunn (No. 4119)
Shane M. Reil (No. 6195)
Carol E. Cox (No. 6936)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
emorton@ycst.com
mlunn@ycst.com
sreil@ycst.com
ccox@ycst.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Rachel C. Strickland (admitted *pro hac vice*)
Andrew S. Mordkoff (admitted *pro hac vice*)
Joseph R. Brandt (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 728-8000
Facsimile:  (212) 728-8111
rstrickland@willkie.com
amordkoff@willkie.com
jbrandt@willkie.com

*Proposed Co-Counsel to the Debtors*
*and Debtors in Possession*