IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Tariful Huq, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 28, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Supplemental Declaration of Edmon L. Morton in Support of the Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date [Docket No. 91]

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

Dated: January 4, 2024

/s/ *Tariful Huq*
Tariful Huq

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 4, 2024, by Tariful Huq, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

# **Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 30 Unsecured Creditor | Akama Holdings LZ-LLC | Attn: Alexandre Hawari<br>P.O. 14303<br>Riyadh 11424 Saudi Arabia | alexandre@akamaholding.com | Email |
| Top 30 Unsecured Creditor | Amazon Web Services, Inc | Attn: Jon Jones<br>440 Terry Avenue North<br>Seattle WA 98109-5210 | jonjones@amazon.com | Email |
| First Financial Bank | Bricker Graydon LLP | Attn: J. Michael Debbeler<br>312 Walnut Street<br>Suite 1800<br>Cincinnati OH 45202-4060 | mdebbeler@brickergraydon.com | Email |
| Top 30 Unsecured Creditor | CANTOR FITZGERALD & CO. | Attn: Sage Kelly<br>110 East 59th Street<br>New York NY 10022 | sage.kelly@cantor.com | Email |
| State Attorney General | Commonwealth of Massachusetts Office of the Attorney General | Attn: Gillian Feiner<br>One Ashburton Place<br>Boston  MA 02108 | | First Class Mail |
| Top 30 Unsecured Creditor | Contact Discovery Services | Attn: Joshua F. Blanthorn<br>1100 13th Street<br>NW Suite 925<br>Washington DC 20005 | jblanthorn@contactdiscoveryservices.com | Email |
| State Attorney General | Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Building<br>820 N. French Street 6th Floor<br>Wilmington DE 19801 | attorney.general@state.de.us<br>attorney.general@delaware.gov | First Class Mail and Email |
| Proposed Counsel to the Official Committee of Unsecured Creditors | DLA PIPER LLP (US) | Attn: Dennis C. O'Donnell<br>1251 Avenue of the Americas<br>New York NY 10020 | dennis.odonnell@us.dlapiper.com | Email |
| Proposed Counsel to the Official Committee of Unsecured Creditors | DLA PIPER LLP (US) | Attn: R. Craig Martin, Aaron S. Applebaum<br>1201 N. Market Street<br>Suite 2100<br>Wilmington DE 19802 | craig.martin@us.dlapiper.com<br>aaron.applebaum@us.dlapiper.com | Email |
| Top 30 Unsecured Creditor | EdgarAgents, LLC | Attn: John Bonerbo<br>207 West 25th Street<br>9th Floor<br>New York NY 10001 | john.bonerbo@edgaragents.com<br>accounting1@edgaragents.com | Email |
| Top 30 Unsecured Creditor | EGS Inc. | Attn: President or General Counsel<br>333 W. Hampden Ave. Suite 530<br>Englewood CO 80110 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 30 Unsecured Creditor | Gopal Srinivasan | Attn: Gopal Srinivasan<br>14 Boat Club Road<br>Raja Annamalaipuram<br>Chennai Tamil Nadu 600028 India | investments@gopal.com | Email |
| Top 30 Unsecured Creditor | Greater Pacific Capital Management Ltd, GPC NIV LTD. | Attn: Vumindaba Dube<br>PO Box 309<br>Ugland House, Grand Cayman<br>George town KY1-1104 Cayman Islands | vdube@waystone.com | Email |
| Top 30 Unsecured Creditor | Haynes and Boone, LLP | Attn: Rosebud Nau<br>2801 N. Harwood Street<br>Suite 2300<br>Dallas TX 75201 | rosebud.nau@haynesboone.com | Email |
| Top 30 Unsecured Creditor | HERE Europe B.V. | Attn: R.A.J. Houben<br>Kennedyplein 222-226<br>Eindhoven ZT 5611 Netherlands | | First Class Mail |
| Top 30 Unsecured Creditor | ICR LLC | Attn: John Sorensen<br>761 Main Avenue<br>Norwalk CT 06851- | legal@icrinc.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>1111 Constitution Ave., NW<br>Washington DC 20224 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Top 30 Unsecured Creditor | Interxion Ireland DAC Limited | Attn: Niamh O'Hara<br>Unit 24 Hume Ave<br>Park West Business Park<br>Dublin 12 Ireland | arinvoicesirl@interxion.com | Email |
| Counsel to Akama Holdings, Fz-LLC | Jack Shrum PA | Attn: "J" Jackson Shrum<br>919 N. Market Street<br>Suite 1410<br>Wilmington DE 19801 | Jshrum@jshrumlaw.com | Email |
| Counsel to the Blue Torch Finance, LLC | King & Spalding LLP | Attn: Geoffrey M. King<br>110 N Wacker Drive<br>Suite 3800<br>Chicago IL 60606 | gking@kslaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Stalking Horse Bidder, the Prepetition Lenders, DIP Lenders and Blue Torch Finance, LLC | King & Spalding LLP | Attn: Roger Schwartz, Geoffrey King, Miguel Cadavid<br>1185 Avenue of the Americas<br>34th Floor<br>New York NY 10036 | rschwartz@kslaw.com<br>gking@kslaw.com<br>mcadavid@kslaw.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | Kirkland & Ellis LLP | Attn: Tamar Donikyan, Nicole Greenblatt, Mac Bank, Gabriela Zamfir Hensley<br>601 Lexington Avenue<br>New York NY 10022 | tamar.donikyan@kirkland.com<br>ngreenblatt@kirkland.com<br>Mac.bank@kirkland.com<br>Gabriela.hensley@kirkland.com | Email |
| Top 30 Unsecured Creditor | KludeIn Prime, LLC | Attn: President or General Counsel<br>1096, Keeler Avenue<br>Berkeley CA 94708 | info@inkludelabs.com<br>mk@kludein.com<br>info@kludein.com | Email |
| Top 30 Unsecured Creditor | Magnite, Inc. | Attn: Tony Nguyen<br>6080 Center Drive<br>Suite 400/4th Floor<br>Los Angeles CA 90045 | tnguyen@magnite.com | Email |
| Counsel to the Stalking Horse Bidder, the Prepetition Lenders, DIP Lenders and Blue Torch Finance, LLC | Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert Dehney, Matthew Harvey, Brenna Dolphin, Austin Park<br>1201 N. Market St., #1600<br>Wilmington DE 19801 | rdehney@morrisnichols.com<br>mharvey@morrisnichols.com<br>bdolphin@morrisnichols.com<br>apark@morrisnichols.com | First Class Mail and Email |
| State Attorney General | National Association of Attorneys General | Attn: Karen Cordry<br>1850 M St., NW 12th Floor<br>Washington DC 20036 | kcordry@naag.org | First Class Mail and Email |
| Debtors | Near Intelligence, Inc. | Attn: President or General Counsel<br>100 W. Walnut St., Suite A-4<br>Pasadena CA 91124 | | Email |
| Top 30 Unsecured Creditor | North Land Capital Markets | Attn: Jeff Peterson<br>150 South 5th Street<br>Suite 3300<br>Minneapolis MN 55402 | jpeterson@northlandcapitalmarkets.com | Email |
| State Attorney General | Office of the South Carolina Attorney General | Attn: Jared Q. Libet, Rebecca M. Hartner<br>P.O. Box 11549<br>Columbia SC 29211-1549 | jlibet@scag.gov<br>rhartner@scag.gov | First Class Mail and Email |
| United States Trustee for the District of Delaware | Office of the United States Trustee for the District of Delaware | Attn: Ben Hackman<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington DE 19801 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 30 Unsecured Creditor | Palisades Media Group, Inc. | Attn: Roger Schaffner, CEO<br>1601 Cloverfield Blvd.<br>Ste 6000n<br>Santa Monica CA 90404 | contact@palisadesmedia.com | Email |
| Top 30 Unsecured Creditor | Polar Multi Strategy Master Fund Polar Asset Management Partners Inc. | Attn: Attn: Jillian Bruce<br>16 York Street<br>Suite 2900<br>Toronto ON M5J 0E6 Canada | legal@polaramp.com<br>jbruce@polaramp.com | Email |
| Securities and Exchange Commission | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Blvd, Suite 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | First Class Mail and Email |
| Top 30 Unsecured Creditor | Sequoia Capital India III Ltd | Attn: Suzanne Gujadhur, Krishnacoomari Bundhoo<br>5th Floor<br>24 Cyber City, Ebene Esplanade<br>Quatre Bornes Mauritius | sequoiagroup@internationalproximity.com | Email |
| Top 30 Unsecured Creditor | Smaato, Inc. | Attn: President or General Counsel<br>240 Stockton St 9th Floor<br>San Francisco CA 94108 | accounting@smaato.com | Email |
| State Attorney General | State of Alabama Attorney General | Attn: Bankruptcy Department<br>P.O. Box 300152<br>Montgomery AL 36130-0152 | | First Class Mail |
| State Attorney General | State of Alaska Attorney General | Attn: Bankruptcy Department<br>P.O. Box 110300<br>Juneau AK 99811-0300 | attorney.general@alaska.gov | First Class Mail and Email |
| State Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department<br>2005 N Central Ave<br>Phoenix AZ 85004-2926 | aginfo@azag.gov | First Class Mail and Email |
| State Attorney General | State of Arkansas Attorney General | Attn: Bankruptcy Department<br>323 Center St.<br>Suite 200<br>Little Rock AR 72201-2610 | | First Class Mail |
| State Attorney General | State of California Attorney General | Attn: Bankruptcy Department<br>P.O. Box 944255<br>Sacramento CA 94244-2550 | bankruptcy@coag.gov | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Colorado Attorney General | Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver CO 80203 | | First Class Mail |
| State Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department<br>165 Capitol Avenue<br>Hartford CT 06106 | attorney.general@ct.gov<br>denise.mondell@ct.gov | First Class Mail and Email |
| State Attorney General | State of Florida Attorney General | Attn: Bankruptcy Department<br>The Capitol, Pl 01<br>Tallahassee FL 32399-1050 | | First Class Mail |
| State Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department<br>40 Capital Square, SW<br>Atlanta GA 30334-1300 | | First Class Mail |
| State Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Department<br>425 Queen St.<br>Honolulu HI 96813 | hawaiiag@hawaii.gov | First Class Mail and Email |
| State Attorney General | State of Idaho Attorney General | Attn: Bankruptcy Department<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise ID 83720-1000 | | First Class Mail |
| State Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Department<br>100 West Randolph Street<br>Chicago IL 60601 | webmaster@atg.state.il.us | First Class Mail and Email |
| State Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department<br>1305 E. Walnut Street<br>Des Moines IA 50319 | webteam@ag.iowa.gov | First Class Mail and Email |
| State Attorney General | State of Kansas Attorney General | Attn: Bankruptcy Department<br>120 SW 10th Ave., 2nd Floor<br>Topeka  KS 66612-1597 | | First Class Mail |
| State Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Department<br>700 Capitol Avenue, Suite 118<br>Frankfort  KY 40601 | | First Class Mail |
| State Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Department<br>P.O. Box 94095<br>Baton Rouge LA 70804-4095 | consumerinfo@ag.state.la.us | First Class Mail and Email |
| State Attorney General | State of Maine Attorney General | Attn: Bankruptcy Department<br>6 State House Station<br>Augusta  ME 04333 | oag.mediation@maine.gov | First Class Mail and Email |

**Exhibit A**
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Department<br>200 St. Paul Place<br>Baltimore MD 21202-2202 | oag@oag.state.md.us | First Class Mail and Email |
| State Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St., P.O. Box 30212<br>Lansing MI 48909-0212 | miag@michigan.gov | First Class Mail and Email |
| State Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Department<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul MN 55101-2131 | | First Class Mail |
| State Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Department<br>Walter Sillers Building<br>550 High Street, Suite 1200, P.O. Box 220<br>Jackson MS 39201 | | First Class Mail |
| State Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City MO 65102 | attorney.general@ago.mo.gov | First Class Mail and Email |
| State Attorney General | State of Montana Attorney General | Attn: Bankruptcy Department<br>215 N Sanders, Third Floor<br>PO Box 201401<br>Helena MT 59620-1401 | contactdoj@mt.gov | First Class Mail and Email |
| State Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Department<br>2115 State Capitol<br>2nd Fl, Rm 2115<br>Lincoln NE 68509-8920 | ago.info.help@nebraska.gov | First Class Mail and Email |
| State Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department<br>100 North Carson Street<br>Carson City NV 89701 | aginfo@ag.nv.gov | First Class Mail and Email |
| State Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Department<br>33 Capitol St.<br>Concord NH 03301 | attorneygeneral@doj.nh.gov | First Class Mail and Email |
| State Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department<br>RJ Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton NJ 08625-0080 | askconsumeraffairs@lps.state.nj.us | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of New Mexico Attorney General | Attn: Bankruptcy Department<br>P.O. Drawer 1508<br>Santa Fe NM 87504-1508 | | First Class Mail |
| State Attorney General | State of New York Attorney General | Attn: Bankruptcy Unit, Civil Recoveries Bureau<br>Office of the Attorney General<br>The Capitol<br>Albany NY 12224-0341 | | First Class Mail |
| State Attorney General | State of New York Attorney General | Attn: Martin A. Mooney<br>Office of the New York State Attorney General<br>Civil Recoveries Bureau, Bankruptcy Litigation Unit<br>Albany NY 12224-0341 | Martin.Mooney@ag.ny.gov | Email |
| State Attorney General | State of North Carolina Attorney General | Attn: Bankruptcy Department<br>9001 Mail Service Center<br>Raleigh NC 27699-9001 | | First Class Mail |
| State Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Department<br>State Capitol<br>600 E Boulevard Ave Dept 125<br>Bismarck ND 58505-0040 | ndag@nd.gov | First Class Mail and Email |
| State Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Department<br>30 E. Broad St., 14th Floor<br>Columbus OH 43215 | | First Class Mail |
| State Attorney General | State of Oklahoma Attorney General | Attn: Bankruptcy Department<br>313 Ne 21St Street<br>Oklahoma City OK 73105 | | First Class Mail |
| State Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department<br>1162 Court Street NE<br>Salem OR 97301 | consumer.hotline@doj.state.or.us | First Class Mail and Email |
| State Attorney General | State of Pennsylvania Attorney General | Attn: Melissa L. Van Eck, Jason L. Swartley<br>Strawberry Square<br>15th Floor<br>Harrisburg PA 17101 | jswartley@attorneygeneral.gov<br>mvaneck@attorneygeneral.gov | First Class Mail and Email |
| State Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Department<br>150 South Main Street<br>Providence RI 02903 | | First Class Mail |
| State Attorney General | State of South Dakota Attorney General | Attn: Bankruptcy Department<br>1302 East Highway 14<br>Suite 1<br>Pierre SD 57501-8501 | consumerhelp@state.sd.us | First Class Mail and Email |

**Exhibit A**
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Tennessee Attorney General | Attn: Laura L. McCloud, Bankruptcy<br>P.O. Box 20207<br>Nashville TN 37202-0207 | | First Class Mail |
| State Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department<br>Po Box 142320<br>Salt Lake City UT 84114-2320 | uag@utah.gov | First Class Mail and Email |
| State Attorney General | State of Vermont Attorney General | Attn: Bankruptcy Department<br>109 State St.<br>Montpelier VT 05609-1001 | ago.info@vermont.gov | First Class Mail and Email |
| State Attorney General | State of Virginia Attorney General | Attn: Financial Recovery Section<br>Post Office Box 610<br>Richmond VA 23218-0610 | | First Class Mail |
| State Attorney General | State of Washington Attorney General | Attn: Bankruptcy Department<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia WA 98504-0100 | | First Class Mail |
| State Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Department<br>State Capitol Bldg 1 Room E 26<br>Charleston WV 25305 | consumer@wvago.gov | First Class Mail and Email |
| State Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Department<br>Wisconsin Department of Justice<br>State Capitol, Room 114 East, P. O. Box 7857<br>Madison WI 53707-7857 | | First Class Mail |
| State Attorney General | State of Wyoming Attorney General | Attn: Bankruptcy Department<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne WY 82002 | | First Class Mail |
| Top 30 Unsecured Creditor | Talent Hunt USA | Attn: Paul Huffman<br>304 S. Jones Blvd Ste 8851<br>Las Vegas NV 89107 | paul@talenthunt.ca | Email |
| Top 30 Unsecured Creditor | Taylor Wessing LLP | Attn: Ross McNaughton<br>5 New Street Square<br>London 94005 Great Britain | R.McNaughton@taylorwessing.com | Email |
| Top 30 Unsecured Creditor | Telstra Ventures Fund II, LP | Attn: Tom Chamberlain<br>North Suite 2<br>Town Mills, Rue Du Pre<br>St Peter Port GY1 1LT Guernsey | geoff@telstraventures.com<br>telstra@langhamhall.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 30 Unsecured Creditor | The Benchmark Company, LLC | Attn: Joseph J. Kronk<br>150 East 58th Street<br>New York NY 10155 | jkronk@benchmarkcompany.com | Email |
| Top 30 Unsecured Creditor | The Ebinger Family Trust | Attn: Jonathan Ebinger<br>481 W Maple Way<br>Woodside CA 94062 | ebinger.jr@gmail.com | Email |
| Top 30 Unsecured Creditor | Titan Columbus Ventures | Attn: John Cronin<br>2559 Harvard Lane<br>Seaford NY 11783 | johnmcronin23@gmail.com | Email |
| U.S. Attorney for the District of Delaware | U.S. Attorney for Delaware | Attn: David C. Weiss & Ellen Slights<br>U.S. Attorney's Office<br>1313 N Market Street, Suite 400<br>Wilmington DE 19801 | | First Class Mail |
| Securities and Exchange Commission | U.S. Securities and Exchange Commission - Headquarters | Secretary of the Treasury<br>100 F. Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | First Class Mail and Email |
| Top 30 Unsecured Creditor | UHY LLP | Attn: Mehmet Sengulen<br>1185 Avenue of Americas<br>38th Floor<br>New York NY 10036 | msengulen@uhy-us.com | Email |
| State Attorney General | United States of America Attorney General | Attn: Bankruptcy Department<br>Us Dept of Justice<br>950 Pennsylvania Ave Nw<br>Washington DC 20530-0001 | | First Class Mail |
| Counsel to KludeIn Prime LLC | Vectis Law | Attn: Patrick M. Costello<br>303 Twin Dolphin Dr.<br>6th Floor<br>Redwood City CA 94065 | pcostello@vectislawgroup.com | Email |
| Top 30 Unsecured Creditor | Venable LLP | Attn: William N Haddad<br>151 W. 42nd Street<br>49th Floor<br>New York NY 10036 | wnhaddad@venable.com | Email |
| Top 30 Unsecured Creditor | Verve Group Europe GmbH | Attn: Daniela silvasantos<br>Karl-Liebknecht-Str 32<br>Berlin DE 10178 Germany | daniela.silvasantos@verve.com | Email |
| State Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department<br>400 6th Street, NW<br>Washington DC 20001 | oag@dc.gov | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Proposed Counsel to Debtors and Debtors In Possession | Willkie Farr & Gallagher LLP | Attn: Rachel C. Strickland, Andrew S. Mordkoff, Joseph R. Brandt<br>787 Seventh Avenue<br>New York NY 10019 | rstrickland@willkie.com<br>amordkoff@willkie.com<br>jbrandt@willkie.com | Email |
| Top 30 Unsecured Creditor | YA II PN, Ltd c/o Yorkville Advisors Global, LLC | Attn: Mark Angelo<br>1012, Springfield Avenue<br>Mountainside NJ 07092- | legal@yorkvilleadvisors.com | Email |
| Proposed Counsel to Debtors and Debtors In Possession | Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L. Morton, Matthew B. Lunn, Shane M. Reil, Carol E. Cox<br>1000 North King Street<br>Rodney Square<br>Wilmington DE 19801 | emorton@ycst.com<br>mlunn@ycst.com<br>sreil@ycst.com<br>ccox@ycst.com | Email |