IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |

ORDER APPROVING STIPULATION
EXTENDING CERTAIN DIP MILESTONES

Upon consideration of the *Certification of Counsel Regarding Stipulation Extending Certain DIP Milestones* and the Stipulation, a copy of which is attached hereto as **Exhibit 1**; and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

2. The Parties are hereby authorized to take all actions reasonably necessary to effectuate the terms of the Stipulation.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation, interpretation, and enforcement of the Stipulation or this Order.

**Dated: January 8th, 2024**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.