# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Near Intelligence, Inc.<br>100 W Walnut St.<br>Suite A–4<br>Pasadena, CA 91124<br>  **EIN:** 85–3187857<br>Kludeln I Acquisition Corp. | **Chapter:** 11<br><br><br><br><br>**Case No.:** 23–11962–TMH |

### NOTICE OF HEARING

Brian Nash has filed a Motion for Relief from Stay.

A hearing regarding the Motion for Relief from Stay is scheduled for 1/23/24 at 01:00 PM at the United States Bankruptcy Court, 824 Market Street, 3rd Floor, Courtroom #7, Wilmington, DE 19801 . Objections are due on or before 1/16/24 .

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Dated: 1/8/24

(VAN–401)