# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 1/8/2024 |
| Case: 23−11962−TMH | Form ID: van401 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty           Edmon L. Morton           bankfilings@ycst.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
              Brian Nash      200 Crescent Pkwy      Sea Git, NJ 08750

TOTAL: 1