# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 1/9/2024 |
| Case: 23−11962−TMH | Form ID: van401 | Total: 11 |

**Recipients of Notice of Electronic Filing:**
```
ust     U.S. Trustee            USTPRegion03.WL.ECF@USDOJ.GOV
aty     Andrew S. Mordkoff      amordkoff@willkie.com
aty     Benjamin A. Hackman     benjamin.a.hackman@usdoj.gov
aty     Edmon L. Morton         bankfilings@ycst.com
aty     Rachel C. Strickland    rstrickland@willkie.com
aty     Shane M. Reil           sreil@ycst.com
aty     Stuart R. Lombardi      mao@willkie.com
```
                                                                                    TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db      Near Intelligence, Inc.    100 W Walnut St.          Suite A−4           Pasadena, CA 91124
aty     Amanda Fang                Willkie Farr & Gallagher LLP    787 Seventh Avenue    New York, NY 10019
aty     Joseph Brandt              Willkie Farr & Gallagher LLP    787 Seventh Avenue    New York, NY 10019
        Brian Nash                 200 Crescent Pkwy         Sea Git, NJ 08750
```
                                                                                    TOTAL: 4