# EXHIBIT 1

### Ordinary Course Professionals

| Ordinary Course Professional | Mailing Address | Services Provided |
|---|---|---|
| Adlakha Kukreja & Co. | Q-7, II Floor, Model Town-1, New Delhi, India | Accounting Services |
| AEI Legal LLC | 1 Phillip Street, #05-01 Royal One Phillip, Singapore 048692 | Secretarial Services |
| Baker Tilly US, LLP | 205 North Michigan Avenue, Chicago, IL 60601 | Tax Services |
| Daijogo & Pedersen LLP | 21 Tamal Vista Boulevard, Suite 295, Corte Madera, CA 94925 | Legal Services |
| Driti Advisors LLP | Cornwell Road, Longford Garden, Bangalore 560025 | Tax Services |
| Grant Thorton Bharat LLP | 21st Floor, Jacaranda Marg, DLF Phase II, DLF Square, Gurugram, Haryana, 122002 | Accounting Services |
| Kelley Drye & Warren LLP | 101 Park Avenue, New York, NY 10017 | Legal Services |
| KJ Consulting | D101, Spectra Palmwoods, Nallurahalli Main Road, Siddhapura, Bangalore, India 560066 | Legal Services |
| Lumos Law, Professional Corporation | 251 S. Lake Avenue, Suite 800, Pasadena, CA 91101 | Legal Services |
| M2K Advisors Pte Ltd. | #07-02, Cecil Street, The Octagon, Singapore-069534 | Tax Services |
| Natarajan & Swaminathan | 1 North Bridge Road #19-04/05 High Street Centre, Singapore 179094 | Audit Services |
| Pragmatica Law LLP | 2 Embarcadero Center, 8th Floor, San Francisco, CA 94111 | Legal Services |
| Snell & Wilmer | 600 Anton Blvd, Suite 1400, Costa Mesa, CA 92626-7689 | Patent & Trademark |

**EXHIBIT 2**

**OCP Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEAR INTELLIGENCE, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11962 (TMH)<br><br>(Jointly Administered)<br><br>**Objection Deadline:** |

## DISCLOSURE DECLARATION OF ORDINARY COURSE PROFESSIONAL

I, _____, do hereby declare under penalty of perjury that the following is true to the best of my knowledge, information, and belief:

1. This declaration (this "Declaration") is submitted in accordance with that certain Order Authorizing the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business [Docket No. \_\_\_] (the "OCP Order"). Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the OCP Order.

2. The Debtors have requested that [Firm] (the "Firm") provide [insert description of services to be rendered] services to the Debtors, and the Firm has agreed to provide such services.

3. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases for persons that are parties in interest in these Chapter 11 Cases. The Firm does not perform services for any

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

1

such person in connection with these Chapter 11 Cases or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4.      As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be retained by the Debtors, claimants, and parties in interest in these Chapter 11 Cases.

5.      Neither I nor any principal, partner, director, or officer of, or professional employed by, the Firm has agreed to share, or will share, any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6.      Neither I nor any principal, partner, director, or officer of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be retained.

7.      The Debtors owe the Firm $[insert amount, if any] for prepetition services, the payment of which is subject to limitations contained in the Bankruptcy Code. [FOR NON LEGAL FIRMS:  The Firm has waived, or will waive, any prepetition claim against the Debtors' estates.]

8.      As of the Petition Date, the Firm [was/was not] party to an agreement for indemnification with certain of the Debtors.  [A copy of such agreement is attached hereto as **Exhibit 1**].

9.      The Firm has read the OCP Order and understands the limitations on compensation and reimbursement of expenses under the OCP Order.  Specifically, the Firm understands that in the event that it exceeds the OCP Cap, the Firm will be required to file with the Court a fee application for its fees and expenses in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable orders of the Court.

10. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its retention, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

11. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____

[NAME]
[ADDRESS]