**EXHIBIT A**

**Prepetition Workforce Obligations**

| Obligations | Requested Final Amount |
|---|---|
| **Compensation Obligations** | |
| Wages and Other Compensation | $1,630,000 |
| | 45,000 SGD |
| Payroll Processing Fees | $19,000 |
| | 1,500 SGD |
| Commission Program | $350,000 |
| Non-Insider Bonus Program | $240,000 |
| | 15,000 SGD |
| Wage Deductions & Payroll Tax Obligations | $250,000 |
| | 12,000 SGD |
| **Employee Benefit Obligations** | |
| Medical Plans | $105,000 |
| Dental Plans | $200 |
| Vision Plans | $500 |
| Paid Leave | $400 |
| Expense Reimbursement | $45,000 |
| Life and AD&D Plans | $4,000 |
| Disability Plans | $1,300 |
| 401(K) | $72,000 |
| **TOTAL** | **$2,717,400** |
| | **73,500 SGD** |

6