# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:** | **Chapter:** 11 |
| Near Intelligence, Inc. | |
| 100 W Walnut St. | |
| Suite A−4 | |
| Pasadena, CA 91124 | |
| **EIN:** 85−3187857 | **Case No.:** 23−11962−TMH |
| Kludeln I Acquisition Corp. | |

## NOTICE OF HEARING

Brian Nash has filed a Motion for Relief from Stay.

A hearing regarding the Motion for Relief from Stay is scheduled for 1/23/24 at 01:00 PM at the United States Bankruptcy Court, 824 Market Street, 3rd Floor, Courtroom #7, Wilmington, DE 19801 . Objections are due on or before 1/16/24 .

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Dated: 1/8/24

(VAN−401)

United States Bankruptcy Court
District of Delaware

In re:  Case No. 23-11962-TMH
Near Intelligence, Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1      User: admin      Page 1 of 2
Date Rcvd: Jan 08, 2024      Form ID: van401      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2024:**

**Recip ID**      **Recipient Name and Address**
+      Brian Nash, 200 Crescent Pkwy, Sea Git, NJ 08750-3106

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 10, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2024 at the address(es) listed below:

**Name**      **Email Address**

Aaron S. Applebaum
     on behalf of Attorney Counsel to Official Committee of Unsecured Creditors aaron.applebaum@us.dlapiper.com carolyn.fox@us.dlapiper.com

Andrew S. Mordkoff
     on behalf of Debtor Near Intelligence  Inc. amordkoff@willkie.com

Benjamin A. Hackman
     on behalf of U.S. Trustee U.S. Trustee benjamin.a.hackman@usdoj.gov

Brenna Anne Dolphin
     on behalf of Interested Party Blue Torch Finance  LLC bdolphin@morrisnichols.com, brenna-dolphin-9491@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;brendan-cornely-7012@ecf.pacerpro.com

Edmon L. Morton
     on behalf of Debtor Near North America  Inc. bankfilings@ycst.com

Edmon L. Morton
    on behalf of Debtor Near Intelligence Pte. Ltd. bankfilings@ycst.com

Edmon L. Morton
    on behalf of Debtor Near Intelligence  Inc. bankfilings@ycst.com

Edmon L. Morton
    on behalf of Debtor Near Intelligence LLC bankfilings@ycst.com

Jack Shrum
    on behalf of Creditor Akama Holdings  Fz-LLC jshrum@jshrumlaw.com

John M. Debbeler
    on behalf of Creditor First Financial Bank MDebbeler@brickergraydon.com

Kroll Restructuring Administration LLC
    info@ra.kroll.com

Matthew B. Harvey
    on behalf of Interested Party Blue Torch Finance  LLC mharvey@mnat.com, matt-harvey-8145@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

R. Craig Martin
    on behalf of Attorney Counsel to Official Committee of Unsecured Creditors craig.martin@dlapiper.com carolyn.fox@dlapiper.com;DLAPiper@ecfxmail.com

Reliable Companies
    gmatthews@reliable-co.com

Robert J. Dehney
    on behalf of Interested Party Blue Torch Finance  LLC rdehney@morrisnichols.com, robert-dehney-4464@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Stuart R. Lombardi
    on behalf of Debtor Near Intelligence  Inc. mao@willkie.com, slombardi@willkie.com

U.S. Trustee
    USTPRegion03.WL.ECF@USDOJ.GOV

TOTAL: 17