# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Ishrat Khan, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 5, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail and Email on the Notice Parties Service List attached hereto as **Exhibit A**:

- Periodic Report Regarding Value, Operations and Profitability of Entities in Which the Debtors' Estates Hold a Substantial or Controlling Interest Periodic Report [Docket No. 104]

Dated: January 9, 2024

                                                                                     /s/ *Ishrat Khan*
                                                                                     Ishrat Khan

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 9, 2024, by Ishrat Khan, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

SRF 75730

## **Exhibit A**

Exhibit A
Notice Parties Service List
Served via First Class Mail and Email

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | City | State | PostalCode | EMAIL |
|---|---|---|---|---|---|---|---|
| DLA PIPER LLP (US) | Attn: R. Craig Martin, Aaron S. Applebaum | 1201 N. Market Street | Suite 2100 | Wilmington | DE | 19801 | craig.martin@us.dlapiper.com; aaron.applebaum@us.dlapiper.com |
| DLA PIPER LLP (US) | Attn: Dennis C. O'Donnell | 1251 Avenue of the Americas | | New York | NY | 10020 | dennis.odonnell@us.dlapiper.com |
| Office of the United States Trustee for the District of Delaware | Attn: Ben Hackman | J. Caleb Boggs Federal Building | 844 King Street, Suite 2207, Lockbox 35 | Wilmington | DE | 19801 | Benjamin.a.hackman@usdoj.gov |

In re: Near Intelligence, Inc., *et al.*
Case No. 23-11962 (TMH)

Page 1 of 1