**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.,*[1] | Case No.  23-11962 (TMH) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Nathan Chien, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 22, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on the Supplemental Service List attached hereto as **Exhibit A**:

- Notice of Telephonic Section 341 Meeting [Docket No. 80] (the "***Telephonic Meeting Notice***")

- Notice of Meeting of Creditors/Commencement of Case [Docket No. 81] (the "***Notice of Commencement***")

On December 26, 2023, at my direction and under my supervision, employees of Kroll caused the Telephonic Meeting Notice and Notice of Commencement to be served via email on KludeIn Prime LLC, mk@kludein.com; info@kludein.com.

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd.  The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

Dated: January 10, 2024

/s/ *Nathan Chien*
Nathan Chien

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 10, 2024, by Nathan Chien, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 75463

## Exhibit A

## Exhibit A

Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS |
|---|---|---|
| 28191545 | Agarwal, Rahul | Address on file |
| 28184387 | Mathews , Anil | Address on file |
| 28191989 | Musalay, Karthik | Address on file |
| 28191500 | Shukla, Shobhit | Address on file |
| 28191766 | Singh, Gulshan | Address on file |
| 28191410 | Vigilia, Geraldine | Address on file |
| 28191540 | Vinitha R., Rashmi | Address on file |
| 28191384 | Zhou, Michelle | Address on file |