**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 18, 2024 AT 10:00 A.M. (ET)**

> **THIS HEARING WILL BE CONDUCTED IN-PERSON. ALL PARTIES, INCLUDING WITNESSES, ARE EXPECTED TO ATTEND IN PERSON UNLESS PERMITTED TO APPEAR REMOTELY AND ALL REMOTE PARTICIPANTS MUST REGISTER BY JANUARY 17, 2024 AT 4:00 P.M (ET).**
>
> **TO ATTEND A HEARING REMOTELY, PLEASE REGISTER USING THE ECOURTAPPEARANCE TOOL (AVAILABLE HERE) OR ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV.**
>
> **AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING.**

**MATTER WITH CERTIFICATION**

1.  Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue and Maintain Their Cash Management System, Including Bank Accounts and Business Forms, (B) Continue Intercompany Transactions, and (C) Honor Certain Prepetition Obligations Related Thereto; (II) Waiving Certain Operating Guidelines; (III) Extending the Time to Comply with Section 345(b) of the Bankruptcy Code; and (IV) Granting Related Relief [Docket No. 11; 12/8/23]

    Related Documents:

    A.  Interim Order (I) Authorizing the Debtors to (A) Continue and Maintain Their Cash Management System, Including Bank Accounts and Business Forms, (B) Continue Intercompany Transactions, and (C) Honor Certain Prepetition

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

         Obligations Related Thereto; (II) Waiving Certain Operating Guidelines; (III) Extending the Time to Comply with Section 345(b) of the Bankruptcy Code; and (IV) Granting Related Relief [Docket No. 62; 12/11/23]

    B.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [Docket No. 68; 12/12/3]

    C.    Certification of Counsel Regarding Proposed Final Order (I) Authorizing the Debtors to (A) Continue and Maintain Their Cash Management System, Including Bank Accounts and Business Forms, (B) Continue Intercompany Transactions, and (C) Honor Certain Prepetition Obligations Related Thereto; (II) Waiving Certain Operating Guidelines; (III) Extending the Time to Comply with Section 345(b) of the Bankruptcy Code; and (IV) Granting Related Relief [Docket No. 167; 1/12/24]

    Response Deadline:    December 29, 2023 at 4:00 p.m. (ET); extended to January 8, 2024 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors

    Responses Received:

    D.    Informal response from the U.S. Trustee

    Status:    A revised form of order has been submitted under certification of counsel. No hearing is required unless the Court has questions or concerns.

## MATTERS GOING FORWARD

2. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Administrative Expense Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 15; 12/8/23]

    Related Documents:

    A.    Declaration of Abraham T. Han in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Administrative Expense Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 16; 12/8/23]

    B.    Interim Order (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Administrative Expense Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 66; 12/11/23]

    C.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [Docket No. 68; 12/12/3]\

    D.    Order Approving Stipulation Extending Certain DIP Milestones [Docket No. 122; 1/8/24]

    E.    Certification of Counsel Regarding Second Stipulation Extending Certain DIP Milestones [Docket No. 171; 1/12/24]

Response Deadline: December 29, 2023 at 4:00 p.m. (ET); extended to January 16, 2024 at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors

Responses Received:

    F.    Informal response from the Official Committee of Unsecured Creditors

Status: This matter is going forward.

3. Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter into the Stalking Horse APA, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 20; 12/8/23]

Related Documents:

    A.    Declaration of Abraham T. Han in Support of Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter into the Stalking Horse APA, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 21; 12/8/23]

    B.    Notice of Motion [Docket No. 71; 12/12/23]

|   |   |
|---|---|
| Response Deadline: | December 29, 2023 at 4:00 p.m. (ET); extended to January 16, 2024 at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors |

Responses Received:

C. Informal response from the Official Committee of Unsecured Creditors

D. Informal response from the U.S. Trustee

Status: This matter is going forward.

4. Motion of Brian Nash for Relief from Stay Under Section 362 of the Bankruptcy Code [Docket No. 92; 12/27/23]

Related Documents:

A. Amended Notice of Hearing [Docket No. 139; 1/9/24]

Response Deadline: December 29, 2023 at 4:00 p.m. (ET)

Responses Received:

B. Debtors' Objection to Motion of Brian Nash for Relief from the Automatic Stay [Docket No. 96; 12/29/23]

Status: This matter is going forward.

[*Signature page follows*]

Dated: January 16, 2024
       Wilmington, Delaware

                            **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

                            */s/ Shane M. Reil*
                            Edmon L. Morton (No. 3856)
                            Matthew B. Lunn (No. 4119)
                            Shane M. Reil (No. 6195)
                            Carol E. Cox (No. 6936)
                            Rodney Square
                            1000 North King Street
                            Wilmington, Delaware 19801
                            Telephone: (302) 571-6600
                            Facsimile: (302) 571-1253
                            emorton@ycst.com
                            mlunn@ycst.com
                            sreil@ycst.com
                            ccox@ycst.com

                            -and-

                            **WILLKIE FARR & GALLAGHER LLP**
                            Rachel C. Strickland (admitted *pro hac vice*)
                            Andrew S. Mordkoff (admitted *pro hac vice*)
                            Joseph R. Brandt (admitted *pro hac vice*)
                            787 Seventh Avenue
                            New York, New York 10019
                            Telephone: (212) 728-8000
                            Facsimile: (212) 728-8111
                            rstrickland@willkie.com
                            amordkoff@willkie.com
                            jbrandt@willkie.com

                            *Co-Counsel to the Debtors and Debtors in Possession*