IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEAR INTELLIGENCE, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11962 (TMH)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 76 & 148 |

## NOTICE OF SUPPLEMENT TO LIST OF ORDINARY COURSE PROFESSIONALS

**PLEASE TAKE NOTICE** that, on December 15, 2023, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order Authorizing (A) the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business Effective as of the Petition Date and (B) Waiving Certain Information Requirements of Local Rule 2016-2* [D.I. 76] (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on January 9, 2024, the Court entered the *Order Authorizing (I) the Debtors to Retain, Employ Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business Effective as of the Petition Date, (II) Waiving Certain Information Requirements of Local Rule 2016-2, and (III) Granting Related Relief* [D.I. 148] (the "Order"). Pursuant to paragraph 7 of the Order, the Debtors may employ and retain professionals that were not included on the list of Ordinary Course Professionals that was attached to the Order as Exhibit 1 (the "OCP List") by filing a Supplemental Notice.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby supplement the OCP List to include the firms listed on **Exhibit A** attached here to (the "Supplemental OCP List").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Debtors' retention of any firm included on the Supplemental OCP List must be in writing, filed with the Court, and served upon and received by the Debtors' undersigned counsel on or before the date that is **fourteen (14) days after the service of each firm's Declaration**. If no responses or objections to the Supplemental OCP List are filed and served, or if all responses or objections are resolved and/or withdrawn, the Debtors shall be authorized to retain the professionals listed on the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

31180908.1

Supplemental OCP List as Ordinary Course Professionals on a final basis without further order of this Court, subject and pursuant to the terms of the Order.

Dated: January 17, 2024
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Shane M. Reil*
Edmon L. Morton (No. 3856)
Matthew B. Lunn (No. 4119)
Shane M. Reil (No. 6195)
Carol E. Cox (No. 6936)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
emorton@ycst.com
mlunn@ycst.com
sreil@ycst.com
ccox@ycst.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Rachel C. Strickland (admitted *pro hac vice*)
Andrew S. Mordkoff (admitted *pro hac vice*)
Joseph R. Brandt (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
rstrickland@willkie.com
amordkoff@willkie.com
jbrandt@willkie.com

*Co-Counsel to the Debtors*

# EXHIBIT A

## Supplemental OCP List

| Ordinary Course Professional | Mailing Address | Type of Services Provided |
|---|---|---|
| Drew & Napier LLC | Near Intelligence Pte. Ltd.<br>1 Phillip Street #05-01<br>Royal One Phillip Singapore<br>048692 | Legal Services and Advisors on Singapore Law |
| Trilegal | Prestige Poseidon<br>139, Residency Road<br>Bangalore, India 560025 | Legal Services and Advisors on Indian Law |

31180908.1