**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 18, 2024 AT 10:00 A.M. (ET)**

> **THIS HEARING WILL BE CONDUCTED <u>IN-PERSON</u>. ALL PARTIES, INCLUDING WITNESSES, ARE EXPECTED TO ATTEND IN PERSON UNLESS PERMITTED TO APPEAR REMOTELY AND ALL REMOTE PARTICIPANTS MUST REGISTER BY JANUARY 17, 2024 AT 4:00 P.M (ET).**
>
> **TO ATTEND A HEARING REMOTELY, PLEASE REGISTER USING THE ECOURTAPPEARANCE TOOL (AVAILABLE HERE) OR ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV.**
>
> **AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING.**

**MATTER WITH CERTIFICATION**

1. Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue and Maintain Their Cash Management System, Including Bank Accounts and Business Forms, (B) Continue Intercompany Transactions, and (C) Honor Certain Prepetition Obligations Related Thereto; (II) Waiving Certain Operating Guidelines; (III) Extending the Time to Comply with Section 345(b) of the Bankruptcy Code; and (IV) Granting Related Relief [Docket No. 11; 12/8/23]

   Related Documents:

   A. Interim Order (I) Authorizing the Debtors to (A) Continue and Maintain Their Cash Management System, Including Bank Accounts and Business Forms, (B) Continue Intercompany Transactions, and (C) Honor Certain Prepetition

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

[2] **All amendments appear in bold.**

        Obligations Related Thereto; (II) Waiving Certain Operating Guidelines; (III) Extending the Time to Comply with Section 345(b) of the Bankruptcy Code; and (IV) Granting Related Relief [Docket No. 62; 12/11/23]

B.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [Docket No. 68; 12/12/3]

C.    Certification of Counsel Regarding Proposed Final Order (I) Authorizing the Debtors to (A) Continue and Maintain Their Cash Management System, Including Bank Accounts and Business Forms, (B) Continue Intercompany Transactions, and (C) Honor Certain Prepetition Obligations Related Thereto; (II) Waiving Certain Operating Guidelines; (III) Extending the Time to Comply with Section 345(b) of the Bankruptcy Code; and (IV) Granting Related Relief [Docket No. 167; 1/12/24]

D.    **Final Order (I) Authorizing the Debtors to (A) Continue and Maintain Their Cash Management System, Including Bank Accounts and Business Forms, (B) Continue Intercompany Transactions, and (C) Honor Certain Prepetition Obligations Related Thereto; (II) Waiving Certain Operating Guidelines; (III) Extending the Time to Comply with Section 345(b) of the Bankruptcy Code; and (IV) Granting Related Relief [Docket No. 174; 1/16/24]**

   <u>Response Deadline</u>:    December 29, 2023 at 4:00 p.m. (ET); extended to January 8, 2024 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors

   <u>Responses Received</u>:

E.    Informal response from the U.S. Trustee

   <u>Status</u>:    **An order has been entered by the Court. No hearing is required.**

### MATTERS GOING FORWARD

2. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Administrative Expense Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 15; 12/8/23]

   <u>Related Documents</u>:

A.    Declaration of Abraham T. Han in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Administrative Expense Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 16; 12/8/23]

    B.    Interim Order (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Administrative Expense Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 66; 12/11/23]

    C.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [Docket No. 68; 12/12/3]\

    D.    Order Approving Stipulation Extending Certain DIP Milestones [Docket No. 122; 1/8/24]

    E.    Certification of Counsel Regarding Second Stipulation Extending Certain DIP Milestones [Docket No. 171; 1/12/24]

    **F.**    **Order Approving Second Stipulation Extending Certain DIP Milestones [Docket No. 175; 1/16/24]**

Response Deadline:    December 29, 2023 at 4:00 p.m. (ET); **extended for** the Official Committee of Unsecured Creditors

Responses Received:

    G.    Informal response from the Official Committee of Unsecured Creditors

Status:    **This matter is adjourned to January 23, 2024 at 1:00 p.m. (ET)**.

3.    Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter into the Stalking Horse APA, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 20; 12/8/23]

Related Documents:

    A.    Declaration of Abraham T. Han in Support of Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter into the Stalking Horse APA, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free and

        Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 21; 12/8/23]

    B.    Notice of Motion [Docket No. 71; 12/12/23]

Response Deadline:    December 29, 2023 at 4:00 p.m. (ET); **extended for** the Official Committee of Unsecured Creditors

Responses Received:

    C.    Informal response from the Official Committee of Unsecured Creditors

    D.    Informal response from the U.S. Trustee

Status:    **This matter is adjourned to January 23, 2024 at 1:00 p.m. (ET).**

4.    Motion of Brian Nash for Relief from Stay Under Section 362 of the Bankruptcy Code [Docket No. 92; 12/27/23]

    Related Documents:

    A.    Amended Notice of Hearing [Docket No. 139; 1/9/24]

Response Deadline:    December 29, 2023 at 4:00 p.m. (ET)

Responses Received:

    B.    Debtors' Objection to Motion of Brian Nash for Relief from the Automatic Stay [Docket No. 96; 12/29/23]

Status:    This matter is going forward.

[*Signature page follows*]

Dated: January 17, 2024
       Wilmington, Delaware

                               **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

                               */s/ Shane M. Reil*
                               Edmon L. Morton (No. 3856)
                               Matthew B. Lunn (No. 4119)
                               Shane M. Reil (No. 6195)
                               Carol E. Cox (No. 6936)
                               Rodney Square
                               1000 North King Street
                               Wilmington, Delaware 19801
                               Telephone: (302) 571-6600
                               Facsimile: (302) 571-1253
                               emorton@ycst.com
                               mlunn@ycst.com
                               sreil@ycst.com
                               ccox@ycst.com

                               -and-

                               **WILLKIE FARR & GALLAGHER LLP**
                               Rachel C. Strickland (admitted *pro hac vice*)
                               Andrew S. Mordkoff (admitted *pro hac vice*)
                               Joseph R. Brandt (admitted *pro hac vice*)
                               787 Seventh Avenue
                               New York, New York 10019
                               Telephone:  (212) 728-8000
                               Facsimile:  (212) 728-8111
                               rstrickland@willkie.com
                               amordkoff@willkie.com
                               jbrandt@willkie.com

                               *Co-Counsel to the Debtors and Debtors in Possession*