## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF PUBLICATION

I, Rohany Tejada, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

This Certificate of Publication includes a sworn statement verifying that the *Notice of Deadline for the Filing of Proofs of Claim, Including for Claims Asserted Under Section 503(b)(9) of the Bankruptcy Code*, as conformed for publication, was published on January 16, 2024, in the national edition of USA Today, as described in the sworn statement attached hereto as **Exhibit A**.

Dated: January 16, 2024

/s/ *Rohany Tejada*
Rohany Tejada

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd.  The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

**Exhibit A**



### VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Vanessa Salvo says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Tuesday, January 16, 2024**, the following legal advertisement – **NEAR INTELLIGENCE, INC.** was published in the national edition of **USA TODAY.**

*Vanessa Salvo*
Principal Clerk of USA TODAY
January 16, 2024

# Four dead, one hurt in hot air balloon crash



A hot air balloon crash in Arizona claimed the lives of four people and left one person injured. PROVIDED BY FOX-10 PHOENIX

## Eight skydivers survive tragedy in Ariz.

**Natalie Neysa Alund**
USA TODAY

A "heartbreaking" hot air balloon crash in southern Arizona over the weekend left four people dead and one critically injured, authorities said.

Eloy Police Department Chief Byron Gwaltney said eight skydivers survived the tragedy in "an empty field in a desert area" of Eloy, a city in Pinal County about 65 miles southeast of Phoenix and 55 miles northeast of Tucson.

Shortly after the skydivers completed a jump from the balloon, Gwaltney said, "something catastrophic occurred with the balloon, causing it to crash to the ground."

At a news conference, Eloy Mayor Micah Powell reported the balloon had been carrying 13 adults – its operator, four passengers and the eight skydivers.

The impact, Powell said, took place in "the world's largest drop zone" for skydivers.

The cause of the crash was not immediately known Monday.

"But eyewitnesses stated that in the last several seconds of the impact that the material of the hot air balloon was just straight up and down and the impact was fairly large," Powell said.

Five people were inside the gondola when it crashed, officials said, and one died at the scene. Three passengers were taken to a hospital where they later died, Powell said.

Another passenger was taken to a trauma center and was in critical condition Sunday, Powell said.

Police said the accident was under investigation by the department as well as the National Transportation and Safety Board and Federal Aviation Administration.

"While we continue our efforts, we ask for your thoughts and support for the families and loved ones affected during this difficult time," police said in a statement Sunday.

The Eloy Police Department, which was withholding names of victims pending notification of next of kin, said in a statement that it "extends its deepest condolences to the families and friends of those involved in this heartbreaking incident."

# Houthi missile fired at destroyer downed by US

## American-owned ship also attacked

**Kim Hjelmgaard and Tom Vanden Brook**
USA TODAY

U.S. fighter aircraft intercepted and shot down an anti-ship cruise missile fired by Yemen-based Houthi rebels in the direction of a U.S. Navy destroyer in the Red Sea, the Pentagon said late Sunday.

And a missile fired from Yemen in a separate incident struck an American-owned commercial ship Eagle Gibraltar in the nearby Gulf of Aden, a U.K. maritime agency and private security firm said Monday.

Both incidents followed U.S. and U.K. airstrikes on Houthis in Yemen last week that heightened fears the Israel-Hamas war could lead to a wider war in the Middle East involving the U.S. and its Western allies.

The missile that was fired toward the USS Laboon came from a Houthi-controlled area of Yemen, U.S. Central Command said. No injuries or damage were reported.

The U.S. commercial ship, which is Marshall Islands-flagged and owned by Connecticut-based firm Eagle Bulk, was "hit from above by a missile" but remained seaworthy, according to the U.K. Maritime Trade Operations agency, which cited the ship's captain. The ship's name and ownership were identified by Ambrey Limited, a U.K.-based security firm and risk consultancy.

The incident with the U.S.-owned ship is still being investigated and no group immediately claimed responsibility for the attack, but suspicion immediately fell on Yemen's Houthi rebels.

The Houthis are a rebel group financed, trained and supplied militarily by Iran, Israel's arch-enemy. They are also allies of Hamas and have been targeting Red Sea maritime traffic since November in



The Arleigh Burke-class guided-missile destroyer USS Carney (DDG 64) defeats a combination of Houthi missiles and unmanned aerial vehicles in the Red Sea in October 2023 in this file photo.
AARON LAU/US NAVY/AFP VIA GETTY IMAGES

an act of solidarity with Palestinians in reaction to Israel's military campaign in Gaza following Hamas' Oct. 7. attacks.

The Houthi attacks have caused delays to global supply chains because major shipping companies have diverted their ships away from the Red Sea. Instead, they have been taking a route around southern Africa.

The U.S. and U.K. militaries attacked 28 Houthi targets in Yemen on Friday including radar installations, drones, arms depots, logistics hubs and anti-ship missiles. On Saturday, the USS Carney, a guided missile destroyer, followed these strikes up by firing Tomahawk land attack missiles at a Houthi radar site in Yemen.

The strikes come as U.S. Secretary of Defense Lloyd Austin remains hospitalized following complications from a surgery for prostate cancer. He was released Monday and expected to make a full recovery.

Austin was rushed by ambulance from his home in the Virginia suburbs of Washington to Walter Reed National Military Medical Center in Maryland on Jan. 1 in severe pain.

Austin had developed an infection and intestinal blockage after surgery Dec. 22 for prostate cancer. He kept his diagnosis and hospitalization secret for days from the White House, Congress and the public.

# Louisiana gardener's 44-pound cabbage sets record for the state

**Ahjané Forbes**
USA TODAY

A Louisiana woman set a record for growing the state's largest cabbage, weighing in at more than 44 pounds.

Home gardener Jenny Bourg, of Bourg, about an hour southwest of New Orleans, grew the giant Sapporo cabbage in her backyard, according to the Louisiana Department of Agriculture and Forestry.

Bourg, who has been a gardener all of her life, said she cannot remember a time she was not planting fruits and vegetables.

"Growing up in a family where gardening was a way of life led me to never imagine life without a garden. As a young child I can remember being the garden helper!" Bourg told Humans Who Grow Food in an Instagram post. "My mother lived to the age of 90 and I was very fortunate to be able (to) get her wise gardening advice for many, many years."

Bourg grew the giant cabbage from a seed she planted in July.

When it was harvested on Dec. 21, the Department of Agriculture measured the cabbage. It had a circumference of 7 feet, 2 inches, and weighed 44.115 pounds.

The previous Louisiana state recordholder was Macyn Bertucci, a New Orleans third grade student, who won the competition with a 28-pound cabbage in 2018, according to the state agriculture department.

Jenny Bourg shows off her garden on Jan. 6. In it are the remaining cabbages she planted with along with her record-setting 44-pound cabbage. COLIN CAMPO/USA TODAY NETWORK

"It was huge! I was really surprised," Bertucci told The Market Bulletin.

The Bulletin reported that Bertucci won a $1,000 savings bond from Bonnie Plant, a greenhouse facility that provides gardeners with fresh fruits, vegetables and succulents.

Although Bertucci and Bourg have grown the biggest cabbages recorded in their state, the world recordholder for the heaviest cabbage remains in Alaska.

Scott Robb, a farmer from Palmer, about 40 miles northeast of Anchorage, holds the Guinness World Record for the heaviest cabbage. In 2012, it set the record at 138.28 pounds.

"There are many reasons to grow a garden. I call it therapy! When I am in my garden, I find myself at peace, and far away from all the business of the world," Bourg told Humans Who Grow Food. "There is nothing that tastes better than your own homegrown vegetables."

To honor her win, Bourg turned her record-setting cabbage into casseroles and served it with ham, according to a report from the Houma Courier-Thibodaux Daily Comet, part of the USA TODAY Network.

Bourg said she is officially "tired of eating cabbage" after sharing her prize with her neighbor, the Houma Courier-Thibodaux Daily Comet reported.

## MARKETPLACE TODAY

For advertising information: 1.800.397.0070  www.russelljohns.com/usat

### NOTICES

#### LEGAL NOTICE

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**
In re: NEAR INTELLIGENCE, INC., *et al.*,[1] Debtors.  Chapter 11, Case No. 23-11962 (TMH) (Jointly Administered)

**NOTICE OF DEADLINE FOR THE FILING OF PROOFS OF CLAIM, INCLUDING FOR CLAIMS ASSERTED UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE**

**THE GENERAL BAR DATE IS 5:00 P.M. (PREVAILING EASTERN TIME) ON FEBRUARY 8, 2024**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On December 8, 2023 (the "Petition Date"), the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court"). On January 9, 2024, the Court entered an order [D.I. 137] (the "Bar Date Order")[2] establishing certain deadlines for the filing of proofs of claim in the chapter 11 cases of the following Debtors: **Debtor, Case No., EIN# (Last 4 Digits):** Near Intelligence, Inc., 23-11962 (TMH), 7857; Near Intelligence LLC, 23-11965 (TMH), 7857; Near Intelligence Pte. Ltd., 23-11966 (TMH), N/A; Near North America, Inc., 23-11967 (TMH), 9078.

Pursuant to the Bar Date Order, each person or entity (including, without limitation, each individual, partnership, joint venture, corporation, estate, and trust) that holds or seeks to assert a claim (as defined in section 101(5) of the Bankruptcy Code) against the Debtors that arose, or is deemed to have arisen, prior to the Petition Date (including, without limitation, claims entitled to administrative priority status under section 503(b)(9) of the Bankruptcy Code), no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before 5:00 p.m. (prevailing Eastern Time), on February 8, 2024 (the "General Bar Date"), by submitting an original proof of claim form to Kroll Restructuring Administration, LLC ("Kroll" or the "Claims Agent") as follows: (a) electronically via the interface available at https://cases.ra.kroll.com/near, (b) by first-class mail to: Near Intelligence, Inc., Claims Processing Center, c/o Kroll Restructuring Administration LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232, in each case so that it is **actually received** on or before the General Bar Date; *provided that*, solely with respect to governmental units (as defined in section 101(27) of the Bankruptcy Code), the deadline for such governmental units to file a proof of claim against the Debtors is June 5, 2024 at 5:00 p.m. (prevailing Eastern Time) (the "Governmental Bar Date").

All entities holding claims against the Debtors arising from the rejection of executory contracts and unexpired leases of the Debtors are required to file proofs of claim by the later of (a) the General Bar Date or the Governmental Bar Date, as applicable, and (b) 5:00 p.m. (prevailing Eastern Time), on the date that is thirty (30) days following entry of an order approving the rejection of any executory contract or unexpired lease of the Debtors (the "Rejection Damages Bar Date").

All entities asserting claims against the Debtors that are affected by an amendment or supplement to the Schedules are required to file a proof of claim or amend any previously filed proof of claim in respect of the amended scheduled claim by the later of (a) the General Bar Date or the Governmental Bar Date, as applicable, and (b) 5:00 p.m. (prevailing Eastern Time), on the date that is twenty-one (21) days from the date on which the Debtors mail notice of the amendment to the Schedules (or another time period as may be fixed by the Court) (the "Amended Schedules Bar Date").

Proofs of claim must be sent by overnight mail, courier service, hand delivery, regular mail, or in person, or completed electronically through Kroll's website. Proofs of Claim sent by facsimile, telecopy, or electronic mail will **not** be accepted and will **not** be considered properly or timely filed for any purpose in these Chapter 11 Cases.

ANY PERSON OR ENTITY THAT IS REQUIRED TO FILE A PROOF OF CLAIM IN THESE CHAPTER 11 CASES WITH RESPECT TO A PARTICULAR CLAIM AGAINST THE DEBTORS, BUT THAT FAILS TO DO SO PROPERLY BY THE APPLICABLE BAR DATE, MAY NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR PURPOSES OF VOTING AND DISTRIBUTION.

Copies of the Schedules [D.I. 114, 116, 118, and 120], the Proof of Claim Form, and Bar Date Order are available free of charge on Kroll's website at https://cases.ra.kroll.com/near. If you have questions concerning the filing or processing of Claims, you may contact the Claims Agent, by telephone at: (844) 344-0799 (U.S. and Canada toll free), or + 1(646) 651-1196 (outside the U.S.) or (ii) by email at: nearinfo@ra.kroll.com. If you require additional information regarding the filing of a Proof of Claim, you may consult counsel for the Debtors in writing at the addresses below.

Dated: January 10, 2024, Wilmington, Delaware, **YOUNG CONAWAY STARGATT & TAYLOR, LLP**, */s/ Shane M. Reil* _, Edmon L. Morton (No. 3856), Matthew B. Lunn (No.4119), Shane M. Reil (No. 6195), Carol E. Cox (No. 6936), Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Telephone: (302) 571-6600 -and- **WILLKIE FARR & GALLAGHER LLP**, Rachel C. Strickland (admitted *pro hac vice*), Andrew S. Mordkoff (admitted *pro hac vice*), Joseph R. Brandt (admitted *pro hac vice*), 787 Seventh Avenue, New York, New York 10019, Telephone: (212) 728-8000, *Proposed Co-Counsel to the Debtors and Debtors in Possession*

[1]  The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bar Date Order, unless otherwise noted.

---

### LEGAL NOTICE

#### WISCONSIN REINSURANCE CORPORATION and 1st AUTO & CASUALTY INSURANCE COMPANY ORDER FOR LIQUIDATION ENTERED

On January 2, 2024, Wisconsin Reinsurance Corporation (WRC) and its subsidiary, 1st Auto & Casualty Insurance Company (1st Auto), were ordered to be liquidated by the Dane County Circuit Court, State of Wisconsin, effective January 1, 2024. WRC and 1st Auto are Wisconsin domiciled stock property and casualty insurance companies, with their main administrative office at 2810 City View Drive, Madison, WI 53718. The court appointed Wisconsin Commissioner of Insurance Nathan Houdek, and his successors in office, as the Liquidator and Justin Schrader as the Special Deputy Liquidator.

Pursuant to Wis. Stat. § 645.43, all insurance policies issued by WRC and 1st Auto will be terminated on the earliest of the following dates:

(a) 15 days from the date of entry of the liquidation order; or
(b) The normal date for the expiration of coverage; or
(c) The date the person insured replaces the coverage with equivalent coverage in another insurer; or
(d) When the Liquidator has affected a transfer of the policy obligation pursuant to Wis. Stat. § 645.46(8), whichever time is less.

The Liquidation Order establishes a claims filing deadline of July 1, 2024 for all potential claims against WRC or 1st Auto. A copy of the Liquidation Order and other filings, the Proof of Claim form, frequently asked questions, and current information on the Liquidation of WRC and 1st Auto can be found on the OCI's website at oci.wi.gov/WRC.

---

## ONE CALL DOES IT ALL!

Advertise in USA TODAY's Marketplace!

### To Advertise, Call:
### 1-800-397-0070