# SIGN-IN SHEET

**CASE NAME:** Near Intelligence

**CASE NUMBER:** 23-11962

**COURTROOM #6**

**DATE:** 1/18/2024

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Edmon Morton | YCST | Debtors |
| Shane Reil | " | " |
| Carol Cox | " | " |
| Aaron Applebaum | DLA Piper | Committee |
| Benjamin Hackman | | U.S. Trustee |
| | | |
| | | |
| | | |
| | | |
| | | |



# United States Bankruptcy Court
## District of Delaware

## Appearances before the Honorable Judge Thomas M. Horan

Thursday, January 18, 2024

10:00 AM

**23-11962-TMH Near Intelligence, Inc.**

| | |
|---|---|
| **Matthew Altman**<br>via: Video and Audio<br>Representing:<br>UCC | M3 Partners<br>1700 Broadway<br>19th Floor<br>New York, NY 10019 |
| **Rick Archer**<br>via: Audio Only<br>Representing:<br>Law360 | 508 Woodland Hills Road<br>White Plains, NY 10603 |
| **James Baring**<br>via: Audio Only<br>Representing:<br>Debtors | Ernsty & Young<br>1540 Broadway, 25th Floor<br>New York, NY 10036 |
| **Joseph Brandt**<br>via: Video and Audio<br>Representing:<br>Debtors | Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019 |
| **Miguel Cadavid**<br>via: Video and Audio<br>Representing:<br>Blue Torch Finance LLC (DIP/Prepetition lenders) | King & Spalding LLP<br>1185 Avenue of the Americas New York, NY 10036 |
| **Robert J. Dehney**<br>via: Video and Audio<br>Representing:<br>Blue Torch Finance LLC | Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P O. Box 1347<br>Wilmington, DE 19899-1347 |
| **Abe Han**<br>via: Video and Audio<br>Representing:<br>Debtors | GLC<br>600 Lexington Ave., 9th Floor New York, NY 10022 |
| **Matthew B. Harvey**<br>via: Video and Audio<br>Representing:<br>Blue Torch Finance LLC | Morris Nichols Arsht & Tunnell, LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 |
| **Matthew B Harvey**<br>via: Video and Audio<br>Representing:<br>Blue Torch | Morris Nichols Arsht & Tunnell LLP<br>1201 N. Market St. 16th Floor<br>Wilmington, DE 19801 |

**Geoffrey M King**
via: Video and Audio
Representing:
Blue Torch Finance LLP (DIP/Prepetition Lenders)

King & Spalding LLP
110 N Wacker Drive
Chicago, IL 60606

**Kirkland & Ellis** Listen-Only Line
via: Video and Audio
Representing:
Kirkland & Ellis LLP

Kirkland & Ellis LLP
601 Lexington Ave
New York, NY 10022

**Nicole McLemore**
via: Audio Only
Representing:
Committee

DLA Piper LLP (US)
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131-5341

**Andrew Mordkoff**
via: Video and Audio
Representing:
Debtors

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

**Brian Nash**
via: Video and Audio
Representing:
self

200 Crescent Parkway
Sea Girt, NJ 08750

**Dennis O'Donnell**
via: Video and Audio
Representing:
Official Committee of Unsecured Creditors

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, DE 10020

**Austin Park**
via: Video and Audio
Representing:
Blue Torch Finance LLC (DIP/Prepetition lenders)

Morris Nichols Arsht & Tunnell LLP
1201 N Market St
Wilmington, DE 19801

**Andrew R. Remming**
via: Audio Only
Representing:

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**Patricia H. Schrage**
via: Video and Audio
Representing:
US Securities and Exchange Commission

U.S. Securities & Exchange Commission
3 World Financial Center
New York, NY 10281

**Roger G Schwartz**
via: Video and Audio
Representing:
Blue Torch Finance LLC (DIP/Prepetition Lenders)

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

**Rachel Strickland**
via: Video and Audio
Representing:
Debtors

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

**Vince Sullivan**
via: Audio Only
Representing:

Law360
111 W. 19th Street
New York, NY 10011

**Michael Tomback**
via: Audio Only
Representing:

11 E. 26th St.
New York, NY 10010

**Brittany Wagonhelm**
via: Video and Audio
Representing:
Debtors

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019