IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEAR INTELLIGENCE, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11962 (TMH)<br><br>(Jointly Administered)<br><br>**Re: D.I. 92 & 96** |

**ORDER DENYING WITHOUT PREJUDICE MOTION OF BRIAN NASH FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

Upon consideration of the Motion of Brian Nash for Relief from Stay Under Section 362 of the Bankruptcy Code (the "Motion") [D.I. 92], and the Debtors' Objection to Motion of Brian Nash for Relief from the Automatic Stay (the "Objection") [D.I. 96]; and the Court having considered the Motion and Objection and related arguments of counsel held at the hearing held in these cases on January 18, 2024; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G); and this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this case and the Motion in this district is proper pursuant to 28 U.S.C. § 1408; and this Court having found that the notice of the Motion was appropriate under the circumstances and no other notice need be provided, and after due deliberation and sufficient

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A4, Pasadena, CA 91124.

cause appearing therefor, it is hereby ordered that the motion is denied without prejudice for the reasons as set forth at the hearing on January 18, 2024.

Dated: January 18, 2024
Wilmington, Delaware

_____
Thomas M. Horan
United States Bankruptcy Judge