**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 23, 2024 AT 1:00 P.M. (ET)**

---

**THIS HEARING WILL BE CONDUCTED IN-PERSON. ALL PARTIES, INCLUDING WITNESSES, ARE EXPECTED TO ATTEND IN PERSON UNLESS PERMITTED TO APPEAR REMOTELY AND ALL REMOTE PARTICIPANTS MUST REGISTER BY JANUARY 22, 2024 AT 4:00 P.M (ET).**

**TO ATTEND A HEARING REMOTELY, PLEASE REGISTER USING THE ECOURTAPPEARANCE TOOL (AVAILABLE HERE) OR ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV.**

**AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING.**

---

**MATTERS GOING FORWARD**

1. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Administrative Expense Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 15; 12/8/23]

   Related Documents:

   A. Declaration of Abraham T. Han in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Administrative Expense Claims, (IV) Modifying

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

        the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 16; 12/8/23]

    B.    Interim Order (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Administrative Expense Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 66; 12/11/23]

    C.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [Docket No. 68; 12/12/3]\

    D.    Order Approving Stipulation Extending Certain DIP Milestones [Docket No. 122; 1/8/24]

    E.    Order Approving Second Stipulation Extending Certain DIP Milestones [Docket No. 175; 1/16/24]

Response Deadline:    December 29, 2023 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors

Responses Received:

 F.    Informal response from the Official Committee of Unsecured Creditors

Status:    This matter is going forward.

2.    Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter into the Stalking Horse APA, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 20; 12/8/23]

Related Documents:

    A.    Declaration of Abraham T. Han in Support of Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter into the Stalking Horse APA, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the

        Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 21; 12/8/23]

   B.     Notice of Motion [Docket No. 71; 12/12/23]

Response Deadline:    December 29, 2023 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors

Responses Received:

   C.     Informal response from the Official Committee of Unsecured Creditors

   D.     Informal response from the U.S. Trustee

Status:    This matter is going forward.

3. Debtors' Application for Entry of an Order Authorizing Retention and Employment of Ernst & Young LLP as Financial Advisor to the Debtors Effective as of the Petition Date [Docket No. 98; 12/29/23]

Related Documents:    None

Response Deadline:    January 12, 2024 at 4:00 p.m. (ET); extended for the U.S. Trustee

Responses Received:

   A.     Informal response from the U.S. Trustee

Status:    This matter is going forward.

[*Signature page follows*]

Dated: January 19, 2024
      Wilmington, Delaware

           **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

           */s/ Shane M. Reil*
           Edmon L. Morton (No. 3856)
           Matthew B. Lunn (No. 4119)
           Shane M. Reil (No. 6195)
           Carol E. Cox (No. 6936)
           Rodney Square
           1000 North King Street
           Wilmington, Delaware 19801
           Telephone: (302) 571-6600
           Facsimile: (302) 571-1253
           emorton@ycst.com
           mlunn@ycst.com
           sreil@ycst.com
           ccox@ycst.com

           -and-

           **WILLKIE FARR & GALLAGHER LLP**
           Rachel C. Strickland (admitted *pro hac vice*)
           Andrew S. Mordkoff (admitted *pro hac vice*)
           Joseph R. Brandt (admitted *pro hac vice*)
           787 Seventh Avenue
           New York, New York 10019
           Telephone: (212) 728-8000
           Facsimile: (212) 728-8111
           rstrickland@willkie.com
           amordkoff@willkie.com
           jbrandt@willkie.com

           *Co-Counsel to the Debtors and Debtors in Possession*