# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: Feb. 9, 2024 at 4:00 p.m. (ET)** |

**SUMMARY OF MONTHLY FEE APPLICATION OF KROLL RESTRUCTURING ADMINISTRATION LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 8, 2023 THROUGH DECEMBER 31, 2023**

| | |
|---|---|
| Name of Applicant: | Kroll Restructuring Administration LLC ("**Kroll**") |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | January 9, 2024, effective as of December 8, 2023 |
| Period for which compensation and reimbursement is sought: | December 8, 2023 through December 31, 2023 (the "**Fee Period**") |
| Amount of compensation sought as actual, reasonable and necessary: | $10,080.57 (of which Kroll seeks payment of 80% or $8,064.46) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| **Total amount to be paid at this time:** | **$8,064.46** |

This is a:  __X__  monthly _____ final application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd.  The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

The total time expended for the preparation of Kroll's monthly fee application is approximately 3 hours. The corresponding compensation is not included herein but will be requested in a future application.

## Prior Applications

No prior applications have been filed.

### Summary of Hours Billed by Kroll Employees During the Fee Period

| Kroll Employee | Position of the Applicant | Total Hours | Hourly Rate | Total Fees Requested |
|---|---|---|---|---|
| Baer, Herb C | Director | 3.60 | $245.00 | $882.00 |
| Berman, Jessica G | Director | 17.70 | $245.00 | $4,336.50 |
| Malo, David R | Director | 0.90 | $245.00 | $220.50 |
| Kesler, Stanislav | Director of Solicitation | 2.80 | $245.00 | $686.00 |
| Champagnie, Kadeem A | Senior Consultant | 26.00 | $195.00 | $5,070.00 |
| Garraway, Cosmos X | Senior Consultant | 2.90 | $185.00 | $536.50 |
| Tejada, Rohany | Consultant | 0.80 | $160.00 | $128.00 |
| | **Total:** | **54.70** | | **$11,859.50**[2] |
| | **Blended Rate** | | **$216.81** | |

### Summary of Fees Billed by Subject Matter During the Fee Period

| Matter Description | Total Hours | Total Fees Requested |
|---|---|---|
| Schedules & SOFAs | 51.90 | $11,173.50 |
| Solicitation | 2.80 | $686.00 |
| | **54.70** | **$11,859.50**[3] |

### Summary of Expenses Incurred During the Fee Period

| Description | Total Expenses Requested |
|---|---|
| N/A | $0.00 |
| **Total:** | **$0.00** |

*[Remainder of page intentionally left blank]*

---

[2, 3] This amount has been discounted to $10,080.57 in accordance with the terms of Kroll's retention. Taking into account this discount, the blended hourly rate is $184.29.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |
| | Obj. Deadline: Feb. 9, 2024 at 4:00 p.m. (ET) |

**MONTHLY FEE APPLICATION OF KROLL
RESTRUCTURING ADMINISTRATION LLC, ADMINISTRATIVE
ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM DECEMBER 8, 2023 THROUGH DECEMBER 31, 2023**

Kroll Restructuring Administration LLC ("**Kroll**"), administrative advisor to Near Intelligence, Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), files this monthly fee application (this "**Application**"), pursuant to sections 330 and 331 of title 11 of the United States Code (the *"***Bankruptcy Code***"*), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (as may be amended, modified, or supplemented, the "**Local Bankruptcy Rules**") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 147] (the "**Interim Compensation Order**"), for payment of compensation for professional services rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd.  The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

connection with such services for the period from December 8, 2023 through December 31, 2023 (the "**Fee Period**"). In support of this Application, Kroll respectfully represents as follows:

### Preliminary Statement

1. Pursuant to this Application, Kroll seeks allowance and approval of aggregate fees in the amount of $10,080.57 (of which Kroll seeks payment of 80% or $8,064.46) and reimbursement of expenses in the amount of $0.00.

2. On January 9, 2024, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order Authorizing Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor Effective as of the Petition Date* [Docket No. 142], which authorized the Debtors to retain Kroll as administrative advisor in these chapter 11 cases effective as of the Petition Date (as defined below). In addition, pursuant to the Interim Compensation Order, the Court authorized Kroll to file this Application for monthly compensation and authorized the Debtors to compensate Kroll in accordance with the procedures set forth therein, in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and such other procedures as may be fixed by order of the Court.

3. Pursuant to the Interim Compensation Order, upon the expiration of the Objection Deadline (as defined in the Interim Compensation Order), the Debtors are authorized and directed to pay Kroll an amount equal to the lesser of: (a) 80% of the fees and 100% of the expenses requested in this Application; or (b) 80% of the fees and 100% of the expenses requested in this Application that are not subject to an Objection (as defined in the Interim Compensation Order).

### Jurisdiction

4. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District

of Delaware, dated as of February 29, 2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

5. Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

6. The statutory bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-2.

### Background

7. On December 8, 2023 (the "**Petition Date**"), the Debtors filed with the Court voluntary petitions for relief under the Bankruptcy Code.  The Debtors continue to operate their businesses and manage their properties as debtors-in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On December 22, 2023, the Office of the United States Trustee appointed an official committee of unsecured creditors in the chapter 11 cases.  [Docket No. 85].  No request has been made for the appointment of a trustee or an examiner.

### Relief Requested

8. By this Application, Kroll requests (a) allowance and approval of aggregate fees in the amount of $10,080.57 (of which Kroll seeks payment of 80% or $8,064.46) on account of reasonable and necessary professional services rendered to the Debtors by Kroll, and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00.

### Compliance with the Interim Compensation Order

9. Kroll has prepared this Application in accordance with the procedures set forth in the Interim Compensation Order.  During the Fee Period, Kroll professionals billed a total of 54.70 hours for which compensation is requested.  Kroll's hourly rates are set at a level designed to fairly compensate Kroll for the work of its professionals and to cover routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are

subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

10. Further, **Exhibit A** hereto: (a) identifies each individual that rendered services by subject matter; (b) describes each activity or service that such individual performed; (c) states the number of hours (in increments of tenths of an hour) spent by such individual providing the services; and (d) as applicable, lists the amount and type of expenses incurred.

### Summary of Professional Services Rendered

11. The professional services that Kroll rendered during the Fee Period are grouped by subject matter and summarized as follows:

- Schedules & SOFAs

Fees: $11,173.50; Hours: 51.90

Schedules & SOFAs services provided included: (a) conferring and coordinating among the Kroll case team and Debtors' counsel and other professionals regarding the Debtors' Schedules and SOFAs; (b) preparing, formatting, reviewing and revising the Schedules, including Schedules A/B, D, E/F, G and H and all questions therein for all Debtors; (c) performing quality assurance review of the Schedules; (d) preparing, formatting, reviewing and revising the SOFAs, including parts 1 through 13, and all questions therein, for all Debtors; and (e) performing quality assurance review of the SOFAs.

- Solicitation

Fees: $686.00; Hours: 2.80

Solicitation services provided included (a) confirming public securities research with the Debtors' transfer agent; and (b) responding to inquiries from Debtors' counsel regarding the upcoming solicitation.

**Summary of Expenses Incurred**

12. Kroll is not currently aware of any actual and necessary expenses incurred during the Fee Period in rendering the services described herein.

**Representations and Reservation of Rights**

13. The undersigned has reviewed the requirements of Local Bankruptcy Rule 2016-2 and hereby attests that this Application conforms to such requirements.

14. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Application due to delays caused by accounting and processing during the Fee Period. Kroll reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Interim Compensation Order.

**Notice**

15. Kroll has provided notice of this Application to all parties required to receive such notice under the Interim Compensation Order. In light of the nature of the relief requested herein, Kroll respectfully submits that no further notice is necessary.

*[Remainder of page intentionally left blank]*

**Conclusion**

**WHEREFORE**, pursuant to the Interim Compensation Order, Kroll requests: (a) allowance and approval of aggregate fees in the amount of $10,080.57 (of which Kroll seeks payment of 80% or $8,064.46) on account of reasonable and necessary professional services rendered to the Debtors by Kroll, and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00.

Dated:  January 19, 2024
        New York, New York

/s/ Shira D. Weiner
Shira D. Weiner
Gabriel Brunswick
Kroll Restructuring Administration LLC
55 East 52nd Street, 17th Floor
New York, NY 10055
Phone: (212) 257-5450
shira.weiner@kroll.com
gabriel.brunswick@kroll.com

*Administrative Advisor to the Debtors*

**VERIFICATION**

STATE OF NEW YORK      )
                                     ) SS:
COUNTY OF NEW YORK   )

I, Shira D. Weiner, after being duly sworn according to law, depose and say:

1. I am the General Counsel to Kroll Restructuring Administration LLC ("**Kroll**").

2. I am generally familiar with the work performed on behalf of the Debtors by Kroll professionals.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

4. I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, the foregoing Application complies with such Local Rule.

*Shira Weiner*
Shira D. Weiner

SWORN TO AND SUBSCRIBED before me this 19th day of January, 2024.

*/s/ GABRIEL BRUNSWICK*
Notary Public, State of New York
No. 02BR6323242
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Apr. 20, 2027

## Exhibit A

**Fee Detail**



## Hourly Fees by Employee through December 2023

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| RTE | Tejada, Rohany | CO - Consultant | 0.80 | $160.00 | $128.00 |
| CXG | Garraway, Cosmos X | SC - Senior Consultant | 2.90 | $185.00 | $536.50 |
| KAC | Champagnie, Kadeem A | SC - Senior Consultant | 26.00 | $195.00 | $5,070.00 |
| HCB | Baer, Herb C | DI - Director | 3.60 | $245.00 | $882.00 |
| JGB | Berman, Jessica G | DI - Director | 17.70 | $245.00 | $4,336.50 |
| DRM | Malo, David R | DI - Director | 0.90 | $245.00 | $220.50 |
| STK | Kesler, Stanislav | DS - Director of Solicitation | 2.80 | $245.00 | $686.00 |
| | | **TOTAL:** | **54.70** | | **$11,859.50** |

## Hourly Fees by Task Code through December 2023

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| SOFA | Schedules & SOFA | 51.90 | $11,173.50 |
| SOLI | Solicitation | 2.80 | $686.00 |
| | **TOTAL:** | **54.70** | **$11,859.50** |

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|---|---|---|---|---|---|
| 12/08/23 | STK | DS | Review disclosure statement and plan in preparation for upcoming petition date | Solicitation | 0.30 |
| 12/11/23 | STK | DS | Confirm public securities research with Debtors transfer agent | Solicitation | 0.20 |
| 12/12/23 | STK | DS | Confirm public securities research with Debtors transfer agent | Solicitation | 0.40 |
| 12/13/23 | STK | DS | Confirm public securities research with Debtors transfer agent | Solicitation | 0.20 |
| 12/14/23 | JGB | DI | Confer with K. Champagnie (Kroll) in connection with coordination relating to preparation of schedules and sofas | Schedules & SOFA | 0.10 |
| 12/14/23 | KAC | SC | Confer and coordinate with K. Ashkraft, J. Baring, M. Kim (Ernst & Young) and J. Berman (Kroll) regarding open Schedules and SOFA items and next steps re same | Schedules & SOFA | 0.30 |
| 12/14/23 | STK | DS | Review bar date motion in preparation for mailing | Solicitation | 0.70 |
| 12/14/23 | STK | DS | Confirm public securities research with Debtors transfer agent | Solicitation | 0.20 |
| 12/15/23 | JGB | DI | Participate in conference with K. Champagnie, J. Karotkin (Kroll), J. Baring, and M. Kim (EY) in connection with preparation of schedules and SOFAs | Schedules & SOFA | 0.50 |
| 12/15/23 | KAC | SC | Confer and coordinate with K. Ashkraft, J. Baring, M. Kim (Ernst & Young) and J. Berman (Kroll) regarding open Schedules and SOFA items and next steps re same | Schedules & SOFA | 0.40 |
| 12/15/23 | KAC | SC | Prepare SOFA Part 1, Question 1 (.1); Part 6, Question 11 (.1); Part 9, Question 17(.1); Part 13, Question 25(.2); Part 13, Question 26a-d(.3); Part 13, Question 28(.2); Part 13, Question 29(.2); Part 13, Question 31(.2) | Schedules & SOFA | 1.40 |
| 12/18/23 | KAC | SC | Prepare SOFA Part 1, Question 1 (.2); Part 6, Question 11 (.3); Part 9, Question 17 (.1); Part 13, Question 25 (.1); Part 13, Question 26a-d (.8); Part 13, Question 28 (.3); Part 13, Question 29 (.2); Part 13, Question 31 (.2) | Schedules & SOFA | 2.20 |
| 12/19/23 | KAC | SC | Review SOFAs for all debtors | Schedules & SOFA | 0.50 |
| 12/19/23 | KAC | SC | Prepare SOFA Part 1, Question 2 (.2); Part 2, Question 4 (.2); Part 7, Question 14 (.2); Part 10, Question 18 (.2); Part 13, Question 30 (.1);  Part 13, Question 32 (.2) | Schedules & SOFA | 1.10 |
| 12/19/23 | KAC | SC | Review and revise SOFA Part 1, Question 1 (.2); Part 6, Question 11 (.2); Part 9, Question 17 (.2); Part 13, Question 25 (.2); Part 13, Question 26a-d (.5); Part 13, Question 28 (.2); Part 13, Question 29 (.2); Part 13, Question 31 (.2) | Schedules & SOFA | 1.90 |
| 12/19/23 | KAC | SC | Confer and coordinate with J. Berman, J. Karotkin, C. Porter and C. Rivera (Kroll) in connection with preparation of schedules and SOFAs and open items relating to same | Schedules & SOFA | 0.60 |

| Date | Initials | Task | Description | Category | Hours |
|---|---|---|---|---|---|
| 12/20/23 | JGB | DI | Confer with K. Champagnie (Kroll) in connection with coordination relating to preparation of schedules and sofas | Schedules & SOFA | 0.20 |
| 12/20/23 | KAC | SC | Prepare Schedule A/B: Part 11, Question 72 | Schedules & SOFA | 0.20 |
| 12/20/23 | KAC | SC | Prepare SOFA Part 2, Question 3(2.7); Part 3, Question 7 (.4); Part 9, Question 16 (.2) | Schedules & SOFA | 3.30 |
| 12/20/23 | KAC | SC | Review and revise SOFA Part 1, Question 1 (.2); Part 2, Question 4 (.7); Part 6, Question 11 (.2); Part 9, Question 17 (.1); Part 13, Question 28 (.2); Part 13, Question 29 (.2); Part 13, Question 30 (.1) | Schedules & SOFA | 1.70 |
| 12/20/23 | RTE | CO | Prepare SOFA Part 3, Question 7 | Schedules & SOFA | 0.80 |
| 12/20/23 | STK | DS | Review and respond to inquiry from S. Reil (YCST) re upcoming solicitation | Solicitation | 0.80 |
| 12/21/23 | CXG | SC | Prepare Schedule G | Schedules & SOFA | 2.90 |
| 12/21/23 | DRM | DI | Quality assurance review of SOFA drafts | Schedules & SOFA | 0.90 |
| 12/21/23 | JGB | DI | Correspond with A. Fang (Willkie) regarding preparation of Schedule G | Schedules & SOFA | 0.10 |
| 12/21/23 | JGB | DI | Confer with K. Champagnie (Kroll) regarding preparation of Schedule G | Schedules & SOFA | 0.20 |
| 12/21/23 | JGB | DI | Confer with K. Ashcraft (EY) in connection with preparation of schedules and SOFAs with regard to non-filing entity assets and confer with K. Champagnie (Kroll) regarding same (2.2); prepare Schedules EF P1 and P2, D, H (2), and G (3.1) | Schedules & SOFA | 5.30 |
| 12/21/23 | KAC | SC | Prepare and review SOFA drafts for all debtors | Schedules & SOFA | 1.10 |
| 12/21/23 | KAC | SC | Review and revise Schedule A/B Part 2, Question 7 (.2); Part 2, Question 8 (.2); Part 3, Question 11 (.1); Part 4, Question 15 (.1), Part 7, Questions 39-45 (.1); Part 11, Question 72 (.1); Part 11, Question 74 (.1); Part 11, Question 75 (.1); D Part 1 (.2) | Schedules & SOFA | 1.20 |
| 12/21/23 | KAC | SC | Review and revise SOFA Part 1, Question 1 (.2); Part 1, Question 2 (.2); Part 6, Question 11 (.1); Part 7, Question 14 (.1); Part 9, Question 17 (.1); Part 10, Question 18 (.1); Part 13, Question 26a-d (.3); Part 13, Question 31 (.2); Part 13, Question 32 (.2) | Schedules & SOFA | 1.50 |
| 12/22/23 | JGB | DI | Update Schedules A/B Q14 (.1), DP1, DP2 (.8), EFP1, EFP2, G (2), and H (.2); multiple correspondences with M. Kim (EY) in connection with preparation of Schedules D, EF, and H (.8) | Schedules & SOFA | 3.90 |
| 12/26/23 | KAC | SC | Review and revise Schedule G | Schedules & SOFA | 1.00 |
| 12/27/23 | HCB | DI | Review and revise Schedule A/B (.3), Schedule E/F (.6) and Schedule G (.2) | Schedules & SOFA | 1.10 |
| 12/28/23 | KAC | SC | Review and revise Schedules & SOFAs for all debtors | Schedules & | 0.40 |

Near Intelligence, Inc. Page 4

Invoice #: 23127

| Date | Initials | Task | Description | Category | Hours |
|---|---|---|---|---|---|
| 12/28/23 | KAC | SC | Review and revise SOFA Part 2, Question 4 | Schedules & SOFA | 0.30 |
| 12/29/23 | HCB | DI | Review and revise SOFA (1.1) and Schedules (1.4) for all debtors | Schedules & SOFA | 2.50 |
| 12/29/23 | JGB | DI | Confer with J. Baring (EY) regarding scheduling insurance policies (.2); confer with C. Schepper and K. Champagnie regarding preparation of drafts (.5) | Schedules & SOFA | 0.70 |
| 12/29/23 | JGB | DI | Prepare schedules A/B Q7, Q59-65, Q73 (1.3), D P1 and P2, H (3.4), SOFAs Q3, Q26a-d2 (2) | Schedules & SOFA | 6.70 |
| 12/29/23 | KAC | SC | Confer and coordinate with H. Baer and J. Berman (Kroll) and K. Ashcraft, J. Baring, M. Kim, (Ernst & Young) regarding open Schedules and SOFA items and next steps re same | Schedules & SOFA | 0.70 |
| 12/29/23 | KAC | SC | Review and revise Schedules & SOFAs for all debtors | Schedules & SOFA | 2.30 |
| 12/29/23 | KAC | SC | Review and revise Schedule A/B Part 11, Question 73 (.1); Part 11, Question 74 (.1); Part 11, Question 75 (.2); E/F Part 2 (.4), G (.3); H (.1) | Schedules & SOFA | 1.20 |
| 12/29/23 | KAC | SC | Review and revise SOFA Part 1, Question 1 (.2); Part 1, Question 2 (.2); Part 2, Question 3 (.9); Part 2, Question 4 (.3); Part 6, Question 11 (.1); Part 13, Question 25 (.2); Part 13, Question 29 (.2); Part 13, Question 30 (.4); Part 13, Question 31 (.2) | Schedules & SOFA | 2.70 |
| | | | | **Total Hours** | **54.70** |