Claim Register - Numeric By Claim Number - Q4 2023
In re Near Intelligence, Inc., et al.
Case No. 23-11962

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Workaletta Inc.<br>485 Nairn Avenue<br>Toronto, ON M6E4J2<br>Canada | 1 | 12/25/2023 | Near North America, Inc. | $8,400.00 | | | | | $8,400.00 |
| Wu, Jason<br>3657 Finnian Way<br>Dublin, CA 94568 | 3 | 1/4/2024 | Near Intelligence, Inc. | $6,578.75 | | | | | $6,578.75 |
| Frost Brown Todd LLP<br>c/o Edward M. King, Partner<br>400 W. Market Street, 32nd Floor<br>Louisville, KY 40202 | 4 | 1/3/2024 | Near Intelligence, Inc. | $38,311.22 | | | | | $38,311.22 |
| Haynes and Boone, LLP<br>Attn: Rosebud Nau<br>2801 N. Harwood Street, Suite 2300<br>Dallas, TX 75201 | 5 | 1/8/2024 | Near Intelligence, Inc. | $1,323,718.61 | | | | | $1,323,718.61 |
| Department of Taxation<br>State of Hawaii<br>Attn: Bankruptcy Unit<br>PO Box 259<br>Honolulu, HI 96809-0259 | 6 | 1/9/2024 | Near North America, Inc. | | $0.00 | | | | $0.00 |