**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 23, 2024 AT 1:00 P.M. (ET)**

> **THIS HEARING WILL BE CONDUCTED <u>IN-PERSON</u>. ALL PARTIES, INCLUDING WITNESSES, ARE EXPECTED TO ATTEND IN PERSON UNLESS PERMITTED TO APPEAR REMOTELY AND ALL REMOTE PARTICIPANTS MUST REGISTER BY JANUARY 22, 2024 AT 4:00 P.M (ET).**
>
> **TO ATTEND A HEARING REMOTELY, PLEASE REGISTER USING THE ECOURTAPPEARANCE TOOL ([AVAILABLE HERE](#)) OR ON THE COURT'S WEBSITE AT [WWW.DEB.USCOURTS.GOV](#).**
>
> **AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING.**

**<u>MATTERS GOING FORWARD</u>**

1. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Administrative Expense Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [[Docket No. 15](#); 12/8/23]

    <u>Related Documents</u>:

    A. Declaration of Abraham T. Han in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Administrative Expense Claims, (IV) Modifying

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

[2]  **All amendments to appear in bold.**

       the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 16; 12/8/23]

   B.   Interim Order (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Financing and the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Granting Liens and Superpriority Administrative Expense Claims, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 66; 12/11/23]

   C.   Omnibus Notice of First Day Pleadings and Final Hearing Thereon [Docket No. 68; 12/12/3]\

   D.   Order Approving Stipulation Extending Certain DIP Milestones [Docket No. 122; 1/8/24]

   E.   Order Approving Second Stipulation Extending Certain DIP Milestones [Docket No. 175; 1/16/24]

   **F.   Order Approving Third Stipulation Extending Certain DIP Milestones [Docket No. 189; 1/22/24]**

   **G.   Notice of Filing of Proposed Final DIP Order [Docket No. 191; 1/22/24]**

Response Deadline: December 29, 2023 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors

Responses Received:

   H.   Informal response from the Official Committee of Unsecured Creditors

Status: **A revised proposed order has been filed resolving the response received by the Official Committee of Unsecured Creditors**. This matter is going forward.

2. Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter into the Stalking Horse APA, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 20; 12/8/23]

Related Documents:


    A.    Declaration of Abraham T. Han in Support of Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter into the Stalking Horse APA, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 21; 12/8/23]

    B.    Notice of Motion [Docket No. 71; 12/12/23]

    **C.**    **Notice of Filing of Revised Proposed Bidding Procedures Order [Docket No. 192; 1/22/24]**

Response Deadline:    December 29, 2023 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors

Responses Received:

    D.    Informal response from the Official Committee of Unsecured Creditors

    E.    Informal response from the U.S. Trustee

Status:    **A revised proposed order has been filed resolving the response received by the Official Committee of Unsecured Creditors and the U.S. Trustee.** This matter is going forward.

3.    Debtors' Application for Entry of an Order Authorizing Retention and Employment of Ernst & Young LLP as Financial Advisor to the Debtors Effective as of the Petition Date [Docket No. 98; 12/29/23]

Related Documents:

    **A.**    **Certification of Counsel Regarding Proposed Order Authorizing Retention and Employment of Ernst & Young LLP as Financial Advisor to the Debtors Effective as of the Petition Date [Docket No. 190; 1/22/24]**

Response Deadline:    January 12, 2024 at 4:00 p.m. (ET); extended for the U.S. Trustee

Responses Received:

    B.    Informal response from the U.S. Trustee

<u>Status</u>:     **A revised form of order has been submitted under certification of counsel.  No hearing is required unless the Court has questions or concerns.**

Dated: January 22, 2024
       Wilmington, Delaware

                     **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

                     */s/ Shane M. Reil*
                     Edmon L. Morton (No. 3856)
                     Matthew B. Lunn (No. 4119)
                     Shane M. Reil (No. 6195)
                     Carol E. Cox (No. 6936)
                     Rodney Square
                     1000 North King Street
                     Wilmington, Delaware 19801
                     Telephone: (302) 571-6600
                     Facsimile: (302) 571-1253
                     emorton@ycst.com
                     mlunn@ycst.com
                     sreil@ycst.com
                     ccox@ycst.com

                     -and-

                     **WILLKIE FARR & GALLAGHER LLP**
                     Rachel C. Strickland (admitted *pro hac vice*)
                     Andrew S. Mordkoff (admitted *pro hac vice*)
                     Joseph R. Brandt (admitted *pro hac vice*)
                     787 Seventh Avenue
                     New York, New York 10019
                     Telephone:  (212) 728-8000
                     Facsimile:  (212) 728-8111
                     rstrickland@willkie.com
                     amordkoff@willkie.com
                     jbrandt@willkie.com

                     *Co-Counsel to the Debtors and Debtors in Possession*