# SIGN-IN SHEET

**CASE NAME:** Near Intelligence
**CASE NO:** 23-11962

**COURTROOM LOCATION:** 5
**DATE:** 1/23/2024 at 1:00 PM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Eamon Martin | YCST | Debtors |
| Matthew Lunn | " | " |
| Shane Reil | " | " |
| Jason Appleton | DLA Piper | Committee |
| Dennis O'Donnell | " | " |
| Brenna A. Dolphin | MNAT | DIP Lender |
| Benjamin Hackman | | U.S. Trustee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

01:00 PM

## 23-11962-TMH Near Intelligence, Inc.

**Matthew Altman**
via: Video and Audio
Representing:
Official Committee of Unsecured Creditors

M3 Partners
1700 Broadway
19th Floor
New York, NY 10019

**Rick Archer**
via: Audio Only
Representing:
Law360

508 Woodland Hills Road
White Plains, NY 10603

**Joseph Charles Barsalona II**
via: Video and Audio
Representing:
Ernst & Young LLP

Pashman Stein Walder Hayden, P.C.
1007 North Orange Street
4th Floor #183
Wilmington, DE 19801

**Jonathan Boffi**
via: Video and Audio
Representing:
m3-Partners

1700 Broadway
19th Floor
New York, NY 10019

**Joe Brandt**
via: Video and Audio
Representing:
Debtors

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

**Robert J. Dehney**
via: Video and Audio
Representing:
Blue Torch Finance LLC (DIP/Prepetition Lenders)

Morris, Nichols, Arsht & Tunnell 1201
N. Market Street
P O. Box 1347
Wilmington, DE 19899-1347

**John Faieta**
via: Video and Audio
Representing:
Debtors

Near
100 West Walnut Street, 4th Floor
Suite A4
Pasadena, CA 91124

**Amanda Fang**
via: Video and Audio
Representing:
Debtors

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

**Carolyn B. Fox**
via: Video and Audio
Representing:
Creditors Committee

DLA Piper LLP (US)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801

**Paul Gross**
via: Audio Only
Representing:
Debtors

Near
100 West Walnut Street, 4th Floor
Suite A4
Pasadena, CA 91124

**Abe Han**
via: Video and Audio
Representing:

GLC
600 Lexington Ave, 9th Floor
New York, NY 10022

**TaylorHarrison**
via:        Audio        Only
Representing:

1345 Sixth Avenue
New York, NY 10105

**Roger G Schwartz**
via: Video and Audio
Representing:
Blue Torch Finance LLC (DIP/Prepetition Lenders)

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

**Rachel Strickland**
via: Video and Audio
Representing:
Debtors

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

**Vince Sullivan**
via: Audio Only
Representing:

Law360
111 W. 19th Street
New York, NY 10011

**Michael Tomback**
via: Audio Only
Representing:

11 E 26th St
New York, NY 10010

**John W. Weiss**
via: Video and Audio
Representing:
Ernst & Young LLP

Pashman Stein Walder Hayden, P.C.
1007 North Orange Street
4th Floor #183
Wilmington, DE 19801-1242

**Robert Winning**
via: Video and Audio
Representing:
M3-Partners

1700 Broadway
19th Floor
New York, NY 10019