## Exhibit A

### DIP Loan Agreement

**[*See* Docket No. 66, Exhibit A]**

31208822.1

**Exhibit B**

**Current DIP Budget**

**Near Intelligence, Inc.**
Cash Flow Forecast
*($USD in 000s)*

| Actual / Forecast Week Ending | Fcst 1/12 | Fcst 1/19 | Fcst 1/26 | Fcst 2/2 | Fcst 2/9 | Fcst 2/16 | Fcst 2/23 | Fcst 3/1 | Fcst 3/8 | Fcst 3/15 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Net Operating Cash Flow** | | | | | | | | | | |
| Collections | $ 332 | $ 483 | $ 393 | $ 1,057 | $ 954 | $ 789 | $ - | $ - | $ - | $ - |
| **Operating Disbursements** | | | | | | | | | | |
| Payroll | (304) | (145) | (1,709) | - | - | (1,051) | - | - | - | - |
| Cost of Revenue | (682) | (857) | (289) | (927) | (213) | (278) | - | - | - | - |
| Trade Payables | (252) | (262) | (134) | (117) | (95) | (289) | - | - | - | - |
| Rent | (17) | - | (103) | (223) | - | - | - | - | - | - |
| Insurance | - | (22) | (127) | (2) | - | - | - | - | - | - |
| Taxes | - | (165) | (350) | - | (3) | (2) | - | - | - | - |
| Debt | (19) | - | - | - | (19) | - | - | - | - | - |
| **Total Operating Disbursements** | (1,274) | (1,451) | (2,712) | (1,269) | (330) | (1,621) | - | - | - | - |
| **Net Cash Flow from Operations** | (942) | (968) | (2,319) | (212) | 624 | (832) | - | - | - | - |
| **Non-Operating Cash Flow** | | | | | | | | | | |
| **Financing Activity** | | | | | | | | | | |
| DIP Fees | - | (440) | - | - | - | - | - | - | - | - |
| DIP Interest Payments | - | - | - | (123) | - | (94) | - | - | - | - |
| **Total Financing Activities** | - | (440) | - | (123) | - | (94) | - | - | - | - |
| **Restructuring-Related Items** | | | | | | | | | | |
| Professional Fees & Expenses | (1,280) | (665) | (1,056) | (1,211) | (1,915) | (1,320) | (905) | (934) | (800) | (236) |
| Wind Down Budget | - | - | - | - | - | - | - | - | (750) | - |
| **Total Restructuring-Related Items** | (1,280) | (665) | (1,056) | (1,211) | (1,915) | (1,320) | (905) | (934) | (1,550) | (236) |
| **Total Net Cash Flow** | $ (2,222) | $ (2,073) | $ (3,375) | $ (1,546) | $ (1,292) | $ (2,246) | $ (905) | $ (934) | $ (1,550) | $ (236) |
| **Liquidity Summary** | | | | | | | | | | |
| **Book Cash** | | | | | | | | | | |
| Beginning Cash Balance | 5,384 | 3,162 | 12,088 | 8,713 | 7,167 | 5,875 | 3,629 | 2,724 | 1,790 | 240 |
| Net Cash Flow | (2,222) | (2,073) | (3,375) | (1,546) | (1,292) | (2,246) | (905) | (934) | (1,550) | (236) |
| DIP Borrowing | - | 11,000 | - | - | - | - | - | - | - | - |
| **Ending Cash Balance** | $ 3,162 | $ 12,088 | $ 8,713 | $ 7,167 | $ 5,875 | $ 3,629 | $ 2,724 | $ 1,790 | $ 240 | $ 4 |