## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline:**<br>**February 13, 2024 at 4:00 p.m. (ET)** |

**SUMMARY OF FIRST MONTHLY APPLICATION OF
WILLKIE FARR & GALLAGHER LLP, AS CO-COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD FROM DECEMBER 8, 2023 THROUGH DECEMBER 31, 2023**

| | |
|---|---|
| Name of Applicant: | Willkie Farr & Gallagher LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | December 8, 2023 (order entered January 10, 2024 [Docket No. 154]) |
| Period for which compensation and reimbursement is sought: | December 8, 2023 through December 31, 2023 |
| Amount of compensation sought as actual, reasonable and necessary: | $893,187.00 (80% = $714,549.60) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $4,118.21 |

This is a:  __X__ monthly  ____ final application

This application includes 0.00 hours and $0.00 in fees incurred in connection with the preparation of Fee Applications.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd.  The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | **Fees** | **Expenses** | **Fees** | **Expenses** |
| N/A | N/A | N/A | N/A | N/A | N/A |

## COMPENSATION BY INDIVIDUAL

| Name | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Thomas Binet | Partner/Finance. Joined firm as Partner in 2020. Member of the Paris Bar since 2004. | $1,500 | 1.5 | $2,250.00 |
| Jeffrey B. Clancy | Partner/Corporate & Financial Services. Joined firm as an associate in 2006. Partner since 2021. Member of the NY Bar since 2001. | $1,850 | 1.8 | $3,330.00 |
| Daniel Durschlag | Partner/Finance. Joined firm as an associate in 2017. Partner since 2020. Member of the NY Bar since 2008. | $1,850 | 5.2 | $9,620.00 |
| Elizabeth Gray | Partner/Litigation. Joined firm as a Partner in 2008. Member of the DC Bar since 1983. | $2,250 | 6.6 | $14,850.00 |
| Laura Jehl | Partner/Communications, Media & Privacy. Joined firm as a Partner in 2021. Member of the CA Bar since 1991. | $2,025 | 1.6 | $3,240.00 |
| Michael Katz | Partner/Executive Compensation & Employee Benefits. Joined firm as a Partner in 2011. Member of the NY Bar since 1995. | $2,250 | 4.1 | $9,225.00 |
| Erin Kinney | Partner/Corporate & Financial Services. Joined firm as an associate in 2012. Partner since 2021. Member of the NY Bar since 2011. | $1,650 | 3.2 | $5,280.00 |
| A. Kristina Littman | Partner/Litigation. Joined firm as a Partner in 2022. Member of the PA Bar since 2005. | $1,850 | 20.1 | $37,185.00 |
| Stuart R. Lombardi | Partner/Litigation. Joined firm as an associate in 2012. Partner since 2021. Member of the NJ Bar since 2012. | $1,650 | 15.5 | $25,575.00 |
| Vadim Mahmoudov | Partner/Tax. Joined firm as an Partner in 2021. Member of the NY Bar since 2000. | $2,250 | 2.0 | $4,500.00 |
| Thomas Mark | Partner/Corporate & Financial Services. Joined firm as an associate in 2001. Partner since | $2,125 | 52.9 | $112,412.50 |

| | | | | |
|---|---|---|---|---|
| | 2012.  Member of the NY Bar since 2003. | | | |
| Benjamin P. McCallen | Partner/Litigation. Joined firm as an associate in 2005.  Partner since 2015.  Member of the NY Bar since 2006. | $1,850 | 1.1 | $2,035.00 |
| Andrew S. Mordkoff | Partner/Business Reorganization & Restructuring.  Joined firm as an associate in 2011.  Partner since 2021.  Member of the NY Bar since 2012. | $1,650 | 66.5 | $109,725.00 |
| Rahul Saha | Partner/Antitrust & Competition. Joined firm as an associate in 2016. Partner since 2020.  Member of the India Bar since 2006. | $1,650 | 0.8 | $1,320.00 |
| Rachel C. Strickland | Partner/Business Reorganization & Restructuring.  Joined firm as an associate in 1999.  Partner since 2007.  Member of the NY Bar since 1999. | $2,250 | 18.1 | $40,725.00 |
| **Counsel** | | | | |
| Jill Grant | Counsel/Litigation.  Joined firm as an associate in 2008.  Counsel since 2021.  Member of the NY Bar since 2009. | $1,500 | 0.1 | $150.00 |
| Ian Hochman | Counsel/Litigation.  Joined firm as an associate in 1999.  Counsel since 2008.  Member of the FL Bar since 1997. | $1,500 | 0.5 | $750.00 |
| **Associates** | | | | |
| Brianna Borrelli | Associate/Litigation. Joined firm as an associate in 2022.  Member of the NY Bar since 2023. | $935 | 9.6 | $8,976.00 |
| Joseph R. Brandt | Associate/Business Reorganization & Restructuring.  Joined firm as an associate in 2021.  Member of the NY Bar since 2021. | $1,215 | 82.8 | $100,602.00 |
| Ryan Chambers | Associate/Corporate & Financial Services.  Joined firm as an associate in 2021.  Member of the NY Bar since 2022. | $1,115 | 12.9 | $14,383.50 |
| Monica Chang | Discovery Attorney/Litigation. Joined firm in 2014.  Member of the NY Bar since 2008. | $650 | 12.8 | $8,320.00 |
| Brenton Clarke | Associate/Finance. Joined firm as an associate in 2020.  Member of the NY Bar since 2021. | $1,475 | 27.3 | $40,267.50 |

| | | | | |
|---|---|---|---|---|
| Nicola Earle | Associate/Antitrust & Competition. Joined firm as an associate in 2023. Solicitor of England & Wales since 2023. | $565 | 3.3 | $1,864.50 |
| Briana Echols | Associate/Intellectual Property. Joined firm as an associate in 2021. Member of the NY Bar since 2023. | $1,215 | 4.4 | $5,346.00 |
| Jeffrey Erickson | Document Review Attorney/Litigation. Joined firm in 2013. Member of IL Bar since 2000. | $490 | 21.6 | $10,584.00 |
| Amanda Fang | Associate/Business Reorganization & Restructuring. Joined firm as an associate in 2021. Member of the NY Bar since 2022. | $1,115 | 76.9 | $85,743.50 |
| Marie Filippi | Associate/Antitrust & Competition. Joined firm as an associate in 2021. Member of the Paris Bar since 2021. | $865 | 2.7 | $2,335.50 |
| Sheila Genovese | Document Review Attorney. Joined firm in 2014. Member of the NJ Bar since 1987. | $490 | 9.7 | $4,753.00 |
| Daniel Iverson | Associate/Executive Compensation & Employee Benefits. Joined firm as an associate in 2021. Member of the IL Bar since 2021. | $1,215 | 3.6 | $4,374.00 |
| Nidhi Modani | Associate/Corporate & Financial Services. Joined firm as an associate in 2022. Member of the NY Bar since 2020. | $1,215 | 11.5 | $13,972.50 |
| Anne Moody | Associate/Finance. Joined firm as an associate in 2021. Member of the NY Bar since 2022. | $1,115 | 18.5 | $20,627.00 |
| Shay Moyal | Associate/Tax. Joined firm as an associate in 2021. Member of the NY Bar since 2018. | $1,350 | 1.4 | $1,890.00 |
| Maria Peroni | Associate/Executive Compensation & Employee Benefits. Joined firm as an associate in 2022. Member of the NY Bar since 2023. | $935 | 0.7 | $654.50 |
| Kari Prochaska | Associate/Communications, Media & Privacy. Joined firm as an associate in 2021. Member of the NY Bar since 2009. | $1,280 | 11.0 | $14,080.00 |
| Diana C. Vall-Llobera | Associate/Litigation. Joined firm as an associate in 2019. Member of the VA Bar since 2019. | $1,350 | 47.4 | $63,990.00 |
| Brittany Wagonheim | Associate/Litigation. Joined firm as an associate in 2016. Member of the NY Bar since 2017. | $1,450 | 9.8 | $14,210.00 |

| Molly Zhu | Associate/Litigation. Joined firm as an associate in 2022. Member of the NY Bar since 2021. | $1,215 | 0.3 | $364.50 |
|---|---|---|---|---|
| **Law Clerks** | | | | |
| Leah Berger | Law Clerk/ Corporate & Financial Services. Joined firm as a law clerk in 2023. | $565 | 61.2 | $34,578.00 |
| Cameron Cavalier | Law Clerk/ Business Reorganization & Restructuring. Joined firm as a law clerk in 2023. | $565 | 38.8 | $21,922.00 |
| Gabe Crofford | Law Clerk/Litigation. Joined firm as a law clerk in 2023. | $565 | 4.1 | $2,316.50 |
| Ayo Osobamiro | Law Clerk/Litigation. Joined firm as a law clerk in 2023. | $565 | 27.1 | $15,311.50 |
| Reggie Stewart | Law Clerk/Litigation. Joined firm as a law clerk in 2023. | $565 | 14.6 | $8,249.00 |
| **Paraprofessionals** | | | | |
| Alison R. Ambeault | Director, Practice Support | $590 | 2.7 | $1,593.00 |
| Jacques Aboaf | Proofreader | $295 | 2.0 | $590.00 |
| Heriona Pepaj | Litigation Trial Services Senior Project Coordinator | $400 | 3.0 | $1,200.00 |
| Margaret Esposito | Reference Attorney/Filing Coordinator | $345 | 0.2 | $61.00 |
| Teresa Gorman | Research Specialist and Training Coordinator | $320 | 0.8 | $256.00 |
| Jade Kwong | Research Specialist | $320 | 0.3 | $96.00 |
| Adele Longo | Proofreader | $295 | 4.5 | $1,327.50 |
| Rohan Sasso | Paralegal, Business Reorganization & Restructuring | $345 | 17.9 | $6,175.00 |
| **Total** | | | **747.0** | **$893,187.00** |
| **BLENDED RATE: $1,195.70** | | | | |
| **ATTORNEY BLENDED RATE: $1,232.38** | | | | |

**COMPENSATION BY PROJECT CATEGORY**

**NEAR INTELLIGENCE, INC.,** *et al*
**(Case No. 23-11962 (TMH))**

**December 8, 2023 through December 31, 2023**

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Case Administration (001) | 141.8 | $170,837.50 |
| Court Hearings (002) | 7.1 | $9,856.50 |
| Cash Collateral/DIP Financing (003) | 70.1 | $97,053.50 |
| Schedules & Statements, Monthly Operating Reports (004) | 28.0 | $27,485.00 |
| Lease/Executory Contract Issues (005) | 9.2 | $11,385.00 |
| Asset Sales (006) | 138.4 | $141,110.50 |
| Claims Objections and Resolutions (007) | 2.5 | $3,037.50 |
| Creditor Issues/Inquiries (008) | 22.7 | $33,339.00 |
| Meeting (009) | 4.2 | $5,265.00 |
| Stay Relief Matters (010) | 14.9 | $20,110.50 |
| Plan and Disclosure Statement (012) | 7.6 | $6,909.00 |
| General Corporate (013) | 70.0 | $122,243.00 |
| General Litigation (014) | 34.2 | $42,173.50 |
| Employee Matters (015) | 8.0 | $12,720.50 |
| Retention Matters (016) | 27.7 | $29,736.00 |
| SEC Investigations (019) | 160.6 | $159,925.00 |
| **TOTAL** | **747.0** | **$893,187.00** |

**EXPENSE SUMMARY**

**NEAR INTELLIGENCE, INC.,** *et al*
**(Case No. 23-11962 (TMH))**

**December 8, 2023 through December 31, 2023**

| Expense Category | Total Expenses |
|---|---:|
| Local Meals | $65.69 |
| Conference Services | $113.75 |
| Data Acquisition (includes Legal Research) | $1,749.91 |
| Filing Fees | $2,188.86 |
| **Total Expenses** | **$4,118.21** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline:**<br>**February 13, 2024 at 4:00 p.m. (ET)** |

**FIRST MONTHLY APPLICATION OF**
**WILLKIE FARR & GALLAGHER LLP, AS CO-COUNSEL TO THE**
**DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD FROM DECEMBER 8, 2023 THROUGH DECEMBER 31, 2023**

Willkie Farr & Gallagher LLP ("Willkie"), as bankruptcy co-counsel for the debtors and

debtors in possession in the above-captioned cases (the "Debtors"), submits this application

(the "Application") for monthly allowance of compensation for professional services rendered by

Willkie to the Debtors for the period of December 8, 2023 through December 31, 2023

(the "Monthly Fee Period") and reimbursement of actual and necessary expenses incurred by

Willkie during the Monthly Fee Period pursuant to sections 330 and 331 of title 11 of the United

States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), rule 2016 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy

Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the

"Local Rules"), the United States Trustee's Guidelines for Reviewing Applications for

Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330 by Attorneys in Larger

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

Chapter 11 Cases, effective November 1, 2013 (the "U.S. Trustee Guidelines"), the *Order Authorizing Debtors to Employ and Retain Willkie Farr & Gallagher LLP as Co-Counsel to Debtors* Nunc Pro Tunc *to Petition Date* [Docket No. 154] (the "Willkie Retention Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 147] (the "Interim Compensation Procedures Order"). In support of this Application, Willkie represents as follows:

## JURISDICTION

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory predicates for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, as supplemented by Bankruptcy Rule 2016, Local Rule 2016-2, the U.S. Trustee Guidelines, and the Interim Compensation Procedures Order.

## BACKGROUND

3.      On December 8, 2023 (the "Petition Date"), the Debtors each filed voluntary petitions under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases") in the Court. The Debtors continue to operate their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No party has requested the appointment of a trustee or examiner to date in these Chapter 11 Cases.

4.      On December 22, 2023, the United States Trustee for the District of Delaware appointed an official committee of unsecured creditors in the Chapter 11 Cases [Docket No. 85]. No request has been made for the appointment of a trustee or an examiner.

## REQUESTED RELIEF

5.      Willkie submits this Application for (a) allowance of reasonable compensation for the actual, reasonable, and necessary professional services that it has rendered as co-counsel for the Debtors in the Chapter 11 Cases during the Monthly Fee Period in the amount of $893,187.00 and (b) reimbursement of actual, reasonable, and necessary expenses incurred by Willkie in representing the Debtors during the Monthly Fee Period in the amount of $4,118.21

## WILLKIE'S RETENTION

6.      Prior to the commencement of the Chapter 11 Cases, the Debtors retained Willkie to provide advice regarding, among other things, preparing for, commencing, and prosecuting these cases under chapter 11 of the Bankruptcy Code.  On December 15, 2023, the Debtors filed the *Debtors' Application for an Order Authorizing the Retention and Employment of Willkie Farr & Gallagher LLP as Co-Counsel for the Debtors,* Nunc Pro Tunc *to the Petition Date* [Docket No. 78] (the "Willkie Retention Application").

7.      On January 10, 2023, this Court granted the Willkie Retention Application pursuant to the Willkie Retention Order pursuant to which Willkie was retained to represent the Debtors as bankruptcy co-counsel in connection with the Chapter 11 Cases, effective as of the Petition Date. The Willkie Retention Order authorizes Willkie to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

8.      All services for which compensation is requested herein by Willkie were performed for or on behalf of the Debtors.

## SUMMARY OF SERVICES RENDERED

9.      Attached hereto as **Exhibit A** is a detailed schedule of the number of hours expended and fees incurred (on an aggregate basis) by Willkie's attorneys and paraprofessionals

during the Monthly Fee Period with respect to each of the subject matter categories established by Willkie in accordance with its internal billing procedures. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

10.     Attached hereto as **Exhibit B** is a schedule setting forth the total amount of reimbursement sought with respect to each category of expenses for which Willkie is seeking reimbursement in this Application.

11.     This out-of-pocket disbursement sum is broken down into categories of charges, including, among other things, travel expenses, expenses for "working meals," data acquisition (including legal research), teleconferencing, and filing fees. A complete review by category of the expenses incurred for the Monthly Fee Period is set forth in **Exhibit B**.

## SERVICES RENDERED

12.     During the Monthly Fee Period, Willkie incurred fees in the amount of $893,187.00. For the same period, Willkie incurred actual, reasonable, and necessary expenses totaling $4,118.21. As of the date of this Application, Willkie has received no payments with respect to these amounts.

13.     Attorneys and paraprofessionals of Willkie have expended a total of 747.0 hours in connection with this matter during the Monthly Fee Period. The amount of time spent by each of these persons providing services to the Debtors for the Monthly Fee Period is fully set forth in the detail set forth in **Exhibit A**. These are Willkie's normal hourly rates of compensation for work of this character.

14.     Willkie represents that its rate for duplication is $0.08 per page.  Willkie does not charge for outgoing or incoming facsimile transmission.  There is no surcharge for computerized research.

15.     Willkie believes that the time entries, set forth in **Exhibit A** attached hereto, and the expense breakdown, set forth in **Exhibit B** attached hereto, are in compliance with the requirements of Local Rule 2016-2.

16.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these Chapter 11 Cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under chapter 11 of the Bankruptcy Code.

17.     This Application covers the fee period from December 8, 2023 through and including December 31, 2023.  Willkie has continued, and will continue, to perform additional necessary services for the Debtors subsequent to the Monthly Fee Period, for which Willkie will file subsequent monthly fee applications.  No agreement or understanding exists between Willkie and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

18.     Willkie has endeavored to represent the Debtors in the most expeditious and economical manner possible.  Tasks have been assigned to attorneys, paralegals, and other support staff at Willkie so that work has been performed by those most familiar with the particular matter or task and, where attorney or paralegal involvement was required, by the lowest hourly rate professional appropriate for a particular matter.  Moreover, Willkie has endeavored to coordinate with Young Conaway Stargatt & Taylor, LLP and the other professionals involved in these Chapter

11 Cases so as to minimize any duplication of effort and to minimize attorneys' fees and expenses

to the Debtors. Willkie believes it has been successful in this regard.

19.     The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies

to the best of his or her information, knowledge, and belief that this Application complies with that

Local Rule.

## **CONCLUSION**

WHEREFORE, Willkie respectfully requests that the Debtors pay Willkie a total of

$718,667.81, which is comprised of (i) $714,549.60 as compensation for necessary professional

services rendered to the Debtors for the Monthly Fee Period, which is equal to the sum of 80% of

the total amount of compensation requested by Willkie for necessary professional services

rendered for the Monthly Fee Period ($893,187.00) and (ii) $4,118.21 for reimbursement of actual

necessary costs and expenses incurred during that period, and requests such other and further relief

as the Court may deem just and proper.

*[Signature page follows]*

Dated: January 23, 2024
      New York, New York

**WILLKIE FARR & GALLAGHER LLP**

*/s/Andrew S. Mordkoff*
Rachel C. Strickland (admitted *pro hac vice*)
Andrew S. Mordkoff (admitted *pro hac vice*)
Joseph R. Brandt (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 728-8000
Facsimile:  (212) 728-8111
rstrickland@willkie.com
amordkoff@willkie.com
jbrandt@willkie.com

-and-

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Edmon L. Morton (Del. No. 3856)
Matthew B. Lunn (Del. No. 4119)
Shane M. Reil (Del. No. 6195)
Carol E. Cox (Del. No. 6936)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
emorton@ycst.com
mlunn@ycst.com
sreil@ycst.com
ccox@ycst.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

## <u>CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 2016-2</u>

I, Andrew S. Mordkoff, hereby certify as follows:

1.      I am a partner in the applicant firm, Willkie Farr & Gallagher LLP ("<u>Willkie</u>"), and have been admitted to the bar of the State of New York since 2012.

2.      I have personally performed many of the legal services rendered by Willkie as co-counsel for the Debtors in connection with their Chapter 11 Cases, and am familiar with all other work performed on behalf of the lawyers and paraprofessionals at Willkie.

3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.  Moreover, I have reviewed the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and submit that the Application complies with such requirements.

Dated: January 23, 2024                     */s/ Andrew S. Mordkoff*
                                            Andrew S. Mordkoff