**Exhibit A**

(Time Records)

**Near Intelligence**
Time Log

**Dec 2023**

| Date | Banker | Category | Task Description | Time Spent |
|---|---|---|---|---|
| 12/8/2023 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Coordinating diligence call with potential buyer. | 0.5 |
| 12/8/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Coordinating NDA signing with interested party. | 0.5 |
| 12/8/2023 | Caleb Yang | 3. Review, preparation, and attendance for court / mediation hearings | Prepared internal de-brief ahead of first day hearing. | 0.5 |
| 12/8/2023 | Daniel Grundei | 3. Review, preparation, and attendance for court / mediation hearings | Prepared internal de-brief ahead of first day hearing. | 0.5 |
| 12/8/2023 | Abe Han | 3. Review, preparation, and attendance for court / mediation hearings | Email correspondence with Company counsel regarding first day motions. | 0.5 |
| 12/8/2023 | Caleb Yang | 4. Review, preparation or marketing of materials / analysis / diligence | Updated internal buyers list following response(s) from interest parties. | 0.5 |
| 12/8/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Correspondence with management regarding diligence calls with interest parties. | 0.5 |
| 12/8/2023 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 1.0 |
| 12/8/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 1.0 |
| 12/8/2023 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 1.0 |
| 12/8/2023 | Caleb Yang | 4. Review, preparation or marketing of materials / analysis / diligence | Updated 363 buyers list tracker and summary list. | 1.5 |
| 12/8/2023 | Abe Han | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/8/2023 | Bob Swindell | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/8/2023 | Daniel Grundei | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/8/2023 | Alonso Flores-Noel | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/8/2023 | Caleb Yang | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/9/2023 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Coordinating diligence call with potential buyer. | 0.5 |
| 12/9/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Coordinating NDA signing with interested party. | 0.5 |
| 12/9/2023 | Abe Han | 3. Review, preparation, and attendance for court / mediation hearings | Email correspondence with Company counsel regarding first day motions. | 0.5 |
| 12/10/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Coordinating with Company counsel regarding NDA signing with interested parties. | 1.0 |
| 12/10/2023 | Daniel Grundei | 4. Review, preparation or marketing of materials / analysis / diligence | Updated revenue backlog analysis (diligence request from interested party). | 1.0 |
| 12/10/2023 | Alonso Flores-Noel | 4. Review, preparation or marketing of materials / analysis / diligence | Updated revenue backlog analysis (diligence request from interested party). | 1.0 |
| 12/10/2023 | Caleb Yang | 5. Case Administration / General | Monitored and updated the virtual data site, as interested parties were added/removed. | 2.0 |
| 12/10/2023 | Alonso Flores-Noel | 5. Case Administration / General | Monitored and updated the virtual data site, as interested parties were added/removed. | 0.5 |
| 12/10/2023 | Caleb Yang | 3. Review, preparation, and attendance for court / mediation hearings | Updated bidding procedures order to reflect new timeline. | 2.0 |
| 12/10/2023 | Daniel Grundei | 3. Review, preparation, and attendance for court / mediation hearings | Updated bidding procedures order to reflect new timeline. | 2.0 |
| 12/11/2023 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Coordinating diligence call with potential buyer. | 0.5 |
| 12/11/2023 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Coordinating diligence call with potential buyer. | 0.5 |
| 12/11/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Coordinating diligence call with potential buyer. | 0.5 |
| 12/11/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Follow-up with potential buyers (both inactive and interested). | 2.0 |
| 12/11/2023 | Caleb Yang | 5. Case Administration / General | Preparation of NDA summary for Company counsel. | 1.0 |
| 12/11/2023 | Caleb Yang | 5. Case Administration / General | Monitored and updated the virtual data site, as interested parties were added/removed. | 1.0 |
| 12/11/2023 | Alonso Flores-Noel | 5. Case Administration / General | Monitored and updated the virtual data site, as interested parties were added/removed. | 1.0 |
| 12/11/2023 | Daniel Grundei | 5. Case Administration / General | Monitored and updated the virtual data site, as interested parties were added/removed. | 1.0 |
| 12/11/2023 | Alonso Flores-Noel | 4. Review, preparation or marketing of materials / analysis / diligence | Updated and cleaned revenue backlog analysis (provied by Company's marketing team). | 2.0 |
| 12/11/2023 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Scheduled recurring diligence call with management team. | 0.5 |
| 12/11/2023 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Coordinating diligence call with potential buyer. | 0.5 |
| 12/11/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Follow-up with potential buyers (both inactive and interested). | 1.0 |
| 12/11/2023 | Caleb Yang | 5. Case Administration / General | Updated internal diligence request list tracker (received additional questions from an interested party). | 1.0 |
| 12/11/2023 | Alonso Flores-Noel | 5. Case Administration / General | Updated internal diligence request list tracker (received additional questions from an interested party). | 1.0 |
| 12/11/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Outreach with new potential buyers. | 2.5 |
| 12/11/2023 | Abe Han | 5. Case Administration / General | Correspondence with potential A/R factoring party. | 0.5 |
| 12/11/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Correspondence with board member(s) regarding interested party's diligence requests. | 1.0 |
| 12/11/2023 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Correspondence with board member(s) regarding interested party's diligence requests. | 1.0 |
| 12/11/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Correspondence with board member(s) regarding interested party's diligence requests. | 1.0 |
| 12/11/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Outreach with new potential buyers. | 1.0 |
| 12/11/2023 | Alonso Flores-Noel | 5. Case Administration / General | Updated internal diligence request list tracker (received additional questions from an interested party). | 1.0 |
| 12/11/2023 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Attend first day hearing. | 1.5 |
| 12/11/2023 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Attend first day hearing. | 1.5 |
| 12/11/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Attend first day hearing. | 1.5 |
| 12/11/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Attend first day hearing. | 1.5 |
| 12/11/2023 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Attend first day hearing. | 1.5 |
| 12/11/2023 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 0.5 |
| 12/11/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 0.5 |
| 12/11/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 0.5 |
| 12/11/2023 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 0.5 |
| 12/11/2023 | Caleb Yang | 4. Review, preparation or marketing of materials / analysis / diligence | Updated 363 buyers list tracker and summary list. | 1.5 |
| 12/11/2023 | Abe Han | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/11/2023 | Bob Swindell | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/11/2023 | Alonso Flores-Noel | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/11/2023 | Caleb Yang | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/12/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Follow-up with potential buyers (both inactive and interested). | 1.0 |
| 12/12/2023 | Caleb Yang | 4. Review, preparation or marketing of materials / analysis / diligence | Updated internal buyers list following response(s) from interest parties. | 0.5 |
| 12/12/2023 | Alonso Flores-Noel | 4. Review, preparation or marketing of materials / analysis / diligence | Updated internal buyers list following response(s) from interest parties. | 0.5 |
| 12/12/2023 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Correspondence with potential buyer. | 0.5 |
| 12/12/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Correspondence with potential buyer. | 1.0 |
| 12/12/2023 | Caleb Yang | 4. Review, preparation or marketing of materials / analysis / diligence | Call scheduling with management team. | 0.5 |
| 12/12/2023 | Caleb Yang | 5. Case Administration / General | Monitored and updated the virtual data site, as interested parties were added/removed. | 1.0 |
| 12/12/2023 | Alonso Flores-Noel | 5. Case Administration / General | Monitored and updated the virtual data site, as interested parties were added/removed. | 1.0 |
| 12/12/2023 | Caleb Yang | 5. Case Administration / General | Updated internal two-page summary of 363 outreach process. | 1.0 |
| 12/12/2023 | Alonso Flores-Noel | 5. Case Administration / General | Updated internal two-page summary of 363 outreach process. | 1.0 |
| 12/12/2023 | Daniel Grundei | 5. Case Administration / General | Updated internal summary of parties under NDA and provided advisors with an update. | 1.5 |
| 12/12/2023 | Caleb Yang | 5. Case Administration / General | Updated internal summary of parties under NDA and provided advisors with an update. | 1.5 |
| 12/12/2023 | Alonso Flores-Noel | 5. Case Administration / General | Updated internal summary of parties under NDA and provided advisors with an update. | 1.5 |
| 12/12/2023 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | NDA-related correspondence with interested buyer. | 0.5 |
| 12/12/2023 | Alonso Flores-Noel | 5. Case Administration / General | Call scheduling with potential buyer. | 0.5 |
| 12/12/2023 | Alonso Flores-Noel | 5. Case Administration / General | Updated internal diligence request list tracker (received additional questions from an interested party). | 2.0 |
| 12/12/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | NDA-related correspondence with interested buyer. | 0.5 |
| 12/12/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | NDA-related correspondence with interested buyer. | 0.5 |
| 12/12/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | NDA-related correspondence with Company counsel. | 0.5 |
| 12/12/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Revenue analyses | 3.0 |
| 12/12/2023 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Weekly recurring diligence check in call with management. | 0.5 |
| 12/12/2023 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Weekly recurring diligence check in call with management. | 0.5 |
| 12/12/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Weekly recurring diligence check in call with management. | 0.5 |
| 12/12/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Weekly recurring diligence check in call with management. | 0.5 |
| 12/12/2023 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Weekly recurring diligence check in call with management. | 0.5 |
| 12/12/2023 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 0.5 |
| 12/12/2023 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 0.5 |
| 12/12/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 0.5 |
| 12/12/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 0.5 |
| 12/12/2023 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 0.5 |
| 12/12/2023 | Caleb Yang | 4. Review, preparation or marketing of materials / analysis / diligence | Updated 363 buyers list tracker and summary list. | 1.5 |
| 12/12/2023 | Abe Han | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/12/2023 | Bob Swindell | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/12/2023 | Alonso Flores-Noel | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/12/2023 | Caleb Yang | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/13/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | NDA-related correspondence with Company counsel. | 1.0 |
| 12/13/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Correspondence with management regarding, and uploading of, legal diligence for a potential buyer. | 2.0 |



1

**Near Intelligence**
Time Log

**Dec 2023**

| Date | Banker | Category | Task Description | Time Spent |
|---|---|---|---|---|
| 12/13/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Correspondence with management regarding, and uploading of, legal diligence for a potential buyer. | 2.0 |
| 12/13/2023 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Correspondence with interested buyer. | 0.5 |
| 12/13/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Email with potential buyer. | 0.5 |
| 12/13/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Email with potential buyer. | 0.5 |
| 12/13/2023 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Email with potential buyer. | 0.5 |
| 12/13/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Correspondence with potential buyer(s). | 1.0 |
| 12/13/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Correspondence with potential buyer(s). | 1.0 |
| 12/13/2023 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Correspondence with potential buyer(s). | 1.0 |
| 12/13/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Correspondence with management team regarding due diligence materials for potential buyers. | 2.0 |
| 12/13/2023 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Email with management and potential buyers. | 1.5 |
| 12/13/2023 | Caleb Yang | 5. Case Administration / General | Monitored and updated the virtual data site, as interested parties were added/removed. | 2.0 |
| 12/13/2023 | Alonso Flores-Noel | 5. Case Administration / General | Monitored and updated the virtual data site, as interested parties were added/removed. | 2.0 |
| 12/13/2023 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Correspondence with interested parties. | 2.0 |
| 12/13/2023 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Attend management call with potential buyer. | 1.0 |
| 12/13/2023 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Attend management call with potential buyer. | 1.0 |
| 12/13/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Attend management call with potential buyer. | 1.0 |
| 12/13/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Attend management call with potential buyer. | 1.0 |
| 12/13/2023 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Attend management call with potential buyer. | 1.0 |
| 12/13/2023 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 1.0 |
| 12/13/2023 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 1.0 |
| 12/13/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 1.0 |
| 12/13/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 1.0 |
| 12/13/2023 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 1.0 |
| 12/13/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with company's marketing team member to go through sale pipeline. | 0.5 |
| 12/13/2023 | Caleb Yang | 4. Review, preparation or marketing of materials / analysis / diligence | Updated 363 buyers list tracker and summary list. | 1.5 |
| 12/13/2023 | Abe Han | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/13/2023 | Bob Swindell | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/13/2023 | Daniel Grundei | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/13/2023 | Alonso Flores-Noel | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/13/2023 | Caleb Yang | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/14/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | NDA-related correspondence with potential buyer. | 0.5 |
| 12/14/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Follow ups with potential buyers. | 1.0 |
| 12/14/2023 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Correspondence with Company counsel regarding parties under active NDA. | 0.5 |
| 12/14/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Correspondence with Company counsel regarding parties under active NDA. | 0.5 |
| 12/14/2023 | Daniel Grundei | 5. Case Administration / General | Emails with potential buyers. | 0.5 |
| 12/14/2023 | Caleb Yang | 5. Case Administration / General | Emails with potential buyers. | 0.5 |
| 12/14/2023 | Alonso Flores-Noel | 5. Case Administration / General | Emails with potential buyers. | 0.5 |
| 12/14/2023 | Daniel Grundei | 5. Case Administration / General | Call scheduling with senior lender (per DIP financing covenants). | 0.5 |
| 12/14/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Correspondence with management regarding APA disclosure schedules. | 0.5 |
| 12/14/2023 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Correspondence with management regarding APA disclosure schedules. | 0.5 |
| 12/14/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Follow ups with potential buyers | 0.5 |
| 12/14/2023 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 0.5 |
| 12/14/2023 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 0.5 |
| 12/14/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 0.5 |
| 12/14/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 0.5 |
| 12/14/2023 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 0.5 |
| 12/14/2023 | Caleb Yang | 4. Review, preparation or marketing of materials / analysis / diligence | Updated 363 buyers list tracker and summary list. | 1.5 |
| 12/14/2023 | Caleb Yang | 4. Review, preparation or marketing of materials / analysis / diligence | Updated diligence requests tracker. | 1.5 |
| 12/14/2023 | Abe Han | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/14/2023 | Bob Swindell | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/14/2023 | Alonso Flores-Noel | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/14/2023 | Caleb Yang | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/15/2023 | Daniel Grundei | 3. Review, preparation, and attendance for court / mediation hearings | Preparation of retention application. | 5.0 |
| 12/15/2023 | Abe Han | 3. Review, preparation, and attendance for court / mediation hearings | Preparation of retention application. | 4.0 |
| 12/15/2023 | Bob Swindell | 3. Review, preparation, and attendance for court / mediation hearings | Preparation of retention application. | 4.0 |
| 12/15/2023 | Alonso Flores-Noel | 5. Case Administration / General | Call scheduling with potential buyers. | 0.5 |
| 12/15/2023 | Alonso Flores-Noel | 3. Review, preparation, and attendance for court / mediation hearings | Preparation of retention application. | 0.5 |
| 12/15/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Follow ups with potential buyers. | 0.5 |
| 12/15/2023 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 1.5 |
| 12/15/2023 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 1.5 |
| 12/15/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 1.5 |
| 12/15/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 1.5 |
| 12/15/2023 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 1.5 |
| 12/15/2023 | Caleb Yang | 4. Review, preparation or marketing of materials / analysis / diligence | Updated 363 buyers list tracker and summary list. | 1.5 |
| 12/15/2023 | Abe Han | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/15/2023 | Bob Swindell | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/15/2023 | Daniel Grundei | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/15/2023 | Alonso Flores-Noel | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/15/2023 | Caleb Yang | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/17/2023 | Caleb Yang | 5. Case Administration / General | Monitored and updated the virtual data site, as interested parties were added/removed. | 2.0 |
| 12/17/2023 | Alonso Flores-Noel | 5. Case Administration / General | Monitored and updated the virtual data site, as interested parties were added/removed. | 2.0 |
| 12/17/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Follow ups with potential buyers. | 0.5 |
| 12/18/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Correspondence with potential buyer regarding diligence requests. | 0.5 |
| 12/18/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Correspondence with management regarding potential buyer's diligence requests. | 0.5 |
| 12/18/2023 | Caleb Yang | 5. Case Administration / General | Monitored and updated the buyers' list, as interested parties were added/removed. | 2.0 |
| 12/18/2023 | Alonso Flores-Noel | 5. Case Administration / General | Monitored and updated the buyers' list, as interested parties were added/removed. | 2.0 |
| 12/18/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Correspondence with a new interested party and subsequent sharing of marketing materials. | 0.5 |
| 12/18/2023 | Caleb Yang | 5. Case Administration / General | Call scheduling with potential buyers. | 0.5 |
| 12/18/2023 | Alonso Flores-Noel | 5. Case Administration / General | Call scheduling with potential buyers. | 0.5 |
| 12/18/2023 | Alonso Flores-Noel | 5. Case Administration / General | NDA-related correspondence with Company counsel. | 0.5 |
| 12/18/2023 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 1.0 |
| 12/18/2023 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 1.0 |
| 12/18/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 1.0 |
| 12/18/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 1.0 |
| 12/18/2023 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 0.5 |
| 12/18/2023 | Caleb Yang | 4. Review, preparation or marketing of materials / analysis / diligence | Updated 363 buyers list tracker and summary list. | 1.5 |
| 12/18/2023 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 1.0 |
| 12/18/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 1.0 |
| 12/18/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 1.0 |
| 12/18/2023 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 1.0 |
| 12/18/2023 | Abe Han | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/18/2023 | Bob Swindell | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/18/2023 | Alonso Flores-Noel | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/18/2023 | Caleb Yang | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/19/2023 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 0.5 |
| 12/19/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 0.5 |



**Near Intelligence**
Time Log

| Dec 2023 Date | Banker | Category | Task Description | Time Spent |
|---|---|---|---|---|
| 12/19/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 0.5 |
| 12/19/2023 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 0.5 |
| 12/19/2023 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 0.5 |
| 12/19/2023 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 1.5 |
| 12/19/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 1.5 |
| 12/19/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 1.5 |
| 12/19/2023 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 1.5 |
| 12/19/2023 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 1.5 |
| 12/19/2023 | Caleb Yang | 5. Case Administration / General | Monitored and updated the virtual data site, as interested parties were added/removed. | 0.5 |
| 12/19/2023 | Alonso Flores-Noel | 5. Case Administration / General | Monitored and updated the virtual data site, as interested parties were added/removed. | 0.5 |
| 12/19/2023 | Caleb Yang | 5. Case Administration / General | Correspondence with management and Company counsel. | 0.5 |
| 12/19/2023 | Alonso Flores-Noel | 5. Case Administration / General | Correspondence with management and Company counsel. | 0.5 |
| 12/19/2023 | Abe Han | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/19/2023 | Bob Swindell | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/19/2023 | Daniel Grundei | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/19/2023 | Alonso Flores-Noel | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/19/2023 | Caleb Yang | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/20/2023 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Calls with prospective buyer. | 1.5 |
| 12/20/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Calls with prospective buyer. | 1.5 |
| 12/20/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Calls with prospective buyer. | 1.5 |
| 12/20/2023 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Calls with prospective buyer. | 1.5 |
| 12/20/2023 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Diligence check in call with management. | 0.5 |
| 12/20/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Diligence check in call with management. | 0.5 |
| 12/20/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Diligence check in call with management. | 0.5 |
| 12/20/2023 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Diligence check in call with management. | 0.5 |
| 12/20/2023 | Caleb Yang | 4. Review, preparation or marketing of materials / analysis / diligence | Research on potential buyers. | 1.0 |
| 12/20/2023 | Caleb Yang | 5. Case Administration / General | Call scheduling with potential buyers. | 0.5 |
| 12/20/2023 | Abe Han | 3. Review, preparation, and attendance for court / mediation hearings | Updated retention application. | 5.0 |
| 12/20/2023 | Daniel Grundei | 3. Review, preparation, and attendance for court / mediation hearings | Updated retention application. | 3.0 |
| 12/20/2023 | Alonso Flores-Noel | 3. Review, preparation, and attendance for court / mediation hearings | Updated retention application. | 3.0 |
| 12/20/2023 | Daniel Grundei | 4. Review, preparation or marketing of materials / analysis / diligence | Answering diligence questions from potential buyers. | 1.0 |
| 12/20/2023 | Alonso Flores-Noel | 4. Review, preparation or marketing of materials / analysis / diligence | Preparation of material and analysis to be posted to the data site. | 4.0 |
| 12/20/2023 | Caleb Yang | 4. Review, preparation or marketing of materials / analysis / diligence | Preparation of material and analysis to be posted to the data site. | 3.0 |
| 12/20/2023 | Caleb Yang | 5. Case Administration / General | Updated sale process tracker. | 1.5 |
| 12/20/2023 | Caleb Yang | 5. Case Administration / General | Prepared updated summary on investors data room activity. | 0.5 |
| 12/20/2023 | Caleb Yang | 5. Case Administration / General | Call scheduling with potential buyers. | 0.5 |
| 12/20/2023 | Alonso Flores-Noel | 4. Review, preparation or marketing of materials / analysis / diligence | Correspondence with interested parties. | 0.5 |
| 12/20/2023 | Alonso Flores-Noel | 5. Case Administration / General | Updated internal diligence request list tracker. | 0.5 |
| 12/20/2023 | Abe Han | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/20/2023 | Bob Swindell | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/20/2023 | Alonso Flores-Noel | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/20/2023 | Caleb Yang | 5. Case Administration / General | Daily email monitoring and correspondence with potential buyers. | 1.0 |
| 12/21/2023 | Caleb Yang | 4. Review, preparation or marketing of materials / analysis / diligence | Preparation of sale process summary. | 1.0 |
| 12/21/2023 | Caleb Yang | 5. Case Administration / General | Call scheduling with potential buyers. | 0.5 |
| 12/21/2023 | Daniel Grundei | 4. Review, preparation or marketing of materials / analysis / diligence | Preparation of sale process summary. | 1.0 |
| 12/21/2023 | Abe Han | 3. Review, preparation, and attendance for court / mediation hearings | Correspondence on preparation of the second day hearing. | 0.5 |
| 12/21/2023 | Alonso Flores-Noel | 5. Case Administration / General | Call scheduling with potential buyers. | 0.5 |
| 12/21/2023 | Daniel Grundei | 2. Internal GLC Meetings | Discussed outstanding items for the sale process. | 0.5 |
| 12/21/2023 | Alonso Flores-Noel | 2. Internal GLC Meetings | Discussed outstanding items for the sale process. | 0.5 |
| 12/21/2023 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 0.5 |
| 12/21/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 0.5 |
| 12/21/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 0.5 |
| 12/21/2023 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 0.5 |
| 12/21/2023 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with senior lender. | 0.5 |
| 12/21/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with senior lender. | 0.5 |
| 12/21/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with senior lender. | 0.5 |
| 12/21/2023 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with senior lender. | 0.5 |
| 12/21/2023 | Bob Swindell | 4. Review, preparation or marketing of materials / analysis / diligence | Reviewed sale process update summary. | 1.0 |
| 12/21/2023 | Abe Han | 3. Review, preparation, and attendance for court / mediation hearings | Review and discuss retention application with legal team. | 2.0 |
| 12/21/2023 | Daniel Grundei | 3. Review, preparation, and attendance for court / mediation hearings | Review retention application with legal team. | 2.0 |
| 12/22/2023 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 0.5 |
| 12/22/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 0.5 |
| 12/22/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 0.5 |
| 12/23/2023 | Daniel Grundei | 4. Review, preparation or marketing of materials / analysis / diligence | Provided sale process update to legal counsel. | 1.0 |
| 12/26/2023 | Daniel Grundei | 5. Case Administration / General | Call scheduling with potential buyers. | 1.0 |
| 12/26/2023 | Daniel Grundei | 4. Review, preparation or marketing of materials / analysis / diligence | Correspondence on diligence requests from potential buyer. | 1.0 |
| 12/26/2023 | Alonso Flores-Noel | 4. Review, preparation or marketing of materials / analysis / diligence | Correspondence on diligence requests from potential buyer. | 2.0 |
| 12/27/2023 | Daniel Grundei | 5. Case Administration / General | Prepared invoice for the month of January. | 1.0 |
| 12/28/2023 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 0.5 |
| 12/28/2023 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 0.5 |
| 12/28/2023 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with prospective buyer. | 0.5 |
| 12/28/2023 | Alonso Flores-Noel | 4. Review, preparation or marketing of materials / analysis / diligence | Correspondence with interested parties. | 1.0 |
| 12/28/2023 | Bob Swindell | 4. Review, preparation or marketing of materials / analysis / diligence | Correspondence with interested parties. | 1.0 |
| 12/28/2023 | Abe Han | 3. Review, preparation, and attendance for court / mediation hearings | Scheduling kick off call with UCC. | 0.5 |
| 12/28/2023 | Daniel Grundei | 3. Review, preparation, and attendance for court / mediation hearings | Scheduling kick off call with UCC. | 0.5 |
| 12/28/2023 | Caleb Yang | 4. Review, preparation or marketing of materials / analysis / diligence | Prepared sale process update for internal review. | 0.5 |
| 12/28/2023 | Daniel Grundei | 5. Case Administration / General | Checked in with active parties and UCC advisors. | 0.5 |
| 12/29/2023 | Alonso Flores-Noel | 4. Review, preparation or marketing of materials / analysis / diligence | Updated the WGL to reflect new advisors and prepared DIP outreach process summary. | 2.5 |
| 12/29/2023 | Daniel Grundei | 4. Review, preparation or marketing of materials / analysis / diligence | Updated the WGL to reflect new advisors and prepared DIP outreach process summary. | 1.5 |
| 12/30/2023 | Bob Swindell | 4. Review, preparation or marketing of materials / analysis / diligence | Correspondence on diligence requests from potential buyer. | 1.0 |
| 12/30/2023 | Daniel Grundei | 4. Review, preparation or marketing of materials / analysis / diligence | Correspondence on diligence requests from potential buyer. | 1.0 |
| 12/31/2023 | Daniel Grundei | 4. Review, preparation or marketing of materials / analysis / diligence | Correspondence on diligence requests from potential buyer. | 1.0 |
| 12/31/2023 | Caleb Yang | 5. Case Administration / General | Call scheduling with potential buyer. | 1.0 |



**<u>Exhibit B</u>**

(Expenses)

## GLC Advisors & Co LLC
## Near Intelligence Expense Detail
### December 8, 2023 to December 31, 2023

| Type | Num | Source Name | Memo | Amount | Balance |
|---|---|---|---|---:|---:|
| **Expense** | | | | | |
| **6430 · Printing and Copying** | | | | | |
| Bill | | GLC | Print expenses 12/8/2023-12/30/2023 | 33.60 | 33.60 |
| Total 6430 · Printing and Copying | | | | 33.60 | 33.60 |
| Total 6420 · Office Expenses & Supplies | | | | 33.60 | 33.60 |
| **6500 · Travel** | | | | | |
| **6505 · Travel costs** | | | | | |
| **6530-10 · Overtime/local transport** | | | | | |
| Bill | AFN-100223-121123 | Flores-Noel, Alonso | AFN: 12/11/2023: OT trans | 13.01 | 13.01 |
| Bill | CHY-112723-121423 | Yang, Caleb | CHY: 12/11/2023: OT trans | 24.14 | 37.15 |
| Total 6530-10 · Overtime/local transport | | | | 37.15 | 37.15 |
| **6545 · Overtime/Office Meals** | | | | | |
| Bill | SL-8465-240 | Seamless (GrubHub) | DG: OT Meal 2023-12-08 Near Intelligence | 31.38 | 31.38 |
| Bill | SL-8465-240 | Seamless (GrubHub) | CHY: OT Meal 2023-12-08 Near Intelligence | 31.50 | 62.88 |
| Bill | SL-8465-241 | Seamless (GrubHub) | AFN: OT Meal 2023-12-11 Near Intelligence | 14.52 | 77.40 |
| Bill | SL-8465-241 | Seamless (GrubHub) | AFN: OT Meal 2023-12-11 Near Intelligence | 16.98 | 94.38 |
| Bill | SL-8465-241 | Seamless (GrubHub) | DG: OT Meal 2023-12-11 Near Intelligence | 31.50 | 125.88 |
| Bill | SL-8465-241 | Seamless (GrubHub) | AFN: OT Meal 2023-12-12 Near Intelligence | 27.90 | 153.78 |
| Bill | SL-8465-241 | Seamless (GrubHub) | DG: OT Meal 2023-12-12 Near Intelligence | 31.50 | 185.28 |
| Bill | SL-8465-241 | Seamless (GrubHub) | AFN: OT Meal 2023-12-13 Near Intelligence | 24.26 | 209.54 |
| Bill | SL-8465-241 | Seamless (GrubHub) | AFN: OT Meal 2023-12-13 Near Intelligence | 7.25 | 216.79 |
| Bill | SL-8465-241 | Seamless (GrubHub) | DG: OT Meal 2023-12-13 Near Intelligence | 25.79 | 242.58 |
| Bill | SL-8465-241 | Seamless (GrubHub) | CHY: OT Meal 2023-12-13 Near Intelligence | 30.29 | 272.87 |
| Bill | SL-8465-241 | Seamless (GrubHub) | AFN: OT Meal 2023-12-14 Near Intelligence | 14.52 | 287.39 |
| Bill | SL-8465-241 | Seamless (GrubHub) | AFN: OT Meal 2023-12-14 Near Intelligence | 16.98 | 304.37 |
| Bill | SL-8465-241 | Seamless (GrubHub) | DG: OT Meal 2023-12-14 Near Intelligence | 30.58 | 334.95 |
| Bill | SL-8465-241 | Seamless (GrubHub) | AFN: OT Meal 2023-12-15 Near Intelligence | 31.50 | 366.45 |
| Bill | SL-8465-241 | Seamless (GrubHub) | AFN: OT Meal 2023-12-17 Near Intelligence | 27.90 | 394.35 |
| Bill | SL-8465-242 | Seamless (GrubHub) | AFN: OT Meal 2023-12-18 Near Intelligence | 14.52 | 408.87 |
| Bill | SL-8465-242 | Seamless (GrubHub) | AFN: OT Meal 2023-12-18 Near Intelligence | 16.98 | 425.85 |
| Bill | SL-8465-242 | Seamless (GrubHub) | CHY: OT Meal 2023-12-18 Near Intelligence | 27.16 | 453.01 |
| Bill | SL-8465-242 | Seamless (GrubHub) | AFN: OT Meal 2023-12-19 Near Intelligence | 16.86 | 469.87 |
| Bill | SL-8465-242 | Seamless (GrubHub) | AFN: OT Meal 2023-12-19 Near Intelligence | 14.52 | 484.39 |
| Bill | SL-8465-242 | Seamless (GrubHub) | AFN: OT Meal 2023-12-20 Near Intelligence | 14.52 | 498.91 |
| Bill | SL-8465-242 | Seamless (GrubHub) | AFN: OT Meal 2023-12-20 Near Intelligence | 16.98 | 515.89 |
| Bill | SL-8465-242 | Seamless (GrubHub) | CHY: OT Meal 2023-12-20 Near Intelligence | 30.18 | 546.07 |
| Bill | SL-8465-242 | Seamless (GrubHub) | AFN: OT Meal 2023-12-21 Near Intelligence | 14.52 | 560.59 |
| Bill | SL-8465-242 | Seamless (GrubHub) | CHY: OT Meal 2023-12-21 Near Intelligence | 28.70 | 589.29 |
| Bill | CHY-112723-121423 | Yang, Caleb | CHY: 12/11/2023: OT meal | 21.78 | 611.07 |
| Bill | CHY-112723-121423 | Yang, Caleb | CHY: 12/12/2023: OT meal | 27.20 | 638.27 |
| Bill | CHY-112723-121423 | Yang, Caleb | CHY: 12/14/2023: OT meal | 21.12 | 659.39 |
| Total 6545 · Overtime/Office Meals | | | | 659.39 | 659.39 |
| Total 6505 · Travel costs | | | | 696.54 | 696.54 |
| Total 6500 · Travel | | | | 696.54 | 696.54 |
| **6600 · Professional Fees** | | | | | |
| **6630 · Legal Services** | | | | | |
| Bill | | | | | |
| Bill | 6001046520 | Allen & Overy LLP | 12/2023 legal services; Near Intelligence | 6,072.00 | 6,072.00 |
| Total 6630 · Legal Services | | | | 6,072.00 | 6,072.00 |
| Total 6600 · Professional Fees | | | | 6,072.00 | 6,072.00 |
| **Total Expense** | | | | **6,802.14** | **6,802.14** |
| | | | | | |
| **Communications, printing & other administrative costs** | | | | 33.60 | |
| **Electronic Data Room** | | | | 0.00 | |
| **Travel, Meals & Other** | | | | 696.54 | |
| **Legal** | | | | 6,072.00 | |
| **Total** | | | | **6,802.14** | |

# ALLEN & OVERY

GLC Advisors & Co LLC
600 Lexington Avenue
9th Floor
New York, NY  10022

Allen & Overy LLP
1221 Avenue of the Americas
New York, NY  10020

For the attention of Abe Han

| | |
|---|---|
| Tel | +1 212 610 6300 |
| Fax | +1 212 610 6399 |
| Invoice Date | January 9, 2024 |

| | |
|---|---|
| **Subject** | GLC - Near Intelligence |
| Our reference | 0139042-0000023/ROPS |
| Period | Through 12/31/2023 |

| | USD |
|---|---:|
| **Charges** | |
| Legal Services | 6,072.00 |
| **Total Professional Services** | **6,072.00** |
| **AMOUNT DUE** | **$6,072.00** |

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practise in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Dubai, Dublin, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Milan, Munich, New York, Paris, Perth, Prague, Rome, San Francisco, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Warsaw and Washington, D.C.

**GLC Advisors & Co LLC**
GLC - Near Intelligence
0139042-0000023

**FEE DETAIL**

**LEGAL SERVICES**

| Date | Fee Earner | Description | Hours |
|---|---|---|---|
| 12/15/2023 | Jacob Herz | Revise retention application based on internal comments (.1); email to A. Han regarding revised retention application (.1) | 0.20 |
| 12/15/2023 | Jacob Herz | Review and revise latest version of retention application. | 0.10 |
| 12/15/2023 | Robin Spigel | Review and comments to retention application (1.6); t/c and emails A. Han re same (.2) | 1.80 |
| 12/20/2023 | Robin Spigel | Review and consider UST comments to retention application (.2); email to A. Han and team re same (.6); revise order (.4); email to S. Reil (YCST) re same (.1) | 1.30 |
| 12/21/2023 | Robin Spigel | Emails with B. Hackman (UST) re GLC proposed retention order (.2); revise order and emails with A. Han and team re same (.2) | 0.40 |

**LEGAL SERVICES** **3.80**

**GLC Advisors & Co LLC**
GLC - Near Intelligence
0139042-0000023

**SUMMARY OF FEES**

| Fee Earner | Hours | Rate | Amount (USD) |
|---|---|---|---|
| **NEW YORK** | | | |
| Jacob Herz | 0.30 | 1,340.00 | 402.00 |
| Robin Spigel | 3.50 | 1,620.00 | 5,670.00 |
| **Total** | **3.80** | | **6,072.00** |
| **TOTAL FOR LEGAL SERVICES** | **3.80** | | **$6,072.00** |

3