Near Intelligence, Inc.
Part 1 - Statement of Cash Receipts and Disbursements
For the Period 12/8/2023 through 12/31/2023

|  | 12/8 - 12/31 |
|---|---:|
| Beginning Cash Balance | $ 860 |
| *Receipts* | |
| DIP Borrowing | 4,697,500 |
| Total Receipts | 4,697,500 |
| *Operating Disbursements* | |
| Payroll | - |
| Cost of Revenue | - |
| Trade Payables | (503) |
| Rent | - |
| Insurance | (127,111) |
| Taxes | - |
| Debt | - |
| Total Operating Disbursements | (127,614) |
| Operating Cash Flow | 4,569,886 |
| *Restructuring Related* | |
| Reimbursement of Lenders' expenses | (1,250,000) |
| Total Restructuring Related | (1,250,000) |
| Net Cash Flow | 3,319,886 |
| Ending Cash Balance | $ 3,320,747 |

**Near Intelligence, Inc.**
Part 2 - Balance Sheet
As of December 31, 2023

|  | Dec-23 |
|---|---:|
| **Assets** | |
| **Current assets:** | |
| Cash and cash equivalents | 1,929,326 |
| Restricted cash | - |
| Accounts receivable, net | - |
| Prepayments and other current assets | 708,908 |
| Intercompany advances | 3,584,233 |
| **Total current assets** | **6,222,466** |
| | |
| Property and equipment, net | - |
| Operating lease right-of-use assets | - |
| Goodwill | - |
| Intangible assets | - |
| Other assets | - |
| Investment in Subsidiaries | - |
| **Total assets** | **$ 6,222,466** |
| | |
| **Liabilities:** | |
| Current liabilities: | |
| Borrowings | 2,791,380 |
| DIP Financing | - |
| Accounts payable | 65,672 |
| Accrued expenses | 160,000 |
| Other current liabilties | - |
| Operating lease liabilities | - |
| Convertible debentures | 17,579,490 |
| Intercompany Liabilities | 7,660,933 |
| Liabilities subject to compromise | 5,225,430 |
| **Total current liabilities** | **33,482,905** |
| | |
| Long-term borrowings, less current portion | - |
| Long-term operating lease liabilities | - |
| Long-term derivative liabilities | - |
| Other liabilities | - |
| **Total liabilities** | **$ 33,482,905** |
| | |
| **Stockholders' equity (deficit)** | |
| Common stock | 5,671 |
| Additional paid-in-capital | (3,763,549) |
| Accumulated deficit | (23,502,561) |
| Accumulated other comprehensive loss | - |
| **Total stockholders' equity (deficit)** | **(27,260,439)** |
| | |
| **Total liabilities and stockholders' equity (deficit)** | **$ 6,222,466** |

**Near Intelligence, Inc.**
Part 4 - Income Statement
For the Period 12/8/2023 through 12/31/2023

|  | 12/8 - 12/31 |
|---|---:|
| Revenue | - |
| Costs and expenses: |  |
|    Cost of revenue excluding depreciation and amortization | - |
|    Product and technology | - |
|    Sales and marketing | 4,699 |
|    General and administrative | (186,882) |
|    Depreciation and amortization | - |
| **Total costs and expenses** | **(182,183)** |
| **Operating Profit (loss)** | 182,183 |
|   Interest and Finance cost | 9,439,309 |
|   Derivative Liabilities -Written back | (7,318,405) |
|   Impairment of Subsidiary Investment | - |
|   Provision for Doubtful advance | - |
|   Reorganization cost | 1,438,829 |
|   RSU cost due to cancellation/Forfeiture | - |
|   Impairment loss of Trade receivables | - |
|   Impairment of Intangible assets | - |
|   Run off insurance policy written off | 4,828,258 |
|   Other income/(expense) net | - |
| **Income (Loss) before income tax expense** | **(8,205,809)** |
| Income tax expense | (97,139) |
| **Net Income (loss)** | **(8,108,670)** |

Near Intelligence, Inc.
Part 7(a) - payments made on prepetition debt
December 2023

| Debtor Name | Creditor Name | Amount | Dates of Payments | Reason for providing value |
|---|---|---|---|---|
| Near Intelligence, Inc. | King & Spalding LLP | $1,250,000.00 | 15-Dec-23 | Approved as Adequate Protection Payments for DIP Lender's counsel under the Interim Order on DIP Financing |
| Near Intelligence, Inc. | Marsh USA LLC | $127,110.94 | 26-Dec-23 | Approved under Final Order Authorizing Debtors to Continue Insurance Policies |
| Total | | $1,377,110.94 | | |

Near Intelligence, Inc.
Part 7(g) - postpetition borrowing
December 2023

| Debtor Name | Creditor Name | Amount | Dates of Payments | Reason for providing value |
|---|---|---|---|---|
| Near Intelligence, Inc. | Blue Torch Capital | $4,697,500.00 | 12-Dec-23 | Initial borrowing request under the Interim Order on DIP Financing |
| Total | | $4,697,500.00 | | |