Near Intelligence LLC
Part 1 - Statement of Cash Receipts and Disbursements
For the Period 12/8/2023 through 12/31/2023

|  | 12/8 - 12/31 |
|---|---:|
|  | Amount ($ Actual) |
| Beginning Cash Balance | $ 7,246 |
|  |  |
| *Receipts* |  |
|   Costumer collections | - |
| Total Receipts | - |
|  |  |
| *Operating Disbursements* |  |
|   Payroll | - |
|   Cost of Revenue | - |
|   Trade Payables | (233) |
|   Rent | - |
|   Insurance | - |
|   Taxes | - |
|   Debt | - |
| Total Operating Disbursements | (233) |
|  |  |
| Operating Cash Flow | (233) |
|  |  |
| *Restructuring Related* |  |
|   Restructuring Professional Fees | - |
| Total Restructuring Related | - |
|  |  |
| Net Cash Flow | (233) |
|  |  |
| Ending Cash Balance | $ 7,013 |

**Near Intelligence, LLC**
Balance Sheet
Part 2 - Balance Sheet

|  | Dec-23 |
|---|---:|
| **Assets** | |
| **Current assets:** | |
| Cash and cash equivalents | 7,013 |
| Restricted cash | - |
| Accounts receivable, net | - |
| Prepayments and other current assets | 14,652 |
| Intercompany advances | 63,782,996 |
| **Total current assets** | **63,804,661** |
| | |
| Property and equipment, net | - |
| Operating lease right-of-use assets | - |
| Goodwill | - |
| Intangible assets | - |
| Other assets | 279 |
| Investment in Subsidiaries | 12,917,336 |
| **Total assets** | **$ 76,722,276** |
| | |
| **Liabilities:** | |
| | |
| Current liabilities: | |
| Borrowings | 80,015,350 |
| DIP Financing | 5,042,692 |
| Accounts payable | 338,460 |
| Accrued expenses | (1) |
| Other current liabilties | - |
| Operating lease liabilities | - |
| Convertible debentures | - |
| Intercompany Liabilities | 3,584,233 |
| Liabilities subject to compromise | 8,904,905 |
| **Total current liabilities** | **97,885,639** |
| | |
| Long-term borrowings, less current portion | - |
| Long-term operating lease liabilities | - |
| Long-term derivative liabilities | - |
| Other liabilities | - |
| **Total liabilities** | **$ 97,885,639** |
| | |
| | |
| **Stockholders' equity (deficit)** | |
| Common stock | - |
| Additional paid-in-capital | 156,677,961 |
| Accumulated deficit | (177,841,324) |
| Accumulated other comprehensive loss | - |
| **Total stockholders' equity (deficit)** | **(21,163,363)** |
| | |
| **Total liabilities and stockholders' equity (deficit)** | **$ 76,722,276** |

**Near Intelligence LLC**
Part 4 - Income Statement
For the Period 12/8/2023 through 12/31/2023

|  | **Dec-23** |
|---|---:|
| Revenue | - |
| Costs and expenses: | |
|     Cost of revenue excluding depreciation and a | 231,450 |
|     Product and technology | 411 |
|     Sales and marketing | - |
|     General and administrative | 42,624 |
|     Depreciation and amortization | 262,894 |
| **Total costs and expenses** | **537,379** |
| **Operating Profit (loss)** | (537,379) |
|   Interest and Finance cost | 17,723,184 |
|   Derivative Liabilities -Written back | (9,390,670) |
|   Impairment of Subsidiary Investment | 56,423,109 |
|   Provision for Doubtful advance | 180,000 |
|   Reorganization cost | - |
|   RSU cost due to cancellation/Forfeiture | (12,830,896) |
|   Impairment loss of Trade receivables | - |
|   Impairment of Intangible assets | - |
|   Run off insurance policy written off | - |
|   Other income/(expense) net | - |
| **Income (Loss) before income tax expense** | **(52,642,106)** |
| Income tax expense | (5,966) |
| **Net Income (loss)** | **(52,636,140)** |