IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING MONTHLY OPERATING REPORT

The debtors and debtors in possession in the above-captioned chapter 11 cases (each, a "Debtor," and collectively, the "Debtors") have prepared and filed the attached monthly operating report (the "MOR") for the period including December 8, 2023 through December 31, 2023 (the "Reporting Period") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The financial information contained herein is presented on a preliminary and unaudited basis, remains subject to adjustments, and does not purport to represent financial statements prepared in accordance with accounting principles generally accepted in the United States ("GAAP") in all material respects, and it is not intended to fully reconcile to the consolidated financial statements prepared by the Debtors. Because the Debtors' accounting systems, policies, and practices were developed to produce consolidated financial statements, rather than financial statements by legal entity, it is possible that not all assets, liabilities, income, or expenses have been recorded on the correct legal entity. This information has not been subjected to procedures that would typically be applied to financial information presented in accordance with U.S. GAAP or any other recognized financial reporting framework, and upon application of such procedures, the Debtors believe that the financial information could be subject to changes, and these changes could be material. Therefore, to comply with their obligations to provide MORs during these chapter 11 cases, the Debtors have prepared this MOR using the best information presently available to them, which has been collected, maintained, and prepared in accordance with their historical accounting practices. Accordingly, this MOR is true and accurate to the best of the Debtors' knowledge, information, and belief, based on currently-available data. The results of operations and financial position contained herein are not necessarily indicative of results that may be expected for any period other than the Reporting Period, and may not necessarily reflect the Debtors' future consolidated results of operations and financial position. Unless otherwise noted herein, the MOR generally reflects the Debtors' books and record and financial activity occurring during the Reporting Period. Except as may be otherwise noted, no adjustments have been made for activity occurring after the close of the Reporting Period.

### RESERVATION OF RIGHTS

This MOR is limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly reporting requirements of the Debtors' chapter 11 cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

1

The preliminary unaudited financial statements have been derived from the Debtors' books and records. The information presented herein has not been subject to all procedures that typically would be applied to financial information presented in accordance with GAAP or any other reporting framework. Upon the application of such procedures, the Debtors believe that the financial information could be subject to material change. The information furnished in this MOR includes normal recurring adjustments, but does not include all of the adjustments that typically would be made for interim financial statements presented in accordance with GAAP.

Although the Debtors made commercially reasonable efforts to ensure the accuracy and completeness of the MOR, inadvertent errors or omissions may exist. Accordingly, the Debtors hereby reserve all of their rights to dispute the validity, status, enforceability, or executory nature of any claim amount, agreement, representation, or other statement set forth in this MOR. Further, the Debtors reserve the right to amend or supplement this MOR in all respects, if necessary or appropriate, but undertake no obligation to do so. Nothing contained in this MOR shall constitute a waiver or any of the Debtors' rights or an admission with respect to their chapter 11 cases.

For the reasons discussed above, there can be no assurance that the consolidated financial information presented herein is complete, and readers are cautioned not to place undue reliance on the MOR.

The financial statements of the Debtors' non-debtor affiliates have not been included in the MOR. Unless otherwise indicated, all amounts in the MOR are reflected in U.S. dollars.

## **SUPPORTING DOCUMENTATION**

**Statement of Cash Receipts and Disbursements.** Reported cash receipts and disbursements exclude intercompany and debtor-to-debtor transactions, as provided in the instructions to the MOR. As a result, for those debtors with net intercompany cash outflows or inflows during the reporting period, the ending cash balances reported on Form 11-MOR Part 1 may not match the ending cash balances per the Debtors' bank statements or the Debtors' books and records.

In addition, the escrow transfers for the weekly Debtor professional fee estimates under the Interim DIP Order [Docket No. 66] are not included as those funds will remain in the escrow account until each respective professional's fee applications are approved. When funds are transferred out of the escrow account, such disbursements will be included as cash disbursements. In December, the total amount transferred to the escrow account was $1,391,420.61. For additional information on ending cash balances per the Debtors' books and records, see the attached cash balances per MOR-1: Cash Receipts and Disbursements.

**Balance Sheet.** Liabilities subject to compromise ("LSTC") have been reported at the amounts recorded on the Debtors' books and records as of the date of the MOR. The amounts classified as LSTC in the financial statements included herein are preliminary and may be subject to future adjustments depending on developments with respect to, among other things: disputed claims; determinations of the secured status of certain claims; the values of any collateral securing such claims; rejection of executory contracts; reconciliation of claims; and other events. Scheduled claims are subject to change and reconciliation to any filed claims.

**Income Statement**. As noted, although the Debtors generally prepare financial statements on a consolidated basis, these MORs are prepared on an entity-by-entity basis. In December the

debtor entities recognized many one-time impairment, provisions, and write-off expenses that are reported in Part 4(f) "Other expenses" of each respective Debtor entity's Income Statement on the MOR. These adjustments can be found in each respective Debtor entity's Part 4 exhibit and relate to (i) impairment expenses related to subsidiary investments, intangible assets, and doubtful account trade receivables, (ii) write-offs for unamortized interest and finance costs, derivative liabilities, RSU cancellation/forfeiture costs, and D&O insurance run off policies, and (iii) provisions for doubtful supplier advances.

**Part 6 Postpetition Employer Taxes** Near North America contracted TriNet HR III, Inc. as a Professional Employer Organization ("PEO") and under this agreement TriNet is the payroll employer of record for Near North America employees. Federal payroll taxes, such as income withholding, Social Security, Medicare and unemployment tax are paid by TriNet and the taxes are reported, in aggregate, under TriNet's name and FEIN on Forms 940 and 941. Additionally, all state and local withholding taxes are paid and filed on behalf of the Debtor under TriNet's name, FEIN and account numbers.

**Part 7 Questionnaire.** Pursuant to certain orders of the Bankruptcy Court entered in the Debtors' chapter 11 cases (the "First Day Orders"), the Debtors were authorized to issue payments on account of certain prepetition obligations. Please see the attachments to the MORs for a list of such payments. These disbursements exclude payments related to insiders, which are separately disclosed in the schedule of payments to insiders.