Near Intelligence Pte. Ltd.
Part 1 - Statement of Cash Receipts and Disbursements
For the Period 12/8/2023 through 12/31/2023

|  | 12/8 - 12/31 |
|---|---:|
| Beginning Cash Balance | $ 571,814 |
| *Receipts* | |
|   Costumer collections | 552,110 |
| Total Receipts | 552,110 |
| *Operating Disbursements* | |
|   Payroll | (162) |
|   Cost of Revenue | - |
|   Trade Payables | (23,797) |
|   Rent | - |
|   Insurance | - |
|   Taxes | - |
|   Debt | - |
| Total Operating Disbursements | (23,959) |
| Operating Cash Flow | 528,151 |
| *Restructuring Related* | |
|   Restructuring Professional Fees | - |
| Total Restructuring Related | - |
| Net Cash Flow | 528,151 |
| Ending Cash Balance | $ 1,099,965 |

**Near Intelligence Pte. Ltd.**
Part 2 - Balance Sheet
As of December 31, 2023

|  | Dec-23 |
|---|---:|
| **Assets** | |
| **Current assets:** | |
| Cash and cash equivalents | 586,470 |
| Restricted cash | - |
| Accounts receivable, net | 1,610,108 |
| Prepayments and other current assets | 192,200 |
| Intercompany advances | 5,492,149 |
| **Total current assets** | **7,880,926** |
| | |
| Property and equipment, net | 6,087 |
| Operating lease right-of-use assets | - |
| Goodwill | - |
| Intangible assets | 1,928,663 |
| Other assets | 2,664,033 |
| Investment in Subsidiaries | 1,278,827 |
| **Total assets** | **$ 13,758,537** |
| | |
| **Liabilities:** | |
| | |
| Current liabilities: | |
| Borrowings | - |
| DIP Financing | - |
| Accounts payable | 280,077 |
| Accrued expenses | 28,027 |
| Other current liabilties | 890,756 |
| Operating lease liabilities | - |
| Convertible debentures | - |
| Intercompany Liabilities | 47,843,209 |
| Liabilities subject to compromise | 2,160,556 |
| **Total current liabilities** | **51,202,625** |
| | |
| Long-term borrowings, less current portion | - |
| Long-term operating lease liabilities | - |
| Long-term derivative liabilities | - |
| Other liabilities | 433,615 |
| **Total liabilities** | **$ 51,636,240** |
| | |
| | |
| **Stockholders' equity (deficit)** | |
| Common stock | 703 |
| Additional paid-in-capital | (3,354,561) |
| Accumulated deficit | (34,523,845) |
| Accumulated other comprehensive loss | - |
| **Total stockholders' equity (deficit)** | **(37,877,703)** |
| | |
| **Total liabilities and stockholders' equity (deficit)** | **$ 13,758,537** |

**Near Intelligence Pte. Ltd.**
Part 4 - Income Statement
For the Period 12/8/2023 through 12/31/2023

|  | 12/8 - 12/31 |
|---|---:|
| Revenue | 650,681 |
| Costs and expenses: |  |
|    Cost of revenue excluding depreciation and a | 118,057 |
|    Product and technology | (49,158) |
|    Sales and marketing | 23,019 |
|    General and administrative | (62,194) |
|    Depreciation and amortization | 82,374 |
| **Total costs and expenses** | **112,098** |
| **Operating Profit (loss)** | 538,583 |
|   Interest and Finance cost | (40) |
|   Derivative Liabilities -Written back | - |
|   Impairment of Subsidiary Investment | 4,714,236 |
|   Provision for Doubtful advance | 4,135,450 |
|   Reorganization cost | 546 |
|   RSU cost due to cancellation/Forfeiture | - |
|   Impairment loss of Trade receivables | 1,591,851 |
|   Impairment of Intangible assets | 1,083,561 |
|   Run off insurance policy written off | - |
|   Other income/(expense) net | - |
| **Income (Loss) before income tax expense** | **(10,987,021)** |
| Income tax expense | 23 |
| **Net Income (loss)** | **(10,987,044)** |

Near Intelligence Pte. Ltd
Part 7(a) - payments made on prepetition debt
For the Period 12/8/2023 through 12/31/2023

| Debtor Name | Creditor Name | Amount | Dates of Payments | Reason for providing value |
|---|---|---|---|---|
| Near Intelligence Pte. Ltd | Masahiro Matsui | $ 2,893.25 | 29-Dec-23 | Approved under Final Order Authorizing Debtors to Pay Certain Prepetition Employment Obligations as an Independent Contractor |
| Near Intelligence Pte. Ltd | Takeshi Yamamoto | $ 3,670.63 | 29-Dec-23 | Approved under Final Order Authorizing Debtors to Pay Certain Prepetition Employment Obligations as an Independent Contractor |
| Total | | $ 6,563.88 | | |