Near North America, Inc.
Part 1 - Statement of Cash Receipts and Disbursements
For the Period 12/8/2023 through 12/31/2023

|  | 12/8 - 12/31 |
|---|---:|
| Beginning Cash Balance | $ 125,010 |
|  |  |
| *Receipts* |  |
|    Costumer collections | 717,493 |
| Total Receipts | 717,493 |
|  |  |
| *Operating Disbursements* |  |
|    Payroll | (298,572) |
|    Cost of Revenue | - |
|    Trade Payables | (17,284) |
|    Rent | - |
|    Insurance | - |
|    Taxes | - |
|    Debt | - |
| Total Operating Disbursements | (315,856) |
|  |  |
| Operating Cash Flow | 401,638 |
|  |  |
| *Restructuring Related* |  |
|    Restructuring Professional Fees | - |
| Total Restructuring Related | - |
|  |  |
| Net Cash Flow | 401,638 |
|  |  |
| Ending Cash Balance | $ 526,648 |

**Near North America, Inc.**
Part 2 - Balance Sheet
As of December 31, 2023

|  | Dec-23 |
|---|---:|
| **Assets** | |
| **Current assets:** | |
| Cash and cash equivalents | 527,356 |
| Restricted cash | - |
| Accounts receivable, net | 4,359,650 |
| Prepayments and other current assets | 341,528 |
| Intercompany advances | 29,622,182 |
| **Total current assets** | **34,850,717** |
| | |
| Property and equipment, net | 10,456 |
| Operating lease right-of-use assets | 906,932 |
| Goodwill | - |
| Intangible assets | - |
| Other assets | 36,579 |
| Investment in Subsidiaries | - |
| **Total assets** | **$ 35,804,684** |
| | |
| **Liabilities:** | |
| | |
| Current liabilities: | |
| Borrowings | - |
| DIP Financing | - |
| Accounts payable | 245,058 |
| Accrued expenses | 82,610 |
| Other current liabilties | 3,878,789 |
| Operating lease liabilities | 340,777 |
| Convertible debentures | - |
| Intercompany Liabilities | 49,865,639 |
| Liabilities subject to compromise | 2,514,699 |
| **Total current liabilities** | **56,927,571** |
| | |
| Long-term borrowings, less current portion | - |
| Long-term operating lease liabilities | 602,861 |
| Long-term derivative liabilities | - |
| Other liabilities | 106,958 |
| **Total liabilities** | **$ 57,637,391** |
| | |
| | |
| **Stockholders' equity (deficit)** | |
| Common stock | - |
| Additional paid-in-capital | 48,729,882 |
| Accumulated deficit | (70,562,588) |
| Accumulated other comprehensive loss | - |
| **Total stockholders' equity (deficit)** | **(21,832,706)** |
| | |
| **Total liabilities and stockholders' equity (deficit)** | **$ 35,804,684** |

**Near North America, Inc.**
**Near Intelligence, Inc.**
Part 4 - Income Statement
For the Period 12/8/2023 through 12/31/2023

|  | 12/8 - 12/31 |
|---|---:|
| Revenue | 1,550,163 |
| Costs and expenses: |  |
|    Cost of revenue excluding depreciation and amortization | 468,179 |
|    Product and technology | 41,536 |
|    Sales and marketing | 216,194 |
|    General and administrative | 518,323 |
|    Depreciation and amortization | 2,680 |
| **Total costs and expenses** | **1,246,912** |
| **Operating Profit (loss)** | 303,251 |
|   Interest and Finance cost | - |
|   Derivative Liabilities -Written back | - |
|   Impairment of Subsidiary Investment | - |
|   Provision for Doubtful advance | - |
|   Reorganization cost | - |
|   RSU cost due to cancellation/Forfeiture | - |
|   Impairment loss of Trade receivables | 12,111,737 |
|   Impairment of Intangible assets | - |
|   Run off insurance policy written off | - |
|   Other income/(expense) net | - |
| **Income (Loss) before income tax expense** | **(11,808,486)** |
| Income tax expense | - |
| **Net Income (loss)** | **(11,808,486)** |

Near North America, Inc.
Part 7(a) - Payments made on prepetition debt
For the Period 12/8/2023 through 12/31/2023

| Debtor Name | Creditor Name | Amount | Dates of Payments | Reason for providing value |
|---|---|---|---|---|
| Near North America, Inc | Rathakrishnan, Gokul | $2,236.65 | 12/27/2023 | Approved under Final Order Authorizing Debtors to Pay Certain Prepetition Employment Obligations as an Independent Contractor |
| Total | | $2,236.65 | | |

Near North America, Inc.
Part 7(c) - Payments to an insider
For the Period 12/8/2023 through 12/31/2023

| Debtor Name | Creditor Name | Relationship to Debtor | Amount of money or description of and value of property | Dates of Payments | Reason for providing value |
|---|---|---|---|---|---|
| Near North America, Inc | Gladys Kong | Current Chief Executive Officer | $14,583 | 12/31/2023 | employee - Salary |
| Near North America, Inc | John Faieta | Current Chief Financial Officer | $12,500 | 12/31/2023 | employee - Salary |
| Near North America, Inc | Paul Edward Gross | General Counsel | $19,792 | 12/31/2023 | employee - Salary |
| Near North America, Inc | Scott Slipy | Interim Chief People Officer | $10,000 | 12/31/2023 | employee - Salary |
| Total | | | $56,875 | | |