## **EXHIBIT A**

**Winning Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | ) Case No. 23-11962 (TMH) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**DECLARATION OF ROBERT WINNING IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NEAR INTELLIGENCE INC.,** ***ET AL.***, **FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF M3 ADVISORY PARTNERS, LP AS FINANCIAL ADVISOR EFFECTIVE AS OF DECEMBER 28, 2023**

Pursuant to 28 U.S.C. § 1746, Robert Winning declares as follows:

1. I am a Managing Director at M3 Advisory Partners, LP ("M3 Partners") and am duly authorized to execute this declaration on behalf of M3 Partners with its principal office located at 1700 Broadway, 19th Floor, New York NY 10019.

2. I submit this declaration (the "Declaration") in support of the *Application of the Official Committee of Unsecured Creditors of Near Intelligence, Inc., et al., for Entry of an Order Authorizing and Approving the Employment and Retention of M3 Advisory Partners LLC as Financial Advisor Effective as of December 28, 2023* (the "Application").[2]  Unless otherwise stated, I have personal knowledge of the facts stated herein.  To the extent any information disclosed herein requires amendment or modification upon M3 Partners' completion of further review or as additional party-in-interest information becomes available to it, a supplemental declaration will be submitted to the Court reflecting such amended or modified information.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number are Near North America, Inc. (9078), Near Intelligence, Inc. (7857), Near Intelligence Pte. Ltd. (N/A), and Near Intelligence LLC (7857). The corporate headquarters and the mailing address for the Debtors is 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

## M3 Partners' Qualifications

3.       M3 Partners is a restructuring advisory firm specializing in corporate restructurings, operational improvement, and legal disputes. M3 Partners has extensive experience working with and for distressed companies in complex financial and operational restructurings, both out of court and in chapter 11 proceedings throughout the United States. M3 Partners' professionals have advised debtors, creditors, and equity constituents in numerous reorganizations, which advisory services have included financial analysis and budgeting, forecasting, cash management, operational assessments and improvements, dispute and litigation advisory, and interim management services. M3 Partners and/or M3 Partners' professionals have been involved in numerous chapter 11 and international bankruptcies in capacities including advisor to official committees of creditors, advisor to official equity committees, advisor to secured and unsecured holders of debt, debtor advisory, and serving as a Chief Restructuring Officer.

3.       M3 Partners understands that the Committee selected M3 Partners as its financial advisor based upon, among other things: (i) the Committee's need to retain a financial advisory firm to provide advice with respect to the Debtors' restructuring activities; and (ii) M3 Partners' senior professionals' extensive experience and excellent reputation in providing financial advisory services in chapter 11 cases. The Committee has submitted that the employment and retention of M3 Partners would be in the best interests of the Debtors, their estates, and their creditors. M3 Partners has agreed to provide financial advisory services to the Committee on the terms and conditions set forth in the Application.

## Professional Compensation

4.       Subject to the Court's approval, and in accordance with Bankruptcy Code section 328(a), M3 Partners proposes to render its services on an hourly fee basis according to its

customary hourly rates in effect when the services are rendered. M3 Partners' professionals will be billed for services rendered at their then-effective standard hourly rates as set forth below:

| Rank | Standard Hourly Rate |
|---|---|
| Managing Partner | $1,415 |
| Senior Managing Director | $1,305 |
| Managing Director | $1,075 – 1,205 |
| Director | $880 – 990 |
| Vice President | $786 |
| Senior Associate | $680 |
| Associate | $575 |
| Analyst | $470 |

M3 Partners' next scheduled rate adjustment, set to take effect on January 1, 2025, will not, to the extent of any increase in rates, take effect with respect to these chapter 11 cases without notice of same, as more particularly set forth in the proposed order. Non-working travel time is billed at 50% of otherwise applicable rates.

5.     M3 Partners will be reimbursed for its reasonable and necessary out-of-pocket expenses (which shall be charged at cost) incurred in connection with this engagement, such as travel, lodging, duplicating, research, messenger, and telephone charges. M3 Partners will charge for these expenses at rates consistent with or discounted to charges made to other M3 Partners clients and subject to the guidelines of the U.S. Trustee.

6.     M3 Partners will maintain detailed records of fees and expenses incurred in connection with the rendering of the professional services described above, in accordance with applicable rules and guidelines.

7.     M3 Partners intends to work closely with representatives of the Debtors and other professionals retained by the Committee to ensure that there is no unnecessary duplication of services performed or charged to the Debtors' estates.

8.     No compensation will be paid to M3 except upon compliance with the Bankruptcy

Code, Bankruptcy Rules, Local Bankruptcy Rules, and any other applicable procedures and orders of this Court. M3 Partners has received no retainer in connection with this representation and is not owed any amounts with respect to prepetition fees and expenses in connection with these cases. Neither DLA Piper LLP, the members of the Committee, nor any of their agents or their representatives shall be responsible or liable for any fees or costs incurred by M3 Partners in connection with its representation of this Committee, regardless of whether or not M3 Partners is paid in full from the Debtors' estates. M3 Partners does not seek a success fee in connection with this engagement.

9. I believe, and understand the Committee to have reasonably determined, that the fee structure is reasonable, market-based, and designed to fairly compensate M3 Partners for its work in these cases and to cover fixed and routine overhead expenses.

10. To the best of my knowledge, (a) no commitments have been made or received by M3 Partners with respect to compensation or payment in connection with these cases other than in accordance with the provisions of the Bankruptcy Code, and (b) M3 Partners has no agreement with any other entity to share with such entity any compensation received by M3 Partners in connection with these cases.

### **Disinterestedness**

11. Neither M3 Partners, any director, officer, or employee thereof, nor I, insofar as I have been able to ascertain, represents any interest adverse to that of the Debtors' estates in the matters upon which the Committee seeks to engage M3 Partners, and I believe the firm to be a "disinterested person" within the meaning of Bankruptcy Code section 101(14).

12. From time to time, M3 Partners has provided services and likely will continue to provide services, to certain creditors of the Debtors and various other parties adverse to the Debtors

in matters wholly unrelated to these chapter 11 cases. As described below, however, M3 Partners has undertaken a detailed search to determine and to disclose whether it is providing or has provided services to any significant creditor, investor, insider, or other party in interest in such unrelated matters.

13. M3 Partners provides services in connection with numerous cases, proceedings, and transactions unrelated to these chapter 11 cases. Those unrelated matters involve numerous attorneys, financial advisors, and creditors, some of whom may be claimants or parties with actual or potential interests in these chapter 11 cases or may represent such parties.

14. M3 Partners' personnel may have business associations with certain creditors of the Debtors unrelated to these chapter 11 cases. In addition, in the ordinary course of its business, M3 Partners may engage counsel or other professionals in unrelated matters who now represent, or who may in the future represent, creditors or other parties in interest in these chapter 11 cases.

15. In connection with the preparation of this Declaration, M3 Partners conducted a review of its contacts with the Debtors, their non-Debtors affiliates, and certain entities holding large claims against or interests in the Debtors that were made known to M3 Partners by counsel to the Debtors in these cases. A listing of the parties reviewed is reflected in **Schedule 1** attached to this Declaration.

16. M3 Partners has a past or present association with certain firms set forth on **Schedule 2**. None of these relationships has any connection to these cases. I believe that none of these associations individually, nor all of them in the aggregate, constitute(s) any conflict of interest in M3 Partners' performance of its duties.

17. Based on the results of its review, M3 Partners has no relationship with any of the parties listed in **Schedule 1** in matters related to these proceedings and has no relationship

5

whatever with such parties except as disclosed on **Schedule 2**.

18. Further, as part of its diverse practice, M3 Partners is involved in numerous cases, proceedings, and transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who may represent claimants and parties in interest in these chapter 11 cases. Further, M3 Partners (including its employees) has performed in the past, and may perform in the future, consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings. Based on M3 Partners' current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships creates interests materially adverse to the Debtors and none is in connection with these chapter 11 cases.

19. On a going-forward basis, M3 Partners shall disclose any and all facts that may have a bearing on whether the firm, and/or any individuals working on the engagement, hold or represent any interest adverse to the Debtors, its creditors, or other parties-in-interest.

20. To the best of my knowledge, neither I, M3 Partners, nor any of its employees is a "creditor" of the Debtors within the meaning of Bankruptcy Code section 101(1); a holder of any of the Debtors' outstanding debt, equity or preferred stock investments; is or has been an insider of the Debtors; or is so connected with the Judges of the United States Bankruptcy Court for the District of Delaware, the U.S. Trustee or the Assistant Trustee, or Trial Attorneys for the Office of the U.S. Trustee, as to render the employment of M3 Partners as financial advisor for the Committee inappropriate under Bankruptcy Rule 5002(b).

21. None of M3 Partners, any director, officer, or employee thereof, nor I, insofar as I have been able to ascertain, is or was a director, officer, or employee of the Debtors as defined in Bankruptcy Code sections 101(14)(B) or (C) within two years before the date of filing of these

chapter 11 cases.

22.     On the basis of the above, I believe M3 Partners to be a "disinterested person" within the meaning of Bankruptcy Code section 101(14).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 25, 2024

                                                  */s/ Robert Winning*
                                                  Robert Winning

# SCHEDULE 1

**List of Potentially Interested Parties**

# Near Intelligence
## Parties in Interest List

**Debtors and Non-Debtor Affiliates (including f/k/a, d/b/a, a/k/a)**
KludeIn I Acquisition Corp.
Near Americas Inc.
Near Holdings Pte. Ltd.
Near Intelligence Holdings Inc.
Near Intelligence LLC
Near Intelligence Pte. Ltd.
Near Intelligence Pty. Ltd.
Near Intelligence Pvt. Ltd.
Near Intelligence SAS
Near Intelligence, Inc.
Near Pte. Ltd.
Near North America, Inc.
Paas Merger Sub 2 LLC
UberMedia, Inc.

**Insurers**
Ace American Insurance Company (Chubb)
AIG
Allied World
Associated Industries Insurance Co., Inc.
Berkshire Hathaway
Chubb European Group SE
Chubb Insurance Australia Ltd.
Chubb Insurance Singapore Ltd.
ICICI Lombard GIC Ltd.
National Union Fire Insurance Company of Pittsburgh, PA
Sentinel Insurance Company Ltd. (Hartford)
Vantage Risk Assurance Company
XL Specialty Insurance Company

**Material Contracts**
Accenture
Activate Holdings Ltd.
Admatik Sdn Bhd
Advanced Contributors Pvt. Ltd.
Aelius Exploitation Technologies, LLC
Agoop Corp
Ailevon Pacific Aviation Consulting
Airbiz Offshore Private Limited (SG)
Analysis

Alexander Babbage, Inc.
Alight Public Relations, LLC
Altometer Business Intelligence
AltScore Inc.
Amberoon
Aramark Refreshment Services, LLC
ARInsights, LLC
ASLF Media Pty. Ltd.
Asset Strategies Group (ASG)
Australian United Retailers Limited
Avarisoft Pty. Ltd.
AudienceQ Limited
Avison Young (USA) Inc.
Big Mobile Group Pty. Ltd.
Bisnow, LLC
Black C Media Istanbul
Blue Genie Art Bazaar
BMT commercial Aus. PTY. Ltd.
Bonzai Digital
Boston Consulting Group
Bowling Green State Univ (BGSU)
BP Australia Pty. Ltd.
Break Media Pte. Ltd.
Brentwood Associates
Brisbane City Council
Brookfield Properties (BPR REIT Services LLC)
Business Wire Inc.
Caravan Industry Assoc. of AU
CBRE limited
Central Counties Tourism
Chick-fil-A, Inc.
ChurnZero
CircleK-TAS
City of Apache Junction
City of Cleveland
City of El Paso
City of Kingman Tourism Division
City of Perth
City of Prescott Tourism Office AZ
City of Québec
Claires European Services
Coca-Cola Canada Bottling Ltd.

Cochise County Tourism Council
cohort.ID, Inc.
Columbia Distributing ESRI
Complementics
Container Exchange (QLD) Limited
CREtech
D Chain FZ LLC
Dai Nippon Printing Co., Ltd.
Dakota Worldwide
Dallimore & Co.
Datagence, Inc. d/b/a V12 Group
Dean Runyan
Decathlon SE
Deep End Services Pty. Ltd.
Delaware North
Deloitte Financial Advisory Services LLP
Design Workshop, Inc.
Destination Analysts
Dietrich-Pepper, LLC
Digital Commons Limited
Digital Envoy, Inc.
DNP Media Art Co. Ltd.
Dollar General Corp.
DOMO, Inc.
DuPage CVB
Earth Economics
ECRA Pte. Ltd.
Eddy Alexander
Element Advisory Pty. Ltd.
Entrata
Environics
ePrivacy GmbH
Epsilon Data Management, LLC
ESRI (Environmental Systems Research Institute)
Ethos Urban Pty. Ltd.
E*TRADE Financial Corporate Services Inc.
Fernridge Solutions Pty. Ltd.
Fiction Tribe, Inc
Finity Consulting Pty. Ltd.
Flare Aviation Consulting
Foot Locker Retail, Inc.
Fresh Information Limited
Fresno / Clovis CVB
GapMaps, LTD.

GEO marketing Solutions Group
Geografia Pty. Ltd.
Geoscience Australia
GHD Pty. Ltd.
Global Planning Solutions
Google Asia Pacific Pte. Ltd.
Greater Palm Springs
Grosvenor
Guam Vistors Bureau
H2R Market Research
Hamilton City Council
Haynes and Boone, LLP
Herrmann Global
Highspot Inc.
HKS, Inc.
Hobart City Council
Houston First Corporation
Houston Kemp Pty. Ltd.
Idealab
Idemitsu Kosan Co. Ltd.
Ikano Insight Ltd.
Incubeta Australia Pty. Ltd.
InfoSum Ltd.
Innity China Co., Limited
InMobi Pte. Ltd.
Inretail Management
Integral Ad Science, Inc.
Intelligent Direct, Inc.
Intermarché Alimentaire International
Intersection Media
Intervistas Consulting
Intrado Digital Media LLC Digital Media Innovation
InvestorBrandNetwork (IBN)
IRB Holding Corp.
Irys, Inc.
Jackson County Visitors Bureau
Jarrell Chalmers – Marketing Consulting
Jason Wu – Digital Marketing Services
JCDecaux Australia Trading Pty. Ltd.
JKH Business and Property Consulting (PTY.) Ltd.
Johnston County
Knowledge Support Systems, Inc. d/b/a Kallibrate
KFC Pty. Ltd.

Kollaborations Ltd.
Kwik Trip, Inc.
Lasalle Investment Management
Legend Partners - Beau Niblock
Leggo Studio Pty. Ltd.
LES MOUSQUETAIRES
Lex Connect Consulting Private Limited
Linkedin Corporation
Little Caesar Enterprises, Inc.
Localis Technologies Australia
LocationIQ Pty. Ltd.
Longwoods International
Mabrain Technologies
MACROPLAN HOLDINGS PTY. LTD.
Madden Media
Manistee County Visitors Bureau
mapIT (PTY.) Ltd.
Market Economics Ltd.
Masahiro Matsui – Consulting Services
Marsh USA LLC
MBI International
McDonalds
McElhanney Ltd.
Mead & Hunt
Measurement of Outdoor Visibility and Exposure Pty. Ltd.
MediaOne North America
Media Quest Plus FZ LLC
Mediatiks Limited
Melbourne City Council
MeMob
Meta Platforms Technologies, LLC
METAVERSO, S.A.
Metayage Inc.
MMP Worldwide FZ LLC
MobileFuse, LLC
Monash University
Moreton Bay Regional Council
Morey Consulting
Motivation Holdings
My Equity Comp, LLC
National Retail Federation, Inc.
Nationwide News Pty. Ltd.
NaviRetail Inc.
nContext, LLC
New Balance Athletics, Inc.
Nexcore Group
Nexpansion Inc.
Nike
Nissin Shoukai Inc.
North Land Capital Markets
NWAP II Inc.
NYC & Company
O2 Design
Off Madison Ave
Office of Spot
On The Run Pty. Ltd.
OpenX Technologies, Inc. (V)
Orange142
Oracle Corporation Singapore Pte. Ltd.
Oracle Corporation UK Limited
Osaka Metro Adera Co., Ltd.
Oxford Economics
Pacific Consultants
PandaDoc, Inc.
Pearl Meyer & Partners
Pelmorex Corp.
Perception Media
Pickwell SP Zoo
PiinPoint Inc.
Pinal County
Pinchhitters BV
Placewise Media
Point72, L.P.
Popeyes Louisiana Kitchen Inc. (RBI)
Precisely.com (Syncsort)
PricewaterhouseCoopers Public Accountants
PropertyGuru Pte. Ltd.
Propmodo Inc.
Propulso
PublicNSA, LLC dba BIGDBM
PubMatic, Inc.
PwC Advisory sp. z o.o. sp.k.
PwC Middle East
Q1Media, Inc.
Quantify Strategic Insights
QuikTrip Corporation
Reach Media New Zealand Limited
Redland City Council
Restaurant Brands International US Services LLC
Rexall Pharmacy Group LLC

RMG Advertising
Rockport Analytics
Rove Marketing Inc.
Roy Morgan
RRC Associates
Rural Press Pty. Ltd.
SC Tristone Production Impex SRL
S.M.EG.I.T TURISTICAS S.A.M.P.
SA1 Property Holdings Pty. Ltd.
SDI Realty Advisors
Seychelles Tourism
Shell International
Shivaami Cloud Services Pvt Ltd.
Sight & Sound Film, LLC
Simpleview
Singapore Press Holdings Limited
SiteZeus
Sky Synergy, LLC
SMRT Commercial Pte. Ltd.
Southern Methodist University
Spatial.AI
Stellar Lifestyle Pte. Ltd.
StreetMetrics, Inc.
Subskribe
Sunlife
Sync Media
Tango Analytics LLC
Takeshi Yamamoto - Consulting Services
Taubman Centers, Inc.
Taymax
TD Bank, N.A.
Tetrad Computer Operations Applications Inc.
The Coca-Cola Company
The Executive Centre Singapore Pte. Ltd.
The Benchmark Company, LLC
The Trust for Public Land
Think Economics
Tomorrow's Tourism Ltd. (GBP)
Tourism Economics
Tourist Tracka Pty. Ltd.
Town of Pinetop-Lakeside
Town of Superior
Transport for NSW
TrueData Solutions, Inc.
TrueGrit Communications, LLC

TrustArc Inc.
Unify Technologies Pvt Ltd.
Unisource Solutions, Inc.
University of Canterbury
University of Montana
Unruly Group LLC
Urban Studies
Urban Systems Ltd.
Urbis Pty. Ltd.
V12 (fka DataMentors, LLC)
Valvoline
Veraset LLC
Vercara, LLC
Vietch Lister Consulting Pty. Ltd. (VLC)
VIOOH Ltd.
Visit Canton - Stark County CVB
Visual Approach
W E Upjohn Institute for Employment Research
Walmart
Wawa, Inc.
Wahl & Case EQIQ K.K.
Weedmaps
Wendy's International, LLC
Workaletta Inc.
XLocations, Inc.
Zartico, Inc.
ZoomInfo Technologies LLC
Zoom Video Communications, Inc.

**Lenders & Professionals**
Avidbank
Blue Torch Credit Opportunities Fund III LP
Blue Torch Finance LLC
BNP Paribas
Bpifrance Financing
BTC Holdings Fund II LLC
BTC Holdings KRS Fund LLC
BTC Holdings SBAF Fund LLC
King & Spalding LLP
KPG BTC Management LLC

**Shareholders**
 Abhijit Hubli
 Abhishek Ranjan
 Aditi Sheel

| | |
|---|---|
| Amelie Nisus | Ho Yi Hong |
| Amod Chopra | Honeih Etemadi Eydgahi |
| Amrita De La Penna | James Norman Blau |
| Aniket Suresh Chougule | Jayson W Ayers |
| Anuj Dayal Bharti | Jennifer-Jane Roszak |
| Anurag S | Jon Michael Atterbury |
| Arjun Divecha | Jonathan Tang Wei Lin |
| Ashish Gupta | Joseph Jing-Fong Chen |
| Ashok Vemuri | Juliette Barthe |
| Asuri Narayanan Srikeshav | Kamal Chhetri |
| Aswathi C C | Karen Steele |
| Axel Ferrier | Kelsey Rae Waite |
| Balaji Rajan | Kesav M |
| Bazile Cecille | Kevin King-Tung Kwan |
| BTIG, LLC | Kiran Kumar Venugopala |
| C Krithika Lakshmi | Kosaraju Ramya |
| Camilo Mauricio Fonseca | Krishnan Rajagopalan |
| Cantor Fitzgerald & Co | Kshama Keshav Zingade |
| Carlin Tam Yan Fu | Kumar Anish |
| Cecil Capital Pte. Ltd. | Laxman B Nidagundi |
| Cede & Co | Lindsay Kinuyo Yamaoka |
| Chandrakumar Manoj | Lola Millet-Bourgogne |
| Charles-Antoine Dreyfus | Madhavan Rangaswami |
| Charu Sethi | Madhu Prasad N |
| Christian Freeman | Mahesh V Chalil |
| Christina Michelle Handal | Manmeet Kaur |
| Cindy Olivier | Mark Bailey |
| CMDB II | Mary Krishnamoorthy |
| David Michael Raitt | Mathieu Saadat |
| Dhivya B H | Melissa Catherine Coates |
| Edward Locksley Lowther-Harris | Michael Radford |
| Febu P Mirza | Mn Nagaraj |
| First Asian Investments, Inc. | Mohamed Farouk Souissi |
| Geraldine Lei Vigilia | Mohit Chhajer |
| Ghali Vamsi Sai Krishna Murthy | Moumita Sarkar |
| Godspeed Investments Pte. Ltd. | Murali Veeraiyan |
| Gokul Krishnan Rathakrishnan | Narayan Ramachandran |
| Gopal Srinivasan | Naveen Kottigegollahalli Siddagangaiah |
| GPC NIV Ltd. | Navin Kesavan |
| Gulshan Singh | Navneet Anand |
| Gurupramodha S G | Neha Gupta |
| Harish Ganesh | Nguyen Anh Ngoc Tran |
| Himanish Shah | Nicolas Proust |
| Himanshu Nigam | Nisarga Pal |
| Hisashi Inotani | Nishanth Chandrasekaran |

Northland Securities, Inc.
Ocean Capital Enterprises Co., Ltd.
Oriental Investment Advisors Pte. Ltd.
Paul Benoist
Penumutchu Vittal Kumar
Peter Lenz
Polar Multi-Strategy Master Fund
Pothukurchi Naga Santhosh Kumar
Prajakta Pandurang Sutar
Pranesh Sharma
Preethesh Loknath Shetty
Preethish
Pritha Dilip Das
Priya Raghavan
Rahul Saria
Raja A
Rajkumar Velagapudi
Ramapriya Kyathanahally Janardhan
Rashmi Vinitha R
Relentless Zen, LLC
Renuka Parthiban
Ricardo Rojas Ruiz
Richard Douglas Shaddle
Ronanki Dinesh Kumar
Rushikesh Namdeo Tapre
Sahil Vaid
Saksham Kahol
Sakshi Ganesh Asange
Sanaldev Vasudevan Meloottparambil
Sanjana Fernandes
Sarah Jayanetti
Sean Knight
Seema
Sequoia Capital India III Ltd.
Shikha Singh
Shreya Bande
Simon D Caballero
Smriti Kataria
Smyth Jules
Sriram Raghavan
Sudeep Charles
Sugandha Rai
Sumanth N
Suryabir Singh
Syed Rizwan Hashmi

Tejas Dhansukhbhai Panchal
The Benchmark Company, Llc
Timothy Coxon
Uday Kumar
Venkat Sai Giridhar Reddy Karam
Victoria Louise Heely
Vignesh V
Vijay Kumar Kuppili
Vinay Kumar Vemula
Vinayak Navale
Vinayaka Kulkarni Prabhakar

**Banks**
Avid Bank
BNP Paribas
Citibank
HSBC
ICICI Bank
MonFX

**Taxing / Regulatory Authorities / Government Agencies**
California Franchise Tax Board
City of Pasadena
City of Los Angeles
Commonwealth of Massachusetts
Country of Singapore
Delaware Division of Corporations
District of Columbia
Internal Revenue Service
New York Department of Taxation & Finance Corporation
New York City Department of Finance
State of California
State of Colorado
State of Delaware
State of Florida
State of Georgia
State of Hawaii
State of Indiana
State of Illinois
State of Kansas
State of Massachusetts
State of Maryland
State of Missouri
State of New Hampshire

State of New Jersey
State of New York
State of North Carolina
State of Oregon
State of Tennessee
State of Texas
State of Utah
State of Vermont
State of Virginia
State of Washington
State of Wisconsin

**Utilities**
ACC Business
Zayo Group, LLC
8x8 Inc.

**Litigation Parties**
Jonathan Zorio
Nash Brian
Anil Matthews

**Current and Former Directors & Officers**
Gladys Kong
Jay Angelo
John Faieta
Kathryn T. Petralia
Mark N. Greene
Michelle Zhou
Richard J. Salute
Sherman Edmiston III
Vijay Kuppili
Anil Matthews
Rahul Agarwal
Shobhit Shukla
Mini Krishnamoorthy
Ronald Steger
Gene Eubanks
Scott Slipy
Paul Gross
Madhusudan Therani
Justin Joseph
Andrea Chee Yuen Li

**Professionals**
Adlakha Kukreja & Co.
AEI Legal LLC
Baker Tilly US, LLP
Continental Stock Transfer & Trust Co.
Daijogo & Pedersen LLP
Drew & Napier LLC
Driti Advisors LLP
Ernst & Young LLP
GLC Advisors & Co., LLC
GLC Securities, LLC
Grant Thornton Bharat LLP
Kelley Drye & Warren LLP
Kroll Restructuring Administration
Lumos Law
M2K Advisors Pte Ltd
Natarajan & Swaminathan
Pragmatica Law LLP
Taylor Wessing LLP
Willkie Farr & Gallagher LLP
Young Conaway Stargatt & Taylor, LLP

**Benefit Providers**
Aetna
Aflac
Blue Cross and Blue Shield of Minnesota
Blue Cross and Blue Shield of North Carolina
Blue Shield of California
CIGNA Global Health
Delta Dental
Empire Blue Cross
Farmers Group
Florida Blue
Guardian Dental
Kaiser Permanente
MetLife Dental
MetLife Life Insurance
The Hartford
TriNet Group
Tufts Health Plan
UnitedHealthcare
Vision Service Plan (VSP)

**Landlord / Sublessee**
CIT Bank, N.A.
First-Citizens Bank & Trust Company
Parsons Services Company

SM10000 PROPERTY, LLC

**Top 30 Creditors**
Akama Holdings Fz-LLC
Amazon Web Services, Inc.
Cantor Fitzgerald & Co.
Investments LLC
Digital Envoy, Inc.
EdgarAgents, LLC
EGS Inc.
Greater Pacific Capital Management Ltd.,
GPC NIV LTD.
Gopal Srinivasan
Haynes and Boone, LLP
HERE Europe B.V.
ICR LLC
Interxion Ireland DAC Limited
Kirkland & Ellis LLP
KludeIn Prime, LLC
Magnite, Inc.
Palisades Media Group, Inc.
Polar Multi Strategy Master Fund
Polar Asset Management Partners Inc.
Sequoia Capital India III Ltd.
Smaato, Inc.
Star Labs LLC
Talent Hunt USA
Taylor Wessing LLP
Telstra Ventures Fund II, L.P
Titan Columbus Ventures
The Benchmark Company, LLC
The Ebinger Family Trust
Venable LLP
Verve Group Europe GmbH
YA II PN, Ltd. c/o Yorkville Advisors
Global, LLC

**Judges / Court Employees**
Amanda Hrycak
Cacia Batts
Catherine Farrell
Claire Brady
Demitra Yeager
Jill Walker
Joan Ranieri
Judge Ashley M. Chan

Judge Brendan L. Shannon
Judge Craig T. Goldblatt
Judge J. Kate Stickles
Judge John T. Dorsey
Judge Karen B. Owens
Judge Laurie Selber Silverstein
Judge Mary F. Walrath
Judge Thomas B. Horan
Laura Haney
Paula Subda
Una O'Boyle

**Office of the United States Trustee**
Andrew R. Vara
Benjamin Hackman
Christine Green
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Jonathan Lipshie
Jonathan Nyaku
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Lauren Attix
Linda Casey
Linda Richenderfer
Nyanquoi Jones
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Timothy J. Fox, Jr.

- ➢ **SCHEDULE 2**

  - ➢ **Potential Connections or Related Parties**[1] In the ordinary course of its financial advisory practice, M3 Advisory Partners, LP or its senior professionals (collectively, "M3") have recently had and/or currently have relationships with various law firms, accounting firms, financial advisory firms, and other professionals and service providers, as well as affiliates of the foregoing who are listed on Schedule 1 (the "***Debtor Disclosure Schedule***") as parties-in-interest in these proceedings (each, an "***Ancillary Entity***"). Such relationships have included, among other things, M3 or its senior professionals[2] serving as an advisor to clients in engagements where (a) such client was or is represented by one or more Ancillary Entities or (b) one or more Ancillary Entities has represented or currently represents one or more parties-in-interest who are not clients of M3. Additionally, certain of the Ancillary Entities may have retained, or been retained by M3 and its affiliates, in the recent past with respect to matters unrelated to the Debtors and their bankruptcy cases.

  - ➢ The Persons shown on the Debtor Disclosure Schedule who constitute (or whose affiliates constitute) Ancillary Entities include, without limitation, Baker Tilly US, LLP; Continental Stock Transfer & Trust Co.; Ernst & Young LLP; GLC Advisors & Co., LLC/GLC Securities, LLC; Grant Thornton Bharat LLP; Hayes & Boone LLP; Kelley Drye & Warran LLP; King & Spalding LLP; Kirkland & Ellis, LLP; Kroll Restructuring Administration; Taylor Wessing LLP; Venable LLP; Willkie Farr & Gallagher; and Young Conaway Stargatt & Taylor, LLP. To the best knowledge of the senior professionals at M3 on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings.

  - ➢ M3 has currently has or recently has had relationships with various bank and non-bank lenders, trustees, other financial institutions acting in various capacities, and other equity and debt financing sources, as well as affiliates of any of the foregoing, who are listed on the Debtor Disclosure Schedule as parties-in-interest to these proceedings (collectively, the "***Financial Institutions***"). Such relationships may include, among other things, (a) a direct relationship between M3 and one or more of the Financial Institutions, (b) M3 advising Persons who themselves have relationships with such Financial Institutions and (c) M3 being involved in a proceeding or other engagement in which one or more Financial Institutions was separately a party-in-interest (the parties-in-interest described in clauses (a), (b) and (c) collectively, "***Ancillary Institutions***").

---

[1]  References in this Schedule to parties-in-interest with which M3 currently has or recently has had relationships in any category described above are not exclusive and the party-in-interest or an affiliate thereof also may have other relationships with M3 in the same or other categories without specific identification. All disclosures contained herein are made to the knowledge of M3 based upon parties-in-interest disclosures provided in various engagements and other information of which the senior professionals at M3 have actual knowledge. For purposes of this Schedule, the term "Persons" shall include entities and natural persons and any reference to a specific Person shall be deemed to also be a reference to affiliates of such Person.

[2]  For purposes of this Schedule, the term "senior professionals" refers to Managing Directors and Directors of M3.

2

- Such Ancillary Institutions include, without limitation, Blue Torch Finance LLC/Blue Torch Credit Opportunities Fund III LP; BNP Paribas; Brentwood Associates; BTC Holdings Fund II LLC/BTC Holdings KRS Fund LLC/BTC Holdings SBAF Fund LLC; CIT Bank, N.A.; Citibank; First Citizens Bank & Trust Company; HSBC; ICICI Bank; Polar Asset Management Partners Inc./Polar Multi-Strategy Master Fund; and Sequoia Capital India III Ltd.  To the best knowledge of the senior professionals at M3 on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings.

- On the Debtor Disclosure Schedule, Cantor Fitzgerald & Co. has been disclosed as a Shareholder and Top-30 Creditor of the Debtors.

    - Cantor Fitzgerald & Co. has been disclosed as a Party to Pending Litigation and as a Significant Unsecured Creditor of Starry Group Holdings, Inc., *et al.*, in its ongoing bankruptcy proceedings in the United States Bankruptcy Court for the District of Delaware.  M3 serves as financial advisor to the Official Committee of Unsecured Creditors in such proceedings.

    - Cantor Fitzgerald & Co. or an affiliate thereof served as the lead underwriter for the initial public offering of M3-Brigade Acquisition II Corp., M3-Brigade Acquisition III Corp. and Brigade-M3 European Acquisition Corp., each of which is or was a special purpose acquisition company sponsored by, among others, the managing partner and certain professionals of M3.  In each of those cases, the involvement of Cantor Fitzgerald & Co. and its affiliates is complete.

- To the best knowledge of the senior professionals at M3 on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings.

- On the Debtor Disclosure Schedule, Cede & Co. has been disclosed as a Shareholder.

    - Cede & Co. also has been identified as an Equity Holder or Shareholder to parties-in-interest in various other M3 engagements.  To the best knowledge of the senior professionals at M3 on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings.

- On the Debtor Disclosure Schedule, Ocean Capital Enterprises Co., Ltd. has been disclosed as a Shareholder of the Debtors.

    - Each of Ocean Capital GmbH and Ocean Fidelity GmbH has been identified as an Equity Holder of one or more of the debtors in the ongoing bankruptcy proceedings of BlockFi Inc., *et al.*, in the United States Bankruptcy Court for the District of Delaware.  M3 serves as financial advisor to the Official Committee of Unsecured Creditors of the debtors in such proceedings.  To the best knowledge of the senior professionals at M3 on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings.

➢ M3 currently purchases or recently has purchased goods and services in the ordinary course of business and in the open market from vendors who are listed on the Debtor Disclosure Schedule as parties-in-interest to these proceedings. Similarly, clients of M3, and debtors and parties-in-interest with respect to matters in which M3 is currently involved or recently has been involved in various capacities, also purchase or recently have purchased, or sell or recently have sold, goods and services in the ordinary course of business and in the open market from or to certain of the Persons listed on the Debtor Disclosure Schedule as parties-in-interest to these proceedings. Among other things, we note that EdgarAgents, LLC, who is listed as a "Top-30 Creditor" of the Debtors, has previously provided printing and SEC compliance support services to certain of the SPACs. To the best knowledge of the senior professionals at M3 on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings.

➢ M3 currently serves or recently has served as a financial advisor to various Persons which have (a) purchased, or currently purchase, insurance (including, without limitation, health and similar insurance), employment benefits services, or utilities from, (b) leased property or assets from landlords or lease counterparties who are, or (c) recently have been or are subject to the taxing or other regulatory authority of, Persons listed on the Debtor Disclosure Schedule as parties-in-interest to these proceedings. In addition, M3 itself purchases or has recently purchased insurance, employments benefits services or utilities from, or currently or recently has leased property or assets from, or is or recently has been subject to the taxing or other regulatory authority of, Persons who are listed on the Debtor Disclosure Schedule as parties-in-interest to these proceedings. To the best knowledge of the senior professionals at M3 on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings.

➢ In the ordinary course of its business, M3 provides services to Persons currently or recently conducting, or involved in, bankruptcy proceedings in various federal bankruptcy courts in the United States. In connection with these proceedings, M3 interacts with Judges of the United States Bankruptcy Courts and personnel of the Office of the United States Trustee in various jurisdictions, including, without limitation, those of the District of Delaware. To the best knowledge of the senior professionals at M3 on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings.