IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEAR INTELLIGENCE, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11962 (TMH)<br><br>(Jointly Administered)<br><br>**Hearing Date: Feb. 16, 2024, at 10:00 a.m. (ET)**<br>**Objection Deadline: Feb. 8, 2024, at 4:00 p.m. (ET)** |

## NOTICE OF APPLICATION AND HEARING

**PLEASE TAKE NOTICE** that on January 25, 2024, the Official Committee of Unsecured Creditors (the "Committee") of Near Intelligence, Inc., et al., (the "Debtors"), appointed in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), filed the *Application of the Official Committee of Unsecured Creditors of Near Intelligence, Inc. et.al., for Entry of an Order Authorizing Employment and Retention of DLA Piper LLP (US) as Counsel, Effective as of December 26, 2023* (the "Application") with the United States Bankruptcy Court for the State of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application has been scheduled before The Honorable Thomas M Horan, United States Bankruptcy Judge, at the Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801 on **February 16, 2024, at 10:00 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE**, that all objections or responses to the Application must be filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 and served on the undersigned counsel on or before **February 8, 2024, at 4:00 p.m. (ET)** (the "Objection Deadline").

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

ACTIVE\1606911753.1

Dated: January 25, 2024    **DLA PIPER LLP (US)**

/s/ *Aaron S. Applebaum*
R. Craig Martin (DE 5032)
Aaron S. Applebaum (DE 5587)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Email: craig.martin@us.dlapiper.com
aaron.applebaum@us.dlapiper.com

and

Dennis C. O'Donnell, Esq. (admitted *pro hac vice*)
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Email: dennis.odonnell@us.dlapiper.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*