## EXHIBIT A

**O'Donnell Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |

## DECLARATION OF DENNIS O'DONNELL

I, Dennis O'Donnell, declare, pursuant to 28 U.S.C. § 1746, that the following is true to the best of my knowledge, information and belief:

1.     I am an attorney in good standing to practice in the State of New York and in the United States Bankruptcy Court for the Southern District of New York.  I was admitted, *pro hac vice*, to the bar of this Court by Order dated December 26, 2023 [D.I. 94].

2.     I am a partner in the Restructuring Group of the firm of DLA Piper LLP (US) ("DLA Piper"), proposed counsel for the Official Committee of Unsecured Creditors (the "Committee") of Near Intelligence, Inc. et al. (the "Debtors") in these chapter 11 Cases (the "Chapter 11 Cases").

3.     I submit this declaration (the "Declaration") under sections 1103(b) and 328 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), in support of the Committee's application to employ and retain DLA as counsel to the Committee, effective as of December 26, 2023 (the "Application").[2]

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd.  The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

[2]     Capitalized terms used but not defined in this Declaration shall have the meanings given to them in the Application.

4.      Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I would testify thereto.

## BACKGROUND

5.      December 8, 2023 (the "Petition Date"), the Debtors each filed voluntary petitions under chapter 11 of the Bankruptcy Code.

6.      The U.S. Trustee appointed the Committee on December 22, 2023. The Committee selected DLA Piper as its proposed counsel on December 26, 2023.

## DLA PIPER'S QUALIFICATIONS

7.      DLA Piper is particularly well suited to serve as Committee's counsel in these Chapter 11 Cases.  DLA Piper, including its international affiliates, is one of the largest law firms in the world, with a national and global practice, and has substantial experience in virtually all aspects of the law that may arise in these Chapter 11 Cases.  In particular, DLA Piper has extensive bankruptcy and restructuring, international insolvency, financial technology (FinTech), corporate, mergers and acquisitions, corporate governance, employee benefits, environmental, finance, intellectual property, labor and employment, litigation, real estate, securities and tax expertise.

8.      DLA Piper's restructuring group provides an array of services to assist financially distressed businesses, creditors and other stakeholders in maximizing value and ultimate recoveries in a broad range of challenging circumstances.  The group comprises approximately 300 attorneys practicing around the world.  DLA Piper's lawyers have played significant roles in many of the largest and most complex, as well as many middle market, cases under the Bankruptcy Code, including, among many others, the chapter 11 cases of the following entities and certain of their affiliates: *Pennsylvania Real Estate Investment Trust, PARTS iD, Inc., UpHealth Holdings, Inc., Fast Radius, Inc., Vesttoo Ltd., Valeritas Holdings, Inc., Comcar*

*Industries, Inc.*, *Celadon Group, Inc.*, *4 West Holdings, Inc.*, *Appvion, Inc.*, *Katy Industries, Inc.*, *Abeinsa Holding Inc.*, *ALCO Stores, Inc.*, *Barnes Bay Development, Ltd.*, *Capitol Lakes, Inc.*, *Celadon Group, Inc.*, *Contech LLC*, *Dana Corporation*, *Delia's Inc.*, *East West Resort Development*, *Fairfield Residential LLC*, *Federated Department Stores*, *Imperial Home Décor Group Inc.*, *Imris, Inc.*, *Kaiser Aluminum Corporation*, *LK Bennett U.S.A, Inc.*, *Loewen Group International, Inc.*, *Northwest Airlines Corporation*, *Orchard Supply Hardware Stores Corporation*, *PHI, Inc.*, *PJ Finance Company, LLC*, *Polaroid Corporation*, *PFF Bancorp, Inc.*, *Promise Healthcare Group, LLC*, *Rupari Holding Corp.*, *Trident Microsystems, Inc.*, *Velti Inc.* and *Vertellus Specialties Inc.*

9.     DLA also regularly represents official and *ad hoc* committees, in corporate and restructuring transactions throughout the world, often where such committees have been charged with conducting investigations and prosecuting often contentious litigations against other stakeholders and third parties, including, among many others, the chapter 11 cases of the following entities and certain of their affiliates: *Instant Brands Acquisition Holdings Inc.*, *Times Square JV LLC, Clarus Therapeutics Holdings, Inc., Plastiq, Inc., Tilden Marcellus, LLC, Verity Healthcare Systems, Tilden Marcellus, Hospital Staffing Services, Inc., SAS AB, Relativity Holdings, Inc., Lehman Brothers, RAAM Global Energy Co., Hebrew Hospital Senior Housing, Inc., Arcapita Bank, PG&E Corp., FirstEnergy Solutions Corp., Fairfield Residential LLC, Polaroid Corporation, Refco Inc., Enron Corp., Great Atlantic and Pacific Tea Company, Inc., Fleming Companies, Winn-Dixie Stores, Inc., Far & Wide Travel Corporation, Cargo Transportation Services, Gemini Air Cargo, Mossi & Ghisolfi USA Corp.*

## SERVICES TO BE PROVIDED

10.     The Committee has requested that DLA Piper render the following services,

among others, in connection with these Chapter 11 Cases:

    (a)    advise the Committee with respect to its rights, duties and powers in the Chapter 11 Cases;

    (b)    participate in in-person and telephonic meetings of the Committee and any subcommittees formed thereby, and otherwise advise the Committee with respect to its rights, powers and duties in the Chapter 11 Cases;

    (c)    assist and advise the Committee in its consultations, meetings and negotiations with the Debtors and all other parties in interest regarding the administration of the Chapter 11 Cases;

    (d)    assist the Committee in analyzing the claims asserted against and interests asserted in the Debtors, in negotiating with the holders of such claims and interests, and in bringing, participating in or advising the Committee with respect to contested matters and adversary proceedings, including objections or estimation proceedings, with respect to such claims or interests;

    (e)    assist with the Committee's review of the Debtors' Schedules of Assets and Liabilities, Statements of Financial Affairs and other financial reports prepared by the Debtors, and the Committee's investigation of the acts, conduct, assets, liabilities and financial condition of the Debtors and of the historic and ongoing operation of its business;

    (f)    assist the Committee in its analysis of, and negotiations with, the Debtors or any third party related to, among other things, financings, use, sale or leasing of the Debtors' assets, including asset disposition transactions, compromises of controversies, assumption or rejection of executory contracts and unexpired leases, and matters affecting the automatic stay;

    (g)    assist the Committee in its analysis of, and negotiations with, the Debtors or any third party related to, the negotiation, formulation, confirmation and implementation of a chapter 11 plan for the Debtors, and all pleadings, agreements and documentation related thereto;

    (h)    assist and advise the Committee with respect to its communications with the general creditor body regarding significant matters in the Chapter 11 Cases;

    (i)    represent the Committee at all hearings and other proceedings before the Court and such other courts or tribunals, as appropriate;

(j)     review and analyze all complaints, motions, applications, orders and other pleadings filed with the Court, and advise the Committee with respect to its position thereon and the filing of any response thereto;

(k)     assist the Committee in preparing pleadings and applications, and pursuing or participating in adversary proceedings, contested matters and administrative proceedings as may be necessary or appropriate in furtherance of the Committee's interests and objectives; and

(l)     perform such other legal services as may be necessary or as may be requested by the Committee in accordance with the Committee's powers and duties as set forth in the Bankruptcy Code.

11.     Subject to this Court's approval of the Application, DLA Piper is willing to serve as the Committee's counsel and to perform the services described above.  The Committee may, from time to time, request that DLA Piper undertake specific matters beyond the scope of the responsibilities set forth above.  DLA Piper may, in its discretion, undertake any such specific matters.

## **DLA PIPER'S DISINTERESTEDNESS**

12.     DLA Piper does not represent and will not represent any entity, other than the Committee, in matters related to the Chapter 11 Cases.

13.     Except as otherwise set forth herein, to the best of my knowledge, the partners, counsel, associates and employees of DLA: (a) do not have any connection with the Debtors, their known creditors, other known or potential parties in interest, their respective attorneys or accountants or other professionals, the U.S. Trustee for the District of Delaware or any person employed in such office of the U.S. Trustee, any United States Bankruptcy Judge or District Judge for the District of Delaware or the Clerk of the Bankruptcy Court for the District of Delaware or any person employed by the office of such Clerk; and (b) do not represent any other entity holding an adverse interest to the Committee in connection with these Chapter 11 Cases.

14.     In connection with its proposed retention by the Committee in this case, DLA Piper searched its client database to determine whether it had any relationships with any interested parties in these Chapter 11 Cases.  A copy of the interested party list provided by the Debtors and used by DLA Piper to identify any relationships is attached hereto as **Schedule 1**.

15.     DLA Piper in the past has represented, currently represents and in the future may represent certain of these parties in matters unrelated to the Debtors and these Chapter 11 Cases.  Specifically, DLA Piper currently represents, or has represented in the past, the entities or their affiliates listed on **Schedule 2** to this Declaration.

16.     As disclosed on Schedule 2, DLA Piper currently represents, and formerly has represented, YA II PN, Ltd. c/o Yorkville Advisors Global, LLC ("Yorkville") in matters unrelated to the Debtors or these Chapter 11 Cases.  Yorkville currently serves as one of the members of the Committee.  DLA has not represented, and will not represent, Yorkville or its affiliates in connection with any matter related to the Debtors or these Chapter 11 Cases.  On an annual basis, the fees generated from Yorkville in unrelated matters represented .027% of DLA Piper's total revenues for 2022 and .040% of DLA Piper's revenues for 2023.

17.     As also disclosed on Schedule 2, Magnite, Inc. ("Magnite") is a client of one or more international affiliates of DLA Piper in matters unrelated to the Debtors or these Chapter 11 Cases.  Magnite currently serves as one of the members of the Committee.  DLA Piper has not represented, and will not represent, Magnite or its affiliates in connection with any matter related to the Debtors or these Chapter 11 Cases.  Because Magnite is not a client of DLA Piper LLP (US), the fees generated from Magnite on an annual basis represented 0.00% of DLA Piper's total revenue.

18.     As also disclosed on Schedule 2, DLA Piper formerly represented Blue Torch Finance, LLC ("Blue Torch"), and certain of its affiliates in matters unrelated to the Debtors or these Chapter 11 Cases.   Blue Torch and certain of its affiliates serve as prepetition and post-petition secured lenders to the Debtors.   DLA Piper has not represented, and will not represent, Blue Torch or its affiliates in connection with any matter related to the Debtors or these Chapter 11 Cases, which are not related in any way to any past representation of Blue Torch by DLA Piper. On an annual basis, the fees generated from Blue Torch in unrelated matters represented .023% of DLA Piper's total revenues for 2020, and 0.00% of its revenues for 2021, 2022 and 2023.   In addition, DLA has erected an ethical wall between DLA Piper professionals involved in the representation of the Committee and those involved in any former engagement by Blue Torch in order to protect any confidential information of Blue Torch obtained in the course of such representation.

19.     As disclosed on Schedule 2, DLA Piper currently represents and has formerly represented Cantor Fitzgerald & Co. ("Cantor") and certain of its affiliates in matters unrelated to the Debtors or these Chapter 11 Cases.   In addition, DLA Piper represented Cantor in its role as placement agent to KludeIn I Acquisition Corp in connection with the Debtors' 2023 deSpac transaction.   DLA Piper has not represented, and will not represent, Cantor or its affiliates in connection with any matter related to these Chapter 11 Cases.   Cantor has no objection to DLA Piper's representation of the Committee in these Chapter 11 Cases.   To the extent that the need arises for the Committee to litigate against Cantor in connection with these Chapter 11 Cases, the Committee will retain other counsel to represent the interests of the Committee with respect to such matters.   I do not believe that any of DLA Piper's current or prior representations of Cantor precludes DLA from meeting the disinterestedness standard under the Bankruptcy Code.   On an

7

annual basis, the fees generated from Cantor engagements represented 0.02% of DLA Piper's total revenues for 2021, 0.04% for 2022, and 0.11% for 2023.

20.    I am not, nor is DLA Piper, an insider of the Debtors.  Neither DLA Piper nor I hold directly any claim or debt of the Debtors.

21.    To the best of my knowledge, no partner, associate or other employee of DLA Piper has been, within two years of the Petition Date, a director, officer or employee of the Debtors as specified in Bankruptcy Code section 101(14)(B).

22.    DLA does not hold any interest materially adverse to the interests of the Debtors' estates or of any class of creditors of the Debtors, by reason of any direct or indirect relationship to, connection with or interest in, the Debtors, as specified in Bankruptcy Code section 101(14)(C).

## PROFESSIONAL COMPENSATION

23.    As of the date of this Declaration, DLA Piper has received no compensation for its work on behalf of the Committee.

24.    Subject to this Court's approval, DLA Piper will be compensated in accordance with the firm's standard hourly rates which are based on each respective professional's level of experience.[3]  The Committee has been informed that these hourly rates are subject to annual firm-wide adjustments in the ordinary course of DLA Piper's business.  DLA Piper will maintain detailed, contemporaneous records of time and any necessary expenses incurred in connection with the rendering of the legal services described above.

---

[3]    DLA Piper may utilize contract attorneys or service providers during these Chapter 11 Cases.  When it is necessary that DLA Piper use a contract attorney or service provider, DLA Piper will not charge a markup to the Committee with respect to fees billed by such contract attorneys or service providers.  Any contract attorneys or service providers who are employed by the Committee in connection with work performed by DLA Piper will be subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code.

25.     The principal attorneys and paraprofessionals presently designated to represent the Committee, along with their standard rates are:

| Timekeeper | Title (Firm Year) | Hourly Rate |
|---|---|---|
| R. Craig Martin | Partner (1999) | $1,595 |
| Dennis O'Donnell | Partner (1991) | $1,515 |
| Aaron S. Applebaum | Of Counsel (2008) | $1,225 |
| Nicole McLemore | Associate (2021) | $910 |
| Desiree Moshayedi | Law Clerk (2023) | $730 |
| Carolyn Fox | Paralegal/Case Manager | $410 |
| Theresa Pullan | Paralegal/Case Manager | $390 |

26.     The firm's standard rates are set at a level designed to compensate DLA Piper for the work of its attorneys and legal assistants and to cover fixed and routine overhead expenses. It is the firm's policy to charge its clients for all disbursements and expenses incurred in the rendition of services.  These disbursements and expenses include, among other things, costs for telephone and facsimile charges, photocopying, travel, business meals, computerized research, messengers, couriers, postage, witness fees and other fees related to trials and hearings.

27.     DLA Piper intends to apply to the Court for payment of compensation and reimbursement of actual and necessary expenses incurred as counsel to the Committee in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the guidelines promulgated by the Office of the United States Trustee, the Local Rules and orders of this Court, and pursuant to any additional procedures that may be established by the Court in the Chapter 11 Cases.

28.     Other than as set forth above, there is no proposed arrangement between the Committee and DLA for compensation to be paid in the Chapter 11 Cases.  DLA Piper has neither shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with partners, associates and contract attorneys or service providers associated with DLA Piper or (b) any compensation another person or party has received or may receive.

29.     The proposed employment of DLA Piper is not prohibited by or improper under Bankruptcy Rule 5002.  To the best of my knowledge, no attorney or employee at the firm is related to any United States Bankruptcy Judge or District Court Judge for the District of Delaware or to the United States Trustee for such district or any employee in the office thereof.

30.     DLA Piper will continue to conduct further inquiries of its partners, counsel, associates, and employees with respect to the matters contained herein.  DLA Piper will file supplemental declarations regarding this retention if any additional relevant information comes to its attention.

### ATTORNEY STATEMENT PURSUANT TO U.S. TRUSTEE GUIDELINES

31.     The following is provided in response to the request for additional information set forth in Paragraph D.1. of the U.S. Trustee Guidelines:

a.   Question:  Did DLA Piper agree to any variations from, or alternatives to its standard billing arrangements for this engagement?

Answer:  No.

b.   Question: Do any of the DLA Piper professionals in this engagement vary their rate based on the geographic location of the Debtors' chapter 11 cases?

Answer:  No.

c.   Question: If DLA Piper has represented the Committee in the 12 months prepetition, disclose DLA Piper's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months

10

prepetition. If DLA Piper's billing rates and material financial terms have changed post-petition, explain the difference and the reasons for the difference.

Answer:  DLA Piper did not represent the Committee prepetition.

d.  Question: Has the Committee approved DLA Piper's budget and staffing plan, and, if so, for what budget period?

Answer: DLA Piper and the Committee have agreed to the professional fee budget to be approved in connection with the Debtors' approved post-petition financing, and the Committee has approved DLA Piper's staffing plan.

I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing

is true and correct.

Dated:   January 25, 2024                **DLA PIPER LLP (US)**

                                          _/s/  Dennis O'Donnell_____
                                          Dennis C. O'Donnell (admitted _pro hac vice_)
                                          1251 Avenue of the Americas
                                          New York, New York 10020
                                          Telephone: (212) 335-4500
                                          Email:   dennis.odonnell@us.dlapiper.com

## Schedule 1

**Potential Parties in Interest List**

**Near Intelligence**
**Parties in Interest List**

**Debtors and Non-Debtor Affiliates**
**(including f/k/a, d/b/a, a/k/a)**
KludeIn I Acquisition Corp.
Near Americas Inc.
Near Holdings Pte. Ltd.
Near Intelligence Holdings Inc.
Near Intelligence LLC
Near Intelligence Pte. Ltd.
Near Intelligence Pty. Ltd.
Near Intelligence Pvt. Ltd.
Near Intelligence SAS
Near Intelligence, Inc.
Near Pte. Ltd.
Near North America, Inc.
Paas Merger Sub 2 LLC
UberMedia, Inc.

**Insurers**
Ace American Insurance Company (Chubb)
AIG
Allied World
Associated Industries Insurance Co., Inc.
Berkshire Hathaway
Chubb European Group SE
Chubb Insurance Australia Ltd.
Chubb Insurance Singapore Ltd.
ICICI Lombard GIC Ltd.
National Union Fire Insurance Company of
Pittsburgh, PA
Sentinel Insurance Company Ltd. (Hartford)
Vantage Risk Assurance Company
XL Specialty Insurance Company

**Material Contracts**
Accenture
Activate Holdings Ltd.
Admatik Sdn Bhd
Advanced Contributors Pvt. Ltd.
Aelius Exploitation Technologies, LLC
Agoop Corp
Ailevon Pacific Aviation Consulting
Airbiz Offshore Private Limited (SG)
Analysis

Alexander Babbage, Inc.
Alight Public Relations, LLC
Altometer Business Intelligence
AltScore Inc.
Amberoon
Aramark Refreshment Services, LLC
ARInsights, LLC
ASLF Media Pty. Ltd.
Asset Strategies Group (ASG)
Australian United Retailers Limited
Avarisoft Pty. Ltd.
AudienceQ Limited
Avison Young (USA) Inc.
Big Mobile Group Pty. Ltd.
Bisnow, LLC
Black C Media Istanbul
Blue Genie Art Bazaar
BMT commercial Aus. PTY. Ltd.
Bonzai Digital
Boston Consulting Group
Bowling Green State Univ (BGSU)
BP Australia Pty. Ltd.
Break Media Pte. Ltd.
Brentwood Associates
Brisbane City Council
Brookfield Properties (BPR REIT Services
LLC)
Business Wire Inc.
Caravan Industry Assoc. of AU
CBRE limited
Central Counties Tourism
Chick-fil-A, Inc.
ChurnZero
CircleK-TAS
City of Apache Junction
City of Cleveland
City of El Paso
City of Kingman Tourism Division
City of Perth
City of Prescott Tourism Office AZ
City of Québec
Claires European Services
Coca-Cola Canada Bottling Ltd.

Cochise County Tourism Council
cohort.ID, Inc.
Columbia Distributing ESRI
Complementics
Container Exchange (QLD) Limited
CREtech
D Chain FZ LLC
Dai Nippon Printing Co., Ltd.
Dakota Worldwide
Dallimore & Co.
Datagence, Inc. d/b/a V12 Group
Dean Runyan
Decathlon SE
Deep End Services Pty. Ltd.
Delaware North
Deloitte Financial Advisory Services LLP
Design Workshop, Inc.
Destination Analysts
Dietrich-Pepper, LLC
Digital Commons Limited
Digital Envoy, Inc.
DNP Media Art Co. Ltd.
Dollar General Corp.
DOMO, Inc.
DuPage CVB
Earth Economics
ECRA Pte. Ltd.
Eddy Alexander
Element Advisory Pty. Ltd.
Entrata
Environics
ePrivacy GmbH
Epsilon Data Management, LLC
ESRI (Environmental Systems Research Institute)
Ethos Urban Pty. Ltd.
E*TRADE Financial Corporate Services Inc.
Fernridge Solutions Pty. Ltd.
Fiction Tribe, Inc
Finity Consulting Pty. Ltd.
Flare Aviation Consulting
Foot Locker Retail, Inc.
Fresh Information Limited
Fresno / Clovis CVB
GapMaps, LTD.

GEO marketing Solutions Group
Geografia Pty. Ltd.
Geoscience Australia
GHD Pty. Ltd.
Global Planning Solutions
Google Asia Pacific Pte. Ltd.
Greater Palm Springs
Grosvenor
Guam Vistors Bureau
H2R Market Research
Hamilton City Council
Haynes and Boone, LLP
Herrmann Global
Highspot Inc.
HKS, Inc.
Hobart City Council
Houston First Corporation
Houston Kemp Pty. Ltd.
Idealab
Idemitsu Kosan Co. Ltd.
Ikano Insight Ltd.
Incubeta Australia Pty. Ltd.
InfoSum Ltd.
Innity China Co., Limited
InMobi Pte. Ltd.
Inretail Management
Integral Ad Science, Inc.
Intelligent Direct, Inc.
Intermarché Alimentaire International
Intersection Media
Intervistas Consulting
Intrado Digital Media LLC Digital Media Innovation
InvestorBrandNetwork (IBN)
IRB Holding Corp.
Irys, Inc.
Jackson County Visitors Bureau
Jarrell Chalmers – Marketing Consulting
Jason Wu – Digital Marketing Services
JCDecaux Australia Trading Pty. Ltd.
JKH Business and Property Consulting (PTY.) Ltd.
Johnston County
Knowledge Support Systems, Inc. d/b/a Kallibrate
KFC Pty. Ltd.

Kollaborations Ltd.
Kwik Trip, Inc.
Lasalle Investment Management
Legend Partners - Beau Niblock
Leggo Studio Pty. Ltd.
LES MOUSQUETAIRES
Lex Connect Consulting Private Limited
Linkedin Corporation
Little Caesar Enterprises, Inc.
Localis Technologies Australia
LocationIQ Pty. Ltd.
Longwoods International
Mabrain Technologies
MACROPLAN HOLDINGS PTY. LTD.
Madden Media
Manistee County Visitors Bureau
mapIT (PTY.) Ltd.
Market Economics Ltd.
Masahiro Matsui – Consulting Services
Marsh USA LLC
MBI International
McDonalds
McElhanney Ltd.
Mead & Hunt
Measurement of Outdoor Visibility and
Exposure Pty. Ltd.
MediaOne North America
Media Quest Plus FZ LLC
Mediatiks Limited
Melbourne City Council
MeMob
Meta Platforms Technologies, LLC
METAVERSO, S.A.
Metayage Inc.
MMP Worldwide FZ LLC
MobileFuse, LLC
Monash University
Moreton Bay Regional Council
Morey Consulting
Motivation Holdings
My Equity Comp, LLC
National Retail Federation, Inc.
Nationwide News Pty. Ltd.
NaviRetail Inc.
nContext, LLC
New Balance Athletics, Inc.

Nexcore Group
Nexpansion Inc.
Nike
Nissin Shoukai Inc.
North Land Capital Markets
NWAP II Inc.
NYC & Company
O2 Design
Off Madison Ave
Office of Spot
On The Run Pty. Ltd.
OpenX Technologies, Inc. (V)
Orange142
Oracle Corporation Singapore Pte. Ltd.
Oracle Corporation UK Limited
Osaka Metro Adera Co., Ltd.
Oxford Economics
Pacific Consultants
PandaDoc, Inc.
Pearl Meyer & Partners
Pelmorex Corp.
Perception Media
Pickwell SP Zoo
PiinPoint Inc.
Pinal County
Pinchhitters BV
Placewise Media
Point72, L.P.
Popeyes Louisiana Kitchen Inc. (RBI)
Precisely.com (Syncsort)
PricewaterhouseCoopers Public Accountants
PropertyGuru Pte. Ltd.
Propmodo Inc.
Propulso
PublicNSA, LLC dba BIGDBM
PubMatic, Inc.
PwC Advisory sp. z o.o. sp.k.
PwC Middle East
Q1Media, Inc.
Quantify Strategic Insights
QuikTrip Corporation
Reach Media New Zealand Limited
Redland City Council
Restaurant Brands International US Services
LLC
Rexall Pharmacy Group LLC

RMG Advertising
Rockport Analytics
Rove Marketing Inc.
Roy Morgan
RRC Associates
Rural Press Pty. Ltd.
SC Tristone Production Impex SRL
S.M.EG.I.T TURISTICAS S.A.M.P.
SA1 Property Holdings Pty. Ltd.
SDI Realty Advisors
Seychelles Tourism
Shell International
Shivaami Cloud Services Pvt Ltd.
Sight & Sound Film, LLC
Simpleview
Singapore Press Holdings Limited
SiteZeus
Sky Synergy, LLC
SMRT Commercial Pte. Ltd.
Southern Methodist University
Spatial.AI
Stellar Lifestyle Pte. Ltd.
StreetMetrics, Inc.
Subskribe
Sunlife
Sync Media
Tango Analytics LLC
Takeshi Yamamoto - Consulting Services
Taubman Centers, Inc.
Taymax
TD Bank, N.A.
Tetrad Computer Operations Applications Inc.
The Coca-Cola Company
The Executive Centre Singapore Pte. Ltd.
The Benchmark Company, LLC
The Trust for Public Land
Think Economics
Tomorrow's Tourism Ltd. (GBP)
Tourism Economics
Tourist Tracka Pty. Ltd.
Town of Pinetop-Lakeside
Town of Superior
Transport for NSW
TrueData Solutions, Inc.
TrueGrit Communications, LLC

TrustArc Inc.
Unify Technologies Pvt Ltd.
Unisource Solutions, Inc.
University of Canterbury
University of Montana
Unruly Group LLC
Urban Studies
Urban Systems Ltd.
Urbis Pty. Ltd.
V12 (fka DataMentors, LLC)
Valvoline
Veraset LLC
Vercara, LLC
Vietch Lister Consulting Pty. Ltd. (VLC)
VIOOH Ltd.
Visit Canton - Stark County CVB
Visual Approach
W E Upjohn Institute for Employment Research
Walmart
Wawa, Inc.
Wahl & Case EQIQ K.K.
Weedmaps
Wendy's International, LLC
Workaletta Inc.
XLocations, Inc.
Zartico, Inc.
ZoomInfo Technologies LLC
Zoom Video Communications, Inc.

**Lenders & Professionals**
Avidbank
Blue Torch Credit Opportunities Fund III LP
Blue Torch Finance LLC
BNP Paribas
Bpifrance Financing
BTC Holdings Fund II LLC
BTC Holdings KRS Fund LLC
BTC Holdings SBAF Fund LLC
King & Spalding LLP
KPG BTC Management LLC

**Shareholders**
Abhijit Hubli
Abhishek Ranjan
Aditi Sheel

Amelie Nisus
Amod Chopra
Amrita De La Penna
Aniket Suresh Chougule
Anuj Dayal Bharti
Anurag S
Arjun Divecha
Ashish Gupta
Ashok Vemuri
Asuri Narayanan Srikeshav
Aswathi C C
Axel Ferrier
Balaji Rajan
Bazile Cecille
BTIG, LLC
C Krithika Lakshmi
Camilo Mauricio Fonseca
Cantor Fitzgerald & Co
Carlin Tam Yan Fu
Cecil Capital Pte. Ltd.
Cede & Co
Chandrakumar Manoj
Charles-Antoine Dreyfus
Charu Sethi
Christian Freeman
Christina Michelle Handal
Cindy Olivier
CMDB II
David Michael Raitt
Dhivya B H
Edward Locksley Lowther-Harris
Febu P Mirza
First Asian Investments, Inc.
Geraldine Lei Vigilia
Ghali Vamsi Sai Krishna Murthy
Godspeed Investments Pte. Ltd.
Gokul Krishnan Rathakrishnan
Gopal Srinivasan
GPC NIV Ltd.
Gulshan Singh
Gurupramodha S G
Harish Ganesh
Himanish Shah
Himanshu Nigam
Hisashi Inotani

Ho Yi Hong
Honeih Etemadi Eydgahi
James Norman Blau
Jayson W Ayers
Jennifer-Jane Roszak
Jon Michael Atterbury
Jonathan Tang Wei Lin
Joseph Jing-Fong Chen
Juliette Barthe
Kamal Chhetri
Karen Steele
Kelsey Rae Waite
Kesav M
Kevin King-Tung Kwan
Kiran Kumar Venugopala
Kosaraju Ramya
Krishnan Rajagopalan
Kshama Keshav Zingade
Kumar Anish
Laxman B Nidagundi
Lindsay Kinuyo Yamaoka
Lola Millet-Bourgogne
Madhavan Rangaswami
Madhu Prasad N
Mahesh V Chalil
Manmeet Kaur
Mark Bailey
Mary Krishnamoorthy
Mathieu Saadat
Melissa Catherine Coates
Michael Radford
Mn Nagaraj
Mohamed Farouk Souissi
Mohit Chhajer
Moumita Sarkar
Murali Veeraiyan
Narayan Ramachandran
Naveen Kottigegollahalli Siddagangaiah
Navin Kesavan
Navneet Anand
Neha Gupta
Nguyen Anh Ngoc Tran
Nicolas Proust
Nisarga Pal
Nishanth Chandrasekaran

Northland Securities, Inc.
Ocean Capital Enterprises Co., Ltd.
Oriental Investment Advisors Pte. Ltd.
Paul Benoist
Penumutchu Vittal Kumar
Peter Lenz
Polar Multi-Strategy Master Fund
Pothukurchi Naga Santhosh Kumar
Prajakta Pandurang Sutar
Pranesh Sharma
Preethesh Loknath Shetty
Preethish
Pritha Dilip Das
Priya Raghavan
Rahul Saria
Raja A
Rajkumar Velagapudi
Ramapriya Kyathanahally Janardhan
Rashmi Vinitha R
Relentless Zen, LLC
Renuka Parthiban
Ricardo Rojas Ruiz
Richard Douglas Shaddle
Ronanki Dinesh Kumar
Rushikesh Namdeo Tapre
Sahil Vaid
Saksham Kahol
Sakshi Ganesh Asange
Sanaldev Vasudevan Meloottparambil
Sanjana Fernandes
Sarah Jayanetti
Sean Knight
Seema
Sequoia Capital India III Ltd.
Shikha Singh
Shreya Bande
Simon D Caballero
Smriti Kataria
Smyth Jules
Sriram Raghavan
Sudeep Charles
Sugandha Rai
Sumanth N
Suryabir Singh
Syed Rizwan Hashmi

Tejas Dhansukhbhai Panchal
The Benchmark Company, Llc
Timothy Coxon
Uday Kumar
Venkat Sai Giridhar Reddy Karam
Victoria Louise Heely
Vignesh V
Vijay Kumar Kuppili
Vinay Kumar Vemula
Vinayak Navale
Vinayaka Kulkarni Prabhakar

**Banks**
Avid Bank
BNP Paribas
Citibank
HSBC
ICICI Bank
MonFX

**Taxing / Regulatory Authorities / Government Agencies**
California Franchise Tax Board
City of Pasadena
City of Los Angeles
Commonwealth of Massachusetts
Country of Singapore
Delaware Division of Corporations
District of Columbia
Internal Revenue Service
New York Department of Taxation & Finance Corporation
New York City Department of Finance
State of California
State of Colorado
State of Delaware
State of Florida
State of Georgia
State of Hawaii
State of Indiana
State of Illinois
State of Kansas
State of Massachusetts
State of Maryland
State of Missouri
State of New Hampshire

State of New Jersey
State of New York
State of North Carolina
State of Oregon
State of Tennessee
State of Texas
State of Utah
State of Vermont
State of Virginia
State of Washington
State of Wisconsin

**<u>Utilities</u>**
ACC Business
Zayo Group, LLC
8x8 Inc.

**<u>Litigation Parties</u>**
Jonathan Zorio
Nash Brian
Anil Matthews

**<u>Current and Former Directors & Officers</u>**
Gladys Kong
Jay Angelo
John Faieta
Kathryn T. Petralia
Mark N. Greene
Michelle Zhou
Richard J. Salute
Sherman Edmiston III
Vijay Kuppili
Anil Matthews
Rahul Agarwal
Shobhit Shukla
Mini Krishnamoorthy
Ronald Steger
Gene Eubanks
Scott Slipy
Paul Gross
Madhusudan Therani
Justin Joseph
Andrea Chee Yuen Li

**<u>Professionals</u>**
Adlakha Kukreja & Co.

AEI Legal LLC
Baker Tilly US, LLP
Continental Stock Transfer & Trust Co.
Daijogo & Pedersen LLP
Drew & Napier LLC
Driti Advisors LLP
Ernst & Young LLP
GLC Advisors & Co., LLC
GLC Securities, LLC
Grant Thornton Bharat LLP
Kelley Drye & Warren LLP
Kroll Restructuring Administration
Lumos Law
M2K Advisors Pte Ltd
Natarajan & Swaminathan
Pragmatica Law LLP
Taylor Wessing LLP
Willkie Farr & Gallagher LLP
Young Conaway Stargatt & Taylor, LLP

**<u>Benefit Providers</u>**
Aetna
Aflac
Blue Cross and Blue Shield of Minnesota
Blue Cross and Blue Shield of North Carolina
Blue Shield of California
CIGNA Global Health
Delta Dental
Empire Blue Cross
Farmers Group
Florida Blue
Guardian Dental
Kaiser Permanente
MetLife Dental
MetLife Life Insurance
The Hartford
TriNet Group
Tufts Health Plan
UnitedHealthcare
Vision Service Plan (VSP)

**<u>Landlord / Sublessee</u>**
CIT Bank, N.A.
First-Citizens Bank & Trust Company
Parsons Services Company

SM10000 PROPERTY, LLC

**<u>Top 30 Creditors</u>**
Akama Holdings Fz-LLC
Amazon Web Services, Inc.
Cantor Fitzgerald & Co.
Investments LLC
Digital Envoy, Inc.
EdgarAgents, LLC
EGS Inc.
Greater Pacific Capital Management Ltd.,
GPC NIV LTD.
Gopal Srinivasan
Haynes and Boone, LLP
HERE Europe B.V.
ICR LLC
Interxion Ireland DAC Limited
Kirkland & Ellis LLP
KludeIn Prime, LLC
Magnite, Inc.
Palisades Media Group, Inc.
Polar Multi Strategy Master Fund
Polar Asset Management Partners Inc.
Sequoia Capital India III Ltd.
Smaato, Inc.
Star Labs LLC
Talent Hunt USA
Taylor Wessing LLP
Telstra Ventures Fund II, L.P
Titan Columbus Ventures
The Benchmark Company, LLC
The Ebinger Family Trust
Venable LLP
Verve Group Europe GmbH
YA II PN, Ltd. c/o Yorkville Advisors
Global, LLC

**<u>Judges / Court Employees</u>**
Amanda Hrycak
Cacia Batts
Catherine Farrell
Claire Brady
Demitra Yeager
Jill Walker
Joan Ranieri
Judge Ashley M. Chan

Judge Brendan L. Shannon
Judge Craig T. Goldblatt
Judge J. Kate Stickles
Judge John T. Dorsey
Judge Karen B. Owens
Judge Laurie Selber Silverstein
Judge Mary F. Walrath
Judge Thomas B. Horan
Laura Haney
Paula Subda
Una O'Boyle

**<u>Office of the United States Trustee</u>**
Andrew R. Vara
Benjamin Hackman
Christine Green
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Jonathan Lipshie
Jonathan Nyaku
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Lauren Attix
Linda Casey
Linda Richenderfer
Nyanquoi Jones
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Timothy J. Fox, Jr.

**Schedule 2**

**Interested Parties that Currently Employ or Have
Formerly Employed DLA Piper LLP (US) in Matters
Unrelated to  Debtors or the Chapter 11 Cases**

**Interested Parties that Currently Employ or Have Formerly
Employed DLA Piper LLP (US) in Matters Unrelated to
Debtors or the Chapter 11 Cases**

| Party Name[1] | Relationship to Debtors[2] | Relationship to DLA[3] |
|---|---|---|
| Ace American Insurance Company (Chubb) | Insurers | Current client and affiliate of current clients on matters unrelated to the Debtors or these Chapter 11 cases. |
| AIG | Insurers | Current client and affiliate of current clients on matters unrelated to the Debtors or these Chapter 11 cases. |
| Allied World | Insurers | Current and former client and affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Associated Industries Insurance Co., Inc. | Insurers | Affiliate of current client on matters unrelated to the Debtors or these Chapter 11 cases. |
| Berkshire Hathaway | Insurers | Former client and affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Chubb European Group SE | Insurers | Current client and affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Chubb Insurance Australia Ltd. | Insurers | Affiliate of current clients on matters unrelated to the Debtors or these Chapter 11 cases. |
| Chubb Insurance Singapore Ltd. | Insurers | Affiliate of current clients on matters unrelated to the Debtors or these Chapter 11 cases. |

---

[1]   Where a party and the Debtors maintain multiple relationships, the Debtors listed such parties under each applicable category on the Debtors' Interested Parties List.  Where numerous affiliated entities appeared in the Debtors' Interested Parties List, the DLA Piper performed conflicts searches for all such entities, yet herein list only the most generic and generally applicable name for such affiliated entities.

[2]   This column lists the relationship(s) between the party and the Debtors as reported on the Debtors' Interested Parties List.

[3]   A "current client" is an entity for which DLA Piper is presently engaged; a "former client" is an entity for which there were no active matters as of the date hereof, but there may in the future be active matters.  Use of the word "potential" before such designations signifies entities for which DLA Piper was unable to determine whether any similarities of names were a coincidence or whether the party in interest is related to a client in DLA Piper's databases.  DLA Piper does not represent any "potential" clients in matters related to the Debtors or these Chapter 11 Cases.  The identification of a party in interest herein is not an admission of a conflict, disabling or otherwise.

| ICICI Lombard GIC Ltd. | Insurers | Current client and affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |
| National Union Fire Insurance Company of Pittsburgh, PA | Insurers | Current client and affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Vantage Risk Assurance Company | Insurers | Affiliate of current client on matters unrelated to the Debtors or these Chapter 11 cases. |
| XL Specialty Insurance Company | Insurers | Current client and affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Accenture | Material Contracts | Current and former client and affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Activate Holdings Ltd. | Material Contracts | Affiliate of current client on matters unrelated to the Debtors or these Chapter 11 cases. |
| Aramark Refreshment Services, LLC | Material Contracts | Affiliate of former clients on matters unrelated to the Debtors or these Chapter 11 cases. |
| Australian United Retailers Limited | Material Contracts | Current client on matters unrelated to the Debtors or these Chapter 11 cases. |
| Avison Young (USA) Inc. | Materials Contracts | Affiliate of current and former clients on matters unrelated to the Debtors or these Chapter 11 cases. |
| Boston Consulting Group | Material Contracts | Current and former client and affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| BP Australia Pty. Ltd. | Material Contracts | Current client and affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Brentwood Associates | Material Contracts | Current and former client and affiliate of current client on matters unrelated to these Debtors or Chapter 11 cases. |

| Brookfield Properties (BPR REIT Services LLC) | Material Contracts | Current client and affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Business Wire Inc. | Material Contracts | Current client and affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| CBRE Limited | Material Contracts | Current and former client and affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Chick-fil-A, Inc. | Material Contracts | Current client and affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| CircleK-TAS | Material Contracts | Potential affiliate of current client[4] on matters unrelated to these Debtors or Chapter 11 cases. |
| City of Perth | Material Contracts | Former client on matters unrelated to these Debtors or Chapter 11 cases. |
| Claires European Services | Material Contracts | Current client and affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Coca-Cola Canada Bottling Ltd. | Material Contracts | Affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Decathlon SE | Material Contracts | Affiliate of current client on matters unrelated to these Debtors or Chapter 11 cases. |
| Deloitte Financial Advisory Services LLP | Material Contracts | Affiliate of current and former client on matters unrelated to these Debtors or Chapter 11 cases. |
| Dollar General Corp. | Material Contracts | Current and former client on matters unrelated to these Debtors or Chapter 11 cases. |

---

[4]     DLA Piper represents Equinor Natural Gas LLC, which is an affiliate of Circle K Detaljist AS, which may be related to CircleK-TAS.

| DOMO, Inc. | Material Contracts | Current client and affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |
|---|---|---|
| Epsilon Data Management, LLC | Material Contracts | Potential affiliate of current client on matter unrelated to these Debtors or Chapter 11 cases. |
| ESRI (Environmental Systems Research Institute) | Material Contracts | Current client and affiliate of current client on matters unrelated to these Debtors or Chapter 11 cases. |
| E*TRADE Financial Corporate Services Inc. | Material Contracts | Affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Foot Locker Retail, Inc. | Material Contracts | Affiliate of current client on matters unrelated to these Debtors or Chapter 11 cases. |
| GHD Pty. Ltd. | Material Contracts | Potential former client and affiliate of current client on matters unrelated to these Debtors or Chapter 11 cases.[5] |
| Global Planning Solutions | Material Contracts | Potential affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases.[6] |
| Google Asia Pacific Pte. Ltd. | Material Contracts | Affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Grosvenor | Material Contracts | Former client and affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Haynes and Boone, LLP | Material Contracts | Current client on matters unrelated to these Debtors or Chapter 11 cases. |
| Highspot Inc. | Material Contracts | Current client on matters unrelated to these Debtors or Chapter 11 cases. |
| Idemitsu Kosan Co. Ltd. | Material Contracts | Affiliate of current client on matters unrelated to these Debtors or Chapter 11 cases. |

---

[5]     DLA Piper represents and has represented clients with GHD in their name that may be related to this interested party.

[6]     DLA Piper represents several clients with GPS in their name that may be related to this interested party.

| InMobi Pte. Ltd. | Material Contracts | Current client on matters unrelated to these Debtors or Chapter 11 cases. |
| Inretail Management | Material Contracts | Potential affiliate of current client on matters unrelated to these Debtors or Chapter 11 cases.[7] |
| Intrado Digital Media LLC Digital Media Innovation | Material Contracts | Affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |
| IRB Holding Corp. | Material Contracts | Current client and affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |
| JCDecaux Australia Trading Pty. Ltd. | Material Contracts | Affiliate of former client on matters unrelated to these Debtors or Chapter 11 cases. |
| Knowledge Support Systems, Inc. d/b/a Kallibrate | Material Contracts | Affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |
| KFC Pty. Ltd. | Material Contracts | Current client and affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Lasalle Investment Management | Material Contracts | Current and former client and affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Linkedin Corporation | Material Contracts | Current and former client and affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Little Caesar Enterprises, Inc. | Material Contracts | Current client and affiliate of current client on matters unrelated to these Debtors or Chapter 11 cases. |
| Marsh USA LLC | Material Contracts | Affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |

---

[7]    DLA Piper represents IPC Alternative Real Estate Income Trust, which is related to In Retail Fund, which may be related to this interested party.

| McDonalds | Material Contracts | Current client and affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| McElhanney Ltd. | Material Contracts | Affiliate of current client on matters unrelated to these Debtors or Chapter 11 cases. |
| Mead & Hunt | Material Contracts | Affiliate of current client on matters unrelated to these Debtors or Chapter 11 cases. |
| MediaOne North America | Material Contracts | Affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Melbourne City Council | Material Contracts | Affiliate of current client on matters unrelated to these Debtors or Chapter 11 cases. |
| Meta Platforms Technologies, LLC | Material Contracts | Former client and affiliate of former client on matters unrelated to these Debtors or Chapter 11 cases. |
| Monash University | Material Contracts | Current client on matters unrelated to these Debtors or Chapter 11 cases. |
| National Retail Federation, Inc. | Material Contracts | Current client on matters unrelated to these Debtors or Chapter 11 cases. |
| Nationwide News Pty. Ltd. | Material Contracts | Affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |
| New Balance Athletics, Inc. | Material Contracts | Affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Nexcore Group | Material Contracts | Current client on matters unrelated to these Debtors or Chapter 11 cases. |
| Nike | Material Contracts | Current client and affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Oracle Corporation Singapore Pte. Ltd. | Material Contracts | Affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |

| Oracle Corporation UK Limited | Material Contracts | Current and former client and affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Point72, L.P. | Material Contracts | Affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Popeyes Louisiana Kitchen Inc. (RBI) | Material Contracts | Current and former client and affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Precisely.com (Syncsort) | Material Contracts | Former client and affiliate of current and client on matters unrelated to these Debtors or Chapter 11 cases. |
| PricewaterhouseCoopers Public Accountants | Material Contracts | Current and former client and affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| PubMatic, Inc. | Material Contracts | Former client on matters unrelated to these Debtors or Chapter 11 cases. |
| PwC Advisory sp. z o.o. sp.k. | Material Contracts | Former client and affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| PwC Middle East | Material Contracts | Affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Q1Media, Inc. | Material Contracts | Current client on matters unrelated to these Debtors or Chapter 11 cases. |
| Restaurant Brands International US Services LLC | Material Contracts | Former client and affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Rexall Pharmacy Group LLC | Material Contracts | Affiliate of current client on matters unrelated to these Debtors or Chapter 11 cases. |
| RMG Advertising | Material Contracts | Potential affiliate of current client on matters unrelated to these Debtors or Chapter 11 cases. |

| RRC Associates | Material Contracts | Potential affiliate of current client on matters unrelated to these Debtors or Chapter 11 cases. |
|---|---|---|
| S.M.EG.I.T TURISTICAS S.A.M.P. | Material Contracts | Potential affiliate of current client on matters unrelated to these Debtors or Chapter 11 cases. |
| SDI Realty Advisors | Material Contracts | Affiliate of former client on matters unrelated to these Debtors or Chapter 11 cases. |
| Shell International | Material Contracts | Current client and affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Sky Synergy, LLC | Material Contracts | Current client on matters unrelated to these Debtors or Chapter 11 cases. |
| Southern Methodist University | Material Contracts | Current client on matters unrelated to these Debtors or Chapter 11 cases. |
| Sunlife | Material Contracts | Current and former client and affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Taubman Centers, Inc. | Material Contracts | Affiliate of current client on matters unrelated to these Debtors or Chapter 11 cases. |
| TD Bank, N.A. | Material Contracts | Current client and affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Tetrad Computer Operations Applications Inc. | Material Contracts | Affiliate of current client on matters unrelated to these Debtors or Chapter 11 cases. |
| The Coca-Cola Company | Material Contracts | Current client and affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| The Benchmark Company, LLC | Material Contracts | Current client on matters unrelated to these Debtors or Chapter 11 cases. |
| Transport for NSW | Material Contracts | Current and former client on matters unrelated to these Debtors or Chapter 11 cases. |

| | | |
|---|---|---|
| Urban Systems Ltd. | Material Contracts | Current client on matters unrelated to these Debtors or Chapter 11 cases. |
| Urbis Pty. Ltd. | Material Contracts | Current client on matters unrelated to these Debtors or Chapter 11 cases. |
| Valvoline | Material Contracts | Potential client on a pending matter unrelated to these Debtors or Chapter 11 cases. |
| Walmart | Material Contracts | Current and former client and affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| ZoomInfo Technologies LLC | Material Contracts | Current client on matters unrelated to these Debtors or Chapter 11 cases. |
| Zoom Video Communications, Inc. | Material Contracts | Current client on matters unrelated to these Debtors or Chapter 11 cases. |
| Avidbank | Lenders & Professionals | Current client on matters unrelated to these Debtors or Chapter 11 cases. |
| Blue Torch Credit Opportunities Fund III LP | Lenders & Professionals | Affiliate of former client on matters unrelated to these Debtors or Chapter 11 cases. |
| Blue Torch Finance LLC | Lenders & Professionals | Former client and affiliate of former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| BNP Paribas | Lenders & Professionals | Current and former client and affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Bpifrance Financing | Lenders & Professionals | Current and former client and affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| BTC Holdings Fund II LLC | Lenders & Professionals | Affiliate of former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| BTC Holdings KRS Fund LLC | Lenders & Professionals | Affiliate of former clients on matters unrelated to these Debtors or Chapter 11 cases. |

| BTC Holdings SBAF Fund LLC | Lenders & Professionals | Affiliate of former clients on matters unrelated to these Debtors or Chapter 11 cases. |
|---|---|---|
| King & Spalding LLP | Lenders & Professionals | Current client on matters unrelated to these Debtors or Chapter 11 cases. |
| KPG BTC Management LLC | Lenders & Professionals | Affiliate of former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| BTIG, LLC | Shareholders | Current client and affiliate of current client on matters unrelated to these Debtors or Chapter 11 cases. |
| Cantor Fitzgerald & Co | Shareholders | Current client and affiliate of current client on matters unrelated to these Debtors or Chapter 11 cases. |
| CMDB II | Shareholders | Affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Northland Securities, Inc. | Shareholders | Former client on matters unrelated to these Debtors or Chapter 11 cases. |
| Ocean Capital Enterprises Co., Ltd. | Shareholders | Former client on matters unrelated to these Debtors or Chapter 11 cases. |
| Seema | Shareholders | Potential affiliate of clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Sequoia Capital India III Ltd. | Shareholders | Affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Citibank | Banks | Current client and affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |
| HSBC | Banks | Current and former client and affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| ICICI Bank | Banks | Current and former client and affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |

| | | |
|---|---|---|
| Country of Singapore | Taxing/Regulatory Authorities/Government Agencies | Affiliate of current client on matters unrelated to these Debtors or Chapter 11 cases. |
| State of Oregon | Taxing/Regulatory Authorities/Government Agencies | Affiliate of current client on matters unrelated to these Debtors or Chapter 11 cases. |
| State of Tennessee | Taxing/Regulatory Authorities/Government Agencies | Affiliate of current client on matters unrelated to these Debtors or Chapter 11 cases. |
| State of Texas | Taxing/Regulatory Authorities/Government Agencies | Affiliate of current client on matters unrelated to these Debtors or Chapter 11 cases. |
| ACC Business | Utilities | Affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |
| 8x8 Inc | Utilities | Current client on matters unrelated to these Debtors or Chapter 11 cases. |
| Baker Tilly US, LLP | Professionals | Current and former client and affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Ernst & Young LLP | Professionals | Current and former client and affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Grant Thornton Bharat LLP | Professionals | Affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Kroll Restructuring Administration | Professionals | Affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Taylor Wessing LLP | Professionals | Former client on matters unrelated to these Debtors or Chapter 11 cases. |
| Willkie Farr & Gallagher LLP | Professionals | Current client and former client on matters unrelated to these Debtors or Chapter 11 cases. |
| Aetna | Benefit Providers | Current and former client and affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |

| Aflac | Benefit Providers | Current client on matters unrelated to these Debtors or Chapter 11 cases. |
|---|---|---|
| Blue Cross and Blue Shield of North Carolina | Benefit Providers | Former client on matters unrelated to these Debtors or Chapter 11 cases. |
| Blue Shield of California | Benefit Providers | Current client on matters unrelated to these Debtors or Chapter 11 cases. |
| CIGNA Global Health | Benefit Providers | Affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Delta Dental | Benefit Providers | Affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Empire Blue Cross | Benefit Providers | Affiliate of current client on matters unrelated to these Debtors or Chapter 11 cases. |
| Farmers Group | Benefit Providers | Current client and affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Florida Blue | Benefit Providers | Current client and affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Kaiser Permanente | Benefit Providers | Affiliate of current client on matters unrelated to these Debtors or Chapter 11 cases. |
| MetLife Dental | Benefit Providers | Affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| MetLife Life Insurance | Benefit Providers | Current and former client and affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| The Hartford | Benefit Providers | Current client and affiliate of former client on matters unrelated to these Debtors or Chapter 11 cases. |
| TriNet Group | Benefit Providers | Current client and former client on matters unrelated to these Debtors or Chapter 11 cases. |

| UnitedHealthcare | Benefit Providers | Current client and former client on matters unrelated to these Debtors or Chapter 11 cases. |
| CIT Bank, N.A. | Landlord/Sublessee | Former client and affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |
| First-Citizens Bank & Trust Company | Landlord/Sublessee | Affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Parsons Services Company | Landlord/Sublessee | Affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Amazon Web Services, Inc. | Top 30 Creditors | Current and former client and affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| HERE Europe B.V. | Top 30 Creditors | Current client and affiliate of current and former clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Interxion Ireland DAC Limited | Top 30 Creditors | Affiliate of current clients on matters unrelated to these Debtors or Chapter 11 cases. |
| Kirkland & Ellis LLP | Top 30 Creditors | Current client and affiliate of former client on matters unrelated to these Debtors or Chapter 11 cases. |
| Magnite, Inc. | Top 30 Creditors | Current client and affiliate of current clients of one or more international affiliates of DLA Piper LLP (US) on matters unrelated to these Debtors or Chapter 11 cases. |
| Smaato, Inc. | Top 30 Creditors | Current client on matters unrelated to these Debtors or Chapter 11 cases. |
| YA II PN, Ltd. c/o Yorkville Advisors Global, LLC | Top 30 Creditors | Current client on matters unrelated to these Debtors or Chapter 11 cases. |