# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC. *et. al.*, | Case No. 23-11962-TMH |
| Debtors. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear as counsel for MobileFuse, LLC ("MobileFuse") pursuant to 11 U.S.C. § 1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The undersigned requests that all notices given or required to be given in the above-captioned cases be given to and served on the following:

> Frederick B. Rosner, Esq.
> Zhao (Ruby) Liu, Esq.
> **THE ROSNER LAW GROUP LLC**
> 824 N. Market St., Suite 810
> Wilmington, DE 19801
> rosner@teamrosner.com
> liu@teamrsoner.com
>
> James D. Garbus, Esq.
> Michael J. Antongiovanni, Esq.
> Howard B. Kleinberg, Esq.
> **MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**
> 990 Stewart Avenue, Suite 300
> Garden City, NY 11530
> jgarbus@msek.com
> mantongiovanni@msek.com
> hkleinberg@msek.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

{00037989. }

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of MobileFuse's (a) right to (i) have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (ii) trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case, and (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) rights, claims, actions, defenses, setoffs, or recoupments to which MobileFuse may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments MobileFuse expressly reserves.

Respectfully submitted,

Dated: January 30, 2024
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE 3995)
Zhao (Ruby) Liu (DE 6436)
824 N. Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
rosner@teamrosner.com
liu@teamrsoner.com

*Counsel for MobileFuse, LLC*

OF COUNSEL:

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
James D. Garbus, Esq.
Michael J. Antongiovanni, Esq.
Howard B. Kleinberg, Esq.
990 Stewart Avenue, Suite 300
Garden City, NY 11530
jgarbus@msek.com
mantongiovanni@msek.com
hkleinberg@msek.com