# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>NEAR INTELLIGENCE, INC., *et al.*[1]<br><br>    Debtors. | )<br>)<br>) Chapter 11<br>)<br>) Case No. 23-11962 (TMH)<br>)<br>) (Jointly Administered)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on January 28, 2024, a copy of the *Second Request of Official Committee of Unsecured Creditors for Production of Documents Pursuant to Federal Rule of Bankruptcy 2004 and Local Bankruptcy Rule 2004-1*, was served on behalf of the Official Committee of Unsecured Creditors on the parties listed below via electronic mail: (i) counsel for Blue Torch Finance, LLC Geoffrey M. King (GKing@KSLAW.com); Roger G. Schwartz (rschwartz@kslaw.com); and Miguel Cadavid (MCadavid@KSLAW.com).

Dated: January 30, 2024
    Wilmington, Delaware

**DLA PIPER LLP (US)**

 /s/ *Aaron S. Applebaum*
Aaron S. Applebaum (DE 5587)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: 212 335 4665
Facsimile: (302) 394-2341
Email:  aaron.applebaum@us.dlapiper.com

 *and*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

Dennis O'Donnell (admitted Pro Hac Vice)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
Telephone:      (212) 335-4500
Facsimile:(212) 335-4501
Email:    dennis.odonnell@us.dlapiper.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*