**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON FEBRUARY 2, 2024 AT 10:00 A.M. (ET)**

> **THIS HEARING WILL BE CONDUCTED IN-PERSON. ALL PARTIES, INCLUDING WITNESSES, ARE EXPECTED TO ATTEND IN PERSON UNLESS PERMITTED TO APPEAR REMOTELY AND ALL REMOTE PARTICIPANTS MUST REGISTER BY FEBRUARY 1, 2024 AT 4:00 P.M (ET).**
>
> **TO ATTEND A HEARING REMOTELY, PLEASE REGISTER USING THE ECOURTAPPEARANCE TOOL (AVAILABLE HERE) OR ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV.**
>
> **AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING.**

**MATTER GOING FORWARD**

1. Debtors' Motion for Entry of an Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Solicitation and Tabulation Procedures; (III) Approving the Form of Ballots and Solicitation Materials; (IV) Establishing the Voting Record Date; (V) Fixing the Date, Time, and Place for the Combined Hearing and the Deadline for Filing Objections Thereto; and (VI) Granting Related Relief [Docket No. 165; 1/11/24]

    Related Documents:

    A. Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Near Intelligence, Inc. and Its Affiliated Debtors [Docket No. 22; 12/8/23]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

B.       Re-Notice of Motion [Docket No. 205; 1/24/24]

Response Deadline:       January 26, 2024 at 4:00 p.m. (ET)

Responses Received:

C.       Informal response from the U.S. Trustee

D.       Informal response from the U.S. Securities and Exchange Commission

E.       Informal response from the Official Committee of Unsecured Creditors

Status:       The informal responses listed at Items 1(C) and 1(D) have been resolved and the Debtors in intend to submit a revised proposed order prior to the hearing.  This matter is going forward.

[*Signature page follows*]

Dated: January 31, 2024
      Wilmington, Delaware

           **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

           */s/ Shane M. Reil*
           Edmon L. Morton (No. 3856)
           Matthew B. Lunn (No. 4119)
           Shane M. Reil (No. 6195)
           Carol E. Cox (No. 6936)
           Rodney Square
           1000 North King Street
           Wilmington, Delaware 19801
           Telephone: (302) 571-6600
           Facsimile: (302) 571-1253
           emorton@ycst.com
           mlunn@ycst.com
           sreil@ycst.com
           ccox@ycst.com

           -and-

           **WILLKIE FARR & GALLAGHER LLP**
           Rachel C. Strickland (admitted *pro hac vice*)
           Andrew S. Mordkoff (admitted *pro hac vice*)
           Joseph R. Brandt (admitted *pro hac vice*)
           787 Seventh Avenue
           New York, New York 10019
           Telephone:  (212) 728-8000
           Facsimile:  (212) 728-8111
           rstrickland@willkie.com
           amordkoff@willkie.com
           jbrandt@willkie.com

           *Co-Counsel to the Debtors and Debtors in Possession*