# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF PUBLICATION

I, Rohany Tejada, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

This Certificate of Publication includes a sworn statement verifying that the *Notice of Sale by Auction and Sale Hearing*, as conformed for publication, was published on January 26, 2024, in the national edition of USA Today, as described in the sworn statement attached hereto as **Exhibit A**.

Dated: January 29, 2024

/s/ *Rohany Tejada*
Rohany Tejada

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

SRF 76200

**Exhibit A**



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Vanessa Salvo says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Friday, January 26, 2024**, the following legal advertisement – **NEAR INTELLIGENCE, INC.** was published in the national edition of **USA TODAY.**

*Vanessa Salvo*
Principal Clerk of USA TODAY
January 26, 2024

# Study: Cervical cancer up in low-income areas

## Sharp increases seen in South and Southwest regions

**Eduardo Cuevas**
USA TODAY


Since 2000, the rate of cervical cancer declined in high-income areas, yet cases jumped in low-income portions of the country. GETTY IMAGES

Women in low-income regions of the U.S. are experiencing a steep increase in diagnosis and death from cervical cancer despite medical improvements that experts say make the disease preventable, a new study showed.

Screening and early detection and the widely prescribed vaccination against human papillomavirus (HPV), the disease that causes cervical cancer, have helped health providers better protect women. But the reach of these methods, the study found, was uneven.

Since 2000, the rate of cervical cancer declined in high-income areas, however, cases jumped in low-income portions of the country, according to findings published Thursday in the International Journal of Cancer.

White women in low-income areas saw the greatest increase in late-stage cervical cancer.

Black women had the greatest increase in cervical mortality in low-income counties. Hispanic women in poor areas had the highest rate of cervical cancer.

"We have everything we need to not have cervix cancer be the problem that it is," Jane Montealegre, an associate professor of behavioral science and an epidemiologist at the University of Texas MD Anderson Cancer Center, in Houston, told USA TODAY.

"In the U.S., where we have all of these tools, it's really, undeniably, about access."

Montealegre, a study author, said the lack of adequate access to vaccination, screening and treatment in low-income communities is linked to the alarming findings of women with late-stage cancers, when the cancer cells spread beyond the cervix, and death.

Increases in these cancers were highest in the South and toward the Southwest, she said.

Researchers reviewed data from the National Cancer Institute's registry between 2000 and 2019, looking into more than 119,000 cervical cancer cases nationally. They then analyzed the cases based on the race and ethnicity of patients cross-referenced with county-level median household incomes, which ranged from $19,330 to $38,820.

Low-income counties had a higher rate of people who had their uterus and cervix removed after diagnosis, 14.1 people per 100,000, compared with 9.5 in high-income areas.

White women saw the largest jump in late-stage cancer, although the increase in deaths was not statistically significant. Conversely, non-Hispanic Black women in low-income counties saw declines in cervical cancer cases but have experienced a 2.9% increase in mortality each year since 2013, according to the study.

"It would suggest that people are either not being screened at all or they are falling through the cracks," said Dr. Barbara Goff, chair of obstetrics and gynecology at the University of Washington School of Medicine, who was not affiliated with the paper. "Both of those things are disturbing because it's not like some cancers where you can't prevent them."

"This is a 100% preventable disease," added Goff, who is also a physician at Fred Hutchinson Cancer Center in Seattle.

She pointed to primary prevention of the HPV vaccine, followed by regular intervals of screening, which includes Pap smear testing every three years between 21 to 29. After 30, this includes HPV or HPV and Pap smear testing every five years.

The study may not entirely reflect the advent of vaccines for HPV, the most common sexually transmitted infection in the U.S., since 2006.

The vaccine typically is administered in adolescence. HPV contributes to most cervical cancers. The Centers for Disease Control and Prevention estimating about 4,000 women die from this form of cancer annually.

The average age for being diagnosed with cervical cancer is 50, according to the American Cancer Society, so adolescents vaccinated in the period studied may not be reflected in the data.

Authors note there were limits with data showing the stage of diagnosis, those were available starting from 2004.

There also were delays with case counts in later years. In addition, county-level data doesn't account for variation within a county.

Dr. Sarah Dilley, an assistant professor of gynecologic oncology at Emory University's Winship Cancer Institute, said differentiating wealthy or poor areas may not fully account for racial disparities within communities.

For example, incidence and mortality from cervical cancer for Black and Native American women are still higher. There wasn't data on Native women in the study.

Poor counties tend to have fewer doctors, especially specialized practitioners such as gynecologists, Dilley said.

"Those patients really suffer because they don't have access to the people who are going to be doing both the preventative care and the treatment," she said.

Informing the public about treatment was also top of mind Thursday as the White House hosted a forum on cervical cancer, as part of the Biden administration's cancer moonshot initiative, which aims to prevent more than 4 million cancer deaths by 2047.

Dr. Kimryn Rathmell, the National Cancer Institute director, announced the availability of new at-home HPV testing.

The trial program is set to begin in the second quarter of 2024 with 25 health institutions across the U.S.

> "We have everything we need to not have cervix cancer be the problem that it is. In the U.S., where we have all of these tools, it's really, undeniably, about access."
>
> **Jane Montealegre**
> Associate professor of behavioral science and an epidemiologist at the University of Texas MD Anderson Cancer Center, in Houston

---


Arthur Masterson holds his high school diploma in 2023, nearly 80 years after leaving school. PROVIDED BY ROBYN VESPIA

# World War II veteran receives diploma after leaving school to serve

**Saleen Martin**
USA TODAY

A Rhode Island man who left high school nearly 80 years ago to serve in World War II has finally received his diploma thanks to loved ones who believed in him.

Arthur Masterson, 96, joined the U.S. Navy in April 1945, during his senior year in the East Greenwich Public Schools system, said his daughter, Elaine Vespia.

He served in the Navy for 11 months, and after that, he was drafted into the U.S. Army for the Korean War.

He never returned to school, but once his time in the military came to an end, he worked as a milkman and later for the United States Postal Service, where he retired, his daughter told USA TODAY.

## An idea born on Thanksgiving

Vespia said their family was spending time together around Thanksgiving when her son-in-law, a history buff, found old paperwork that said Masterson had left school to join the military.

"I knew he never graduated," Vespia said. "I just didn't know why he didn't graduate. It was never anything he talked about."

She suspects a high school education wasn't as important then as it is now, she said.

After learning why he never graduated, her son-in-law had an idea: to reach out to the school division and get him an honorary diploma.

Vespia, who works for the town of East Greenwich, where her father grew up and went to school, emailed Superintendent Brian Ricca, who responded almost immediately.

Ricca is used to fielding requests but often has to turn them down.

When he heard about Masterson leaving school for the war, he knew he had to say yes.

"This was an opportunity for me to be able to say yes, and to be able to say yes with a smile," said Ricca, who has multiple family members who have served in the military.

Ricca talked to the high school principal and guidance program director, who agreed with his decision.

They looked for documentation and came across Masterson's student records.

## Records from the 1940s

About a week before Christmas, Ricca let Vespia know he had the diploma.

They were willing to host a ceremony for him, but Masterson isn't one to like the spotlight, his daughter said. Instead, the family surprised him with his diploma on Christmas Day.

"I graduated!" Masterson exclaimed in a video the family recorded.

"After all these years."

Family members tried to get the 96-year-old to flip his tassel as new graduates do, but he was too busy admiring his diploma.

"Oh boy," he said after his family told him he's officially a graduate of East Greenwich High School.

Ricca isn't sure how many classes Masterson had left until graduation in 1945 but said his time in the military speaks for itself.

"If you've completed three out of four years of your high school education and you leave because you are choosing to serve in the armed forces, that life experience, that selflessness, that commitment to our country, certainly is equivalent to whatever Mr. Masterson was short," he said.

## Humble service


Masterson salutes his granddaughter Robyn. PROVIDED BY ELAINE VESPIA

Vespia, Masterson's daughter, said her father's military service was stateside, meaning he never went overseas.

He doesn't talk about his service much but has shared with his family that he believes service members who have been overseas deserve more credit.

"We tell him all the time, 'You served just like the rest of them,'" Vespia told USA TODAY.

Her father also was honored by the American Legion for his 70-year membership, Vespia said.

He received a certificate just after his 96th birthday.

Throughout the years he has marched in parades with the American Legion and served as parade marshal.

But despite all he has done, her father has always been humble and quiet.

When she was growing up, her mother worked night shifts at the hospital, so her dad was quite the family man.

"My dad used to make us meals all the time because he was there at night while she was working," she said.

Masterson's granddaughter is in the military, and when it was time for her promotion ceremony to staff sergeant, she wanted her grandfather to pin her.

"After he pinned her, he stepped back and saluted," Vespia said.

Vespia says the diploma was a nice surprise for her father, especially because he received it while surrounded by everyone he loves.

"I think it meant more to him than he will ever really say."

---

## MARKETPLACE TODAY

For advertising information: 1.800.397.0070  www.russelljohns.com/usat

### NOTICES
### LEGAL NOTICE

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: NEAR INTELLIGENCE, INC., et al.,[1] Debtors.    Chapter 11, Case No. 23-11962 (TMH)
(Jointly Administered)

**NOTICE OF SALE BY AUCTION AND SALE HEARING**

PLEASE TAKE NOTICE that on December 8, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of All or Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter into the Stalking Horse APA, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 20] (the "Sale Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court") seeking, among other things, entry of an order (the "Sale Order") authorizing and approving: (a) the sale of substantially all of the assets of the Debtors to BTC Near HoldCo LLC (together with each of its permitted successors, assigns and designees) free and clear of all liens, claims, encumbrances, and other interests, except as set forth in the Stalking Horse APA, or an alternative Successful Bidder selected at the auction (the "Sale"); and (b) the assumption and assignment of certain executory contracts and unexpired leases (collectively, the "Contracts").

PLEASE TAKE FURTHER NOTICE that the Debtors are soliciting offers for the purchase of all or substantially all of the assets of the Debtors consistent with the bidding procedures (the "Bidding Procedures") approved by the Court by entry of an order on January 23, 2024 [Docket No. 198] (the "Bidding Procedures Order"). All interested bidders should carefully read the Bidding Procedures and Bidding Procedures Order. To the extent that there are any inconsistencies between this notice and the Bidding Procedures or Bidding Procedures Order, the Bidding Procedures or Bidding Procedures Order, as applicable, shall govern in all respects.

PLEASE TAKE FURTHER NOTICE that, if the Debtors receive qualified competing bids within the requirements and time frame specified by the Bidding Procedures, the Debtors will conduct an auction (the "Auction") of the Assets **on February 10, 2024 at 9:00 a.m. (ET)** at the offices of Willkie Farr & Gallagher, 787 Seventh Avenue, New York, NY 10019 (or at any other location or electronically as the Debtors may hereafter designate on proper notice).

PLEASE TAKE FURTHER NOTICE that the Debtors will seek approval of the Sale at a hearing scheduled to commence on or before **February 16, 2024, at 10:00 a.m. (ET)** (the "Sale Hearing") before the Honorable Thomas M. Horan, United States Bankruptcy Judge for the District of Delaware, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that, except as otherwise set forth in the Bidding Procedures Order with respect to any objections to proposed cure amounts or the assumption and assignment of Contracts, objections to the relief requested in the Sale Motion must: (a) be in writing, (b) conform to the applicable provisions of the Bankruptcy Rules and the Local Rules, (c) state with particularity the legal and factual bases for the objection and the specific grounds therefor, and (d) be filed with the Court and served so as to be actually received on or before February 6, 2024 at 4:00 p.m. (ET) by the following parties: (i) **Counsel to the Debtors:** Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019, Attn: Rachel C. Strickland, Esq., Andrew S. Mordkoff, Esq., Joseph R. Brandt, Esq., Email: rstrickland@willkie.com, amordkoff@willkie.com, jbrandt@willkie.com; (ii) **Co-Counsel to the Debtors:** Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Edmon L. Morton, Esq., Matthew B. Lunn, Esq., Shane M. Reil, Esq., Carol E. Cox, Esq., Email: emorton@ycst.com, mlunn@ycst.com, sreil@ycst.com, ccox@ycst.com; (iii) **Counsel to the Committee:** DLA Piper LLP (US), 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801, Attn: R. Craig Martin, Esq., Aaron S. Applebaum, Esq., Email: craig.martin@us.dlapiper.com, aaron.applebaum@us.dlapiper.com -and- 1251 Avenue of the Americas, New York, New York 10020, Attn: Dennis O'Donnell, Email: dennis.odonnell@us.dlapiper.com; (iv) **The United States Trustee:** Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Benjamin Hackman, Esq., Benjamin.a.hackman@usdoj.gov; (v) **Counsel to the Stalking Horse Bidder:** King & Spalding LLP, 1185 Avenue of the Americas, 34th Floor New York, New York 10036, Attn.: Roger G. Schwartz, Esq., Geoffrey M. King, Esq., Email: rschwartz@kslaw.com, gking@kslaw.com; and (vi) **Co-Counsel to the Stalking Horse Bidder:** Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, Suite 1600, Wilmington, Delaware 19801, Attn: Robert J. Dehney, Esq., Matthew Harvey, Esq., rdehney@morrisnichols.com, mharvey@morrisnichols.com.

**CONSEQUENCES OF FAILING TO TIMELY MAKE AN OBJECTION**
ANY PARTY OR ENTITY WHO FAILS TO TIMELY MAKE AN OBJECTION TO THE SALE ON OR BEFORE THE SALE OBJECTION DEADLINE IN ACCORDANCE WITH THE BIDDING PROCEDURES ORDER SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE SALE, INCLUDING WITH RESPECT TO THE TRANSFER OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, EXCEPT AS SET FORTH IN THE PURCHASE AGREEMENT AND SALE ORDER.

PLEASE TAKE FURTHER NOTICE that copies of the Sale Motion, Bidding Procedures, and Bidding Procedures Order, as well as all related exhibits, including the Stalking Horse APA and all other related documents, are available: (a) free of charge upon request to Kroll Restructuring Administration LLC (the notice and claims agent retained in these chapter 11 cases) by calling (844) 344-0799 (Toll Free U.S./Canada) or +1 (646) 651-1196 (International), (b) by visiting the website maintained in these chapter 11 cases at www.cases.ra.kroll.com/Near, or (c) for a fee via PACER by visiting http://www.deb.uscourts.gov.

PLEASE TAKE FURTHER NOTICE that you may obtain additional information concerning the above-captioned chapter 11 cases at the website maintained in these chapter 11 cases at www.cases.ra.kroll.com/Near.

Dated: January 23, 2024, Wilmington, Delaware, **YOUNG CONAWAY STARGATT & TAYLOR, LLP**, /s/ Shane M. Reil , Edmon L. Morton (No. 3856), Matthew B. Lunn (No. 4119), Shane M. Reil (No. 6195), Carol E. Cox (No. 6936), Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Telephone: (302) 571-6600, Facsimile: (302) 571-1253, emorton@ycst.com, mlunn@ycst.com, sreil@ycst.com, ccox@ycst.com -and- **WILLKIE FARR & GALLAGHER LLP**, Rachel C. Strickland (admitted pro hac vice), Andrew S. Mordkoff (admitted pro hac vice), Joseph R. Brandt (admitted pro hac vice), 787 Seventh Avenue, New York, New York 10019, Telephone: (212) 728-8000, Facsimile: (212) 728-8111, rstrickland@willkie.com, amordkoff@willkie.com, jbrandt@willkie.com, Co-Counsel to the Debtors and Debtors in Possession

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.
[2] Capitalized terms used herein but not otherwise defined shall have the meanings given to such terms in the Sale Motion or Bidding Procedures Order, as applicable.

---

**Place your advertisement in USA TODAY Marketplace!**
**To advertise, call:**
**800-397-0070**