# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Ishrat Khan, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 25, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Application of the Official Committee of Unsecured Creditors of Near Intelligence, Inc., et al., for Entry of an Order Authorizing and Approving the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor Effective as of December 28, 2023. [Docket No. 211]

- Application of the Official Committee of Unsecured Creditors of Near Intelligence, Inc. et al., for Entry of an Order Authorizing Employment and Retention of DLA Piper LLP (US) as Counsel, Effective as of December 26, 2023 [Docket No. 212]

On January 25, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Ordinary Course Professionals Service List attached hereto as **Exhibit B**:

- Notice of Filing of Declaration of Disinterestedness of Ordinary Course Professional, Kelley Drye & Warren LLP [Docket No. 213]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd.  The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

Dated: February 1, 2024

/s/ *Ishrat Khan*
Ishrat Khan

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on February 1, 2024, by Ishrat Khan, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 76278

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to First Financial Bank | Bricker Graydon LLP | Attn: J. Michael Debbeler<br>312 Walnut Street<br>Suite 1800<br>Cincinnati OH 45202-4060 | mdebbeler@brickergraydon.com | Email |
| State Attorney General | Commonwealth of Massachusetts Office of the Attorney General | Attn: Gillian Feiner<br>One Ashburton Place<br>Boston  MA 02108 | | First Class Mail |
| State Attorney General | Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Building<br>820 N. French Street 6th Floor<br>Wilmington DE 19801 | attorney.general@state.de.us<br>attorney.general@delaware.gov | First Class Mail and Email |
| Counsel to the Official Committee of Unsecured Creditors | DLA PIPER LLP (US) | Attn: Dennis C. O'Donnell<br>1251 Avenue of the Americas<br>New York NY 10020 | dennis.odonnell@us.dlapiper.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | DLA PIPER LLP (US) | Attn: R. Craig Martin, Aaron S. Applebaum<br>1201 N. Market Street<br>Suite 2100<br>Wilmington DE 19801 | craig.martin@us.dlapiper.com<br>aaron.applebaum@us.dlapiper.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>1111 Constitution Ave., NW<br>Washington DC 20224 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to Akama Holdings, Fz-LLC | Jack Shrum PA | Attn: "J" Jackson Shrum<br>919 N. Market Street<br>Suite 1410<br>Wilmington DE 19801 | Jshrum@jshrumlaw.com | Email |
| Counsel to the Blue Torch Finance, LLC | King & Spalding LLP | Attn: Geoffrey M. King<br>110 N Wacker Drive<br>Suite 3800<br>Chicago IL 60606 | gking@kslaw.com | Email |
| Counsel to the Stalking Horse Bidder, the Prepetition Lenders, DIP Lenders and Blue Torch Finance, LLC | King & Spalding LLP | Attn: Roger Schwartz, Geoffrey King, Miguel Cadavid<br>1185 Avenue of the Americas<br>34th Floor<br>New York NY 10036 | rschwartz@kslaw.com<br>gking@kslaw.com<br>mcadavid@kslaw.com | First Class Mail and Email |
| Counsel to the Stalking Horse Bidder, the Prepetition Lenders, DIP Lenders and Blue Torch Finance, LLC | Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert Dehney, Matthew Harvey, Brenna Dolphin, Austin Park<br>1201 N. Market St., #1600<br>Wilmington DE 19801 | rdehney@morrisnichols.com<br>mharvey@morrisnichols.com<br>bdolphin@morrisnichols.com<br>apark@morrisnichols.com | First Class Mail and Email |

In re: Near Intelligence, Inc., *et al.*
Case No. 23-11962 (TMH)

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | National Association of Attorneys General | Attn: Karen Cordry<br>1850 M St., NW 12th Floor<br>Washington DC 20036 | kcordry@naag.org | First Class Mail and Email |
| State Attorney General | Office of the South Carolina Attorney General | Attn: Jared Q. Libet, Rebecca M. Hartner<br>P.O. Box 11549<br>Columbia SC 29211-1549 | jlibet@scag.gov<br>rhartner@scag.gov | First Class Mail and Email |
| United States Trustee for the District of Delaware | Office of the United States Trustee for the District of Delaware | Attn: Ben Hackman<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington DE 19801 | Benjamin.a.hackman@usdoj.gov | First Class Mail |
| Securities and Exchange Commission | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Blvd, Suite 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | First Class Mail and Email |
| State Attorney General | State of Alabama Attorney General | Attn: Bankruptcy Department<br>P.O. Box 300152<br>Montgomery AL 36130-0152 | | First Class Mail |
| State Attorney General | State of Alaska Attorney General | Attn: Bankruptcy Department<br>P.O. Box 110300<br>Juneau AK 99811-0300 | attorney.general@alaska.gov | First Class Mail and Email |
| State Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department<br>2005 N Central Ave<br>Phoenix AZ 85004-2926 | aginfo@azag.gov | First Class Mail and Email |
| State Attorney General | State of Arkansas Attorney General | Attn: Bankruptcy Department<br>323 Center St.<br>Suite 200<br>Little Rock AR 72201-2610 | | First Class Mail |
| State Attorney General | State of California Attorney General | Attn: Bankruptcy Department<br>P.O. Box 944255<br>Sacramento CA 94244-2550 | bankruptcy@coag.gov | First Class Mail and Email |
| State Attorney General | State of Colorado Attorney General | Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver CO 80203 | | First Class Mail |
| State Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department<br>165 Capitol Avenue<br>Hartford CT 06106 | attorney.general@ct.gov<br>denise.mondell@ct.gov | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Florida Attorney General | Attn: Bankruptcy Department<br>The Capitol, Pl 01<br>Tallahassee FL 32399-1050 | | First Class Mail |
| State Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department<br>40 Capital Square, SW<br>Atlanta GA 30334-1300 | | First Class Mail |
| State Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Department<br>425 Queen St.<br>Honolulu HI 96813 | hawaiiag@hawaii.gov | First Class Mail and Email |
| State Attorney General | State of Idaho Attorney General | Attn: Bankruptcy Department<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise ID 83720-1000 | | First Class Mail |
| State Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Department<br>100 West Randolph Street<br>Chicago IL 60601 | webmaster@atg.state.il.us | First Class Mail and Email |
| State Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department<br>1305 E. Walnut Street<br>Des Moines IA 50319 | webteam@ag.iowa.gov | First Class Mail and Email |
| State Attorney General | State of Kansas Attorney General | Attn: Bankruptcy Department<br>120 SW 10th Ave., 2nd Floor<br>Topeka KS 66612-1597 | | First Class Mail |
| State Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Department<br>700 Capitol Avenue, Suite 118<br>Frankfort KY 40601 | | First Class Mail |
| State Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Department<br>P.O. Box 94095<br>Baton Rouge LA 70804-4095 | consumerinfo@ag.state.la.us | First Class Mail and Email |
| State Attorney General | State of Maine Attorney General | Attn: Bankruptcy Department<br>6 State House Station<br>Augusta ME 04333 | oag.mediation@maine.gov | First Class Mail and Email |
| State Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Department<br>200 St. Paul Place<br>Baltimore MD 21202-2202 | oag@oag.state.md.us | First Class Mail and Email |
| State Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St., P.O. Box 30212<br>Lansing MI 48909-0212 | miag@michigan.gov | First Class Mail and Email |
| State Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Department<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul MN 55101-2131 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Department<br>Walter Sillers Building<br>550 High Street, Suite 1200, P.O. Box 220<br>Jackson MS 39201 | | First Class Mail |
| State Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City MO 65102 | attorney.general@ago.mo.gov | First Class Mail and Email |
| State Attorney General | State of Montana Attorney General | Attn: Bankruptcy Department<br>215 N Sanders, Third Floor<br>PO Box 201401<br>Helena MT 59620-1401 | contactdoj@mt.gov | First Class Mail and Email |
| State Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Department<br>2115 State Capitol<br>2nd Fl, Rm 2115<br>Lincoln NE 68509-8920 | ago.info.help@nebraska.gov | First Class Mail and Email |
| State Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department<br>100 North Carson Street<br>Carson City NV 89701 | aginfo@ag.nv.gov | First Class Mail and Email |
| State Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Department<br>33 Capitol St.<br>Concord NH 03301 | attorneygeneral@doj.nh.gov | First Class Mail and Email |
| State Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department<br>RJ Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton NJ 08625-0080 | askconsumeraffairs@lps.state.nj.us | First Class Mail and Email |
| State Attorney General | State of New Mexico Attorney General | Attn: Bankruptcy Department<br>P.O. Drawer 1508<br>Santa Fe NM 87504-1508 | | First Class Mail |
| State Attorney General | State of New York Attorney General | Attn: Bankruptcy Unit, Civil Recoveries Bureau<br>Office of the Attorney General<br>The Capitol<br>Albany NY 12224-0341 | | First Class Mail |
| State Attorney General | State of New York Attorney General | Attn: Martin A. Mooney<br>Office of the New York State Attorney General<br>Civil Recoveries Bureau, Bankruptcy Litigation Unit<br>Albany NY 12224-0341 | Martin.Mooney@ag.ny.gov | Email |
| State Attorney General | State of North Carolina Attorney General | Attn: Bankruptcy Department<br>9001 Mail Service Center<br>Raleigh NC 27699-9001 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Department<br>State Capitol<br>600 E Boulevard Ave Dept 125<br>Bismarck ND 58505-0040 | ndag@nd.gov | First Class Mail and Email |
| State Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Department<br>30 E. Broad St., 14th Floor<br>Columbus OH 43215 | | First Class Mail |
| State Attorney General | State of Oklahoma Attorney General | Attn: Bankruptcy Department<br>313 Ne 21St Street<br>Oklahoma City OK 73105 | | First Class Mail |
| State Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department<br>1162 Court Street NE<br>Salem OR 97301 | consumer.hotline@doj.state.or.us | First Class Mail and Email |
| State Attorney General | State of Pennsylvania Attorney General | Attn: Melissa L. Van Eck, Jason L. Swartley<br>Strawberry Square<br>15th Floor<br>Harrisburg PA 17101 | jswartley@attorneygeneral.gov<br>mvaneck@attorneygeneral.gov | First Class Mail and Email |
| State Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Department<br>150 South Main Street<br>Providence RI 02903 | | First Class Mail |
| State Attorney General | State of South Dakota Attorney General | Attn: Bankruptcy Department<br>1302 East Highway 14<br>Suite 1<br>Pierre SD 57501-8501 | consumerhelp@state.sd.us | First Class Mail and Email |
| State Attorney General | State of Tennessee Attorney General | Attn: Laura L. McCloud, Bankruptcy<br>P.O. Box 20207<br>Nashville TN 37202-0207 | | First Class Mail |
| State Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department<br>Po Box 142320<br>Salt Lake City UT 84114-2320 | uag@utah.gov | First Class Mail and Email |
| State Attorney General | State of Vermont Attorney General | Attn: Bankruptcy Department<br>109 State St.<br>Montpelier VT 05609-1001 | ago.info@vermont.gov | First Class Mail and Email |
| State Attorney General | State of Virginia Attorney General | Attn: Financial Recovery Section<br>Post Office Box 610<br>Richmond  VA 23218-0610 | | First Class Mail |
| State Attorney General | State of Washington Attorney General | Attn: Bankruptcy Department<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia WA 98504-0100 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Department<br>State Capitol Bldg 1 Room E 26<br>Charleston WV 25305 | consumer@wvago.gov | First Class Mail and Email |
| State Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Department<br>Wisconsin Department of Justice<br>State Capitol, Room 114 East, P. O. Box 7857<br>Madison WI 53707-7857 | | First Class Mail |
| State Attorney General | State of Wyoming Attorney General | Attn: Bankruptcy Department<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne WY 82002 | | First Class Mail |
| U.S. Attorney for the District of Delaware | U.S. Attorney for Delaware | Attn: David C. Weiss & Ellen Slights<br>U.S. Attorney's Office<br>1313 N Market Street, Suite 400<br>Wilmington DE 19801 | | First Class Mail |
| Securities and Exchange Commission | U.S. Securities and Exchange Commission - Headquarters | Secretary of the Treasury<br>100 F. Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | First Class Mail and Email |
| State Attorney General | United States of America Attorney General | Attn: Bankruptcy Department<br>Us Dept of Justice<br>950 Pennsylvania Ave Nw<br>Washington DC 20530-0001 | | First Class Mail |
| Counsel to KludeIn Prime LLC | Vectis Law | Attn: Patrick M. Costello<br>303 Twin Dolphin Dr.<br>6th Floor<br>Redwood City CA 94065 | pcostello@vectislawgroup.com | Email |
| State Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department<br>400 6th Street, NW<br>Washington DC 20001 | oag@dc.gov | First Class Mail and Email |
| Counsel to Debtors and Debtors In Possession | Willkie Farr & Gallagher LLP | Attn: Rachel C. Strickland, Andrew S. Mordkoff, Joseph R. Brandt<br>787 Seventh Avenue<br>New York NY 10019 | rstrickland@willkie.com<br>amordkoff@willkie.com<br>jbrandt@willkie.com | Email |
| Counsel to Debtors and Debtors In Possession | Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L. Morton, Matthew B. Lunn, Shane M. Reil, Carol E. Cox<br>1000 North King Street<br>Rodney Square<br>Wilmington DE 19801 | emorton@ycst.com<br>mlunn@ycst.com<br>sreil@ycst.com<br>ccox@ycst.com | Email |

## **Exhibit B**

Exhibit B
Ordinary Course Professionals Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors | DLA PIPER LLP (US) | Attn: Dennis C. O'Donnell<br>1251 Avenue of the Americas<br>New York NY 10020 | dennis.odonnell@us.dlapiper.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | DLA PIPER LLP (US) | Attn: R. Craig Martin, Aaron S. Applebaum<br>1201 N. Market Street<br>Suite 2100<br>Wilmington DE 19801 | craig.martin@us.dlapiper.com<br>aaron.applebaum@us.dlapiper.com | Email |
| Counsel to the Stalking Horse Bidder, the Prepetition Lenders, DIP Lenders and Blue Torch Finance, LLC | King & Spalding LLP | Attn: Roger Schwartz, Geoffrey King, Miguel Cadavid<br>1185 Avenue of the Americas<br>34th Floor<br>New York NY 10036 | rschwartz@kslaw.com<br>gking@kslaw.com<br>mcadavid@kslaw.com | First Class Mail and Email |
| Counsel to the Stalking Horse Bidder, the Prepetition Lenders, DIP Lenders and Blue Torch Finance, LLC | Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert Dehney, Matthew Harvey, Brenna Dolphin, Austin Park<br>1201 N. Market St., #1600<br>Wilmington DE 19801 | rdehney@morrisnichols.com<br>mharvey@morrisnichols.com<br>bdolphin@morrisnichols.com<br>apark@morrisnichols.com | First Class Mail and Email |
| United States Trustee for the District of Delaware | Office of the United States Trustee for the District of Delaware | Attn: Ben Hackman<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington DE 19801 | | First Class Mail |
| Counsel to Debtors and Debtors In Possession | Willkie Farr & Gallagher LLP | Attn: Rachel C. Strickland, Andrew S. Mordkoff, Joseph R. Brandt<br>787 Seventh Avenue<br>New York NY 10019 | rstrickland@willkie.com<br>amordkoff@willkie.com<br>jbrandt@willkie.com | Email |
| Counsel to Debtors and Debtors In Possession | Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L. Morton, Matthew B. Lunn, Shane M. Reil, Carol E. Cox<br>1000 North King Street<br>Rodney Square<br>Wilmington DE 19801 | emorton@ycst.com<br>mlunn@ycst.com<br>sreil@ycst.com<br>ccox@ycst.com | Email |