# SIGN-IN SHEET

**CASE NAME:** Near Intelligent
**CASE NO:** 23-11962
**COURTROOM LOCATION:** 4
**DATE:** 2/2/2024 at 10:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Shane Reil | Young Conaway | Debtors |
| Ed Morton | Young Conaway | Debtors |
| Benjamin Hallman | | U.S. Trustee |
| Brenna A. Dolphin | MNAT | DIP Lender |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.



# United States Bankruptcy Court
# District of Delaware

## Appearances before the Honorable Judge Thomas M. Horan

### Friday, February 2, 2024

10:00 AM

**23-11962-TMH Near Intelligence, Inc.**

| | | |
|---|---|---|
| Michael J Antongiovanni<br>via: Video and Audio<br>Representing:<br>MobileFuse, LLC | Meyer, Suozzi, English & Klein, P.C.<br>990 Stewart Avenue<br>Garden City, NY 11530 | (516) 592-5735<br>mantongiovanni@msek.com |
| Aaron S. Applebaum<br>via: Video and Audio<br>Representing:<br>Committee | DLA Piper LLP (US)<br>1201 North Market Street<br>Suite 2100<br>Wilmington, DE 19801 | 302.468.5662<br>aaron.applebaum@us.dlapiper.com |
| Rick Archer<br>via: Audio Only<br>Representing:<br>Law360 | 508 Woodland Hills Road<br>White Plains, NY 10603 | 9144004337<br>richard.archer@law360.com |
| Joseph Brandt<br>via: Video and Audio<br>Representing:<br>Debtors | Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019 | 212-728-8000<br>jbrandt@willkie.com |
| William Brennan<br>via: Video and Audio<br>Representing:<br>Corvus | Corvus Fund Management<br>875 n Michigan ave<br>Floor 31<br>Chicago, IL | 847-421-6020<br>William@corvusfm.com |
| Miguel Cadavid<br>via: Video and Audio<br>Representing:<br>Prepetition/DIP Lenders | King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036 | 212-556-2229<br>mcadavid@kslaw.com |
| Cameron Cavalier<br>via: Audio Only<br>Representing:<br>Debtors | Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019 | 212-728-8000<br>ccavalier@willkie.com |
| Robert J. Dehney<br>via: Video and Audio<br>Representing:<br>Prepetition/DIP Lenders | Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P O. Box 1347<br>Wilmington, DE 19899-1347 | (302) 658-9200<br>rdehney@morrisnichols.com |
| Amanda Fang<br>via: Audio Only<br>Representing:<br>Debtors | Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019 | 212-728-8000<br>afang@willkie.com |
| Carolyn B. Fox<br>via: Video and Audio<br>Representing:<br>Committee | DLA Piper LLP (US)<br>1201 N. Market Street, Suite 2100<br>Wilmington, DE 19801 | 6104532807<br>carolyn.fox@us.dlapiper.com |

| Name | Address | Contact |
|---|---|---|
| Taylor Harrison<br>via: Audio Only<br>Representing: | 1345 Sixth Avenue<br>New York, NY 10105 | 8595595694<br>taylor.harrison@iongroup.com |
| Matthew B. Harvey<br>via: Video and Audio<br>Representing:<br>Prepetition/DIP Lenders | Morris Nichols Arsht & Tunnell, LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | 302-351-9393<br>mharvey@mnat.com |
| Geoffrey Michael King<br>via: Video and Audio<br>Representing:<br>Prepetition/DIP Lenders | King & Spalding LLP<br>110 N Wacker Drive<br>Chicago, IL 60606 | 312-706-8049<br>gking@kslaw.com |
| Howard B Kleinberg<br>via: Video and Audio<br>Representing:<br>MobileFuse, LLC | Meyer, Suozzi, English & Klein, P.C<br>990 Stewart Avenue<br>Garden City, NY 11530 | (516) 592-5718<br>hkleinberg@msek.com |
| Kirkland K&E; Listen-Only Line<br>via: Video and Audio<br>Representing:<br>Kirkland & Ellis LLP | Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 | 773-683-8969<br>amy.donahue@kirkland.com |
| Nicole McLemore<br>via: Video and Audio<br>Representing:<br>Committee | DLA Piper LLP (US)<br>200 South Biscayne Blvd<br>Miami, FL 33131 | 3054238526<br>nicole.mclemore@us.dlapiper.com |
| Andrew Mordkoff<br>via: Video and Audio<br>Representing:<br>Debtors | Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019 | 212-728-8000<br>amordkoff@willkie.com |
| Brian Nash<br>via: Video and Audio<br>Representing:<br>self | 200 Crescent Parkway<br>Sea Girt, NJ 08750 | 9179238507<br>bnash@nashionalmedia.com |
| Dennis C. O'Donnell<br>via: Video and Audio<br>Representing:<br>Committee | DLA Piper LLP US<br>1251 Avenue of the Americas<br>New York, NY 10020 | 2123354500<br>dennis.odonnell@us.dlapiper.com |
| Austin Park<br>via: Video and Audio<br>Representing:<br>Prepetition/DIP Lenders | Morris Nichols Arsht & Tunnell LLP<br>1201 North Market Street<br>Wilmington, DE 19899 | 302-351-9160<br>apark@morrisnichols.com |
| Frederick Brian Rosner<br>via: Video and Audio<br>Representing:<br>MobileFuse, LLC | The Rosner Law Group LLC<br>824 Market Street, Suite 810<br>Wilmington, DE 19801 | 302-777-1111<br>rosner@teamrosner.com |
| Patricia H. Schrage<br>via: Video and Audio<br>Representing:<br>U.S. Securities and Exchange Commission | U.S. Securities & Exchange Commission<br>3 World Financial Center<br>New York, NY 10281 | 212-336-0163<br>schragep@sec.gov |
| Roger Schwartz<br>via: Video and Audio<br>Representing:<br>Prepetition/DIP Lenders | King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036 | 2125562331<br>rschwartz@kslaw.com |

| | | |
|---|---|---|
| Rachel Strickland<br>via: Video and Audio<br>Representing:<br>Debtors | Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019 | 212-728-8000<br>rstrickland@willkie.com |
| Vince Sullivan<br>via: Audio Only<br>Representing: | Law360<br>111 W. 19th Street<br>New York, NY 10011 | 3024375542<br>vince.sullivan@law360.com |
| Michael Tomback<br>via: Audio Only<br>Representing: | 11 E 26th St<br>New York, NY 10010 | 954.263.4742<br>legalteam@reorg.com |
| Ben Zigterman<br>via: Audio Only<br>Representing:<br>Law360 | Law360<br>230 Park Avenue, 7th Floor<br>New York, NY 10169 | 6467837162<br>ben.zigterman@law360.com |