## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 148** |
| | <u>Objection Deadline</u>: February 20, 2024 at 4:00 p.m. (ET) |

### NOTICE OF FILING OF DECLARATION
### OF DISINTERESTEDNESS OF ORDINARY COURSE
### <u>PROFESSIONAL, BAKER TILLY US, LLP</u>

**PLEASE TAKE NOTICE** that on January 9, 2024, the Court entered the *Order Authorizing (I) the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business Effective as of the Petition Date and (II) Waiving Certain Information Requirements of Local Rule 2016-2* [Docket No. 148] (the "OCP Order").[2] The OCP Order provides that each ordinary course professional shall file with the Court a Declaration of Disinterestedness prior to the receipt of payment of fees and reimbursement of expenses incurred for postpetition services rendered to the Debtors.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the procedures set forth in the OCP Order, the Debtors hereby file the Declaration of Disinterestedness (the "Declaration") of Baker Tilly US, LLP (the "OCP"), a copy of which is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the procedures set forth in the OCP Order, any objections to the Declaration must be filed and served on or before **February 20, 2024 at 4:00 p.m. (ET)**. If no timely objection is filed and served, the Debtors shall be authorized to retain the OCP on a final basis without further order of the Court.

*[Signature page follows]*

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd.  The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

[2]  All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the OCP Order.

Dated: February 6, 2024
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

_/s/ Carol E. Cox_
Edmon L. Morton (No. 3856)
Matthew B. Lunn (No. 4119)
Shane M. Reil (No. 6195)
Carol E. Cox (No. 6936)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
emorton@ycst.com
mlunn@ycst.com
sreil@ycst.com
ccox@ycst.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Rachel C. Strickland (admitted _pro hac vice_)
Andrew S. Mordkoff (admitted _pro hac vice_)
Joseph R. Brandt (admitted _pro hac vice_)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 728-8000
Facsimile:  (212) 728-8111
rstrickland@willkie.com
amordkoff@willkie.com
jbrandt@willkie.com

_Co-Counsel to the Debtors and Debtors in Possession_

# EXHIBIT A

**Declaration of Disinterestedness**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |

## DISCLOSURE DECLARATION OF ORDINARY COURSE PROFESSIONAL

I, JERE G. SHAWVER, do hereby declare under penalty of perjury that the following is true to the best of my knowledge, information, and belief:

1.    This declaration ("<u>Declaration</u>") is submitted in accordance with that certain Order Authorizing the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business [Docket No. 76] ("<u>OCP Order</u>").  Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the OCP Order.

2.    The Debtors have requested that Baker Tilly US, LLP ("<u>Firm</u>") provide tax compliance and consulting services to the Debtors, and the Firm has agreed to provide such services.

3.    The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases for persons that are parties in interest in these Chapter 11 Cases.  The Firm does not perform services for any

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd.  The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

such person in connection with these Chapter 11 Cases or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4.      As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be retained by the Debtors, claimants, and parties in interest in these Chapter 11 Cases.

5.      Neither I nor any principal, partner, director, or officer of, or professional employed by, the Firm has agreed to share, or will share, any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6.      Neither I nor any principal, partner, director, or officer of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be retained.

7.      The Firm provided tax services to the Debtors prepetition.  The Debtors do not owe the Firm for prepetition services.  Prior to the Petition Date, the Debtors provided an advance payment to the Firm in the amount of $30,000, which was subsequently used in part, and as of the Petition Date, the remaining advance payment balance held by the Firm is $27,100.

8.      As of the Petition Date, the Firm was not party to an agreement for indemnification with certain of the Debtors.  In connection with its retention in this engagement, the Firm has prepared a tax engagement letter, a copy of which is attached hereto as **Exhibit 1**, that contains indemnification provisions.

9.      The Firm has read the OCP Order and understands the limitations on compensation and reimbursement of expenses under the OCP Order.  Specifically, the Firm understands that in the event that it exceeds the OCP Cap, the Firm will be required to file with the Court a fee

application for its fees and expenses in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable orders of the Court.

10.     The Firm has conducted a conflicts search using the names provided by the Debtors, attached hereto as **Exhibit 2**. The results of the Firm's conflicts check are attached hereto as **Exhibit 3**. At any time during the period of its retention, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

11.     The Firm is the United States member firm of Baker Tilly International, a cooperative of member firms, each a separate legal entity, located worldwide. The Firm understands that the Debtors' tax compliance matters will require expertise in Singapore tax laws, specifically with respect to sale of Debtors' assets, and as such, the Firm expects to engage with Baker Tilly Singapore, a separate legal entity, to obtain such expertise as a part of its assignment. The Firm requested Baker Tilly Singapore also conduct a conflicts search using the names listed on Exhibit 2 and the results of that search are included within the Firm's results in Exhibit 3.  The Firm will include any time and expenses incurred by Baker Tilly Singapore on the Firm's invoices to the Debtors; such time and expense is anticipated to be less than 15% of the Firm's fees and costs in the first year of this engagement.

12.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 5, 2024 at Tysons Corner, Virginia.

JERE G. SHAWVER, CPA, CGMA
Baker Tilly US, LLP
Managing Partner – Assurance and Risk



Baker Tilly US, LLP
18500 Von Karman Avenue, 10th Floor
Irvine, CA 92612
United States of America

T: +1 (949) 222 2999

bakertilly.com

January 31, 2024

Mr. John Faieta
Chief Financial Officer
Near Intelligence, Inc.
100 West Walnut Street, Suite A-4
Pasadena, CA 91124

RE:    Engagement Letter for Tax Compliance Services in the jointly administered bankruptcy case
       *In re: Near Intelligence, Inc. and related cases*

Dear John:

Thank you for the opportunity for Baker Tilly US, LLP ("Baker Tilly", "we", "our") to continue to serve as your tax accountants and advisors in connection with the jointly administered bankruptcy cases of *In re: Near Intelligence, Inc. et al.*, Lead Case No. 23-11962 (TMH) ("Bankruptcy Case") venued in the United States Bankruptcy Court, District of Delaware ("Bankruptcy Court").

This engagement letter (the "Engagement Letter") and the enclosed *Engagement Terms – Tax Services* along with an upcoming supplemental employment application to be filed in the Bankruptcy Case set forth the understanding of the nature and scope of the services to be performed and the fees we will charge for these services. In addition, this letter delineates the responsibilities of Baker Tilly and Near Intelligence, Inc. and its subsidiaries in connection with the services to be provided under this engagement.

Baker Tilly understands that its professional services are governed by Title 11 of the United States Code ("Bankruptcy Code") and that any order entered by the Bankruptcy Court takes precedence over the terms of this Engagement Letter. Further, Baker Tilly understands that the debtors ("Debtors") jointly administered in the Bankruptcy Case are as follows:

| Debtor | Case No. |
|---|---|
| Near Intelligence, Inc. | 23-11962 (Lead) |
| Near Intelligence LLC | 23-11965 |
| Near Intelligence Pte. Ltd. | 23-11966 |
| Near North America, Inc. | 23-11967 |

On January 9, 2024, the Bankruptcy Court entered its *Order Authorizing (I) the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business Effective as of the Petition Date, (II) Waiving Certain Information Requirements of Local Rule 2016-2, and (III) Granting Related Relief* [Docket #148, "OCP Order"]. The Debtors' underlying motion [Docket #76] listed Baker Tilly as a planned ordinary course professional in this Bankruptcy Case. Under the provisions of the OCP Order, the Firm must provide a declaration of disinterest addressing certain items, including disclosures of connections, terms of engagement, etc.

This Engagement Letter will be filed with the Bankruptcy Court along with our declaration of disinterest upon execution. Any modifications to this form of Engagement Letter or the *Engagement Terms – Tax Services* required by the Bankruptcy Court shall be deemed modified to comply therewith.

**Exhibit 1, Page 1 of 12**

John Faieta, CFO
Near Intelligence, Inc.
January 31, 2024
Page 2

---

**Summary of Tax Services**

We will prepare and sign as preparer the federal and state income tax returns for the tax year beginning January 1, 2023 through December 31, 2023 as identified in the enclosed *Listing of Returns to be Prepared*. We will also prepare any additional <u>future</u> federal and state income tax returns, as necessary and requested by you, during the duration of the Bankruptcy Case. These preparation services also include any necessary development of supplemental bankruptcy disclosures for inclusion with tax return filings as well as tax planning and analysis and the "Additional Services" outlined below.

If your business activities have changed or are being conducted in states in addition to those in which you filed tax returns last year, it is your responsibility to inform us. This engagement does not include a determination of filing requirements in any additional states. If a determination or nexus study of additional state filing requirements is necessary, we will discuss that issue with you, prior to initiating such analyses.

Unless otherwise agreed to in writing, you will be responsible for preparing and filing all other tax or information returns required to be filed with the applicable authorities including, for example, city and county income or gross receipts filings, payroll tax filings, sales and use tax filings, information reporting filings, etc.

**Additional Tax Services**

From time to time, you may request that we provide services, hereinafter referred to as "Additional Services". We will provide such Additional Services subject to this letter and the enclosed *Engagement Terms - Tax Services*. Additional Services may include, but are not limited to:

- Estimated tax calculations
- Consulting on calculations of gains and losses
- Consulting on current and future transactions, including structuring and due diligence
- Consulting on impact of any bankruptcy items, including cancellation of debt income, tax bases of assets, taxability of settlement recoveries, plan development and implementation
- Admittance of new owners, restructuring, or redemptions of interests, etc.
- Incorporating changes to other agreements
- R&E credit consulting and/or computations
- State nexus studies and/or analysis
- Federal or state tax controversy assistance
- International tax
- Organizational tax issues

Any such Additional Tax Services above must be mutually agreed to in writing, which may be by email.

**Additional Work Required Due to Tax Legislation**

Congress and Treasury continue to revise the tax law, as well as issue additional guidance and rules relating to the law changes. Any such guidance or legislative changes have the potential to impact tax positions on your return and may require additional analysis and computations. Our fee associated with any additional time that we spend on such issues will be based on our standard hourly rates for the level of staff performing the services. Before we begin any incremental work, we will provide an estimate of the additional fees expected to be incurred.

**Tax Return Preparer Standards and Related Matters**

Revised Internal Revenue Code ("<u>IRC</u>") section 6694 and the related Treasury Regulations provide that a tax return preparer may sign a tax return only if there is substantial authority for all tax positions reflected in the return or there is disclosure of any position that has a reasonable basis but does not have substantial authority. This revised standard corresponds with the taxpayer standard relating to avoiding a penalty for a substantial understatement of tax. Positions that lack a reasonable basis claimed on a tax return could

**Exhibit 1, Page 2 of 12**

John Faieta, CFO
Near Intelligence, Inc.
January 31, 2024
Page 3

subject taxpayers to a substantial understatement of tax penalty, even if such positions are disclosed on their returns. Professionals cannot sign such returns. The higher more-likely-than-not standard for tax shelters remains. Regardless of disclosure, any position or transaction deemed to be a tax shelter must meet the more-likely-than-not confidence level or it cannot be claimed on a tax return.

As a result, our required due diligence may require us to evaluate all positions to be reflected on your federal tax returns to determine if such positions meet the substantial authority standard discussed above. Certain positions may be required to be disclosed to the federal, and in some cases, the state tax authorities.

It is not possible for us to know, in advance, the positions to be reflected on your return that may require additional analysis. Therefore, we cannot estimate the additional amount of fees that may be associated with this effort. We will, however, advise you of any positions that require further analysis and discuss the associated fees with you prior to undertaking the additional effort necessary to reach a conclusion in compliance with the standards.

The federal government requires U.S. persons which have any interest in, or signature authority over, a foreign bank, securities or other financial account to report such interest on Form 114, Report of Foreign Bank and Financial Accounts (formerly Form TD F 90-22.1), if the aggregate value of such accounts exceeds $10,000 at any time during the year. U.S. persons include U.S. citizens, U.S. residents and entities including, but not limited to corporations, partnerships or limited liability companies created or organized in the U.S. or under the laws of the U.S., and trusts and estates formed under the laws of the U.S. Please inform us if you have any foreign bank accounts, activities or investments, so that we can discuss how we can help you comply with the law.

The Corporate Transparency Act of 2020 ("CTA") imposes reporting requirements on most small business incorporated or registered to conduct business in the United States. Companies subject to reporting will be required to submit identifying information regarding beneficial owners and agents who assist in the formation and/or domestic registration of the reportable businesses. As of February 2022, the proposed effective date for the reporting requirements has been deferred. However, once regulations are finalized this new reporting requirement would require that reporting companies file an initial BOI report within one year, or within 14 days if newly formed or registered. While we are happy to help answer questions, please note any reporting requirements under the CTA are outside the scope of this engagement.

**Third Party Service Providers and Tax Return Information Disclosure Consent**

Baker Tilly is committed to protecting the privacy and confidentiality of your tax return information. We are also committed to providing you with comprehensive, integrated services that enhance and protect your organization's value. To optimize our service delivery and the results we are able to provide, we would like to obtain your consent to use and disclose your tax return information for various purposes of benefit to you, as detailed below. Please read the consent below carefully before executing. You are not required to execute this consent to engage our tax return preparation services, and we are not conditioning our provision of services on your consent. For the avoidance of doubt, by signing this engagement letter, you are providing your consent to allow Baker Tilly to use your tax return information for the purposes identified below. You may request to limit the tax return information disclosed or used, and to limit the consented uses and disclosures. You may terminate your consent at any time by providing written notice to Baker Tilly.

I.R.C. § 7216 Client Consent to Disclosure and Use of Tax Return Information (Non-1040)

I authorize Baker Tilly to use and disclose all of Taxpayer's tax return information for the purposes identified below.

I authorize Baker Tilly to use Taxpayer's tax return information for the following purposes:

John Faieta, CFO
Near Intelligence, Inc.
January 31, 2024
Page 4

- To identify and suggest useful information and services, including attest services, non-tax services such as audit services, financial services, investment advisory services, and consulting services, and additional tax services such as advanced federal and state income tax, indirect tax credits & incentives, international tax, and industry-specific services, and to determine whether such information and services would be valuable to you.
- To aggregate and anonymize tax return information to analyze, deliver, support, optimize, communicate and market our services and to allow us to provide you and others with other helpful information.

**Timing**

We will complete the preparation of the tax returns so they can be timely filed by entities' original or extended due date of the respective income tax return as agreed upon. In order to meet the deadline, you are required to provide us with needed information or assistance within a specified period of time. Failure to provide complete information and timely assistance may require an adjustment to our completion date. In addition, in the event unforeseen circumstances occur that impact our ability to meet the final completion date, we will contact you to discuss an acceptable revised completion date.

Due to constraints in amending federal partnership returns under the IRC, we will automatically file for an extension of these returns as part of our standard engagement practice.

**Fees**

Our fees are based upon the hours actually expended by each engagement team member at each member's applicable hourly billing rate.  We estimate that our fees for preparation of the 2023 federal and state income tax returns will be approximately $140,000 to $150,000.  We will also bill the Debtors for any Additional Services rendered as well as other compensable services associated with this jointly administered Bankruptcy Case, including those of a general and administrative nature such as attention to monitoring case developments and deadlines, employment and fee matters, etc.  Our hourly billing rates by professional level to be assigned to this engagement for these services are as follows:

| Position | Hourly Rate |
|---|---|
| Managing Directors, Principals, and Partners | $765 - $850 |
| Senior Managers and Directors | $425 - $850 |
| Managers | $360 - $500 |
| Senior Associates | $220 - $315 |
| Associates | $165 - $225 |
| Paraprofessionals | $145 - $195 |

Factors such as the complexity of the engagement, the condition and completeness of your records, the timely compilation by your staff of any information we have requested, the continuity of your personnel and their availability will have a bearing on the amount of time required to complete the engagement.

In addition to professional fees, our invoices will include any reasonable and documented out-of-pocket expenses, including, without limitation, travel, photocopies, delivery services, postage, and any other reasonable and documented out-of-pocket expenses incurred in providing professional services specific to this engagement.  All such charges will be consistent with the guidelines of the Office of the United States Trustee.

Baker Tilly understands that all payments due and owing under this Engagement Letter must be billed consistent with the provisions of the OCP Order, including the potential for submission of the relevant pleadings and the approval of the Bankruptcy Court if monthly fees and expenses exceed the thresholds outlined in the OCP Order and underlying motion. Baker Tilly further agrees to accept compensation as awarded by the Bankruptcy Court.

**Exhibit 1, Page 4 of 12**

John Faieta, CFO
Near Intelligence, Inc.
January 31, 2024
Page 5
_____

**Other**

Baker Tilly understands that the Debtors' counsel in this Bankruptcy Case will file Baker Tilly's declaration of disinterest and any other necessary pleadings for our retention in this Bankruptcy Case as outlined in this Engagement Letter. Further, you agree to continue to take steps necessary to ensure Baker Tilly's fee applications are filed by your counsel in Bankruptcy Court if such fee applications are required.

To the extent of any inconsistency between the terms of this Engagement Letter, the *Engagement Terms – Tax Services*, and any order entered by the Bankruptcy Court, the order of governance shall be first such court orders, second this Engagement Letter, and only then the *Engagement Terms – Tax Services*.

The parties have agreed to the following modifications to the *Engagement Terms – Tax Services* attachment:

1) Remove Section 5 ("Alternative Dispute Resolution") of *Engagement Terms - Tax Services* in its entirety and replace with new Section 5 ("Equitable Relief") as follows:

   "Because a breach of any the provisions of this Agreement concerning confidentiality or intellectual property rights will irreparably harm the non-breaching party, Client and Baker Tilly agree that if a party breaches any of its obligations thereunder, the non-breaching party shall, without limiting its other rights or remedies, be entitled to seek equitable relief (including, but not limited to, injunctive relief) to enforce its rights thereunder, including without limitation protection of its proprietary rights. The parties agree that the parties need not invoke the mediation procedures set forth in this section in order to seek injunctive or declaratory relief."

2) Modification to Section 10 ("Governing Law") of *Engagement Terms - Tax* Services to remove existing language and replace with new language as follows:

   "The Agreement shall be governed by and construed in accordance with the laws of the state in which the Bankruptcy Court sits, without regard to the conflict of law provisions thereof. The Bankruptcy Court shall have jurisdiction on any dispute arising from the Agreement."

John Faieta, CFO
Near Intelligence, Inc.
January 31, 2024
Page 6

_____

We look forward to working with you and your staff to complete this important project. If this engagement letter correctly describes the engagement, please sign one copy and return it to us, along with a copy of the attached *Engagement Terms – Tax Services*. Please retain a copy for your files. If you have any questions or comments regarding the terms of this engagement letter, please let us know.

Sincerely,

BAKER TILLY US, LLP

*Shawn Kato*

By:     Shawn Kato, CPA
        Partner

Enclosure(s):

   *Engagement Terms – Tax Services*
   *Additional Disclosures*
   *Listing of Returns to be Prepared*

The services and terms as set forth in this engagement letter and the enclosed *Engagement Terms – Tax Services and Additional Disclosures* are agreed to by:

*John Faieta*
John Faieta (Jan 31, 2024 16:02 PST)
_____
Client Signature

CFO
_____
Title

Jan 31, 2024
_____
Date

**Please ensure that you return ALL pages of the engagement letter and the attached Engagement Terms – Tax Services.**

**Listing of Returns to be Prepared**

Based upon information available to date, Baker Tilly expects to prepare the following U.S. federal and state tax returns, schedules and other information for the 2023 tax year. Future tax years may require different returns. Baker Tilly will work with the Debtors and their representatives in the determination of appropriate returns for all future filings.

**Near Intelligence Holdings, Inc. & Subsidiaries –** stub period federal and (22) state tax returns for the period ended March 16, 2023

**Near Intelligence Inc. & Subsidiaries –** stub period federal and (22) state tax returns for the period March 17, 2023 through December 31, 2023

**KludeIn I Acquisition Corp. –** stub period federal return for the period ended March 16, 2023 (if needed)

**Near Intelligence Inc. –** Form 5471, Information Return for Controlled Foreign Corporation (4 returns)

**Near Intelligence Inc. –** Foreign Bank Account Reporting (FBAR)

**Baker Tilly US, LLP**
**Additional Disclosures Related to Tax Engagements**

You have requested that we provide some additional planning or consulting services pursuant to the engagement letter you signed. We are pleased to perform such services for you. However, under the standards governing the provision of such services we are obligated to make certain disclosures to you. Therefore, we are making the following disclosures in accordance with professional practice standards established by the American Institute of Certified Public Accountants (AICPA).

## Scope

The requested additional services are consultative in nature. These services do not cover any implementation or ongoing monitoring services that may be required in the future. We are available to assist you in implementing the actions and strategies agreed upon as you deem appropriate. The nature and extent of our implementation services will be established at that time. Implementation of any such planning ideas or strategies is a separate engagement, and we will provide you with a separate engagement letter for that process when and if that becomes necessary.

The advice requested may require your cooperation in providing us with various types of information and documents concerning your personal financial situation. We will be relying on your representations. If we are unable to obtain from you sufficient information to form a reasonable basis for our conclusions and recommendations, our services in connection with this engagement may be limited to those matters for which sufficient information is available, and this may affect our conclusions and recommendations. Should this be the case, we will so advise you in writing.

If we are unable to obtain sufficient information to proceed with the engagement as contemplated and agreed, we will advise you and, as appropriate, discuss terminating or modifying the engagement with you. If we agree to modify or terminate the engagement, we will communicate that to you in writing.

## Other Advisors

We cannot be responsible for the acts, omissions, or solvency of any broker, agent, or independent contractor or other advisor or professional selected to implement any planning ideas or strategies identified as part of the additional services you have asked us to provide. Our services are not designed, and should not be relied upon, as a substitute for your own business judgment nor are they meant to mitigate the necessity of your personal review and analysis of a particular investment. Our services are designed to supplement your own planning analysis and to aid you in fulfilling your financial objectives.

In the event we refer you to another service provider, we will disclose to you, in writing, any compensation we receive for making such a referral.

## Conflicts of Interest

We have no conflicts of interest in providing the requested additional services. We will advise you of any conflicts of interest, should they arise.

## Other

You are, of course, free to follow or disregard, in whole or in part, any recommendations we make. You are under no obligation to act on any recommendation. Because this engagement does not cover implementation activities, we cannot be responsible for any decisions you make regarding implementation of the recommendations.

# Baker Tilly US, LLP
## Engagement Terms - Tax Services

These Engagement Terms - Tax Services ("Terms"), the Engagement Letter to which they are attached, and any applicable online terms and conditions or terms of use ("Online Terms") related to online products or services made available to Company by Baker Tilly ("Online Offering") (collectively, the "Agreement") constitute the entire agreement between the client to whom such Engagement Letter is addressed (the "Client") and any other legal entities referred to therein and Baker Tilly US, LLP ("we", "us", "our"), regarding the services described in the Engagement Letter and supersede and incorporate all prior or contemporaneous representations, understandings or agreements, and may not be modified or amended except by an agreement in writing signed between the parties hereto. For clarity and avoidance of doubt, these Terms and the Engagement Letter govern Baker Tilly's provision of the services described herein, and the Online Terms govern Company's use of the Online Offering. This Agreement's provisions shall not be deemed modified or amended by the conduct of the parties. If there is a conflict between these Terms and the Terms of any Engagement Letter, these Terms shall govern.

**1. Responsibilities of Client**

a. To ensure an effective and efficient engagement, Client agrees to provide Baker Tilly US, LLP with all information requested, in a timely manner, and to provide any reasonable assistance as may be required to properly perform the engagement. In performing services under this Agreement, Baker Tilly US, LLP will rely upon Client personnel for the accuracy and completeness of its records and all other information supplied to us, without independent investigation or verification. Inaccuracy, incompleteness or tardiness in the delivery of information to Baker Tilly US, LLP, whether or not Client personnel knew or should have known that such information was not complete, accurate or current, could have a material effect on tax returns, our conclusions and the fee for services.

b. US Treasury Regulations require taxpayers to disclose any tax strategy or transaction that the IRS identifies as: 1) a Listed Transaction; 2) substantially similar to a Listed Transaction; or 3) any other Reportable Transaction. In addition, certain states have similar disclosure requirements. Noncompliance with these rules may result in significant penalties. Client agrees to inform Baker Tilly US, LLP of participation in any such transactions.

c. Client agrees to file, unaltered and with appropriate disclosure, the tax returns as prepared by Baker Tilly US, LLP. Client agrees that Baker Tilly US, LLP assumes no responsibility and has no liability for any returns altered by Client prior to filing with the taxing jurisdiction. Client is responsible for the timely filing of the returns Baker Tilly US, LLP prepares and agrees to inform us in writing of any failure to timely file the tax returns.

d. Most tax returns require signatures, under penalty of perjury, by the taxpayer or an officer of the taxpayer affirming that the tax returns and the accompanying schedules and statements are true, correct and complete to the best of his or her knowledge. Client is responsible for understanding and agreeing with the various amounts, computations and statements made in the tax returns and accepts responsibility for the results of the tax services rendered. Baker Tilly US, LLP's services may include advice and recommendations, but all decisions in connection with the implementation of such advice and recommendations shall be the responsibility of, and made by, Client. Baker Tilly US, LLP will not perform any management functions or make management decisions for Client in connection with this engagement.

e. Client is required to maintain and retain adequate documentation to support the tax returns as filed as penalties can be imposed by taxing authorities for the failure to produce adequate documentation supporting the items included in a tax return. Baker Tilly US, LLP has no responsibility or liability for Client's failure to maintain adequate documentation.

**2. Responsibilities of Baker Tilly US, LLP**

a. Baker Tilly US, LLP's services under this Agreement are subject to and will be performed in accordance with Treasury Department Circular 230, the American Institute of Certified Public Accountants (AICPA) and other professional standards applicable to tax services. We disclaim all other warranties, either express or implied.

b. Baker Tilly US, LLP will perform these services on the basis of the information you have provided and in consideration of the applicable tax laws, regulations and associated interpretations as of the date the services are provided. Tax laws and regulations and/or their interpretation are subject to change at any time, and such changes may be retroactive in effect and may be applicable to advice given or other services rendered before their effective dates. Baker Tilly US, LLP has no responsibility or liability for such changes occurring after the completion date of this engagement.

c. Client acknowledges and agrees that any advice, recommendations, information or work product provided to Client by Baker Tilly US, LLP in connection with this engagement is for the sole use of Client and may not be relied upon by any third party. Baker Tilly US, LLP has no liability or responsibility to any third parties as a result of this engagement and Client agrees to indemnify Baker Tilly US, LLP accordingly (see Paragraph 3(b)).

d. Tax returns and other filings are subject to examination by taxing authorities. Baker Tilly US, LLP will be available to assist Client in the event of an audit of any issue for which Baker Tilly US, LLP has provided services under this Agreement. Fees for these additional services will be communicated in a separate engagement letter.

e. The services performed under this Agreement do not include the provision of legal advice and Baker Tilly US, LLP makes no representations regarding questions of legal interpretation. Client should consult with its attorneys with respect to any legal matters or items that require legal interpretation, under federal, state or other type of law or regulation.

f. Baker Tilly US, LLP may utilize the services of independent contractors in providing services to Client. All such third parties are bound by the same confidentiality requirements as Baker Tilly US, LLP and its employees. Client hereby consents to disclosure of confidential information necessary to the provision of the related services.

g. Nothing in this Agreement prevents Baker Tilly US, LLP from providing services to other clients.

**3. Limitation on Damages and Indemnification**

a. The liability (including attorney's fees and ALL other costs) of Baker Tilly US, LLP and its current or former partners, principals, agents or employees related to any claim for damages relating to the services performed under this Agreement shall not exceed the fees paid to Baker Tilly US, LLP for the portion of the work to which the claim relates, except to the extent finally determined to have resulted from the willful misconduct or fraudulent behavior of Baker Tilly US, LLP relating to such services. This limitation of liability is intended to apply to the full extent allowed by law, regardless of the grounds or nature of any claim asserted, including the negligence of either party. Additionally, in no event shall either party be liable for consequential, special, indirect, incidental, punitive or exemplary damages, costs, expenses or losses (including, without limitation, lost profits and opportunity costs) arising out of or related to this Agreement even if a party has been advised of the possibility of such damages.

b. Except to the extent finally determined to have resulted from the willful misconduct or fraudulent behavior of Baker Tilly US, LLP relating to such services, Client agrees to indemnify, defend and hold harmless Baker Tilly US, LLP from and against any and all liabilities incurred or suffered by or asserted against Baker Tilly US, LLP in connection with a third party claim to the extent resulting from such party's use or possession of or reliance upon Baker Tilly US, LLP's advice, recommendations, information or work product.

c. The terms of this Section 3 shall apply regardless of the nature of any claim asserted (including, but not limited to, contract, tort or any form of negligence, whether of Client, Baker Tilly US, LLP or others), but these terms shall not apply to the extent finally determined to be contrary to applicable law or regulation. These

Rev. April 2023

**Exhibit 1, Page 9 of 12**

**Engagement Terms - Tax Services (Page 2)**

terms shall also continue to apply after any termination of this Agreement.

d. Client accepts and acknowledges that any legal proceedings arising from or in connection with the services provided under this Agreement must be commenced within one year from the date the services were provided, without consideration as to the time of discovery of any claim or any other statutes of limitations or repose.

**4.  Communications and Confidentiality**

a. Communications between Baker Tilly US, LLP and Client may be privileged and protected from disclosure to the IRS or other governmental authorities in certain circumstances. Baker Tilly US, LLP will not assert on Client's behalf any claim of privilege unless Client specifically instructs Baker Tilly US, LLP in writing to do so after discussing the specific request and the grounds on which such privilege claim would be made. Notwithstanding the foregoing, Client acknowledges that in no event will Baker Tilly US, LLP assert any claim of privilege that Baker Tilly US, LLP concludes is not valid. Baker Tilly US, LLP agrees to cooperate with Client in any effort to assert any privilege with respect to such information, provided Client agrees to hold Baker Tilly US, LLP harmless from and be responsible for any costs and expenses resulting from such assertion.

b. Baker Tilly US, LLP may be required to disclose confidential information to federal, state and international regulatory bodies or a court in criminal or other civil litigation. In the event that we receive a request from a third party (including a subpoena, summons or discovery demand in litigation) calling for the production of information, Baker Tilly US, LLP will promptly notify Client, unless otherwise prohibited. In the event Baker Tilly US, LLP is requested by the Client or required by government regulation, subpoena or other legal process to produce our engagement working papers or its personnel as witnesses with respect to services rendered to Client, so long as Baker Tilly US, LLP is not a party to the proceeding in which the information is sought, Client will reimburse Baker Tilly US, LLP for its professional time and expenses, as well as the fees and legal expenses, incurred in responding to such a request.

c. Baker Tilly US, LLP may be required to disclose confidential information with respect to complying with certain professional obligations, such as peer review programs. All participants in such peer review programs are bound by the same confidentiality requirements as Baker Tilly US, LLP and its employees. Baker Tilly US, LLP will not be required to notify Client if disclosure of confidential information is necessary for peer review purposes.

d. Baker Tilly US, LLP may communicate electronically with Client or otherwise transmit documents in electronic form during the course of this engagement. Client accepts the inherent risks of electronic forms of communication and agrees that it may rely only upon a final hard copy version of a document or other communication that Baker Tilly US, LLP transmits to Client unless no such hard copy is transmitted by Baker Tilly US, LLP to Client.

e. The documentation for this engagement, including the workpapers, is the property of Baker Tilly US, LLP and constitutes confidential information. We may have a responsibility to retain the documentation for a period of time sufficient to satisfy any applicable legal or regulatory requirements for records retention. If we are required by law, regulation or professional standards to make certain documentation available to regulators, Client hereby authorizes us to do so.

**5.  Alternative Dispute Resolution**

a. In the unlikely event that differences concerning services or fees should arise that are not resolved by mutual agreement, both parties agree to attempt in good faith to settle the dispute by mediation administered by the American Arbitration Association under its mediation rules for professional accounting and related services disputes before resorting to litigation or any other dispute-resolution procedure. Each party shall bear their own expenses from mediation.

b. If mediation does not settle the dispute or claim, then the parties agree that the dispute or claim shall be settled by binding arbitration. The arbitration proceeding shall take place in the city in which the Baker Tilly US, LLP office providing the relevant services is located, unless the parties mutually agree to a different location. The proceeding shall be governed by the provisions of the Federal Arbitration Act (FAA) and will proceed in accordance with the then current Arbitration Rules for Professional Accounting and Related Disputes of the AAA, except that no prehearing discovery shall be permitted unless specifically authorized by the arbitrator. The arbitrator will be selected from AAA, JAMS, the Center for Public Resources or any other internationally or nationally-recognized organization mutually agreed upon by the parties. Potential arbitrator names will be exchanged within 15 days of the parties' agreement to settle the dispute or claim by binding arbitration, and arbitration will thereafter proceed expeditiously. Any issue concerning the extent to which any dispute is subject to arbitration, or concerning the applicability, interpretation or enforceability of any of these procedures, shall be governed by the FAA and resolved by the arbitrators. The arbitration will be conducted before a single arbitrator, experienced in tax matters. The arbitrator shall have no authority to award nonmonetary or equitable relief and will not have the right to award punitive damages or statutory awards. Furthermore, in no event shall the arbitrator have power to make an award that would be inconsistent with the Engagement Letter or any amount that could not be made or imposed by a court deciding the matter in the same jurisdiction. The award of the arbitration shall be in writing and shall be accompanied by a well reasoned opinion. The award issued by the arbitrator may be confirmed in a judgment by any federal or state court of competent jurisdiction. Discovery shall be permitted in arbitration only to the extent, if any, expressly authorized by the arbitrator(s) upon a showing of substantial need. Each party shall be responsible for their own costs associated with the arbitration, except that the costs of the arbitrator shall be equally divided by the parties. Both parties agree and acknowledge that they are each giving up the right to have any dispute heard in a court of law before a judge and a jury, as well as any appeal. The arbitration proceeding and all information disclosed during the arbitration shall be maintained as confidential, except as may be required for disclosure to professional or regulatory bodies or in a related confidential arbitration. The arbitrator(s) shall apply the limitations period that would be applied by a court deciding the matter in the same jurisdiction, including the contractual limitations set forth in this Engagement Letter, and shall have no power to decide the dispute in any manner not consistent with such limitations period. The arbitrator(s) shall be empowered to interpret the applicable statutes of limitations.

**6.  Termination**

Either party may terminate this Agreement at any time upon written notice to the other party. In the event of termination, Client will be responsible for fees earned and expenses incurred through the date termination notice is received. In the event that collection procedures are required, the Client agrees to be responsible for all expenses of collection including related attorneys' fees.

**7.  Personnel**

During the term of this Agreement, and for a period of twelve (12) months following the expiration or termination thereof, neither party will actively solicit the employment of the personnel of the other party involved directly with providing services hereunder. Both parties acknowledge that the fee for hiring personnel from the other party, during this period will be a fee equal to the hired person's annual salary at the time of the violation so as to reimburse the party for the costs of hiring and training a replacement.

**8.  Data Privacy and Security**

a. To the extent the Services require Baker Tilly to receive personal data or personal information from Client, Baker Tilly may

Rev. April 2023

**Exhibit 1, Page 10 of 12**

**Engagement Terms - Tax Services (Page 3)**

process, and engage subcontractors to assist with processing, any personal data or personal information, as those terms are defined in applicable privacy laws. Baker Tilly's processing shall be in accordance with the requirements of the applicable privacy laws relevant to the processing in providing Services hereunder, including Services performed to meet the business purposes of the Client, such as Baker Tilly's tax, advisory, and other consulting services. Applicable privacy laws may include any local, state, federal or international laws, standards, guidelines, policies or regulations governing the collection, use, disclosure, sharing or other processing of personal data or personal information with which Baker Tilly or its Clients must comply. Such privacy laws may include (i) the EU General Data Protection Regulation 2016/679 (GDPR); (ii) the California Consumer Privacy Act of 2018 (CCPA); and/or (iii) other laws regulating marketing communications, requiring security breach notification, imposing minimum security requirements, requiring the secure disposal of records, and other similar requirements applicable to the processing of personal data or personal information. Baker Tilly is acting as a Service Provider/Data Processor, as those terms are defined respectively under the CCPA/GDPR, in relation to Client personal data and personal information. As a Service Provider/Data Processor processing personal data or personal information on behalf of Client, Baker Tilly shall, unless otherwise permitted by applicable privacy law, (a) follow Client instructions; (b) not sell personal data or personal information collected from the Client or share the personal data or personal information for purposes of targeted advertising; (c) process personal data or personal information solely for purposes related to the Client's engagement and not for Baker Tilly's own commercial purposes; and (d) cooperate with and provide reasonable assistance to Client to ensure compliance with applicable privacy laws. Client is responsible for notifying Baker Tilly of any applicable privacy laws the personal data or personal information provided to Baker Tilly is subject to, and Client represents and warrants it has all necessary authority (including any legally required consent from individuals) to transfer such information and authorize Baker Tilly to process such information in connection with the Services described herein. Baker Tilly is responsible for notifying Client if Baker Tilly becomes aware that it can no longer comply with any applicable privacy law and, upon such notice, shall permit Client to take reasonable and appropriate steps to remediate personal data or personal information processing. Client agrees that Baker Tilly has the right to generate aggregated/de-identified data from the accounting and financial data provided by Client to be used for Baker Tilly business purposes and with the outputs owned by Baker Tilly. For clarity, Baker Tilly will only disclose aggregated/de-identified data in a form that does not identify Client, Client employees, or any other individual or business entity and that is stripped of all persistent identifiers. Client is not responsible for Baker Tilly's use of aggregated/de-identified data.

b.  Baker Tilly has established information security related operational requirements that support the achievement of our information security commitments, relevant information security related laws and regulations, and other information security related system requirements. Such requirements are communicated in Baker Tilly's policies and procedures, system design documentation, and contracts with customers. Information security policies have been implemented that define our approach to how systems and data are protected. Client is responsible for providing timely written notification to Baker Tilly of any additions, changes or removals of access for Client personnel to Baker Tilly provided systems or applications. If Client becomes aware of any known or suspected information security or privacy related incidents or breaches related to this agreement, Client should timely notify Baker Tilly via email at dataprotectionofficer@bakertilly.com.

c.  Baker Tilly does not retain any original Client records and we will return such records to you at the completion of the services rendered under this engagement. When such records are returned to you, it is the Company's responsibility to retain and protect its accounting and other business records for future use, including potential review by any government or other regulatory

agencies. By your signature below, you acknowledge and agree that, upon the expiration of the documentation retention period, Baker Tilly shall be free to destroy our workpapers related to this engagement.

**9.  Other Matters**

a.  Neither party shall be liable to the other for any delay or failure to perform any of the services or obligations set forth in this Agreement due to causes beyond its reasonable control. The provisions of this Agreement, which expressly or by implication are intended to survive its termination or expiration, will survive and continue to bind both parties, including any successors or assignees. If any provision of this Agreement is declared or found to be illegal, unenforceable or void, then both parties shall be relieved of all obligations arising under such provision, but if the remainder of this Agreement shall not be affected by such declaration or finding and is capable of substantial performance, then each provision not so affected shall be enforced to the extent permitted by law.

b.  Neither this Agreement, any Engagement Letter, any claim, nor any rights or licenses granted hereunder may be assigned, delegated or subcontracted by either party without the written consent of the other party. Either party may assign and transfer this Agreement and any Engagement Letter to any successor that acquires all or substantially all of the business or assets of such party by way of merger, consolidation, other business reorganization or the sale of interest or assets, provided that the party notifies the other party in writing of such assignment and the successor agrees in writing to be bound by the terms and conditions of this Agreement.

c.  Baker Tilly US, LLP is an independent member of Baker Tilly International. Baker Tilly International Limited is an English company. Baker Tilly International provides no professional services to clients. Each member firm is a separate and independent legal entity and each describes itself as such. Baker Tilly US, LLP is not Baker Tilly International's agent and does not have the authority to bind Baker Tilly International or act on Baker Tilly International's behalf. None of Baker Tilly International, Baker Tilly US, LLP, nor any of the other member firms of Baker Tilly International has any liability for each other's acts or omissions. The name Baker Tilly and its associated logo is used under license from Baker Tilly International Limited.

**10. Governing Law**

This Agreement shall be governed by and construed in accordance with the laws of the state of Illinois, without giving effect to the provisions relating to conflict of laws.

Rev. April 2023

# Baker Tilly 2023 Tax Engagement Letter - Near Intelligence BK Tax EL for Declaration package

Final Audit Report                                                   2024-02-01

| | |
|---|---|
| Created: | 2024-01-31 |
| By: | Gina Cleveland (Gina.Cleveland@bakertilly.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA2woImztWU2WHqLofLT73RYvv5ZuOOpvO |

## "Baker Tilly 2023 Tax Engagement Letter - Near Intelligence BK Tax EL for Declaration package" History

Document created by Gina Cleveland (Gina.Cleveland@bakertilly.com)
2024-01-31 - 11:39:44 PM GMT- IP address: 47.234.193.146

Document emailed to jfaieta@near.com for signature
2024-01-31 - 11:41:57 PM GMT

Email viewed by jfaieta@near.com
2024-02-01 - 0:01:44 AM GMT- IP address: 23.124.205.233

Signer jfaieta@near.com entered name at signing as John Faieta
2024-02-01 - 0:02:05 AM GMT- IP address: 23.124.205.233

Document e-signed by John Faieta (jfaieta@near.com)
Signature Date: 2024-02-01 - 0:02:07 AM GMT - Time Source: server- IP address: 23.124.205.233

Agreement completed.
2024-02-01 - 0:02:07 AM GMT

**EXHIBIT 2**
**PARTIES SEARCHED**

**In re: Near Intelligence, Inc., et al.**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**
**Case No. 23-11962 (TMH)**
**TAX ACCOUNTANTS TO DEBTORS-IN-POSSESSION**

---

**Debtors and Non-Debtor Affiliates**
**(including f/k/a, d/b/a, a/k/a)**
KludeIn I Acquisition Corp.
Near Americas Inc.
Near Holdings Pte. Ltd.
Near Intelligence Holdings Inc.
Near Intelligence LLC
Near Intelligence Pte. Ltd.
Near Intelligence Pty. Ltd.
Near Intelligence Pvt. Ltd.
Near Intelligence SAS
Near Intelligence, Inc.
Near Pte. Ltd.
Near North America, Inc.
Paas Merger Sub 2 LLC
UberMedia, Inc.

**Insurers**
Ace American Insurance Company (Chubb)
AIG
Allied World
Associated Industries Insurance Co., Inc.
Berkshire Hathaway
Chubb European Group SE
Chubb Insurance Australia Ltd.
Chubb Insurance Singapore Ltd.
ICICI Lombard GIC Ltd.
National Union Fire Insurance Company of
Pittsburgh, PA
Sentinel Insurance Company Ltd. (Hartford)
Vantage Risk Assurance Company
XL Specialty Insurance Company

**Material Contracts**
Accenture
Activate Holdings Ltd.
Admatik Sdn Bhd
Advanced Contributors Pvt. Ltd.
Aelius Exploitation Technologies, LLC
Agoop Corp
Ailevon Pacific Aviation Consulting
Airbiz Offshore Private Limited (SG)
Analysis
Alexander Babbage, Inc.
Alight Public Relations, LLC
Altometer Business Intelligence
AltScore Inc.
Amberoon
Aramark Refreshment Services, LLC
ARInsights, LLC
ASLF Media Pty. Ltd.
Asset Strategies Group (ASG)
Australian United Retailers Limited
Avarisoft Pty. Ltd.
AudienceQ Limited
Avison Young (USA) Inc.
Big Mobile Group Pty. Ltd.
Bisnow, LLC
Black C Media Istanbul
Blue Genie Art Bazaar
BMT commercial Aus. PTY. Ltd.
Bonzai Digital
Boston Consulting Group
Bowling Green State Univ (BGSU)
BP Australia Pty. Ltd.
Break Media Pte. Ltd.
Brentwood Associates

**Exhibit 2, Page 1 of 13**

**EXHIBIT 2**
**PARTIES SEARCHED**

**In re: Near Intelligence, Inc., et al.**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**
**Case No. 23-11962 (TMH)**
**TAX ACCOUNTANTS TO DEBTORS-IN-POSSESSION**

---

Brisbane City Council
Brookfield Properties (BPR REIT Services LLC)
Business Wire Inc.
Caravan Industry Assoc. of AU
CBRE limited
Central Counties Tourism
Chick-fil-A, Inc.
ChurnZero
CircleK-TAS
City of Apache Junction
City of Cleveland
City of El Paso
City of Kingman Tourism Division
City of Perth
City of Prescott Tourism Office AZ
City of Québec
Claires European Services
Coca-Cola Canada Bottling Ltd.
Cochise County Tourism Council
cohort.ID, Inc.
Columbia Distributing ESRI
Complementics
Container Exchange (QLD) Limited
CREtech
D Chain FZ LLC
Dai Nippon Printing Co., Ltd.
Dakota Worldwide
Dallimore & Co.
Datagence, Inc. d/b/a V12 Group
Dean Runyan
Decathlon SE
Deep End Services Pty. Ltd.
Delaware North

Deloitte Financial Advisory Services LLP
Design Workshop, Inc.
Destination Analysts
Dietrich-Pepper, LLC
Digital Commons Limited
Digital Envoy, Inc.
DNP Media Art Co. Ltd.
Dollar General Corp.
DOMO, Inc.
DuPage CVB
Earth Economics
ECRA Pte. Ltd.
Eddy Alexander
Element Advisory Pty. Ltd.
Entrata
Environics
ePrivacy GmbH
Epsilon Data Management, LLC
ESRI (Environmental Systems Research Institute)
Ethos Urban Pty. Ltd.
E*TRADE Financial Corporate Services Inc.
Fernridge Solutions Pty. Ltd.
Fiction Tribe, Inc
Finity Consulting Pty. Ltd.
Flare Aviation Consulting
Foot Locker Retail, Inc.
Fresh Information Limited
Fresno / Clovis CVB
GapMaps, LTD.
GEO marketing Solutions Group
Geografia Pty. Ltd.
Geoscience Australia
GHD Pty. Ltd.

**EXHIBIT 2**
**PARTIES SEARCHED**

**In re: Near Intelligence, Inc., et al.**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**
**Case No. 23-11962 (TMH)**
**TAX ACCOUNTANTS TO DEBTORS-IN-POSSESSION**

---

Global Planning Solutions
Google Asia Pacific Pte. Ltd.
Greater Palm Springs
Grosvenor
Guam Vistors Bureau
H2R Market Research
Hamilton City Council
Haynes and Boone, LLP
Herrmann Global
Highspot Inc.
HKS, Inc.
Hobart City Council
Houston First Corporation
Houston Kemp Pty. Ltd.
Idealab
Idemitsu Kosan Co. Ltd.
Ikano Insight Ltd.
Incubeta Australia Pty. Ltd.
InfoSum Ltd.
Innity China Co., Limited
InMobi Pte. Ltd.
Inreatil Management
Integral Ad Science, Inc.
Intelligent Direct, Inc.
Intermarché Alimentaire International
Intersection Media
Intervistas Consulting
Intrado Digital Media LLC Digital Media Innovation
InvestorBrandNetwork (IBN)
IRB Holding Corp.
Irys, Inc.
Jackson County Visitors Bureau
Jarrell Chalmers – Marketing Consulting

Jason Wu – Digital Marketing Services
JCDecaux Australia Trading Pty. Ltd.
JKH Business and Property Consulting (PTY.) Ltd.
Johnston County
Knowledge Support Systems, Inc. d/b/a Kallibrate
KFC Pty. Ltd.
Kollaborations Ltd.
Kwik Trip, Inc.
Lasalle Investment Management
Legend Partners - Beau Niblock
Leggo Studio Pty. Ltd.
LES MOUSQUETAIRES
Lex Connect Consulting Private Limited
Linkedin Corporation
Little Caesar Enterprises, Inc.
Localis Technologies Australia
LocationIQ Pty. Ltd.
Longwoods International
Mabrain Technologies
MACROPLAN HOLDINGS PTY. LTD.
Madden Media
Manistee County Visitors Bureau
mapIT (PTY.) Ltd.
Market Economics Ltd.
Masahiro Matsui – Consulting Services
Marsh USA LLC
MBI International
McDonalds
McElhanney Ltd.
Mead & Hunt
Measurement of Outdoor Visibility and Exposure Pty. Ltd.
MediaOne North America

**Exhibit 2, Page 3 of 13**

**EXHIBIT 2**
**PARTIES SEARCHED**

**In re: Near Intelligence, Inc., et al.**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**
**Case No. 23-11962 (TMH)**
**TAX ACCOUNTANTS TO DEBTORS-IN-POSSESSION**

---

Media Quest Plus FZ LLC
Mediatiks Limited
Melbourne City Council
MeMob
Meta Platforms Technologies, LLC
METAVERSO, S.A.
Metayage Inc.
MMP Worldwide FZ LLC
MobileFuse, LLC
Monash University
Moreton Bay Regional Council
Morey Consulting
Motivation Holdings
My Equity Comp, LLC
National Retail Federation, Inc.
Nationwide News Pty. Ltd.
NaviRetail Inc.
nContext, LLC
New Balance Athletics, Inc.
Nexcore Group
Nexpansion Inc.
Nike
Nissin Shoukai Inc.
North Land Capital Markets
NWAP II Inc.
NYC & Company
O2 Design
Off Madison Ave
Office of Spot
On The Run Pty. Ltd.
OpenX Technologies, Inc. (V)
Orange142
Oracle Corporation Singapore Pte. Ltd.
Oracle Corporation UK Limited

Osaka Metro Adera Co., Ltd.
Oxford Economics
Pacific Consultants
PandaDoc, Inc.
Pearl Meyer & Partners
Pelmorex Corp.
Perception Media
Pickwell SP Zoo
PiinPoint Inc.
Pinal County
Pinchhitters BV
Placewise Media
Point72, L.P.
Popeyes Louisiana Kitchen Inc. (RBI)
Precisely.com (Syncsort)
PricewaterhouseCoopers Public Accountants
PropertyGuru Pte. Ltd.
Propmodo Inc.
Propulso
PublicNSA, LLC dba BIGDBM
PubMatic, Inc.
PwC Advisory sp. z o.o. sp.k.
PwC Middle East
Q1Media, Inc.
Quantify Strategic Insights
QuikTrip Corporation
Reach Media New Zealand Limited
Redland City Council
Restaurant Brands International US Services LLC
Rexall Pharmacy Group LLC
RMG Advertising
Rockport Analytics
Rove Marketing Inc.

**EXHIBIT 2**
**PARTIES SEARCHED**

**In re: Near Intelligence, Inc., et al.**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**
**Case No. 23-11962 (TMH)**
**TAX ACCOUNTANTS TO DEBTORS-IN-POSSESSION**

Roy Morgan
RRC Associates
Rural Press Pty. Ltd.
SC Tristone Production Impex SRL
S.M.EG.I.T TURISTICAS S.A.M.P.
SA1 Property Holdings Pty. Ltd.
SDI Realty Advisors
Seychelles Tourism
Shell International
Shivaami Cloud Services Pvt Ltd.
Sight & Sound Film, LLC
Simpleview
Singapore Press Holdings Limited
SiteZeus
Sky Synergy, LLC
SMRT Commercial Pte. Ltd.
Southern Methodist University
Spatial.AI
Stellar Lifestyle Pte. Ltd.
StreetMetrics, Inc.
Subskribe
Sunlife
Sync Media
Tango Analytics LLC
Takeshi Yamamoto - Consulting Services
Taubman Centers, Inc.
Taymax
TD Bank, N.A.
Tetrad Computer Operations Applications Inc.
The Coca-Cola Company
The Executive Centre Singapore Pte. Ltd.
The Benchmark Company, LLC
The Trust for Public Land

Think Economics
Tomorrow's Tourism Ltd. (GBP)
Tourism Economics
Tourist Tracka Pty. Ltd.
Town of Pinetop-Lakeside
Town of Superior
Transport for NSW
TrueData Solutions, Inc.
TrueGrit Communications, LLC
TrustArc Inc.
Unify Technologies Pvt Ltd.
Unisource Solutions, Inc.
University of Canterbury
University of Montana
Unruly Group LLC
Urban Studies
Urban Systems Ltd.
Urbis Pty. Ltd.
V12 (fka DataMentors, LLC)
Valvoline
Veraset LLC
Vercara, LLC
Vietch Lister Consulting Pty. Ltd. (VLC)
VIOOH Ltd.
Visit Canton - Stark County CVB
Visual Approach
W E Upjohn Institute for Employment Research
Walmart
Wawa, Inc.
Wahl & Case EQIQ K.K.
Weedmaps
Wendy's International, LLC
Workaletta Inc.

**EXHIBIT 2**
**PARTIES SEARCHED**

**In re: Near Intelligence, Inc., et al.**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**
**Case No. 23-11962 (TMH)**
**TAX ACCOUNTANTS TO DEBTORS-IN-POSSESSION**

---

XLocations, Inc.
Zartico, Inc.
ZoomInfo Technologies LLC
Zoom Video Communications, Inc.

**Lenders & Professionals**
Avidbank
Blue Torch Credit Opportunities Fund III LP
Blue Torch Finance LLC
BNP Paribas
Bpifrance Financing
BTC Holdings Fund II LLC
BTC Holdings KRS Fund LLC
BTC Holdings SBAF Fund LLC
King & Spalding LLP
KPG BTC Management LLC

**Shareholders**

Abhijit Hubli

Abhishek Ranjan
Aditi Sheel
Amelie Nisus
Amod Chopra
Amrita De La Penna
Aniket Suresh Chougule
Anuj Dayal Bharti
Anurag S
Arjun Divecha
Ashish Gupta
Ashok Vemuri
Asuri Narayanan Srikeshav
Aswathi C C
Axel Ferrier

Balaji Rajan
Bazile Cecille
BTIG, LLC
C Krithika Lakshmi
Camilo Mauricio Fonseca
Cantor Fitzgerald & Co
Carlin Tam Yan Fu
Cecil Capital Pte. Ltd.
Cede & Co
Chandrakumar Manoj
Charles-Antoine Dreyfus
Charu Sethi
Christian Freeman
Christina Michelle Handal
Cindy Olivier
CMDB II
David Michael Raitt
Dhivya B H
Edward Locksley Lowther-Harris
Febu P Mirza
First Asian Investments, Inc.
Geraldine Lei Vigilia
Ghali Vamsi Sai Krishna Murthy
Godspeed Investments Pte. Ltd.
Gokul Krishnan Rathakrishnan
Gopal Srinivasan
GPC NIV Ltd.
Gulshan Singh
Gurupramodha S G
Harish Ganesh
Himanish Shah
Himanshu Nigam
Hisashi Inotani
Ho Yi Hong

**EXHIBIT 2**
**PARTIES SEARCHED**

**In re: Near Intelligence, Inc., et al.**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**
**Case No. 23-11962 (TMH)**
**TAX ACCOUNTANTS TO DEBTORS-IN-POSSESSION**

---

| | |
|---|---|
| Honeih Etemadi Eydgahi | Murali Veeraiyan |
| James Norman Blau | Narayan Ramachandran |
| Jayson W Ayers | Naveen Kottigegollahalli Siddagangaiah |
| Jennifer-Jane Roszak | Navin Kesavan |
| Jon Michael Atterbury | Navneet Anand |
| Jonathan Tang Wei Lin | Neha Gupta |
| Joseph Jing-Fong Chen | Nguyen Anh Ngoc Tran |
| Juliette Barthe | Nicolas Proust |
| Kamal Chhetri | Nisarga Pal |
| Karen Steele | Nishanth Chandrasekaran |
| Kelsey Rae Waite | Northland Securities, Inc. |
| Kesav M | Ocean Capital Enterprises Co., Ltd. |
| Kevin King-Tung Kwan | Oriental Investment Advisors Pte. Ltd. |
| Kiran Kumar Venugopala | Paul Benoist |
| Kosaraju Ramya | Penumutchu Vittal Kumar |
| Krishnan Rajagopalan | Peter Lenz |
| Kshama Keshav Zingade | Polar Multi-Strategy Master Fund |
| Kumar Anish | Pothukurchi Naga Santhosh Kumar |
| Laxman B Nidagundi | Prajakta Pandurang Sutar |
| Lindsay Kinuyo Yamaoka | Pranesh Sharma |
| Lola Millet-Bourgogne | Preethesh Loknath Shetty |
| Madhavan Rangaswami | Preethish |
| Madhu Prasad N | Pritha Dilip Das |
| Mahesh V Chalil | Priya Raghavan |
| Manmeet Kaur | Rahul Saria |
| Mark Bailey | Raja A |
| Mary Krishnamoorthy | Rajkumar Velagapudi |
| Mathieu Saadat | Ramapriya Kyathanahally Janardhan |
| Melissa Catherine Coates | Rashmi Vinitha R |
| Michael Radford | Relentless Zen, LLC |
| Mn Nagaraj | Renuka Parthiban |
| Mohamed Farouk Souissi | Ricardo Rojas Ruiz |
| Mohit Chhajer | Richard Douglas Shaddle |
| Moumita Sarkar | Ronanki Dinesh Kumar |

**EXHIBIT 2**
**PARTIES SEARCHED**

**In re: Near Intelligence, Inc., et al.**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**
**Case No. 23-11962 (TMH)**
**TAX ACCOUNTANTS TO DEBTORS-IN-POSSESSION**

---

Rushikesh Namdeo Tapre
Sahil Vaid
Saksham Kahol
Sakshi Ganesh Asange
Sanaldev Vasudevan Meloottparambil
Sanjana Fernandes
Sarah Jayanetti
Sean Knight
Seema
Sequoia Capital India III Ltd.
Shikha Singh
Shreya Bande
Simon D Caballero
Smriti Kataria
Smyth Jules
Sriram Raghavan
Sudeep Charles
Sugandha Rai
Sumanth N
Suryabir Singh
Syed Rizwan Hashmi
Tejas Dhansukhbhai Panchal
The Benchmark Company, Llc
Timothy Coxon
Uday Kumar
Venkat Sai Giridhar Reddy Karam
Victoria Louise Heely
Vignesh V
Vijay Kumar Kuppili
Vinay Kumar Vemula
Vinayak Navale
Vinayaka Kulkarni Prabhakar

**Banks**
Avid Bank
BNP Paribas
Citibank
HSBC
ICICI Bank
MonFX

**Taxing / Regulatory Authorities /**
**Government Agencies**
California Franchise Tax Board
City of Pasadena
City of Los Angeles
Commonwealth of Massachusetts
Country of Singapore
Delaware Division of Corporations
District of Columbia
Internal Revenue Service
New York Department of Taxation &
Finance Corporation
New York City Department of Finance
State of California
State of Colorado
State of Delaware
State of Florida
State of Georgia
State of Hawaii
State of Indiana
State of Illinois
State of Kansas
State of Massachusetts
State of Maryland
State of Missouri
State of New Hampshire
State of New Jersey

**EXHIBIT 2**
**PARTIES SEARCHED**

**In re: Near Intelligence, Inc., et al.**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**
**Case No. 23-11962 (TMH)**
**TAX ACCOUNTANTS TO DEBTORS-IN-POSSESSION**

State of New York
State of North Carolina
State of Oregon
State of Tennessee
State of Texas
State of Utah
State of Vermont
State of Virginia
State of Washington
State of Wisconsin

**Utilities**
ACC Business
Zayo Group, LLC
8x8 Inc.

**Litigation Parties**
Jonathan Zorio
Nash Brian
Anil Matthews

**Current and Former Directors & Officers**
Gladys Kong
Jay Angelo
John Faieta
Kathryn T. Petralia
Mark N. Greene
Michelle Zhou
Richard J. Salute
Sherman Edmiston III
Vijay Kuppili
Anil Matthews
Rahul Agarwal
Shobhit Shukla

Mini Krishnamoorthy
Ronald Steger
Gene Eubanks
Scott Slipy
Paul Gross
Madhusudan Therani
Justin Joseph
Andrea Chee Yuen Li

**Professionals**
Adlakha Kukreja & Co.
AEI Legal LLC
Amanda Fang, Esq.
Amica Law LLC
Andrew Mordkoff, Esq.
Baker Tilly US, LLP
Carol Cox, Esq.
Contact Discovery Services
Continental Stock Transfer & Trust Co.
Cooley LLP
Daijogo & Pedersen LLP
Drew & Napier LLC
Driti Advisors LLP
Edmon Morton, Esq.
Ernst & Young LLP
Geoffrey M. King, Esq.
GLC Advisors & Co., LLC
GLC Securities, LLC
Grant Thornton Bharat LLP
Haynes and Boone, LLP
Kelley Drye & Warren LLP
Kroll Restructuring Administration
Latham and Watkins, LLP
Lumos Law

**EXHIBIT 2**
**PARTIES SEARCHED**

**In re: Near Intelligence, Inc., et al.**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**
**Case No. 23-11962 (TMH)**
**TAX ACCOUNTANTS TO DEBTORS-IN-POSSESSION**

---

M2K Advisors Pte Ltd
Matthew Lunn, Esq.
Natarajan & Swaminathan
Pragmatica Law LLP
Rachel Strickland, Esq.
Reliable Companies
Rosebud Nau, Esq.
Shane Reil, Esq.
Stuart Lombardi, Esq.
Taylor Wessing LLP
UHY LLP
Willkie Farr & Gallagher LLP
Young Conaway Stargatt & Taylor, LLP

**Benefit Providers**
Aetna
Aflac
Blue Cross and Blue Shield of Minnesota
Blue Cross and Blue Shield of North Carolina
Blue Shield of California
CIGNA Global Health
Delta Dental
Empire Blue Cross
Farmers Group
Florida Blue
Guardian Dental
Kaiser Permanente
MetLife Dental
MetLife Life Insurance
The Hartford
TriNet Group
Tufts Health Plan
UnitedHealthcare

Vision Service Plan (VSP)

**Landlord / Sublessee**
CIT Bank, N.A.
First-Citizens Bank & Trust Company
Parsons Services Company
SM10000 PROPERTY, LLC

**Top 30 Creditors**
Akama Holdings Fz-LLC
Amazon Web Services, Inc.
Cantor Fitzgerald & Co.
Investments LLC
Digital Envoy, Inc.
EdgarAgents, LLC
EGS Inc.
Greater Pacific Capital Management Ltd., GPC NIV LTD.
Gopal Srinivasan
Haynes and Boone, LLP
HERE Europe B.V.
ICR LLC
Interxion Ireland DAC Limited
Kirkland & Ellis LLP
KludeIn Prime, LLC
Magnite, Inc.
Palisades Media Group, Inc.
Polar Multi Strategy Master Fund
Polar Asset Management Partners Inc.
Sequoia Capital India III Ltd.
Smaato, Inc.
Star Labs LLC
Talent Hunt USA
Taylor Wessing LLP

**EXHIBIT 2**
**PARTIES SEARCHED**

**In re: Near Intelligence, Inc., et al.**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**
**Case No. 23-11962 (TMH)**
**TAX ACCOUNTANTS TO DEBTORS-IN-POSSESSION**

Telstra Ventures Fund II, L.P
Titan Columbus Ventures
The Benchmark Company, LLC
The Ebinger Family Trust
Venable LLP
Verve Group Europe GmbH
YA II PN, Ltd. c/o Yorkville Advisors
Global, LLC

**Judges / Court Employees**
Amanda Hrycak
Cacia Batts
Catherine Farrell
Claire Brady
Demitra Yeager
Jill Walker
Joan Ranieri
Judge Ashley M. Chan
Judge Brendan L. Shannon
Judge Craig T. Goldblatt
Judge J. Kate Stickles
Judge John T. Dorsey
Judge Karen B. Owens
Judge Laurie Selber Silverstein
Judge Mary F. Walrath
Judge Thomas B. Horan
Laura Haney
Paula Subda
Una O'Boyle

**Office of the United States Trustee**
Andrew R. Vara
Benjamin Hackman
Christine Green

Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Jonathan Lipshie
Jonathan Nyaku
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Lauren Attix
Linda Casey
Linda Richenderfer
Nyanquoi Jones
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Timothy J. Fox, Jr.

**Other**
108 ideaspace
2Square Talent Pty Ltd
511 Enterprises, LLC
64 York Street Pty Ltd-Wework Pty Ltd
A.M. Suriyah
Aaron Anthone
AdColony, Inc. (fka Opera)
Adhish Network System
Adobe Inc.
AFCO Acceptance Corporation
Agraga Valuers LLP
Airbiz Offshore Private Limited (Aus)

**Exhibit 2, Page 11 of 13**

**EXHIBIT 2**
**PARTIES SEARCHED**

**In re: Near Intelligence, Inc., et al.**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**
**Case No. 23-11962 (TMH)**
**TAX ACCOUNTANTS TO DEBTORS-IN-POSSESSION**

---

Airbiz Offshore Private Limited (NNA)
Airbiz Offshore Private Limited ) ind)
Alberta Investment Management Corporateion
Alex Nkem Alagbaoso
Alexandre Hawari
Allied World Assurance Company Holdings, Ltd
Amazon Web Services Singapore Private Limited
American Express
Amex Corporate Card - Gladys Kong
Amex Corporate Card - Rahul
Amex Corporate Card John Fieta
Appetitus Catering
Apple Inc.
Apple Support India
Ashton Media Pty Ltd - AUS
Atcore Ditigal
Atlassian Pty Ltd
ATT Service / ACC Business
AVFx Solutions Pvt. Ltd
Avid Credit Card
Axiom Global, Inc.
B H Dhivya
B I Spatial, LLC
Banashankari Enterprises
Bangalore Electricity Supply Company
Beachfront Media, LLC
Bharati Airtel Ltd - Lease Line
Bharti Airtel Ltd - Landline
Bird & Bird
Broadridge ICS
Callie Apt
Canva US Inc.

Carlin Am Yan Fu
Citadel Advisors Holdings LP
Citadel Advisors LLC
Citadel GP LLC
Citadel Securities GP LLC
Citadel Securities Group LP
Citadel Securities LLC
Cogency Global Inc.
Corporate Visions, Inc.
CORT Furniture
Couresera Inc.
Craft Capital Management LLC
Creative Seating Systems
CT Corporation
CultivatePeople, Inc. dba Kamsa
D. E. Shaw & Co. LLC
D.E Shaw & Co, LP
D.E. Shaw Valence Portfoliios, LLC
Deloitte Touche Tohmatsu India LLP
Dustin Adam Bennett
Eric Steven Aledort
Fedex
First Citizens Bank & Trust fCompany
Gurpramodha D G
Hooud Abul Hassan Kawkab
Infinite Global Consulting Inc.
INTUIT Inc.
Jason Alberto Barahona
Josheph Jing-Fong Chen
Juaron Solutions, Inc.
Kimberly Azurdia
Kirshnan Rajagopalan
Maria Del Pilar Alatorre Valladares
Marsh & McLennan Insurance Agency LLC

**Exhibit 2, Page 12 of 13**

**EXHIBIT 2**
**PARTIES SEARCHED**

**In re: Near Intelligence, Inc., et al.**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**
**Case No. 23-11962 (TMH)**
**TAX ACCOUNTANTS TO DEBTORS-IN-POSSESSION**

---

Maxmind Inc.
Microsoft Corporation
Mike Abadi
Nitin Agarwal
Pavan Bhanu
Plamen Anignoshtev
Prasad Akshaya
Rakesh Agarwala
Raul Armendariz
Rushikesh Bhaginath Santre
Sandaled Vasudeva Meloottparambil
Say Technologies
Sculptor Capital Holding Corp
Sculptor Capital Holding II LLC

Sculptor Capital LP
Sculptor Capital Management,f Inc.
Sculptor Credit Opportunities Master Fund, Ltd.
Sculptor Master Fund, Ltd.
Sculptor SC II LP
Sculptor Special Funding, LP
Sean Knogt
Shikka Singh
Staples Business Credit
Tamoco Limited
The Blacksmith Group, LLC
ThinkEquity LLC
Vitaliy Bezzubchenko

**EXHIBIT 3**
**DISCLOSURES**

**In re: Near Intelligence, Inc., et al.**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**
**Case No. 23-11962 (TMH)**
**TAX ACCOUNTANTS TO DEBTORS-IN-POSSESSION**

| NAME | DISCLOSURE |
|---|---|
| Adobe Inc. | Baker Tilly uses or has used vendor services or software applications provided by this entity or an affiliate of this entity unrelated to this matter. |
| AIG | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| Amazon Web Services, Inc. | Baker Tilly uses or has used vendor services or software applications provided by this entity or an affiliate of this entity unrelated to this matter. |
| American Express | Baker Tilly uses or has used vendor services or software applications provided by this entity or an affiliate of this entity unrelated to this matter. |
| Atlassian Pty. Ltd. | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| Berkshire Hathaway | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| Business Wire, Inc. | Baker Tilly uses or has used vendor services or software applications provided by this entity or an affiliate of this entity unrelated to this matter. |
| Cantor Fitzgerald & Co. | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| City of Pasadena | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| Cooley LLP | Baker Tilly provides or has provided services to one or more mutual clients of this firm on unrelated matters. |
| Corporate Visions, Inc. | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| Ernst & Young LLP | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| Farmers Group | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| FedEx | Baker Tilly uses or has used vendor services or software applications provided by this entity or an affiliate of this entity unrelated to this matter. |
| GLC Advisors & Co., LLC | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |

**EXHIBIT 3**
**DISCLOSURES**

**In re: Near Intelligence, Inc., et al.**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**
**Case No. 23-11962 (TMH)**
**TAX ACCOUNTANTS TO DEBTORS-IN-POSSESSION**

| NAME | DISCLOSURE |
|------|------------|
| Highspot, Inc. | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter.  Baker Tilly also uses or has used vendor services or software applications provided by this entity unrelated to this matter. |
| HSBC | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| Idealab | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| Idemitsu Kosan Co. Ltd. | Baker Tilly or an affiliated entity of Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| Integral Ad Science, Inc. | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| Internal Revenue Service | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| Intervistas Consulting | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| Intuit, Inc. | Baker Tilly uses or has used vendor services or software applications provided by this entity or an affiliate of this entity unrelated to this matter. |
| Judge Mary F. Walrath | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| Kaiser Permanente | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| Kelley Drye & Warren LLP | Baker Tilly provides or has provided services to one or more mutual clients of this firm on unrelated matters. |
| King and Spalding, LLP | Baker Tilly provides or has provided services to one or more mutual clients of this firm on unrelated matters. |
| Kirkland & Ellis LLP | Baker Tilly provides or has provided services to one or more mutual clients of this firm on unrelated matters. |
| Kroll LLC | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| Kwik Trip, Inc. | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |

**EXHIBIT 3**
**DISCLOSURES**

**In re: Near Intelligence, Inc., et al.**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**
**Case No. 23-11962 (TMH)**
**TAX ACCOUNTANTS TO DEBTORS-IN-POSSESSION**

| NAME | DISCLOSURE |
|---|---|
| Latham and Watkins, LLP | Baker Tilly provides or has provided services to one or more mutual clients of this firm on unrelated matters. |
| Linkedin Corporation | Baker Tilly uses or has used vendor services or software applications provided by this entity or an affiliate of this entity unrelated to this matter. |
| Marsh USA LLC | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| Mead & Hunt | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| MetLife Life Insurance | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| Near Intelligence, Inc. | Baker Tilly provided tax services to this entity prepetition and contemplates providing postpetition services in this matter. |
| Near Intelligence, LLC | Baker Tilly provided tax services to this entity prepetition and contemplates providing postpetition services in this matter. |
| Near North America | Baker Tilly provided tax services to this entity prepetition and contemplates providing postpetition services in this matter. |
| Nexcore Group | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| Northland Securities, Inc. | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| Orange142 | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| Pacific Consultants | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| Pinal County | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| PubTatic, Inc. | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| Roy Morgan | Baker Tilly provides or has provided services to this a person with this same name.  It is not possible to ascertain if it is the same person. |
| Seema | Baker Tilly provides or has provided services to this a person with this same name.  It is not possible to ascertain if it is the same person. |

**EXHIBIT 3**
**DISCLOSURES**

**In re: Near Intelligence, Inc., et al.**
**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**
**Case No. 23-11962 (TMH)**
**TAX ACCOUNTANTS TO DEBTORS-IN-POSSESSION**

| NAME | DISCLOSURE |
|---|---|
| State of California | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| State of Delaware | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| State of Hawaii | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| State of Illinois | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| State of New Jersey | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| State of Wisconsin | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| Tango Analytics LLC | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| Taubman Centers, Inc. | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| The Hartford | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| United Healthcare | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| Venable LLP | Baker Tilly provides or has provided services to one or more mutual clients of this firm on unrelated matters. |
| Yorkville Advisors Global, LLC | Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| Zayo Group, LLC | Baker Tilly or an affiliated entity of Baker Tilly provides or has provided services to this entity or an affiliate of this entity unrelated to this matter. |
| Zoom Video Communications, Inc. | Baker Tilly uses or has used vendor services or software applications provided by this entity or an affiliate of this entity unrelated to this matter. |
| ZoomInfo Technologies LLC | Baker Tilly uses or has used vendor services or software applications provided by this entity or an affiliate of this entity unrelated to this matter. |