# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 2, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Chubb Insurance Singapore, (ADRID: 28192219), 138 Market Street, #11-01, CapitaGreen, Singapore, 048946, Singapore:

- Notice of (I) Filing of Bankruptcy Petitions and Related Documents and (II) Agenda for Hearing on First Day Pleadings Scheduled for December 11, 2023, at 1:00 p.m. (ET) Before the Honorable Thomas M. Horan, United States Bankruptcy Judge for the District of Delaware [Docket No. 17] (the "***Agenda for Hearing***")

On January 16, 2024, at my direction and under my supervision, employees of Kroll caused the Agenda for Hearing to be served via First Class Mail on the Deloitte Financial Advisory Services LLP, (ADRID: 28191843), 717 N. Harwood Street, Dallas, TX 75284-4742:

[*Remainder of page is intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

Dated: February 7, 2024

/s/ *Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on February 7, 2024, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025