IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 198** |

NOTICE OF CANCELLATION OF AUCTION
AND DESIGNATION OF SUCCESSFUL BIDDER

    **PLEASE TAKE NOTICE** that on January 23, 2024, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (II) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (III) Approving Assumption and Assignment Procedures, (IV) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (V) Granting Related Relief* [Docket No. 198] (the "Bidding Procedures Order"),[2] authorizing the Debtors to conduct an auction (the "Auction") to select the party to purchase the Debtors' assets free and clear of all liens, claims, encumbrances, and other interests pursuant to section 363 of the Bankruptcy Code.

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Court approved BTC Near HoldCo LLC as the Stalking Horse Bidder for the Assets. The deadline for submission of competing bids was February 8, 2024 at 4:00 p.m. (ET) (the "Bid Deadline"), and the Auction was scheduled for February 10, 2024 at 9:00 a.m. (ET).

    **PLEASE TAKE FURTHER NOTICE** that no competing Qualified Bids (other than the bid submitted by the Stalking Horse Bidder) were received on or prior to the Bid Deadline. Therefore, in accordance with the Bidding Procedures Order, the Debtors have selected and designated the Stalking Horse Bidder as the Successful Bidder for the Assets and **THE AUCTION HAS BEEN CANCELLED.**

    **PLEASE TAKE FURTHER NOTICE** that the Debtors will seek approval of the Sale of the Assets to the Stalking Horse Bidder at the hearing currently scheduled for **February 16, 2024 at 10:00 a.m. (ET)** before the Honorable Thomas M. Horan, Bankruptcy Judge for the United

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

[2] All capitalized terms used but not otherwise defined herein shall have the meaning given to them in the Bidding Procedures Order.

States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that you may obtain additional information concerning the above-captioned chapter 11 cases at the website maintained in these chapter 11 cases at www.cases.ra.kroll.com/Near.

Dated: February 8, 2024
      Wilmington, Delaware

      **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

      */s/ Shane M. Reil*
      Edmon L. Morton (No. 3856)
      Matthew B. Lunn (No. 4119)
      Shane M. Reil (No. 6195)
      Carol E. Cox (No. 6936)
      Rodney Square
      1000 North King Street
      Wilmington, Delaware 19801
      Telephone: (302) 571-6600
      Facsimile: (302) 571-1253
      emorton@ycst.com
      mlunn@ycst.com
      sreil@ycst.com
      ccox@ycst.com

      -and-

      **WILLKIE FARR & GALLAGHER LLP**
      Rachel C. Strickland (admitted *pro hac vice*)
      Andrew S. Mordkoff (admitted *pro hac vice*)
      Joseph R. Brandt (admitted *pro hac vice*)
      787 Seventh Avenue
      New York, New York 10019
      Telephone: (212) 728-8000
      Facsimile: (212) 728-8111
      rstrickland@willkie.com
      amordkoff@willkie.com
      jbrandt@willkie.com

      *Co-Counsel to the Debtors*
      *and Debtors in Possession*