**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.,*[1] | Case No.  23-11962 (TMH) |
| Debtors. | (Jointly Administered) |

## <u>CERTIFICATE OF PUBLICATION</u>

I, Stanislav Kesler, declare and state as follows:

I am a Director of Restructuring Administration at Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

This Certificate of Publication includes a sworn statement verifying that the *Publication Notice of Combined Disclosure Statement and Chapter 11 Plan of Liquidation*, as conformed for publication, was published on February 8, 2024, in the national edition of *USA Today*, as described in the sworn statement attached hereto as **<u>Exhibit A</u>**.

Dated: February 8, 2024

*/s/ Stanislav Kesler*
Stanislav Kesler

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd.  The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

**<u>Exhibit A</u>**



**VERIFICATION OF PUBLICATION**

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

_____

Being duly sworn, Vanessa Salvo says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Thursday, February 8, 2024**, the following legal advertisement – **NEAR INTELLIGENCE, INC.** was published in the national edition of **USA TODAY.**

_____
*Vanessa Salvo*
_____
Principal Clerk of USA TODAY
February 8, 2024

**SPORTS**

# Big Kelce plays to lead to CBS' Swift cutaways

Chris Bumbaca
USA TODAY

LAS VEGAS — When solving for how many times CBS will show Taylor Swift on its Super Bowl 58 broadcast on Sunday, consider The Law of (Travis) Kelce.

Let Mike Arnold, lead game director for the NFL on CBS, explain.

"If Travis Kelce makes a big play, we're probably going to show her," Arnold told USA TODAY Sports on Tuesday. "If he has a quiet game, we probably won't show her as much."

Swift's romance with the Kansas City Chiefs tight end has been the predominant pop culture talking point for months. The noise has peaked ahead of the Chiefs' championship game appearance against the San Francisco 49ers.

Swift has a show in Tokyo the night before the big game. But the working assumption is that she will attend, as she has for 12 Chiefs games during the 2023 regular season and playoffs. And if Swift makes it to Allegiant Stadium on Sunday, there is little doubt the cameras will find her and stay trained in the direction of whichever luxury suite she occupies.

"Obviously, if she has a great reaction, we're going to show it," CBS lead game producer Jim Rikhoff told USA TODAY Sports.

Outcries over the amount of times NFL broadcasts have cut to Swift during games — overblown and disingenuous as they may be — have peaked as this Super Bowl approaches. On Monday, NFL Commissioner Roger Goodell dispelled — both in serious and tongue-in-cheek manners – that the league had a hand in making sure the Chiefs reached the season's final game.

Arnold cited The New York Times report that determined Swift is shown for roughly 25 seconds (out of more than three hours) in games she has attended and that her name is rarely mentioned.

"It's a three-second cutaway shot of her after a Travis Kelce play," Arnold said. "I could have taken a crowd shot or whatever. So, that (criticism) doesn't really get to me."

The No. 1 rule of live CBS Sports production, Rikhoff said, is that whatever is shown must happen organically.

During a Buffalo Bills-Philadelphia Eagles game Nov. 26, Rikhoff recalled, the production truck navigated the presence of another celebrity actor Bradley Cooper in Eagles owner Jeffrey Lurie's suite.

"If it complements the broadcast organically, we do it," Rikhoff said. "If not, we don't force it."

In the case of Swift, Rikhoff said they would likely show her early in the telecast Sunday to establish for viewers she indeed made the pan-Pacific trip.

The first game the top CBS team had with Swift in attendance was an Oct. 22 game between the Los Angeles Chargers and Chiefs. Rikhoff said the network showed Swift more than it would have in an entire typical game because Kelce had nearly 150 receiving yards by the end of the second quarter. In the next "Swift" game CBS had, Kelce's production diminished, and so did her screen time.

"It's kind of what happens within the context of the game," Rikhoff said.

Rikhoff and Arnold will have more than 165 cameras at their disposal come Sunday.

Will one be dedicated solely to Swift?

"We'll make sure she's chronicled well," Rikhoff said. "We have a good plan for that. We're comfortable."



Chiefs fans wave Taylor Swift and Travis Kelce cutouts at Arrowhead Stadium. SAM GREENE/USA TODAY NETWORK

# Douglas returning to competition after eight years away

Nancy Armour
USA TODAY

Gabby Douglas plans to compete for the first time in almost eight years this month. The 2012 Olympic all-around champion confirmed Tuesday that she will compete at Winter Cup, which is Feb. 24 in Louisville, Kentucky. It's the first of several meets Douglas will have to do if she's to make it to the Paris Olympics this summer.

"I'm super excited to get back out there," Douglas said in an interview on NBCNews Now.com. "I would love to go back out there and represent the USA just one more time."

Douglas is a three-time Olympic gold medalist. In addition to her all-around title, the first by a Black gymnast, she and the "Fierce Five" won the team gold in London. After taking a break, Douglas returned ahead of the Rio Olympics and was part of the team that won gold in 2016.

Though Douglas never officially retired, another return seemed unlikely as the years passed. But rumors began circulating in 2022 that she had resumed training, and Douglas confirmed it last July with an Instagram post. She "wanted to find the joy again for the sport that I absolutely love doing," she wrote, and indicated her goal was to compete in Paris.

"I didn't want to end the sport how I did in 2016," Douglas, who was subjected to relentless personal attacks in London and Rio, said Tuesday. "I wanted to take a step back and work on myself and work on my mental state," she



Gabby Douglas helped the USA win the women's team gold medal at the Rio 2016 Olympics. USA TODAY SPORTS

added. "I love pushing myself every single day and I love the sport. So I never wanted to walk away on a bad day. I really want to make sure I put in my all and end on a good note."

Douglas turned 28 on Dec. 31 and would be the oldest U.S. female gymnast to compete at an Olympics since a sport movement swept the sport in the 1970s. But she said her body is holding up well. Although she spends "a little bit more time" on uneven bars, her signature event, she is training to do the all-around.

After Winter Cup, Douglas said she hopes to do "a few more assignments" before the U.S. Classic in May. That meet serves as a qualifier for the national championships. The Olympic trials are June 27-30 in Minneapolis.

"I'm feeling excited, nervous, grateful, a little bit timid. But I think that's normal. It's been such a long time," Douglas said. "I'm excited to get back out there, be with everyone."

---

# Patrick Mahomes says Iowa's Clark will 'dominate' the WNBA

Craig Meyer
The Des Moines Register
USA TODAY NETWORK

Caitlin Clark's on-court exploits over her four seasons at Iowa have earned her countless fans in the Hawkeye State and beyond, particularly as she continues her push to become the all-time leading scorer in NCAA Division I women's basketball.

One of those fans just happens to be the reigning NFL MVP.

At a news conference Tuesday ahead of Super Bowl 58 on Sunday, Kansas City Chiefs quarterback Patrick Mahomes expressed his admiration for Clark when asked a question about the Hawkeyes superstar.

"You can tell she loves the game," Mahomes said. "She loves playing at Iowa. She's going to be one of the best college basketball players to ever play and then go to the WNBA and dominate there, as well."

The two have met, as Clark – a West Des Moines native who grew up a Chiefs fan – has been spotted at Kansas City games, including a Christmas Day contest in 2023 when she swapped jerseys with wide receiver Rashee Rice.

Mahomes lamented the fact he might not get the opportunity to watch Clark break Kelsey Plum's career scoring record, as Iowa's game at Nebraska on Sunday tips off 5 ½ hours before the Super Bowl is set to kick off. Clark is 66 points away from

passing Plum, and Iowa plays Thursday at home against Penn State.

With Clark averaging 32.4 points per game this season, it seems likely, if not certain, that she'll break the record in the next two or three games.

At least some of Mahomes' respect comes from being a basketball player himself growing up. As a senior at Whitehouse High School in Texas, the 6-foot-3 Mahomes averaged 19 points and eight rebounds per game. Still, for as much as he reveres Clark, that doesn't mean he'd want to play against her.

"Hopefully I never have to play her one-on-one because she'll for sure be getting buckets on me," Mahomes said.

## MARKETPLACE TODAY

For advertising information: 1.800.397.0070 | www.russelljohns.com/usat

NOTICES

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Chapter 11, Case No. 23-11962 (TMH)
NEAR INTELLIGENCE, INC., et al.,
Debtors.                                     Ref. Docket Nos. 22, 165 & 243

PUBLICATION NOTICE OF COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF LIQUIDATION

On December 8, 2023, the debtors and debtors in possession in the above-captioned cases (the "Debtors") filed the Combined Disclosure Statement and Chapter 11 Plan of Near Intelligence, Inc. and Its Affiliated Debtors [Docket No. 22] (as it may be amended, supplemented, or modified from time to time pursuant to the terms thereof, the "Combined Disclosure Statement and Plan"). The Combined Disclosure Statement and Plan summarizes the Debtors' plan of liquidation and has been approved on an interim basis by order of the United States Bankruptcy Court for the District of Delaware (the "Court") [Docket No. 165, as amended at Docket No. 243] (the "Solicitation Procedures Order"). Copies of the Solicitation Procedures Order and the Combined Disclosure Statement and Plan can be obtained free of charge at the website maintained by Kroll Restructuring Administration LLC (the "Voting Agent") at https://cases.ra.kroll.com/near/, or by contacting the Voting Agent via email at Nearinfo@ra.kroll.com.

The Plan Supplement will be filed no later than 7 days prior to the Voting Deadline, and will be available from the Voting Agent at https://cases.ra.kroll.com/near/ or upon request to the Voting Agent by (i) telephone at (844) 344-6770 (domestic) or (i) email at Nearinfo@ra.kroll.com (with "Near Intelligence Inc. Solicitation Inquiry" in the subject line).

Only holders of Claims in Classes 3 and 4 (the "Voting Classes") are entitled to vote to accept or reject the Combined Disclosure Statement and Plan. Claimholders in Classes 1 and 2 are Unimpaired and presumed to accept the Combined Disclosure Statement and Plan and are not entitled to vote. Holders of Claims or Interests in Classes 5, 6, 7, and 7B are Impaired and deemed to reject the Combined Disclosure Statement and Plan. If you are a holder of a Claim against the Debtors as of January 30, 2024 (the "Voting Record Date") and in a Voting Class, the deadline by which ballots accepting or rejecting the Combined Disclosure Statement and Plan must be received is March 5, 2024, at 5:00 p.m. (prevailing Eastern Time) (the "Voting Deadline"). If you did not receive a ballot, or if your ballot has been damaged or lost, or if you have any questions concerning voting procedures, you should contact the Voting Agent.

A combined hearing (the "Combination Hearing") to consider (a) final approval of the Combined Disclosure Statement and Plan as containing adequate information within the meaning of section 1125 of the Bankruptcy Code and (b) confirmation of the Combined Disclosure Statement and Plan will be held before the Honorable Thomas M. Horan, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 5th Floor, Courtroom #5, 824 North Market Street, Wilmington, Delaware 19801, on March 12, 2024 at 1:00 p.m. (prevailing Eastern Time). The Confirmation Hearing may be continued from time to time without further notice other than the announcement by the Debtors in open court of the adjourned date at the Confirmation Hearing or any continued hearing or as indicated in any notice filed with the Court on the docket in the Chapter 11 Cases.

Objections to confirmation of the Combined Disclosure Statement and Plan, including any objection to the adequacy of the disclosures, if any, must (a) be in writing; (b) state the name and address of the objecting party and the nature of the Claim or Interest of such party; (c) state with particularity the basis and nature of such objection; and (d) be filed with the Court and served on the Notice Parties so as to be received no later than 4:00 p.m. (prevailing Eastern Time) on March 5, 2024. Unless an objection is timely served and filed as prescribed herein, it may not be considered by the Court.

Section XIV of the Combined Disclosure Statement and Plan contains Release, Exculpation, Injunction provisions and a Third-Party Releases. Thus, holders of Claims against and Interests in the Debtors are advised to review and consider the Combined Disclosure Statement and Plan carefully because their rights might be affected thereunder.

The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857); Near North America, Inc. (9078); and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

The Notice Parties are: (i) co-counsel for the Debtors, (a) Wilkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019, Attn: Rachel C. Strickland, Esq. (rstrickland@wilkie.com), Andrew S. Mordkoff, Esq. (amordkoff@wilkie.com), and Joseph R. Brandt, Esq. (jbrandt@wilkie.com); and (b) Potter Anderson & Corroon LLP, 1313 North Market Street, 6th Floor, P.O. Box 951, Wilmington, Delaware 19801, Attn: Edmon L. Morton, Esq. (emorton@ycst.com), Matthew B. Lunn, Esq. (mlunn@ycst.com), Shane M. Reil, Esq. (sreil@ycst.com), and Carol E. Cox, Esq. (ccox@ycst.com); (ii) counsel to the Committee, DLA Piper LLP (US), 1251 Avenue of the Americas, 27th Floor, New York, NY 10020-1104, Attn: Dennis O'Donnell, Esq. (dennis.odonnell@us.dlapiper.com); (iii) counsel (iii) counsel for (a) the Prepetition First Lien Lenders and (b) the DIP Agent for the DIP Lenders, (x) King & Spalding LLP, 1185 Avenue of the Americas, 34th Floor, New York, New York 10036, Attn: Roger Schwartz, Esq. (rschwartz@kslaw.com), Geoffrey King, Esq. (gking@kslaw.com), and Miguel Cadavid, Esq. (mcadavid@kslaw.com), and (y) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market St., #1600, Wilmington, DE 19801, Attn: Robert Dehney, Esq. (rdehney@morrisnichols.com), Matthew Harvey, Esq. (mharvey@morrisnichols.com), Brenna Dolphin, Esq. (bdolphin@morrisnichols.com), and Austin Park, Esq. (apark@morrisnichols.com); and (iv) the Office of the United States Trustee for the District of Delaware J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Benjamin Hackman, Esq. (benjamin.a.hackman@usdoj.gov).

---

# Plum 'excited' to see Clark break record

Scooby Axson
USA TODAY

Las Vegas Aces guard Kelsey Plum says she is excited for Iowa superstar Caitlin Clark to break her NCAA women's basketball career scoring record.

Clark enters Thursday's game against Penn State 66 points shy of breaking Plum's mark of 3,527 she set playing for Washington from 2013 to 2017. "I'm actually very grateful to pass that baton. I'm very happy for her," Plum said last weekend.

Clark is averaging a national leading 32.4 points, to go along with 7.9 assists and 7.0 rebounds this season for Iowa (21-2).

Plum said at the time when she was pursuing the record, previously held by Southwest Missouri State's Jackie Stiles, she felt the pressure of being in the spotlight.



Caitlin Clark is 66 points from breaking Kelsey Plum's mark of 3,527 points she set playing for Washington from 2013 to 2017. ADAM CAIRNS/THE COLUMBUS DISPATCH

"I remember, to be honest, [the record] was very much a low point in my life," Plum said. "It felt like a lot of pressure, and my identity was kind of caught up in that record. I hope everyone in the media takes time to understand that [Clark] is not just a basketball player but a young woman that has feelings and emotions. She carries it

with grace, but there's a lot to handle there.

"If anything, make sure that we show her love outside of her performance. She'll break it. I'm excited for her."

Clark could enter the WNBA draft in April or return to school for a fifth year, taking advantage of the COVID-19 waiver instituted in the 2020 season.

ONE CALL DOES IT ALL!
Advertise in USA TODAY's Marketplace!
To Advertise, Call:
1-800-397-0070