**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 211** |

**CERTIFICATE OF NO OBJECTION REGARDING APPLICATION
OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
NEAR INTELLIGENCE, INC., *ET AL.*, FOR ENTRY OF AN ORDER
AUTHORIZING AND APPROVING THE EMPLOYMENT OF M3 ADVISORY
PARTNERS, LP AS FINANCIAL ADVISOR EFFECTIVE AS OF DECEMBER 28, 2023**

I, Aaron S. Applebaum, an attorney with DLA Piper LLP (US), as proposed counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby certify the following:

1. On January 25, 2024, the Committee filed the *Application of the Official Committee of Unsecured Creditors of Near Intelligence, Inc. et al., for Entry of an Order Authorizing and Approving the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor Effective as of December 28, 2023* [D.I. 211] (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. The deadline for objections to entry of an order on the Application was February 8, 2024, at 4:00 p.m. (ET).

3. As of the date hereof, neither the Committee nor DLA Piper have been served with any objection or response to the Application. Further, a review of the Court's docket in these chapter 11 cases indicates no objections or responses to the Application have been filed.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

1607283027.1

**WHEREFORE**, the Committee respectfully requests that the Court enter the proposed order, attached hereto as **Exhibit A**, at the earliest convenience of the Court.

| | |
|---|---|
| Dated: February 9, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br>/s/ Aaron S. Applebaum<br>Aaron S. Applebaum (DE 5587)<br>R. Craig Martin (DE 5032)<br>1201 N. Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: aaron.applebaum@us.dlapiper.com<br>           craig.martin@us.dlapiper.com<br><br>- and -<br><br>Dennis C. O'Donnell (Admitted *pro hac vice*)<br>1251 Avenue of the Americas, 27th Floor<br>New York, New York 10020-1104<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>Email: dennis.odonnell@us.dlapiper.com<br><br>*Proposed Counsel for the Official Committee of Unsecured Creditors* |