## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 23-11962 (TMH) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Re: D.I. 211** <br> ) <br> ) |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | |
| Debtors. | |

## ORDER AUTHORIZING AND APPROVING
## THE RETENTION OF M3 ADVISORY PARTNERS, LP AS FINANCIAL
## ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
## NEAR INTELLIGENCE, INC., *ET AL.*, EFFECTIVE AS OF DECEMBER 28, 2023

Upon the *Application of the Official Committee of Unsecured Creditors of Near Intelligence, Inc. et al., for Entry of an Order Authorizing and Approving the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor Effective as of December 28, 2023* (the "Application");[2] and upon the Declaration of Robert Winning filed in support of the Application (the "Winning Declaration"); and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Application is in the best interests of the Debtors' estates, their creditors and other parties-in-interest; and the Committee having provided adequate and appropriate notice of the Application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number are Near North America, Inc. (9078), Near Intelligence, Inc. (7857), Near Intelligence Pte. Ltd. (N/A), and Near Intelligence LLC (7857). The corporate headquarters and the mailing address for the Debtors is 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application or Winning Declaration.

1607283027.1

under the circumstances; and after due deliberation and good and sufficient cause appearing therefor; and it appearing to the Court that the Application should be approved,

**IT IS HEREBY ORDERED THAT:**

The Application is GRANTED as set forth herein.

1. The Committee is hereby authorized to retain and employ M3 Partners as its financial advisor pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, effective as of December 28, 2023.

2. M3 Partners shall apply for compensation for professional services rendered and reimbursement of expenses in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules and Local Rules, as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court.

3. M3 Partners shall file a notice of any increase of the hourly rates listed in the Application and serve the same on the Debtors and the U.S. Trustee.

4. M3 Partners is entitled to reimbursement of actual and necessary expenses, including legal fees related to this Application and future fee applications as approved by the Court, provided, however, that M3 Partners shall not seek reimbursement of any fees incurred defending any of M3 Partners' fee applications in these cases.

5. Notwithstanding anything in the Application to the contrary, M3 Partners shall (i) to the extent that M3 Partners uses the services of independent contractors or subcontractors (collectively, the "Contractors") in these cases, pass through the cost of such Contractors to the estates at the same rate that M3 Partners pays the Contractors; (ii) seek reimbursement for actual costs only; (iii) ensure that the Contractors are subject to the same conflicts checks as required for M3 Partners; and (iv) file with this Court such disclosures required by Bankruptcy Rule 2014.

1607283027.1

6. If there may be any inconsistency between the terms of the Application, the Winning Declaration, and this Order, the terms of this Order shall govern.

7. The Committee and M3 Partners are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

8. Notice of the Application, as provided therein, is deemed to be good and sufficient notice of such Application, and the requirements of the Bankruptcy Local Rules are satisfied by the contents of the Application.

9. Notwithstanding any Bankruptcy Rule to the contrary, this Order shall be immediately effective and enforceable upon its entry.

10. This Court shall retain jurisdiction with respect to all matters arising or related to the implementation of this Order.

**Dated: February 12th, 2024**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**