IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NEAR INTELLIGENCE, INC., *et al.*[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-11962 (TMH) <br><br> Jointly Administered |

### CERTIFICATE OF SERVICE

I, Sommer L. Ross, certify that I am not less than 18 years of age, and that on the date set forth below, I caused a true and correct copy of the foregoing *Objection Of First-Citizens Bank & Trust Company To Supplemental Notice Of Cure Costs And Potential Assumption And Assignment Of Executory Contracts And Unexpired Leases In Connection With Sale Of All Or Substantially All Assets* to be filed and served via CM/ECF on all parties requesting electronic notification in this case and via E-mail and first class mail to the parties set forth on the attached service list.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: February 12, 2024

/s/ *Sommer L. Ross*
Sommer L. Ross, Esq

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A- 4, Pasadena, CA 91124.

DM3\10300527.2

**SERVICE LIST**

**The Debtors**
c/o Near Intelligence, Inc.
100 W Walnut St., Suite A-4
Pasadena, CA 9112
Attn: Paul Gross; paul.gross@near.com

**Counsel for the Debtors**
Willkie Farr & Gallagher LLP
787 Seventh Avenue,
New York, NY 10019
Attn: Rachel C. Strickland, Esq. (rstrickland@willkie.com)
Andrew S. Mordkoff, Esq. (amordkoff@willkie.com)
Joseph R. Brandt, Esq. (jbrandt@willkie.com)

and

Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Attn: Edmon L.Morton, Esq. (emorton@ycst.com)
Matthew B. Lunn, Esq. (mlunn@ycst.com)


**Counsel for the Committee**
DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Attn: R. Craig Martin, Esq.(craig.martin@us.dlapiper.com)
Aaron S. Applebaum, Esq. (aaron.applebaum@us.dlapiper.com)

and

1251 Avenue of the Americas
New York, New York 10020
Attn: Dennis O'Donnell, Esq. (dennis.odonnell@us.dlapiper.com)

**Counsel for the Stalking Horse Bidder, Prepetition Lenders and DIP Lenders**
King & Spalding
1185 Avenue of the Americas
New York, NY 10036
Attn: Roger G. Schwartz, Esq. (rschwartz@kslaw.com)
Geoffrey M. King, Esq. (gking@kslaw.com)