# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 23-11962 (TMH) <br> ) <br> ) (Jointly Administered) <br> ) |
| **NEAR INTELLIGENCE, INC. et. al.,** | |
| Debtors. | |

## REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE** that Oracle America, Inc. hereby requests that notice of any and all proceedings in the above captioned case be given to its attorneys and such notice should be addressed as follows:

Amish R. Doshi, Esq.<br>
<b>Doshi Legal Group, P.C.</b><br>
1979 Marcus Avenue, Suite 210E<br>
Lake Success, NY 11042<br>
E-Mail: amish@doshilegal.com

Dated: February 14, 2024       **Respectfully Submitted,**
   Lake Success, New York

            By: /s/ Amish R. Doshi
              Amish R. Doshi, Esq.
            **DOSHI LEGAL GROUP, P.C.**
            1979 Marcus Avenue, Suite 210E
            Lake Success, NY 11042
            Tel (516) 622-2335
            E-Mail: amish@doshilegal.com

            **Attorneys for Oracle America, Inc.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | **Chapter 11** |
| **NEAR INTELLIGENCE, INC. et. al.,** | ) ) ) | **Case No. 23-11962 (TMH)** |
| Debtors. | ) ) | **(Jointly Administered)** |

**CERTIFICATE OF SERVICE**

    I, Amish R. Doshi, hereby certify that on February 14, 2024, I served a copy of **Request For Special Notice** on the parties listed on the attached service list via regular mail. In addition, the parties entitled to receive notice by the Court's CM-ECF system were sent an email notification of such filing by the Court's CM-ECF System.

                                                                            /s/ Amish R. Doshi_____
                                                                           Amish R. Doshi

**SERVICE LIST**

**BY REGULAR MAIL**

| | |
|---|---|
| Edmon L. Mortona, Esq.<br>Matthew B. Lunn, Esq.<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | Benjamin Hackman, Esq<br>OFFICE OF US TRUSTEE<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |
| Rachel Strickland, Esq.<br>Adnrew S. Mordkoff, Esq.<br>Jospeh R. Brandt, Esq.<br>WILLKIE FARR & GALLAGHER, LLP<br>787 Seventh Avenue<br>New York, NY 10019 | Kroll Restructuring Administration<br>c/o Near Intelligence Team<br>Grand Central Station<br>P O Box 4850<br>New York, NY 10163-4850 |