**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) **Chapter 11** |
| | ) |
| **NEAR INTELLIGENCE, INC. et. al.,** | ) **Case No. 23-11962 (TMH)** |
| | ) |
| Debtors. | ) **(Jointly Administered)** |
| | ) |
| | ) **Hearing Date: February 16, 2024 at 10:00 AM** |
| | ) **Objection Date: February 14, 2024** |
| | ) **(Extension Granted by Debtors' counsel)** |
| | ) |
| | **Docket Nos. 20, 198, 219, 254** |

## CERTIFICATE OF SERVICE

I, James E. Huggett, hereby certify that on January 11, 2024, I served a copy of *Oracle's Limited Objection To And Reservation Of Rights Regarding Debtors' Supplemental Notice Of Cure Costs And Potential Assumption And Assignment Of Executory Contracts And Unexpired Leases In Connection With Sale Of All Or Substantially All Assets* on the parties listed on the attached Service List via electronic mail, where available.

 _/s/ James E. Huggett_____
James E. Huggett (#3956)

## SERVICE LIST

**BY ECF**

| | |
|---|---|
| Edmon L. Mortona, Esq.<br>Matthew B. Lunn, Esq.<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | Benjamin Hackman, Esq<br>OFFICE OF US TRUSTEE<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |
| Craig Martin, Esq.<br>Aaron S. Applebaum, Esq.<br>DLA PIPER, LLP (US)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801 | |

**BY REGULAR MAIL**

| | |
|---|---|
| Rachel Strickland, Esq.<br>Andrew S. Mordkoff, Esq.<br>Jospeh R. Brandt, Esq.<br>WILLKIE FARR & GALLAGHER, LLP<br>787 Seventh Avenue<br>New York, NY 10019 | Paul Gross<br>NEAR INTELLIGENCE, INC.<br>100 W. Walnut Street, Suite A-4<br>Pasadena, CA 91124 |
| Dennis O'Donnell, Esq.<br>DLA PIPER, LLP (US)<br>1251 Avenue of the Americas,<br>New York, NY 10020 | Roger G. Schwartz, Esq.<br>Geoffrey M. King, Esq.<br>KING & SPALDING<br>1185 Avenue of the Americas<br>New York, NY 10036 |