**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 16, 2024 AT 10:00 A.M. (ET)**

**NO MATTERS ARE GOING FORWARD AND THIS HEARING
HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

## RESOLVED MATTERS

1.  Application of the Official Committee of Unsecured Creditors of Near Intelligence, Inc., *et al.*, for Entry of an Order Authorizing and Approving the Employment of M3 Advisory Partners, LP as Financial Advisor Effective as of December 28, 2023 [Docket No. 211; 1/25/24]

    Related Documents:

    A.  Certificate of No Objection [Docket No. 257; 2/9/24]

    B.  Order Authorizing and Approving the Retention of M3 Advisory Partners, LP as Financial Advisor to the Official Committee of Unsecured Creditors of Near Intelligence, Inc., et al., Effective as of December 28, 2023 [Docket No. 259; 2/12/24]

    Response Deadline:      February 8, 2024 at 4:00 p.m. (ET)

    Responses Received:     None

    Status:     An order has been entered by the Court. No hearing is required.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

[2] **All amendments appear in bold.**

2.     Application of the Official Committee of Unsecured Creditors of Near Intelligence, Inc., *et al.*, for Entry of an Order Authorizing the Employment and Retention of DLA Piper LLP (US) as Counsel, Effective as of December 26, 2023 [Docket No. 212; 1/25/24]

   Related Documents:

   A.     Certificate of No Objection [Docket No. 256; 2/9/24]

   B.     Order (I) Authorizing the Official Committee of Unsecured Creditors to Retain and Employ DLA Piper LLP (US) as counsel, Effective as of December 26, 2023, And (II) Granting Related Relief [Docket No. 260; 2/12/24]

   Response Deadline:     February 8, 2024 at 4:00 p.m. (ET)

   Responses Received:     None

   Status:     An order has been entered by the Court. No hearing is required.

**MATTERS GOING FORWARD**

3.     Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter into the Stalking Horse APA, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 20; 12/8/23]

   Related Documents:

   A.     Declaration of Abraham T. Han in Support of Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter into the Stalking Horse APA, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 21; 12/8/23]

   B.     Notice of Motion [Docket No. 71; 12/12/23]

   C.     Order (I) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (II) Scheduling An Auctions and Approving the Form and Manner

|   |   |
|---|---|
|   | of Notice Thereof, (III) Approving Assumption and Assignment Procedures, (IV) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (V) Granting Related Relief [Docket No. 198; 2/9/24] |
| D. | Notice of Sale by Auction and Sale Hearing [Docket No. 201; 1/23/24] |
| E. | Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of All or Substantially All Assets [Docket No. 215; 1/26/24] |
| F. | Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of All or Substantially All Assets [Docket No. 219; 1/29/24] |
| G. | Notice of Filing of Proposed Sale Order [Docket No. 222; 1/30/24] |
| H. | Second Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of All or Substantially All Assets [Docket No. 230; 1/31/24] |
| I. | Certificate of Publication [Docket No. 233; 2/1/24] |
| J. | Notice of Cancellation of Auction Designation of Successful Bidder [Docket No. 254; 2/8/24] |
| K. | Notice of Filing of (I) Closing Assigned Contracts and (II) Notice of Third Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of All or Substantially All Assets [Docket No. 265; 2/13/24] |

Response Deadline:     February 6, 2024 at 4:00 p.m. (ET); extended to February 14, 2024 at 4 p.m. (ET) for Central Counties Tourism and Oracle America, Inc.

Responses Received:

| L. | Statement of the Official Committee of Unsecured Creditors in Connection with Sale Hearing [Docket No. 249; 2/6/24] |
|---|---|
| M. | Objection Of First-Citizens Bank & Trust Company to Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection With Sale of All Or Substantially All Assets [Docket No. 262; 2/12/24] |
| N. | Oracle's Limited Objection to and Reservation of Rights Regarding Debtors' Supplemental Notice of Cure Costs and Potential Assumption and Assignment of |

|  |  |
|---|---|
|  | Executory Contracts and Unexpired Lases in Connection with Sale of all or Substantially all Assets [Docket No. 267; 2/14/24] |
| O. | Informal response from the United States Securities and Exchange Commission |
| P. | Informal response from the U.S. Trustee |
| **Q.** | **Informal response from the Federal Trade Commission** |

**Additional Documents:**

| | |
|---|---|
| **R.** | **Supplemental Declaration of Abraham T. Han in Support of Order Approving Sale of the Debtors' Assets to the Successful Bidder [Docket No. 272; 2/15/24]** |
| **S.** | **Notice of Filing of Revised Proposed Sale Order [Docket No. 273; 2/15/24]** |
| <u>Status</u>: | **This matter is adjourned to February 21, 2024 at 2:00 p.m. (ET).** |

[*Signature page follows*]

Dated: February 15, 2024
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Shane M. Reil*
Edmon L. Morton (No. 3856)
Matthew B. Lunn (No. 4119)
Shane M. Reil (No. 6195)
Carol E. Cox (No. 6936)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
emorton@ycst.com
mlunn@ycst.com
sreil@ycst.com
ccox@ycst.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Rachel C. Strickland (admitted *pro hac vice*)
Andrew S. Mordkoff (admitted *pro hac vice*)
Joseph R. Brandt (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
rstrickland@willkie.com
amordkoff@willkie.com
jbrandt@willkie.com

*Co-Counsel to the Debtors and Debtors in Possession*