**Eckert Seamans Cherin & Mellott LLC**
**Attorneys for Interxion Ireland DAC Limited**
**10 Bank Street, Suite 700**
**White Plains, NY 10606**
**914-949-2909**
**npasalides@eckertseamans.com**
**By: Nicholas A. Pasalides**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**
-------------------------------------------------------------------X

**In re:**

                                                                                     **Chapter 11**

**NEAR INTELLIGENCE, INC.,** *et al.*,[1]

                                                                                     **Case No. 23-11962 (TMH)**

                                                                                     **(Jointly Administered)**

                                       **Debtor(s).**
-------------------------------------------------------------------X

**NOTICE OF APPEARANCE AND REQUEST FOR**
<u>**NOTICE PURSUANT TO BANKRUPTCY RULE 9010**</u>

**PLEASE TAKE NOTICE** that the undersigned appear for Interxion Ireland DAC Limited, Creditor.

**REQUEST IS HEREBY MADE,** pursuant to Bankruptcy Rule, that all notices to which Interxion Ireland DAC Limited is entitled (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and all notices mailed to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) shall be directed to the undersigned.

**REQUEST IS HEREBY FURTHER MADE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

1

without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned Debtor or the property of such Debtor's estate.

Dated: White Plains, New York
       February 16, 2024

                                               /s/Nicholas A. Pasalides
                                               Nicholas A. Pasalides, Esq.
                                               Eckert Seamans Cherin & Mellott LLC
                                               Attorneys for Interxion
                                               Ireland DAC Limited
                                               10 Bank Street, Suite 700
                                               White Plains, NY 10606
                                               914-949-2909
                                               npasalides@eckertseamans.com

To:    United States Bankruptcy Court
        824 Market Street North, 3rd Floor
        Wilmington, DE 19801

        YOUNG CONAWAY STARGATT & TAYLOR, LLP
        Rodney Square
        1000 North King Street
        Wilmington, Delaware 19801
        Attn: Edmon L. Morton (No. 3856)
        Matthew B. Lunn (No. 4119)
        Shane M. Reil (No. 6195) Carol E. Cox (No. 6936)

        WILLKIE FARR & GALLAGHER LLP
        787 Seventh Avenue
        New York, New York 10019
        Attn: Rachel C. Strickland (admitted pro hac vice)
        Andrew S. Mordkoff (admitted pro hac vice)
        Joseph R. Brandt (admitted pro hac vice)