# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: March 12, 2024 at 4:00 p.m. (ET)** |

**SUMMARY OF MONTHLY FEE APPLICATION OF KROLL RESTRUCTURING ADMINISTRATION LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2024 THROUGH JANUARY 31, 2024**

| | |
|---|---|
| Name of Applicant: | Kroll Restructuring Administration LLC ("**Kroll**") |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | January 9, 2024, effective as of December 8, 2023 |
| Period for which compensation and reimbursement is sought: | January 1, 2024 through January 31, 2024 (the "**Fee Period**") |
| Amount of compensation sought as actual, reasonable and necessary: | $10,387.42 (of which Kroll seeks payment of 80% or $8,309.94) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| **Total amount to be paid at this time:** | **$8,309.94** |

This is a:  __X__  monthly  _____  final application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

The total time expended for the preparation of Kroll's monthly fee application is approximately 3 hours.  The corresponding compensation is not included herein but will be requested in a future application.

**Prior Monthly Applications**

| Date Filed; ECF No. | Period Covered | Requested | | Paid or To Be Paid | | Holdback (20%) |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 1/19/24; ECF No. 186 | 12/8/23 – 12/31/23 | $10,080.57 (payment of 80% or $8,064.46) | $0.00 | $8,064.46 (80% of $10,080.57) | $0.00 | $2,016.11 |

**Summary of Hours Billed by Kroll Employees During the Fee Period**

| Kroll Employee | Position of the Applicant | Total Hours | Hourly Rate | Total Fees Requested |
|---|---|---|---|---|
| Brunswick, Gabriel | Managing Director | 1.20 | $245.00 | $294.00 |
| Johnson, Craig | Director of Solicitation | 2.80 | $245.00 | $686.00 |
| Kesler, Stanislav | Director of Solicitation | 8.70 | $245.00 | $2,131.50 |
| Baer, Herb C | Director | 5.40 | $245.00 | $1,323.00 |
| Porter, Christine C | Director | 0.70 | $235.00 | $164.50 |
| Brown, Mark M | Solicitation Consultant | 8.20 | $220.00 | $1,804.00 |
| Lewenson, Justin | Solicitation Consultant | 0.90 | $220.00 | $198.00 |
| Liu, Calvin L | Solicitation Consultant | 5.00 | $220.00 | $1,100.00 |
| Okimoto, Kaitlin | Solicitation Consultant | 1.00 | $220.00 | $220.00 |
| Ziffer, Jordan | Solicitation Consultant | 2.20 | $220.00 | $484.00 |
| Champagnie, Kadeem A | Senior Consultant | 17.70 | $195.00 | $3,451.50 |
| Hernandez, Javier | Consultant | 0.60 | $180.00 | $108.00 |
| Tejada, Rohany | Consultant | 1.60 | $160.00 | $256.00 |
| | **Total:** | **56.00** | | **$12,220.50**[2] |
| | **Blended Rate** | | **$218.22** | |

**Summary of Fees Billed by Subject Matter During the Fee Period**

| Matter Description | Total Hours | Total Fees Requested |
|---|---|---|
| Call Center / Credit Inquiry | 0.60 | $132.00 |
| Retention / Fee Application | 1.90 | $421.50 |
| Schedules & SOFAs | 25.30 | $5,175.50 |
| Solicitation | 28.20 | $6,491.50 |
| | **56.00** | **$12,220.50**[3] |

---

[2, 3]  This amount has been discounted to $10,387.42 in accordance with the terms of Kroll's retention.  Taking into account this discount, the blended hourly rate is $185.49.

2

**Summary of Expenses Incurred During the Fee Period**

| Description | Total Expenses Requested |
|---|---:|
| N/A | $0.00 |
| **Total:** | **$0.00** |

*[Remainder of page intentionally left blank]*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |
| | Obj. Deadline: March 12, 2024 at 4:00 p.m. (ET) |

**MONTHLY FEE APPLICATION OF KROLL
RESTRUCTURING ADMINISTRATION LLC, ADMINISTRATIVE
ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD FROM JANUARY 1, 2024 THROUGH JANUARY 31, 2024**

Kroll Restructuring Administration LLC ("**Kroll**"), administrative advisor to Near Intelligence, Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), files this monthly fee application (this "**Application**"), pursuant to sections 330 and 331 of title 11 of the United States Code (the *"***Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (as may be amended, modified, or supplemented, the "**Local Bankruptcy Rules**") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 147] (the "**Interim Compensation Order**"), for payment of compensation for professional services rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd.  The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

connection with such services for the period from January 1, 2024 through January 31, 2024 (the "**Fee Period**"). In support of this Application, Kroll respectfully represents as follows:

## Preliminary Statement

1. Pursuant to this Application, Kroll seeks allowance and approval of aggregate fees in the amount of $10,387.42 (of which Kroll seeks payment of 80% or $8,309.94) and reimbursement of expenses in the amount of $0.00.

2. On January 9, 2024, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order Authorizing Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor Effective as of the Petition Date* [Docket No. 142], which authorized the Debtors to retain Kroll as administrative advisor in these chapter 11 cases effective as of the Petition Date (as defined below). In addition, pursuant to the Interim Compensation Order, the Court authorized Kroll to file this Application for monthly compensation and authorized the Debtors to compensate Kroll in accordance with the procedures set forth therein, in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and such other procedures as may be fixed by order of the Court.

3. Pursuant to the Interim Compensation Order, upon the expiration of the Objection Deadline (as defined in the Interim Compensation Order), the Debtors are authorized and directed to pay Kroll an amount equal to the lesser of: (a) 80% of the fees and 100% of the expenses requested in this Application; or (b) 80% of the fees and 100% of the expenses requested in this Application that are not subject to an Objection (as defined in the Interim Compensation Order).

## Jurisdiction

4. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District

of Delaware, dated as of February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

5. Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

6. The statutory bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-2.

## Background

7. On December 8, 2023 (the "**Petition Date**"), the Debtors filed with the Court voluntary petitions for relief under the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors-in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On December 22, 2023, the Office of the United States Trustee appointed an official committee of unsecured creditors in the chapter 11 cases. [Docket No. 85]. No request has been made for the appointment of a trustee or an examiner.

## Relief Requested

8. By this Application, Kroll requests (a) allowance and approval of aggregate fees in the amount of $10,387.42 (of which Kroll seeks payment of 80% or $8,309.94) on account of reasonable and necessary professional services rendered to the Debtors by Kroll, and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00.

## Compliance with the Interim Compensation Order

9. Kroll has prepared this Application in accordance with the procedures set forth in the Interim Compensation Order. During the Fee Period, Kroll professionals billed a total of 56.00 hours for which compensation is requested. Kroll's hourly rates are set at a level designed to fairly compensate Kroll for the work of its professionals and to cover routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are

subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

10.     Further, **Exhibit A** hereto: (a) identifies each individual that rendered services by subject matter; (b) describes each activity or service that such individual performed; (c) states the number of hours (in increments of tenths of an hour) spent by such individual providing the services; and (d) as applicable, lists the amount and type of expenses incurred.

## Summary of Professional Services Rendered

11.     The professional services that Kroll rendered during the Fee Period are grouped by subject matter and summarized as follows:

- Call Center / Credit Inquiry

Fees: $132.00; Hours: 0.60

Call Center / Credit Inquiry services provided included preparing and updating frequently asked questions to be used in responding to solicitation related inquiries.

- Retention / Fee Application

Fees: $421.50; Hours: 1.90

Retention / Fee Application services provided included drafting, revising, and finalizing Kroll's Monthly Fee Application filed at Docket No. 186.

- Schedules & SOFAs

Fees: $5,175.50; Hours: 25.30

Schedules & SOFAs services provided included: (a) conferring and coordinating among the Kroll case team and Debtors' counsel and other professionals regarding the Debtors' Schedules and SOFAs; (b) preparing, formatting, reviewing and revising the Schedules, including Schedules A/B, D, E/F, G and H and all questions therein for all Debtors; (c) performing quality

4

assurance review of the Schedules; (d) preparing, formatting, reviewing and revising the SOFAs, including parts 1 through 13, and all questions therein, for all Debtors; and (e) performing quality assurance review of the SOFAs.

- Solicitation

    Fees: $6,491.50; Hours: 28.20

Solicitation services provided included: (a) conferring and coordinating among the Kroll case team and Debtors' counsel regarding solicitation of the Debtors' plan, including with respect to the solicitation procedures, voting, balloting, and related mechanics; (b) responding to inquiries from Debtors' counsel regarding solicitation of the Debtors' plan; (c) reviewing, analyzing and revising plan solicitation materials, including procedures and ballots; and (d) preparing plan class reports for solicitation purposes.

### Summary of Expenses Incurred

12. Kroll is not currently aware of any actual and necessary expenses incurred during the Fee Period in rendering the services described herein.

### Representations and Reservation of Rights

13. The undersigned has reviewed the requirements of Local Bankruptcy Rule 2016-2 and hereby attests that this Application conforms to such requirements.

14. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Application due to delays caused by accounting and processing during the Fee Period. Kroll reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Interim Compensation Order.

**<u>Notice</u>**

15.    Kroll has provided notice of this Application to all parties required to receive such notice under the Interim Compensation Order.  In light of the nature of the relief requested herein, Kroll respectfully submits that no further notice is necessary.

**<u>Conclusion</u>**

**WHEREFORE**, pursuant to the Interim Compensation Order, Kroll requests: (a) allowance and approval of aggregate fees in the amount of $10,387.42 (of which Kroll seeks payment of 80% or $8,309.94) on account of reasonable and necessary professional services rendered to the Debtors by Kroll, and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00.

Dated:  February 20, 2024
New York, New York

*/s/ Shira D. Weiner*
Shira D. Weiner
Gabriel Brunswick
Kroll Restructuring Administration LLC
55 East 52nd Street, 17th Floor
New York, NY 10055
Phone: (212) 257-5450
shira.weiner@kroll.com
gabriel.brunswick@kroll.com

*Administrative Advisor to the Debtors*

**VERIFICATION**

STATE OF NEW YORK        )
                                              )    SS:
COUNTY OF NEW YORK    )

I, Shira D. Weiner, after being duly sworn according to law, depose and say:

1. I am the General Counsel to Kroll Restructuring Administration LLC ("**Kroll**").

2. I am generally familiar with the work performed on behalf of the Debtors by Kroll professionals.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

4. I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, the foregoing Application complies with such Local Rule.

*/s/ Shira Weiner*
Shira D. Weiner

SWORN TO AND SUBSCRIBED before me this 20th day of February, 2024.

*/s/ GABRIEL BRUNSWICK*
Notary Public, State of New York
No. 02BR6323242
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Apr. 20, 2027

**Exhibit A**

**Fee Detail**



**Hourly Fees by Employee through January 2024**

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| RTE | Tejada, Rohany | CO - Consultant | 1.60 | $160.00 | $256.00 |
| JAH | Hernandez, Javier | CO - Consultant | 0.60 | $180.00 | $108.00 |
| KAC | Champagnie, Kadeem A | SC - Senior Consultant | 17.70 | $195.00 | $3,451.50 |
| MMB | Brown, Mark M | SA - Solicitation Consultant | 8.20 | $220.00 | $1,804.00 |
| JUL | Lewenson, Justin | SA - Solicitation Consultant | 0.90 | $220.00 | $198.00 |
| CLL | Liu, Calvin L | SA - Solicitation Consultant | 5.00 | $220.00 | $1,100.00 |
| KOK | Okimoto, Kaitlin | SA - Solicitation Consultant | 1.00 | $220.00 | $220.00 |
| JZI | Ziffer, Jordan | SA - Solicitation Consultant | 2.20 | $220.00 | $484.00 |
| CHP | Porter, Christine C | DI - Director | 0.70 | $235.00 | $164.50 |
| HCB | Baer, Herb C | DI - Director | 5.40 | $245.00 | $1,323.00 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 2.80 | $245.00 | $686.00 |
| STK | Kesler, Stanislav | DS - Director of Solicitation | 8.70 | $245.00 | $2,131.50 |
| GB | Brunswick, Gabriel | MD - Managing Director | 1.20 | $245.00 | $294.00 |
| | | **TOTAL:** | **56.00** | | **$12,220.50** |

**Hourly Fees by Task Code through January 2024**

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| INQR | Call Center / Creditor Inquiry | 0.60 | $132.00 |
| RETN | Retention / Fee Application | 1.90 | $421.50 |
| SOFA | Schedules & SOFA | 25.30 | $5,175.50 |
| SOLI | Solicitation | 28.20 | $6,491.50 |
| | **TOTAL:** | **56.00** | **$12,220.50** |

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|---|---|---|---|---|---|
| 01/02/24 | HCB | DI | Review and revise SOFA (.4) and Schedules (1.2) for all debtors | Schedules & SOFA | 1.60 |
| 01/02/24 | KAC | SC | Review and revise Schedules & SOFAs for all debtors | Schedules & SOFA | 1.00 |
| 01/02/24 | KAC | SC | Review and revise SOFA Part 13, Question 28 | Schedules & SOFA | 0.20 |
| 01/02/24 | KAC | SC | Review and revise Schedule A/B Part 4, Question 15 (.2); Part 11, Question 74 (.2); D Part 1 (.1); E/F Part 2 (.5); G (.3) | Schedules & SOFA | 1.30 |
| 01/03/24 | KAC | SC | Review and revise Schedules & SOFAs for all debtors | Schedules & SOFA | 1.90 |
| 01/03/24 | KAC | SC | Review and revise Schedule A/B Part 4, Question 14 (.1); Part 4, Question 15 (.2); Part 10, Questions 60-65 (.5); Part 11, Question 74 (.1); D Part 2 (.3); E/F Part 1 (.2); E/F Part 2 (1.2); G (.8); H (.5) | Schedules & SOFA | 3.90 |
| 01/04/24 | CJ | DS | Telephone conference with S. Reil (Young Conaway), J. Brandt (Willkie) and S. Kesler and H. Baer (Kroll) re proposed timetable for upcoming solicitation mailing | Solicitation | 0.50 |
| 01/04/24 | KAC | SC | Review and revise Schedules & SOFAs for all debtors | Schedules & SOFA | 1.30 |
| 01/04/24 | KAC | SC | Confer and coordinate with J. Berman (Kroll) regarding open Schedules and SOFA items | Schedules & SOFA | 0.40 |
| 01/04/24 | KAC | SC | Review and revise Schedule A/B Part 1, Question 3 (.2); Part 2, Question 7 (.1); Part 2, Question 8 (.3); Part 3, Question 11 (.2); Part 4, Question 15 (.2); Part 7, Questions 39-45 (.1); Part 10, Questions 60-65 (.3); Part 11, Question 71 (.2); Part 11, Question 72 (.2); E/F Part 2 (.5); G (.4) | Schedules & SOFA | 2.70 |
| 01/04/24 | KAC | SC | Review and revise SOFA Part 2, Question 4 (.3); Part 3, Question 7 (.3); Part 9, Question 17 (.2); Part 13, Question 26d (.1); Part 13, Question 30 (.4); Part 13, Question 32 (.2) | Schedules & SOFA | 1.50 |
| 01/04/24 | MMB | SA | Quality assurance review of draft solicitation documents | Solicitation | 2.10 |
| 01/04/24 | STK | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation | 0.20 |
| 01/05/24 | CJ | DS | Confer with S. Kesler (Kroll) re revisions to proposed solicitation procedures and timetable | Solicitation | 0.40 |
| 01/05/24 | CJ | DS | Review and revise draft motion to approve solicitation procedures, ballots and notices | Solicitation | 1.30 |
| 01/05/24 | CJ | DS | Telephone conference with S. Kesler (Kroll) and S. Reil (YCST) re revisions to proposed solicitation procedures and timetable | Solicitation | 0.10 |

| Date | Initials | Task | Description | Category | Hours |
|---|---|---|---|---|---|
| 01/05/24 | HCB | DI | Review and revise SOFA (.6) and Schedules (1.0) for all debtors | Schedules & SOFA | 1.60 |
| 01/05/24 | HCB | DI | Review and revise SOFA (.7) and Schedules (1.5) for all debtors | Schedules & SOFA | 2.20 |
| 01/05/24 | KAC | SC | Review and revise Schedule E/F Part 2 (.5); G (.5) | Schedules & SOFA | 1.00 |
| 01/05/24 | KAC | SC | Confer and correspond with J. Baring, M. Kim (Ernst & Young) and J. Berman (Kroll) regarding Schedules and SOFA open items and next steps re same | Schedules & SOFA | 0.40 |
| 01/05/24 | KAC | SC | Review and revise Schedules & SOFAs for all debtors | Schedules & SOFA | 2.00 |
| 01/05/24 | MMB | SA | Quality assurance review of draft solicitation documents | Solicitation | 2.80 |
| 01/05/24 | STK | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation | 1.20 |
| 01/05/24 | STK | DS | Confer with C. Johnson (Kroll) re revisions to proposed solicitation procedures and timetable | Solicitation | 0.40 |
| 01/05/24 | STK | DS | Telephone conference with C. Johnson (Kroll) and S. Reil (YCST) re revisions to proposed solicitation procedures and timetable | Solicitation | 0.10 |
| 01/08/24 | CJ | DS | Monitor for responses from YCST re proposed edits to solicitation materials | Solicitation | 0.30 |
| 01/08/24 | MMB | SA | Quality assurance review of draft solicitation documents | Solicitation | 1.60 |
| 01/08/24 | RTE | CO | Prepare Schedule D,E/F and G list for import | Schedules & SOFA | 0.50 |
| 01/08/24 | STK | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation | 0.40 |
| 01/09/24 | CHP | DI | Quality assurance review of Schedule D, E, F and G data | Schedules & SOFA | 0.70 |
| 01/09/24 | JZI | SA | Review Plan and prepare Plan distribution matrix | Solicitation | 2.20 |
| 01/09/24 | RTE | CO | Prepare Schedule D,E/F and G list for import | Schedules & SOFA | 1.10 |
| 01/09/24 | STK | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation | 0.30 |
| 01/10/24 | KAC | SC | Prepare weekly debtor professionals fee estimate | Retention / Fee Application | 0.10 |
| 01/10/24 | STK | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation | 0.10 |
| 01/11/24 | GB | MD | Draft monthly fee application | Retention / Fee Application | 1.20 |
| 01/11/24 | STK | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation | 0.20 |
| 01/12/24 | KOK | SA | Quality assurance review of plan treatment summary re preparation for potential distributions | Solicitation | 1.00 |
| 01/18/24 | STK | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation | 0.20 |
| 01/19/24 | JAH | CO | Review and file monthly fee application | Retention / Fee | 0.60 |

|          |      |    |                                                                                                           | Application                        |       |
|----------|------|----|-----------------------------------------------------------------------------------------------------------|------------------------------------|-------|
| 01/19/24 | STK  | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation                       | 0.20  |
| 01/23/24 | CLL  | SA | Confer and coordinate with case support re setup of ballot platform on the case website                   | Solicitation                       | 1.00  |
| 01/23/24 | MMB  | SA | Update FAQ materials for use in connection with responses to solicitation inquiries                       | Call Center / Creditor Inquiry     | 0.60  |
| 01/23/24 | MMB  | SA | Review solicitation documents in preparation for solicitation                                             | Solicitation                       | 0.90  |
| 01/23/24 | STK  | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation                       | 0.30  |
| 01/24/24 | MMB  | SA | Review correspondence with C. Liu (Kroll) and P. Egloff (Miller) regarding solicitation                   | Solicitation                       | 0.10  |
| 01/24/24 | STK  | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation                       | 0.30  |
| 01/25/24 | MMB  | SA | Review correspondence with C. Liu and S. Kesler (Kroll), S. Reil (Young) and J. Brandt (Willkie) regarding solicitation | Solicitation                       | 0.10  |
| 01/25/24 | STK  | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation                       | 0.70  |
| 01/26/24 | JUL  | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation       | Solicitation                       | 0.90  |
| 01/26/24 | STK  | DS | Review and respond to inquiry from J. Brandt (Willkie) re solicitation timeline                           | Solicitation                       | 0.30  |
| 01/26/24 | STK  | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation                       | 0.50  |
| 01/29/24 | STK  | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation                       | 0.20  |
| 01/30/24 | CLL  | SA | Prepare plan class reports for upcoming solicitation mailing                                              | Solicitation                       | 2.80  |
| 01/30/24 | CLL  | SA | Review solicitation documents for purposes of plan-classing of creditor database                          | Solicitation                       | 1.20  |
| 01/30/24 | STK  | DS | Prepare plan class reports for solicitation mailing                                                       | Solicitation                       | 1.40  |
| 01/30/24 | STK  | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation                       | 0.80  |
| 01/31/24 | CJ   | DS | Confer with S. Kesler (Kroll) re questions on plan classing                                               | Solicitation                       | 0.20  |
| 01/31/24 | STK  | DS | Prepare plan class reports for solicitation mailing                                                       | Solicitation                       | 0.30  |
| 01/31/24 | STK  | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation                       | 0.40  |
| 01/31/24 | STK  | DS | Confer with C. Johnson (Kroll) re questions on plan classing                                              | Solicitation                       | 0.20  |
|          |      |    |                                                                                                           | **Total Hours**                    | **56.00** |