# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON FEBRUARY 21, 2024 AT 2:00 P.M. (ET)

**THIS HEARING WILL BE CONDUCTED <u>IN-PERSON</u>. ALL PARTIES, INCLUDING WITNESSES, ARE EXPECTED TO ATTEND IN PERSON UNLESS PERMITTED TO APPEAR REMOTELY AND ALL REMOTE PARTICIPANTS MUST REGISTER BY FEBRUARY 20, 2024 AT 4:00 P.M (ET).**

**TO ATTEND A HEARING REMOTELY, PLEASE REGISTER USING THE ECOURTAPPEARANCE TOOL (AVAILABLE HERE) OR ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV.**

**AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING.**

## MATTER GOING FORWARD

1. Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter into the Stalking Horse APA, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 20; 12/8/23]

    Related Documents:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

[2] **All amendments appear in bold.**

A. Declaration of Abraham T. Han in Support of Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter into the Stalking Horse APA, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 21; 12/8/23]

B. Notice of Motion [Docket No. 71; 12/12/23]

C. Order (I) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (II) Scheduling An Auctions and Approving the Form and Manner of Notice Thereof, (III) Approving Assumption and Assignment Procedures, (IV) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (V) Granting Related Relief [Docket No. 198; 2/9/24]

D. Notice of Sale by Auction and Sale Hearing [Docket No. 201; 1/23/24]

E. Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of All or Substantially All Assets [Docket No. 215; 1/26/24]

F. Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of All or Substantially All Assets [Docket No. 219; 1/29/24]

G. Notice of Filing of Proposed Sale Order [Docket No. 222; 1/30/24]

H. Second Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of All or Substantially All Assets [Docket No. 230; 1/31/24]

I. Certificate of Publication [Docket No. 233; 2/1/24]

J. Notice of Cancellation of Auction Designation of Successful Bidder [Docket No. 254; 2/8/24]

K. Notice of Filing of (I) Closing Assigned Contracts and (II) Notice of Third Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of All or Substantially All Assets [Docket No. 265; 2/13/24]

L.     Supplemental Declaration of Abraham T. Han in Support of Order Approving Sale of the Debtors' Assets to the Successful Bidder [Docket No. 272; 2/15/24]

M.     Notice of Filing of Revised Proposed Sale Order [Docket No. 273; 2/15/24]

Response Deadline:     February 6, 2024 at 4:00 p.m. (ET); extended to February 14, 2024 at 4 p.m. (ET) for Central Counties Tourism and Oracle America, Inc.

Responses Received:

N.     Statement of the Official Committee of Unsecured Creditors in Connection with Sale Hearing [Docket No. 249; 2/6/24]

O.     Objection Of First-Citizens Bank & Trust Company to Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection With Sale of All Or Substantially All Assets [Docket No. 262; 2/12/24]

P.     Oracle's Limited Objection to and Reservation of Rights Regarding Debtors' Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Lases in Connection with Sale of all or Substantially all Assets [Docket No. 267; 2/14/24]

Q.     **Objection of Interxion Ireland DAC Limited to the Debtors' Second Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of All or Substantially All Assets [Docket No. 282; 2/20/24]**

R.     Informal response from the United States Securities and Exchange Commission

S.     Informal response from the U.S. Trustee

T.     Informal response from the Federal Trade Commission

**Additional Documents**:

U.     **Notice of Filing of Further Revised Proposed Sale Order [Docket No. 285; 2/20/24]**

V.     **Notice of Filing of Amended Closing Assigned Contracts [Docket No. 286; 2/20/24]**

Status:     **Items N through T have been resolved and the Debtors have filed a revised proposed form of order. This matter is going forward on an uncontested basis.**

Dated: February 21, 2024
       Wilmington, Delaware

                                **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

                                */s/ Shane M. Reil*
                                Edmon L. Morton (No. 3856)
                                Matthew B. Lunn (No. 4119)
                                Shane M. Reil (No. 6195)
                                Carol E. Cox (No. 6936)
                                Rodney Square
                                1000 North King Street
                                Wilmington, Delaware 19801
                                Telephone: (302) 571-6600
                                Facsimile: (302) 571-1253
                                emorton@ycst.com
                                mlunn@ycst.com
                                sreil@ycst.com
                                ccox@ycst.com

                                -and-

                                **WILLKIE FARR & GALLAGHER LLP**
                                Rachel C. Strickland (admitted *pro hac vice*)
                                Andrew S. Mordkoff (admitted *pro hac vice*)
                                Joseph R. Brandt (admitted *pro hac vice*)
                                787 Seventh Avenue
                                New York, New York 10019
                                Telephone:  (212) 728-8000
                                Facsimile:  (212) 728-8111
                                rstrickland@willkie.com
                                amordkoff@willkie.com
                                jbrandt@willkie.com

                                *Co-Counsel to the Debtors and Debtors in Possession*