# SIGN-IN SHEET

**CASE NAME:** Near Intelligence
**CASE NO:** 23-1962

**COURTROOM LOCATION:** 7
**DATE:** 2/21/2024 at 2:00 PM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Andrew Horsleoff | WFG | Debtor |
| Matthew Harvey | MNAT | Blue Torch |
| Joseph Barndt | WFG | Debtors |
| Allison Mielke | YCST | " |
| Shane Reil | " | " |
| Benjamin Hackman | | U.S. Trustee |
| Aaron Applebaum | DLA Piper | Committee |
| Dennis O'Donnell | " | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

Near Intelligence
23-11962

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Miguel | Cadavid | King & Spalding LLP | Blue Torch Finance, LLC | Video and Audio |
| Geoffrey | King | King & Spalding LLP | Blue Torch Finance, LLC | Video and Audio |
| Roger | Schwartz | King & Spalding LLP | Blue Torch Finance, LLC | Video and Audio |
| Cameron | Cavalier | Willkie | Debtors | Audio Only |
| John | Faieta | Near | Debtors | Video and Audio |
| Amanda | Fang | Willkie | Debtors | Audio Only |
| Paul | Gross | Near | Debtors | Audio Only |
| Abe | Han | GLC | Debtors | Audio Only |
| Stuart | Lombardi | Willkie | Debtors | Video and Audio |
| Rachel | Strickland | Willkie | Debtors | Video and Audio |
| Robert | Dehney | Morris, Nichols, Arsht & Tunnell | DIP Lender | Video and Audio |
| Brenna | Dolphin | MNAT | DIP Lender | Video and Audio |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell, LLP | DIP Lender | Video and Audio |
| Austin | Park | Morris Nichols Arsht and Tunnell | DIP Lender | Video and Audio |
| Nicholas | Pasalides | Eckert Seamans Cherin & Mellott LLC | Internexion Ireland DAC Liimited | Video and Audio |
| Kirkland K& | Listen-Only Line | Kirkland & Ellis LLP | Kirkland & Ellis LLP | Video and Audio |
| Rick | Archer | | Law360 | Audio Only |
| Clara | Geoghegan | Law360 | Law360/media | Audio Only |
| Brian | Nash | | Self | Video and Audio |
| Amish | Doshi | Doshi Legal Group, P.C. | | Video and Audio |
| Taylor | Harrison | | | Audio Only |
| Vince | Sullivan | Law360 | | Audio Only |
| David | Zubkis | | | Audio Only |