**Near Intelligence Inc**
Statement of Cash Receipts and Disbursements
*($ in actuals)*

|  | 1/1 - 1/31 |
|---|---:|
| Beginning Cash Balance | $ 3,320,747 |
| | |
| ***Receipts*** | |
| Customer collections | 10,560,000 |
| **Total Receipts** | 10,560,000 |
| | |
| ***Operating Disbursements*** | |
| Payroll | - |
| Cost of Revenue | - |
| Trade Payables | (45,037) |
| Rent | - |
| Insurance | (127,111) |
| Taxes | - |
| Debt | - |
| **Total Operating Disbursements** | (172,147) |
| | |
| **Operating Cash Flow** | 10,387,853 |
| | |
| ***Restructuring Related*** | |
| Restructuring Professional Fees | (57,154) |
| Board Fees | (25,226) |
| **Total Restructuring Related** | (82,380) |
| | |
| **DIP Repayment** | (46,961) |
| | |
| **Net Cash Flow** | 10,258,512 |
| | |
| **Ending Cash Balance** | $ 13,579,259 |

Near Intelligence, Inc.
Part 2 - Balance Sheet
As of January 31, 2024

|  | Jan-24 |
|---|---:|
| **Assets** | |
| **Current assets:** | |
| Cash and cash equivalents | 8,330,442 |
| Restricted cash | - |
| Accounts receivable, net | - |
| Prepayments and other current assets | 4,343,765 |
| Intercompany advances | 335,000 |
| **Total current assets** | **13,009,207** |
| | |
| Property and equipment, net | - |
| Operating lease right-of-use assets | - |
| Goodwill | - |
| Intangible assets | - |
| Other assets | - |
| Investment in Subsidiaries | - |
| **Total assets** | **$ 13,009,207** |
| | |
| **Liabilities:** | |
| | |
| Current liabilities: | |
| Borrowings | 2,791,380 |
| DIP Financing | - |
| Accounts payable | 452,134 |
| Accrued expenses | 1,264,604 |
| Other current liabilities | - |
| Operating lease liabilities | - |
| Convertible debentures | 17,579,490 |
| Intercompany Liabilities | 13,539,740 |
| Liabilities subject to compromise | 5,117,689 |
| **Total current liabilities** | **40,745,037** |
| | |
| Long-term borrowings, less current portion | - |
| Long-term operating lease liabilities | - |
| Long-term derivative liabilities | - |
| Other liabilities | - |
| **Total liabilities** | **$ 40,745,037** |
| | |
| | |
| **Stockholders' equity (deficit)** | |
| Common stock | 5,671 |
| Additional paid-in-capital | (3,763,549) |
| Accumulated deficit | (23,977,952) |
| Accumulated other comprehensive loss | - |
| **Total stockholders' equity (deficit)** | **(27,735,830)** |
| | |
| **Total liabilities and stockholders' equity (deficit)** | **$ 13,009,207** |

**Near Intelligence, Inc.**
Part 4 - Income Statement
For the Period 1/1/2024 through 1/31/2024

|  | 1/1 - 1/31 |
|---|---:|
| Revenue | - |
| Costs and expenses: |  |
|    Cost of revenue excluding depreciation and amort | - |
|    Product and technology | - |
|    Sales and marketing | - |
|    General and administrative | 169,096 |
|    Depreciation and amortization | - |
| **Total costs and expenses** | **169,096** |
| **Operating Profit (loss)** | (169,096) |
|   Interest and Finance cost | - |
|   Reorganization cost | 254,926 |
|   Loss (gain) on extinguishment of debt, net | - |
|   Other income/(expense) net | - |
| **Income (Loss) before income tax expense** | **(424,022)** |
| Income tax expense | - |
| **Net Income (loss)** | **(424,022)** |

**Near Intelligence, Inc.**
Part 7(a) - payments made on prepetition debt
For the Period 1/1/2024 through 1/31/2024

| Debtor Name | Creditor Name | Amount | Dates of Payments | Reason for providing value |
|---|---|---|---|---|
| Near Intelligence, Inc. | Marsh USA LLC | $127,110.94 | 24-Jan-24 | Approved under Final Order Authorizing Debtors to Continue Insurance Policies |
| Total | | $127,110.94 | | |