**Near Intelligence LLC**
Statement of Cash Receipts and Disbursements
*($ in actuals)*

|  | 1/1 - 1/31 |
|---|---:|
| Beginning Cash Balance | $ 7,013 |
| ***Receipts*** | |
| Customer collections | 432 |
| **Total Receipts** | 432 |
| | |
| ***Operating Disbursements*** | |
| Payroll | - |
| Cost of Revenue | (333,069) |
| Trade Payables | (368) |
| Rent | - |
| Insurance | - |
| Taxes | - |
| Debt | - |
| **Total Operating Disbursements** | (333,436) |
| | |
| **Operating Cash Flow** | (333,004) |
| | |
| ***Restructuring Related*** | |
| Restructuring Professional Fees | - |
| Board Fees | - |
| **Total Restructuring Related** | - |
| | |
| **DIP Repayment** | - |
| | |
| **Net Cash Flow** | (333,004) |
| | |
| **Ending Cash Balance** | $ (325,991) |

**Near Intelligence, LLC**
Balance Sheet
Part 2 - Balance Sheet

|  | Jan-24 |
|---|---:|
| **Assets** | |
| **Current assets:** | |
| Cash and cash equivalents | 9,009 |
| Restricted cash | - |
| Accounts receivable, net | - |
| Prepayments and other current assets | 6,558 |
| Intercompany advances | 70,694,912 |
| Total current assets | 70,710,479 |
| | |
| Property and equipment, net | - |
| Operating lease right-of-use assets | - |
| Goodwill | - |
| Intangible assets | - |
| Other assets | 279 |
| Investment in Subsidiaries | 12,917,336 |
| Total assets | $ 83,628,094 |
| | |
| **Liabilities:** | |
| | |
| **Current liabilities:** | |
| Borrowings | 81,218,723 |
| DIP Financing | 16,089,501 |
| Accounts payable | 423,654 |
| Accrued expenses | 3,636 |
| Other current liabilities | - |
| Operating lease liabilities | - |
| Convertible debentures | - |
| Intercompany Liabilities | 124,988 |
| Liabilities subject to compromise | 8,905,751 |
| Total current liabilities | 106,766,253 |
| | |
| Long-term borrowings, less current portion | - |
| Long-term operating lease liabilities | - |
| Long-term derivative liabilities | - |
| Other liabilities | - |
| Total liabilities | $ 106,766,253 |
| | |
| **Stockholders' equity (deficit)** | |
| Common stock | - |
| Additional paid-in-capital | 156,677,961 |
| Accumulated deficit | (179,816,120) |
| Accumulated other comprehensive loss | - |
| Total stockholders' equity (deficit) | (23,138,159) |
| | |
| Total liabilities and stockholders' equity (deficit) | $ 83,628,094 |

**Near Intelligence LLC**
Part 4 - Income Statement
For the Period 1/1/2024 through 1/31/2024

|  | 1/1 - 1/31 |
|---|---:|
| Revenue | - |
| Costs and expenses: |  |
|     Cost of revenue excluding depreciation and amort | 224,868 |
|     Product and technology | 552 |
|     Sales and marketing | - |
|     General and administrative | 11,364 |
|     Depreciation and amortization | - |
| **Total costs and expenses** | **236,784** |
| **Operating Profit (loss)** | (236,784) |
|     Interest and Finance cost | 1,737,143 |
|     Reorganization cost | - |
|     Loss (gain) on extinguishment of debt, net | - |
|     Other income/(expense) net | - |
| **Income (Loss) before income tax expense** | **(1,973,927)** |
| Income tax expense | - |
| **Net Income (loss)** | **(1,973,927)** |