**Near Intelligence Pte Ltd**
Statement of Cash Receipts and Disbursements
*($ in actuals)*

|  | 1/1 - 1/31 |
|---|---:|
| Beginning Cash Balance | $ 1,099,965 |
| ***Receipts*** | |
| Customer collections | 639,405 |
| **Total Receipts** | 639,405 |
| ***Operating Disbursements*** | |
| Payroll | (26,829) |
| Cost of Revenue | (352,208) |
| Trade Payables | (2,709) |
| Rent | (7,088) |
| Insurance | - |
| Taxes | - |
| Debt | - |
| **Total Operating Disbursements** | (388,834) |
| **Operating Cash Flow** | 250,571 |
| ***Restructuring Related*** | |
| Restructuring Professional Fees | - |
| Board Fees | - |
| **Total Restructuring Related** | - |
| **DIP Repayment** | - |
| **Net Cash Flow** | 250,571 |
| **Ending Cash Balance** | $ 1,350,536 |

**Near Intelligence Pte. Ltd.**
Part 2 - Balance Sheet
As of January 31, 2024

|  | Jan-24 |
|---|---:|
| **Assets** | |
| **Current assets:** | |
| Cash and cash equivalents | 522,488 |
| Restricted cash | - |
| Accounts receivable, net | 1,437,386 |
| Prepayments and other current assets | 239,835 |
| Intercompany advances | 7,777,765 |
| Total current assets | 9,977,473 |
| | |
| Property and equipment, net | 5,721 |
| Operating lease right-of-use assets | - |
| Goodwill | - |
| Intangible assets | 1,842,743 |
| Other assets | 2,664,033 |
| Investment in Subsidiaries | 1,278,827 |
| Total assets | $ 15,768,797 |
| | |
| **Liabilities:** | |
| | |
| **Current liabilities:** | |
| Borrowings | - |
| DIP Financing | - |
| Accounts payable | 73,484 |
| Accrued expenses | 315,967 |
| Other current liabilities | 814,606 |
| Operating lease liabilities | - |
| Convertible debentures | - |
| Intercompany Liabilities | 45,720,005 |
| Liabilities subject to compromise | 2,206,490 |
| Total current liabilities | 49,130,552 |
| | |
| Long-term borrowings, less current portion | - |
| Long-term operating lease liabilities | - |
| Long-term derivative liabilities | - |
| Other liabilities | 433,615 |
| Total liabilities | $ 49,564,167 |
| | |
| | |
| **Stockholders' equity (deficit)** | |
| Common stock | 703 |
| Additional paid-in-capital | (3,354,561) |
| Accumulated deficit | (30,441,512) |
| Accumulated other comprehensive loss | - |
| Total stockholders' equity (deficit) | (33,795,370) |
| | |
| Total liabilities and stockholders' equity (deficit) | $ 15,768,797 |

**Near Intelligence Pte. Ltd.**
Part 4 - Income Statement
For the Period 1/1/2024 through 1/31/2024

|  | 1/1 - 1/31 |
|---|---:|
| Revenue | 512,751 |
| Costs and expenses: |  |
|     Cost of revenue excluding depreciation and amort | 123,107 |
|     Product and technology | 28,733 |
|     Sales and marketing | 87,166 |
|     General and administrative | 1,132,827 |
|     Depreciation and amortization | 86,287 |
| **Total costs and expenses** | **1,458,119** |
| **Operating Profit (loss)** | (945,368) |
|   Interest and Finance cost | (29) |
|   Reorganization cost | - |
|   Loss (gain) on extinguishment of debt, net | (5,036,463) |
|   Other income/(expense) net | - |
| **Income (Loss) before income tax expense** | **4,091,125** |
| Income tax expense | - |
| **Net Income (loss)** | **4,091,125** |