**Near North America Inc**
Statement of Cash Receipts and Disbursements
*($ in actuals)*

|  | 1/1 - 1/31 |
|---|---:|
| Beginning Cash Balance | $ 526,648 |
|  |  |
| ***Receipts*** |  |
| Customer collections | 1,911,949 |
| **Total Receipts** | 1,911,949 |
|  |  |
| ***Operating Disbursements*** |  |
| Payroll | (570,746) |
| Cost of Revenue | (254,694) |
| Trade Payables | (68,968) |
| Rent | - |
| Insurance | - |
| Taxes | - |
| Debt | - |
| **Total Operating Disbursements** | (894,407) |
|  |  |
| **Operating Cash Flow** | 1,017,542 |
|  |  |
| ***Restructuring Related*** |  |
| Restructuring Professional Fees | - |
| Board Fees | - |
| **Total Restructuring Related** | - |
|  |  |
| **DIP Repayment** | - |
|  |  |
| **Net Cash Flow** | 1,017,542 |
|  |  |
| **Ending Cash Balance** | $ 1,544,190 |

**Near North America, Inc.**
Part 2 - Balance Sheet
As of January 31, 2024

|  | Jan-24 |
|---|---:|
| **Assets** | |
| **Current assets:** | |
| Cash and cash equivalents | 1,393,390 |
| Restricted cash | - |
| Accounts receivable, net | 4,156,906 |
| Prepayments and other current assets | 262,225 |
| Intercompany advances | 6,197,322 |
| **Total current assets** | **12,009,844** |
| | |
| Property and equipment, net | 7,895 |
| Operating lease right-of-use assets | 880,287 |
| Goodwill | - |
| Intangible assets | - |
| Other assets | 62,579 |
| Investment in Subsidiaries | - |
| **Total assets** | **$ 12,960,604** |
| | |
| **Liabilities:** | |
| Current liabilities: | |
| Borrowings | - |
| DIP Financing | - |
| Accounts payable | 269,663 |
| Accrued expenses | 194,478 |
| Other current liabilties | 4,046,103 |
| Operating lease liabilities | 344,651 |
| Convertible debentures | - |
| Intercompany Liabilities | 26,598,741 |
| Liabilities subject to compromise | 2,491,744 |
| **Total current liabilities** | **33,945,381** |
| | |
| Long-term borrowings, less current portion | - |
| Long-term operating lease liabilities | 572,371 |
| Long-term derivative liabilities | - |
| Other liabilities | 109,966 |
| **Total liabilities** | **$ 34,627,718** |
| | |
| **Stockholders' equity (deficit)** | |
| Common stock | - |
| Additional paid-in-capital | 48,729,882 |
| Accumulated deficit | (70,396,996) |
| Accumulated other comprehensive loss | - |
| **Total stockholders' equity (deficit)** | **(21,667,114)** |
| | |
| **Total liabilities and stockholders' equity (deficit)** | **$ 12,960,604** |

**Near North America, Inc.**
**Near Intelligence, Inc.**
Part 4 - Income Statement
For the Period 1/1/2024 through 1/31/2024

|  | 1/1 - 1/31 |
|---|---:|
| Revenue | 1,625,671 |
| Costs and expenses: |  |
|    Cost of revenue excluding depreciation and amort | 587,955 |
|    Product and technology | 102,780 |
|    Sales and marketing | 376,795 |
|    General and administrative | 389,987 |
|    Depreciation and amortization | 2,561 |
| **Total costs and expenses** | **1,460,078** |
| **Operating Profit (loss)** | 165,592 |
|   Interest and Finance cost | - |
|   Reorganization cost | - |
|   Loss (gain) on extinguishment of debt, net | - |
|   Other income/(expense) net | - |
| **Income (Loss) before income tax expense** | **165,592** |
| Income tax expense | - |
| **Net Income (loss)** | **165,592** |

**Near North America, Inc.**
Part 7(c) - Payments to insiders
For the Period 1/1/2024 through 1/31/2024

| Debtor Name | Creditor Name | Relationship to Debtor | Amount of money or description of and value of property | Dates of Payments | Reason for providing value |
|---|---|---|---|---|---|
| Near North America, Inc | Gladys Kong | Current Chief Executive Officer | $14,583 | 1/15/2024 | employee - Salary |
| Near North America, Inc | Gladys Kong | Current Chief Executive Officer | $14,583 | 1/31/2024 | employee - Salary |
| Near North America, Inc | John Faieta | Current Chief Financial Officer | $12,500 | 1/15/2024 | employee - Salary |
| Near North America, Inc | John Faieta | Current Chief Financial Officer | $12,500 | 1/31/2024 | employee - Salary |
| Near North America, Inc | Paul Edward Gros | General Counsel | $19,792 | 1/15/2024 | employee - Salary |
| Near North America, Inc | Paul Edward Gros | General Counsel | $19,792 | 1/31/2024 | employee - Salary |
| Near North America, Inc | Scott Slipy | Interim Chief People Officer | $10,000 | 1/15/2024 | employee - Salary |
| Near North America, Inc | Scott Slipy | Interim Chief People Officer | $10,000 | 1/31/2024 | employee - Salary |
| Near North America, Inc | Greene, Mark | Board of Directors | $5,935 | 1/12/2024 | Board Fee - Dec 23 PP |
| Near North America, Inc | Petralia, Kathryn | Board of Directors | $5,935 | 1/12/2024 | Board Fee - Dec 23 PP |
| Near North America, Inc | Richard J Salute | Board of Directors | $7,419 | 1/12/2024 | Board Fee - Dec 23 PP |
| Near North America, Inc | Sherman Edmiston | Board of Directors | $5,935 | 1/12/2024 | Board Fee - Dec 23 PP |
| **Total** | | | **$138,976** | | |

**Near North America, Inc.**
Part 7(a) - payments made on prepetition debt
For the Period 1/1/2024 through 1/31/2024

| Debtor Name | Creditor Name | Amount | Dates of Payments | Reason for providing value |
|---|---|---|---|---|
| Near North America, Inc | Tanaka, Rodger K. | $287.50 | 1/29/2024 | Approved under Final Order Authorizing Debtors First Day Wages Motion |
| Total | | $287.50 | | |