IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline:**<br>March 15, 2024 at 4:00 p.m. (ET) |

NOTICE OF SECOND MONTHLY FEE
APPLICATION OF WILLKIE FARR & GALLAGHER LLP

**PLEASE TAKE NOTICE** that the *Second Monthly Application of Willkie Farr & Gallagher LLP, as Co-Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from January 1, 2024 Through January 31, 2024* (the "Application") has been filed with the United States Bankruptcy Court for the District of Delaware (the "Court"). The Application seeks allowance of monthly fees in the amount of $1,353,925.00 and monthly expenses in the amount of $106.18.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, are required to be filed on or before **March 15, 2024 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, DE 19801. You must also serve any such objection so as to be received by the following on or before the Objection Deadline: (i) counsel to the Debtors, (a) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019, Attn: Rachel C. Strickland, Esq. (rstrickland@willkie.com), Andrew S. Mordkoff, Esq. (amordkoff@willkie.com), and Joseph R. Brandt, Esq. (jbrandt@willkie.com), and (b) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801, Attn: Edmon L. Morton, Esq. (emorton@ycst.com), Matthew B. Lunn, Esq. (mlunn@ycst.com), Shane M. Reil, Esq. (sreil@ycst.com), and Carol E. Cox, Esq. (ccox@ycst.com); (ii) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Benjamin Hackman, Esq. (Benjamin.a.hackman@usdoj.gov); (iii) counsel to the DIP Lender, (a) King & Spalding, LLP, 1185 Avenue of the Americas, New York, NY 10036, Attn: Robert Schwartz, Esq. (rschwartz@kslaw.com), Geoffrey King, Esq. (gking@law.com), and Miguel Cadavid, Esq. (mcadavid@kslaw.com), and (b) Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Flr. P.O. Box 1347 Wilmington, DE 19899, Attn: Robert J. Dehney,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

Esq. (rdehney@morrisnichols.com), Matthew Harvey, Esq. (mharvey@morrisnichols.com), Brenna Dolphin, Esq. (bdolphin@morrisnichols.com), and Austin Park, Esq. (apark@morrisnichols.com); and (iv) counsel to the Official Committee of Unsecured Creditors, (a) DLA Piper LLP (US), 1201 North Market Street, Suite 2100, Wilmington, DE 19801, Attn: R. Craig Martin, Esq. (craig.martin@us.dlapiper.com), Aaron S. Applebaum, Esq. (aaron.applebaum@us.dlapiper.com) and (b) DLA Piper LLP (US), 1251 Avenue of the Americas, New York, NY 10020, Attn: Dennis O'Donnell, Esq. (dennis.odonnell@us.dlapiper.com).

**PLEASE TAKE FURTHER NOTICE** THAT, PURSUANT TO THE *ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS* [DOCKET NO. 147], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES REFERENCED ABOVE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF THE REQUESTED FEES AND 100% OF THE REQUESTED EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

**PLEASE TAKE FURTHER NOTICE** THAT ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE PROCEDURES REFERENCED ABOVE WILL A HEARING BE HELD ON THE APPLICATION.

[*Signature page follows*]

Dated: February 23, 2024
       Wilmington, Delaware

                       **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

                       */s/ Carol E. Cox*
                       Edmon L. Morton (Del. No. 3856)
                       Matthew B. Lunn (Del. No. 4119)
                       Shane M. Reil (Del. No. 6195)
                       Carol E. Cox (Del. No. 6936)
                       Rodney Square
                       1000 North King Street
                       Wilmington, Delaware 19801
                       Telephone: (302) 571-6600
                       Facsimile: (302) 571-1253
                       emorton@ycst.com
                       mlunn@ycst.com
                       sreil@ycst.com
                       ccox@ycst.com

                       -and-

                       **WILLKIE FARR & GALLAGHER LLP**
                       Rachel C. Strickland (admitted *pro hac vice*)
                       Andrew S. Mordkoff (admitted *pro hac vice*)
                       Joseph R. Brandt (admitted *pro hac vice*)
                       787 Seventh Avenue
                       New York, New York 10019
                       Telephone: (212) 728-8000
                       Facsimile: (212) 728-8111
                       rstrickland@willkie.com
                       amordkoff@willkie.com
                       jbrandt@willkie.com

                       *Co-Counsel to the Debtors*
                       *and Debtors in Possession*