**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No.  23-11962 (TMH) |
| Debtors. | (Jointly Administered) |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 2, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Supplemental Service List attached hereto as **Exhibit A**:

- Notice of Telephonic Section 341 Meeting [Docket No. 80] (the "***Telephonic Meeting Notice***")

- Notice of Chapter 11 Bankruptcy Case [Docket No. 81] (the "***Notice of Commencement***")

On February 12, 2024, at my direction and under my supervision, employees of Kroll caused Telephonic Meeting Notice and Notice of Commencement to be served via First Class Mail on the Smaato Inc., (ADRID: 28191490), 350 5th Ave, Ste 7700, New York, NY 10118-7704:

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (7857), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd.  The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

Dated: February 23, 2024

                                        /s/ *Paul Pullo*
                                        Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on February 23, 2024, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 76443 & 76665

## Exhibit A

## Exhibit A

Supplemental Service List
Served via First Class Mail

| AddressID | Name | Address1 |
|---|---|---|
| 28192010 | BRAILSFORD, ASJA | Address on file |
| 28184411 | Name on file | Address on file |
| 28192038 | HARRIS, KAIJA | Address on file |
| 28191440 | Tipton, Kristina | Address on file |