**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.,*[1] | Case No.  23-11962 (TMH) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Carla Tecza, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 12, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the OCP Service List attached hereto as **Exhibit A**:

- Notice of Filing of Declaration of Disinterestedness of Ordinary Course Professional Bird & Bird [Docket No. 263]

Dated: February 15, 2024

                                                              /s/ *Carla Tecza*
                                                              Carla Tecza

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on February 15, 2024, by Carla Tecza, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd.  The Debtors' headquarters is located at 100 W Walnut St., Suite A-4, Pasadena, CA 91124.

## Exhibit A

Exhibit A

OCP Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors | DLA PIPER LLP (US) | Attn: Dennis C. O'Donnell 1251 Avenue of the Americas New York NY 10020 | dennis.odonnell@us.dlapiper.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | DLA PIPER LLP (US) | Attn: R. Craig Martin, Aaron S. Applebaum 1201 N. Market Street Suite 2100 Wilmington DE 19801 | craig.martin@us.dlapiper.com aaron.applebaum@us.dlapiper.com | Email |
| Counsel to the Stalking Horse Bidder, the Prepetition Lenders, DIP Lenders and Blue Torch Finance, LLC | King & Spalding LLP | Attn: Roger Schwartz, Geoffrey King, Miguel Cadavid 1185 Avenue of the Americas 34th Floor New York NY 10036 | rschwartz@kslaw.com gking@kslaw.com mcadavid@kslaw.com | First Class Mail and Email |
| Counsel to the Stalking Horse Bidder, the Prepetition Lenders, DIP Lenders and Blue Torch Finance, LLC | Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert Dehney, Matthew Harvey, Brenna Dolphin, Austin Park 1201 N. Market St., #1600 Wilmington DE 19801 | rdehney@morrisnichols.com mharvey@morrisnichols.com bdolphin@morrisnichols.com apark@morrisnichols.com | First Class Mail and Email |
| United States Trustee for the District of Delaware | Office of the United States Trustee for the District of Delaware | Attn: Ben Hackman J. Caleb Boggs Federal Building 844 King Street, Suite 2207, Lockbox 35 Wilmington DE 19801 | Benjamin.a.hackman@usdoj.gov | First Class Mail |
| Counsel to Debtors and Debtors In Possession | Willkie Farr & Gallagher LLP | Attn: Rachel C. Strickland, Andrew S. Mordkoff, Joseph R. Brandt 787 Seventh Avenue New York NY 10019 | rstrickland@willkie.com amordkoff@willkie.com jbrandt@willkie.com | Email |
| Counsel to Debtors and Debtors In Possession | Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L. Morton, Matthew B. Lunn, Shane M. Reil, Carol E. Cox 1000 North King Street Rodney Square Wilmington DE 19801 | emorton@ycst.com mlunn@ycst.com sreil@ycst.com ccox@ycst.com | Email |