# **Exhibit A**

(Time Records)

| Near Intelligence Time Log - January 2024 ||||||
|---|---|---|---|---|
| Date | Banker | Category | Task | Time |
| 1/1/2024 | Caleb Yang | 5. Administrative tasks | Call scheduling with potential buyer. | 1.0 |
| 1/2/2024 | Abe Han | 3. Review, preparation, and attendance for court / mediation hearings | Preparing for the second day hearing. | 1.0 |
| 1/2/2024 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Weekly standing call with management. | 0.5 |
| 1/2/2024 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Weekly standing call with management. | 0.5 |
| 1/2/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Weekly standing call with management. | 0.5 |
| 1/2/2024 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Weekly standing call with management. | 0.5 |
| 1/2/2024 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Weekly standing call with management. | 0.5 |
| 1/2/2024 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Management meeting with potential buyer. | 1.0 |
| 1/2/2024 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Management meeting with potential buyer. | 1.0 |
| 1/2/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Management meeting with potential buyer. | 1.0 |
| 1/2/2024 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Management meeting with potential buyer. | 1.0 |
| 1/2/2024 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Management meeting with potential buyer. | 1.0 |
| 1/2/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Follow up call with management team on a diligence request from a potential buyer. | 0.5 |
| 1/2/2024 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Follow up call with management team on a diligence request from a potential buyer. | 0.5 |
| 1/2/2024 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Follow up call with management team on a diligence request from a potential buyer. | 0.5 |
| 1/2/2024 | Caleb Yang | 5. Administrative tasks | Call scheduling with potential buyer. | 0.5 |
| 1/2/2024 | Alonso Flores-Noel | 4. Review, preparation or marketing of materials / analysis / diligence | Update working group list for UCC advisors. | 1.0 |
| 1/2/2024 | Caleb Yang | 4. Review, preparation or marketing of materials / analysis / diligence | Prepare financial analysis for potential buyers. | 3.0 |
| 1/2/2024 | Alonso Flores-Noel | 4. Review, preparation or marketing of materials / analysis / diligence | Prepare financial analysis for potential buyers. | 3.0 |
| 1/3/2024 | Caleb Yang | 4. Review, preparation or marketing of materials / analysis / diligence | Prepare list of potential buyers. | 0.5 |
| 1/3/2024 | Bob Swindell | 4. Review, preparation or marketing of materials / analysis / diligence | Follow up with potential buyers | 0.5 |
| 1/3/2024 | Bob Swindell | 4. Review, preparation or marketing of materials / analysis / diligence | Prepare diligence requests for a potential buyer. | 0.5 |
| 1/3/2024 | Daniel Grundei | 4. Review, preparation or marketing of materials / analysis / diligence | Follow up with a potential buyer | 0.5 |
| 1/3/2024 | Daniel Grundei | 4. Review, preparation or marketing of materials / analysis / diligence | Prepare diligence requests for a potential buyer. | 0.5 |
| 1/3/2024 | Alonso Flores-Noel | 4. Review, preparation or marketing of materials / analysis / diligence | Review and update financial analysis for potential buyers. | 3.5 |
| 1/3/2024 | Caleb Yang | 4. Review, preparation or marketing of materials / analysis / diligence | Review and update financial analysis for potential buyers. | 2.0 |
| 1/3/2024 | Caleb Yang | 5. Administrative tasks | Update sale process tracker. | 0.5 |
| 1/3/2024 | Caleb Yang | 5. Administrative tasks | Update process summary. | 0.5 |
| 1/3/2024 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with management team, regarding diligence. | 0.5 |
| 1/3/2024 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with management team, regarding diligence. | 0.5 |
| 1/3/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with management team, regarding diligence. | 0.5 |
| 1/3/2024 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with management team, regarding diligence. | 0.5 |
| 1/3/2024 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with management team, regarding diligence. | 0.5 |

| Date | Name | Category | Description | Hours |
|---|---|---|---|---|
| 1/4/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Telephone call with management regarding diligence. | 1.0 |
| 1/4/2024 | Alonso Flores-Noel | 4. Review, preparation or marketing of materials / analysis / diligence | Prepare financial analysis for potential buyers. | 5.0 |
| 1/4/2024 | Caleb Yang | 4. Review, preparation or marketing of materials / analysis / diligence | Prepare financial analysis for potential buyers. | 3.0 |
| 1/4/2024 | Caleb Yang | 4. Review, preparation or marketing of materials / analysis / diligence | Prepare sale process summary. | 0.5 |
| 1/4/2024 | Abe Han | 4. Review, preparation or marketing of materials / analysis / diligence | Review and comment on financial analysis to be shared with potential buyers. | 1.0 |
| 1/4/2024 | Bob Swindell | 4. Review, preparation or marketing of materials / analysis / diligence | Review and comment on financial analysis to be shared with potential buyers. | 1.0 |
| 1/5/2024 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with lender. | 0.5 |
| 1/5/2024 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with lender. | 0.5 |
| 1/5/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with lender. | 0.5 |
| 1/5/2024 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with lender. | 0.5 |
| 1/5/2024 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with lender. | 0.5 |
| 1/5/2024 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with potential buyer. | 0.5 |
| 1/5/2024 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with potential buyer. | 0.5 |
| 1/5/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with potential buyer. | 0.5 |
| 1/5/2024 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with potential buyer. | 0.5 |
| 1/5/2024 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with potential buyer. | 0.5 |
| 1/5/2024 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meetings with UCC. | 0.5 |
| 1/5/2024 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meetings with UCC. | 0.5 |
| 1/5/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meetings with UCC. | 0.5 |
| 1/5/2024 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meetings with UCC. | 0.5 |
| 1/5/2024 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meetings with UCC. | 0.5 |
| 1/5/2024 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Correspondence with potential buyer. | 0.5 |
| 1/5/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Working with management to update financial analysis. | 1.0 |
| 1/5/2024 | Daniel Grundei | 2. Administrative / internal GLC meetings | Discussion with A.Flores-Noel and C.Yang re: financial analysis. | 1.0 |
| 1/5/2024 | Alonso Flores-Noel | 2. Administrative / internal GLC meetings | Discussion with D.Grundei and C.Yang re: financial analysis. | 1.0 |
| 1/5/2024 | Caleb Yang | 2. Administrative / internal GLC meetings | Discussion with A.Flores-Noel and D.Grundei re: financial analysis. | 1.0 |
| 1/5/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Respond to potential buyer with diligence questions. | 1.0 |
| 1/5/2024 | Caleb Yang | 5. Administrative tasks | Call scheduling with potential buyer. | 0.5 |
| 1/5/2024 | Daniel Grundei | 4. Review, preparation or marketing of materials / analysis / diligence | Continue to prepare financial analysis for potential buyers. | 1.0 |
| 1/5/2024 | Alonso Flores-Noel | 4. Review, preparation or marketing of materials / analysis / diligence | Continue to prepare financial analysis for potential buyers. | 1.0 |
| 1/5/2024 | Caleb Yang | 4. Review, preparation or marketing of materials / analysis / diligence | Continue to prepare financial analysis for potential buyers. | 1.0 |
| 1/5/2024 | Alonso Flores-Noel | 4. Review, preparation or marketing of materials / analysis / diligence | Coordinate with G. Kong (Near) to provide diligence items. | 1.0 |
| 1/5/2024 | Caleb Yang | 4. Review, preparation or marketing of materials / analysis / diligence | Coordinate with G. Kong to provide diligence items. | 1.0 |
| 1/5/2024 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Correspondence with J. Jiang (M3 Partners) regarding the sale process update. | 1.0 |

| Date | Name | Category | Description | Hours |
|---|---|---|---|---|
| 1/6/2024 | Caleb Yang | 5. Administrative tasks | Update sale process summary. | 0.5 |
| 1/7/2024 | Daniel Grundei | 4. Review, preparation or marketing of materials / analysis / diligence | Prepare response to potential buyer's diligence questions. | 2.0 |
| 1/7/2024 | Alonso Flores-Noel | 4. Review, preparation or marketing of materials / analysis / diligence | Prepare response to potential buyer's diligence questions. | 4.0 |
| 1/7/2024 | Caleb Yang | 4. Review, preparation or marketing of materials / analysis / diligence | Prepare response to potential buyer's diligence questions. | 4.0 |
| 1/7/2024 | Caleb Yang | 5. Administrative tasks | Call scheduling with potential buyer. | 0.5 |
| 1/8/2024 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with potential buyer (0.5); call with another potential buyer (0.5); call with another potential buyer (0.5). | 1.5 |
| 1/8/2024 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with potential buyer (0.5); call with another potential buyer (0.5); call with another potential buyer (0.5). | 1.5 |
| 1/8/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with potential buyer (0.5); call with another potential buyer (0.5); call with another potential buyer (0.5). | 1.5 |
| 1/8/2024 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with potential buyer (0.5); call with another potential buyer (0.5); call with another potential buyer (0.5). | 1.5 |
| 1/8/2024 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with potential buyer (0.5); call with another potential buyer (0.5); call with another potential buyer (0.5). | 1.5 |
| 1/8/2024 | Alonso Flores-Noel | 4. Review, preparation or marketing of materials / analysis / diligence | Prepare response to potential buyer's diligence questions. | 1.0 |
| 1/9/2024 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with management (1); another call with a potential buyer (0.5). | 1.5 |
| 1/9/2024 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with management (1); another call with a potential buyer (0.5). | 1.5 |
| 1/9/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with management (1); another call with a potential buyer (0.5). | 1.5 |
| 1/9/2024 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with management (1); another call with a potential buyer (0.5). | 1.5 |
| 1/9/2024 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with management (1); another call with a potential buyer (0.5). | 1.5 |
| 1/9/2024 | Caleb Yang | 4. Review, preparation or marketing of materials / analysis / diligence | Prepare financial analysis for potential buyers. | 3.0 |
| 1/9/2024 | Caleb Yang | 5. Administrative tasks | Update tracker and sale process summary. | 0.5 |
| 1/9/2024 | Daniel Grundei | 6. Fee Application | Prepare December fee application. | 2.0 |
| 1/9/2024 | Alonso Flores-Noel | 4. Review, preparation or marketing of materials / analysis / diligence | Prepare response to potential buyer's diligence questions. | 2.0 |
| 1/9/2024 | Caleb Yang | 4. Review, preparation or marketing of materials / analysis / diligence | Prepare response to potential buyer's diligence questions. | 2.0 |
| 1/9/2024 | Alonso Flores-Noel | 4. Review, preparation or marketing of materials / analysis / diligence | Prepare response to potential buyer's diligence questions. | 1.0 |
| 1/9/2024 | Caleb Yang | 4. Review, preparation or marketing of materials / analysis / diligence | Prepare response to potential buyer's diligence questions. | 1.0 |
| 1/10/2024 | Alonso Flores-Noel | 4. Review, preparation or marketing of materials / analysis / diligence | Prepare response to potential buyer's diligence questions. | 2.0 |
| 1/10/2024 | Daniel Grundei | 4. Review, preparation or marketing of materials / analysis / diligence | Prepare response to potential buyer's diligence questions. | 1.0 |
| 1/10/2024 | Alonso Flores-Noel | 4. Review, preparation or marketing of materials / analysis / diligence | Prepare response to potential buyer's diligence questions. | 1.0 |
| 1/10/2024 | Caleb Yang | 4. Review, preparation or marketing of materials / analysis / diligence | Prepare response to potential buyer's diligence questions. | 1.0 |
| 1/10/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Follow up with potential buyers. | 1.0 |
| 1/10/2024 | Daniel Grundei | 2. Administrative / internal GLC meetings | Discussion with A.Flores-Noel re: financial analysis to be sent to potential buyer. | 1.0 |
| 1/10/2024 | Alonso Flores-Noel | 2. Administrative / internal GLC meetings | Discussion with D.Grundei re: financial analysis to be sent to potential buyer. | 1.0 |
| 1/11/2024 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Standing call with UCC. | 0.5 |
| 1/11/2024 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Standing call with UCC. | 0.5 |
| 1/11/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Standing call with UCC. | 0.5 |
| 1/11/2024 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Standing call with UCC. | 0.5 |
| 1/11/2024 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Standing call with UCC. | 0.5 |
| 1/11/2024 | Abe Han | 3. Review, preparation, and attendance for court / mediation hearings | Review court materials. | 1.0 |
| 1/11/2024 | Caleb Yang | 5. Administrative tasks | Call scheduling with potential buyer. | 0.5 |
| 1/11/2024 | Alonso Flores-Noel | 4. Review, preparation or marketing of materials / analysis / diligence | Prepare response to potential buyer's diligence questions. | 3.0 |
| 1/11/2024 | Daniel Grundei | 6. Fee Application | Continue to prepare December fee application. | 3.0 |
| 1/11/2024 | Caleb Yang | 4. Review, preparation or marketing of materials / analysis / diligence | Prepare response to potential buyer's diligence questions. | 2.0 |
| 1/11/2024 | Bob Swindell | 2. Administrative / internal GLC meetings | Discussion with D.Grundei, A.Flores-Noel and C.Yang regarding sale summary. | 1.0 |
| 1/11/2024 | Daniel Grundei | 2. Administrative / internal GLC meetings | Discussion with B. Swindell, A. Flores-Noel and C. Yang regarding sale summary. | 1.0 |

| Date | Name | Category | Description | Hours |
|---|---|---|---|---|
| 1/11/2024 | Alonso Flores-Noel | 2. Administrative / internal GLC meetings | Discussion with B. Swindell, D. Grundei and C. Yang regarding sale summary. | 1.0 |
| 1/11/2024 | Caleb Yang | 2. Administrative / internal GLC meetings | Discussion with B. Swindell, D. Grundei and A. Flores-Noel regarding sale summary. | 1.0 |
| 1/11/2024 | Alonso Flores-Noel | 5. Administrative tasks | Update sale tracker. | 1.0 |
| 1/11/2024 | Alonso Flores-Noel | 5. Administrative tasks | Update sale process summary. | 1.0 |
| 1/11/2024 | Caleb Yang | 5. Administrative tasks | Update sale tracker. | 1.0 |
| 1/11/2024 | Caleb Yang | 5. Administrative tasks | Update sale process summary. | 1.0 |
| 1/11/2024 | Caleb Yang | 5. Administrative tasks | Call scheduling with potential buyers. | 0.5 |
| 1/11/2024 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Correspondence with potential buyer. | 0.5 |
| 1/12/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with J. Faieta (Near) and EY Parthenon team to go through financial projections. | 0.5 |
| 1/12/2024 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with J. Faieta and EY Parthenon team to go through financial projections. | 0.5 |
| 1/12/2024 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with J. Faieta and EY Parthenon team to go through financial projections. | 0.5 |
| 1/12/2024 | Alonso Flores-Noel | 4. Review, preparation or marketing of materials / analysis / diligence | Discuss financial analysis with J. Moran-Eserski (EY Parthenon) to be sent to potential buyer. | 2.0 |
| 1/12/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Follow up with an investor regarding process and diligence updates. | 0.5 |
| 1/12/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Follow up with an investor regarding process and diligence updates. | 0.5 |
| 1/14/2024 | Daniel Grundei | 6. Fee Application | Continue to prepare December fee application. | 1.0 |
| 1/15/2024 | Daniel Grundei | 6. Fee Application | Continue to prepare December fee application. | 1.0 |
| 1/15/2024 | Caleb Yang | 5. Administrative tasks | Call scheduling with a potential buyer. | 0.5 |
| 1/16/2024 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with a potential buyer. | 0.5 |
| 1/16/2024 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with a potential buyer. | 0.5 |
| 1/16/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with a potential buyer. | 0.5 |
| 1/16/2024 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with a potential buyer. | 0.5 |
| 1/16/2024 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with a potential buyer. | 0.5 |
| 1/16/2024 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Weekly standing call with management and GLC deal team, regarding sale process. | 0.5 |
| 1/16/2024 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Weekly standing call with management and GLC deal team, regarding sale process. | 0.5 |
| 1/16/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Weekly standing call with management and GLC deal team, regarding sale process. | 0.5 |
| 1/16/2024 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Weekly standing call with management and GLC deal team, regarding sale process. | 0.5 |
| 1/16/2024 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Weekly standing call with management and GLC deal team, regarding sale process. | 0.5 |
| 1/16/2024 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Management meeting with UCC advisor and GLC deal team, regarding sale process. | 1.0 |
| 1/16/2024 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Management meeting with UCC advisor and GLC deal team, regarding sale process. | 1.0 |
| 1/16/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Management meeting with UCC advisor and GLC deal team, regarding sale process. | 1.0 |
| 1/16/2024 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Management meeting with UCC advisor and GLC deal team, regarding sale process. | 1.0 |
| 1/16/2024 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Management meeting with UCC advisor and GLC deal team, regarding sale process. | 1.0 |
| 1/16/2024 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with Blue Torch and GLC deal team. | 0.5 |
| 1/16/2024 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with Blue Torch and GLC deal team. | 0.5 |
| 1/16/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with Blue Torch and GLC deal team. | 0.5 |
| 1/16/2024 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with Blue Torch and GLC deal team. | 0.5 |
| 1/16/2024 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with Blue Torch and GLC deal team. | 0.5 |

| Date | Name | Category | Description | Hours |
|---|---|---|---|---|
| | | Board / Investors & Creditors | | |
| 1/16/2024 | Caleb Yang | 4. Review, preparation or marketing of materials / analysis / diligence | Prepare call agenda for management team. | 0.5 |
| 1/16/2024 | Daniel Grundei | 4. Review, preparation or marketing of materials / analysis / diligence | Discuss financial analysis to be sent to potential buyer with A. Flores-Noel and C. Yang. | 2.0 |
| 1/16/2024 | Alonso Flores-Noel | 4. Review, preparation or marketing of materials / analysis / diligence | Discuss financial analysis to be sent to potential buyer with D. Grundei and C. Yang. | 2.0 |
| 1/16/2024 | Caleb Yang | 4. Review, preparation or marketing of materials / analysis / diligence | Discuss financial analysis to be sent to potential buyer with D. Grundei and A. Flores-Noel. | 2.0 |
| 1/16/2024 | Caleb Yang | 5. Administrative tasks | Update sale tracker and sale process summary. | 1.0 |
| 1/16/2024 | Daniel Grundei | 3. Review, preparation, and attendance for court / mediation hearings | Provide an update of sales process to A. Fang (Willkie). | 0.5 |
| 1/17/2024 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with potential buyer. | 0.5 |
| 1/17/2024 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with potential buyer. | 0.5 |
| 1/17/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with potential buyer. | 0.5 |
| 1/17/2024 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with potential buyer. | 0.5 |
| 1/17/2024 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with potential buyer. | 0.5 |
| 1/17/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Discussion regarding recommending potential board candidates for Near post-emergence. | 0.5 |
| 1/17/2024 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Discussion regarding recommending potential board candidates for Near post-emergence. | 0.5 |
| 1/17/2024 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Discussion regarding recommending potential board candidates for Near post-emergence. | 0.5 |
| 1/17/2024 | Abe Han | 3. Review, preparation, and attendance for court / mediation hearings | Correspondence with J. Brandt (Willkie) and C. Corazza (Young Conway), regarding hearing appearance. | 1.0 |
| 1/17/2024 | Daniel Grundei | 3. Review, preparation, and attendance for court / mediation hearings | Correspondence with J. Brandt (Willkie) and C. Corazza (Young Conway), regarding hearing appearance. | 1.0 |
| 1/18/2024 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Standing call with UCC. | 0.5 |
| 1/18/2024 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Standing call with UCC. | 0.5 |
| 1/18/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Standing call with UCC. | 0.5 |
| 1/18/2024 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Standing call with UCC. | 0.5 |
| 1/18/2024 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors | Standing call with UCC. | 0.5 |
| 1/18/2024 | Alonso Flores-Noel | 5. Administrative tasks | Work with J. Brandt to process NDAs. | 1.0 |
| 1/19/2024 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Management meeting with potential buyer. | 0.5 |
| 1/19/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Management meeting with potential buyer. | 2.0 |
| 1/19/2024 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Management meeting with potential buyer. | 2.0 |
| 1/19/2024 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Management meeting with potential buyer. | 2.0 |
| 1/19/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Correspondence with G. Kong, J. Faieta and P. Gross, regarding sale process. | 1.0 |
| 1/19/2024 | Caleb Yang | 5. Administrative tasks | Schedule call with potential bidders. | 0.5 |
| 1/19/2024 | Caleb Yang | 5. Administrative tasks | Update tracker. | 0.3 |
| 1/19/2024 | Caleb Yang | 5. Administrative tasks | Update sale process summary. | 0.3 |
| 1/19/2024 | Daniel Grundei | 6. Fee Application | Review and revise fee application. | 2.0 |
| 1/19/2024 | Alonso Flores-Noel | 6. Fee Application | Review and revise fee application. | 3.0 |
| 1/19/2024 | Caleb Yang | 6. Fee Application | Review and revise fee application. | 3.0 |
| 1/20/2024 | Alonso Flores-Noel | 6. Fee Application | Review and revise fee application. | 1.0 |
| 1/21/2024 | Abe Han | 3. Review, preparation, and attendance for court / mediation hearings | Review court materials. | 1.0 |
| 1/21/2024 | Caleb Yang | 5. Administrative tasks | Call scheduling with potential buyer. | 0.5 |

| Date | Name | Category | Description | Hours |
|---|---|---|---|---|
| 1/21/2024 | Daniel Grundei | 6. Fee Application | Continue to review and revise fee application. | 3.0 |
| 1/21/2024 | Alonso Flores-Noel | 6. Fee Application | Continue to review and revise fee application. | 3.0 |
| 1/22/2024 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with potential buyer. | 0.5 |
| 1/22/2024 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with potential buyer. | 0.5 |
| 1/22/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with potential buyer. | 0.5 |
| 1/22/2024 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with potential buyer. | 0.5 |
| 1/22/2024 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Meeting with potential buyer. | 0.5 |
| 1/22/2024 | Caleb Yang | 5. Administrative tasks | Call scheduling with potential buyer. | 0.5 |
| 1/22/2024 | Abe Han | 3. Review, preparation, and attendance for court / mediation hearings | Review court materials. | 1.0 |
| 1/23/2024 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Standing call with management. | 0.5 |
| 1/23/2024 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Standing call with management. | 0.5 |
| 1/23/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Standing call with management. | 0.5 |
| 1/23/2024 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Standing call with management. | 0.5 |
| 1/23/2024 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Standing call with management. | 0.5 |
| 1/23/2024 | Caleb Yang | 5. Administrative tasks | Update tracker. | 0.3 |
| 1/23/2024 | Caleb Yang | 5. Administrative tasks | Update 2-page sale process summary. | 0.3 |
| 1/23/2024 | Alonso Flores-Noel | 5. Administrative tasks | Prepare updates regarding the sale process. | 1.0 |
| 1/23/2024 | Abe Han | 4. Review, preparation or marketing of materials / analysis / diligence | Correspondence with a potential buyer. | 1.0 |
| 1/23/2024 | Daniel Grundei | 4. Review, preparation or marketing of materials / analysis / diligence | Correspondence with a potential buyer. | 1.0 |
| 1/23/2024 | Caleb Yang | 3. Review, preparation, and attendance for court / mediation hearings | Prepare sale process summary. | 0.5 |
| 1/24/2024 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with company counsel regarding a potential buyer inbound interest. | 0.5 |
| 1/24/2024 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with company counsel regarding a potential buyer inbound interest. | 0.5 |
| 1/24/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with company counsel regarding a potential buyer inbound interest. | 0.5 |
| 1/24/2024 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with company counsel regarding a potential buyer inbound interest. | 0.5 |
| 1/24/2024 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Call with company counsel regarding a potential buyer inbound interest. | 0.5 |
| 1/24/2024 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Management meeting with potential buyer. | 0.5 |
| 1/24/2024 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Management meeting with potential buyer. | 0.5 |
| 1/24/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Management meeting with potential buyer. | 0.5 |
| 1/24/2024 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Management meeting with potential buyer. | 0.5 |
| 1/24/2024 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Management meeting with potential buyer. | 0.5 |
| 1/24/2024 | Abe Han | 4. Review, preparation or marketing of materials / analysis / diligence | Correspondence with a potential buyer. | 1.0 |
| 1/25/2024 | Abe Han | 1. Discussions / meetings with Company / Board / Investors & Creditors | Standing call with UCC. | 0.5 |
| 1/25/2024 | Bob Swindell | 1. Discussions / meetings with Company / Board / Investors & Creditors | Standing call with UCC. | 0.5 |
| 1/25/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Standing call with UCC. | 0.5 |
| 1/25/2024 | Alonso Flores-Noel | 1. Discussions / meetings with Company / Board / Investors & Creditors | Standing call with UCC. | 0.5 |
| 1/25/2024 | Caleb Yang | 1. Discussions / meetings with Company / Board / Investors & Creditors | Standing call with UCC. | 0.5 |

| Date | Professional | Category | Description | Hours |
|---|---|---|---|---|
| 1/25/2024 | Abe Han | 4. Review, preparation or marketing of materials / analysis / diligence | Correspondence with J. Brandt, regarding a potential buyer inbound interest. | 1.0 |
| 1/25/2024 | Daniel Grundei | 1. Discussions / meetings with Company / Board / Investors & Creditors | Email L. Haspel, D. O'Flanagan and R. O'Donnell regarding sale process update. | 1.0 |
| 1/26/2024 | Alonso Flores-Noel | 4. Review, preparation or marketing of materials / analysis / diligence | Update financial analysis for potential buyers. | 2.0 |
| 1/26/2024 | Caleb Yang | 4. Review, preparation or marketing of materials / analysis / diligence | Update financial analysis for potential buyers. | 2.0 |
| 1/26/2024 | Abe Han | 3. Review, preparation, and attendance for court / mediation hearings | Correspondence with Willkie, regarding potential buyer inbound interest. | 1.0 |
| 1/29/2024 | Abe Han | 4. Review, preparation or marketing of materials / analysis / diligence | Correspondence with a potential buyer. | 0.5 |
| 1/31/2024 | Daniel Grundei | 4. Review, preparation or marketing of materials / analysis / diligence | Correspondence with a potential buyer. | 1.0 |
| 1/31/2024 | Caleb Yang | 5. Administrative tasks | Update tracker. | 0.3 |
| 1/31/2024 | Caleb Yang | 5. Administrative tasks | Update sale process summary. | 0.3 |

16

## **Exhibit B**

(Expenses)

## GLC Advisors & Co LLC
## Near Intelligence Expense Detail
### January 2024

| Type | Date | Num | Source Name | Memo | Amount | Balance |
|---|---|---|---|---|---:|---:|
| **Expense** | | | | | | |
| **6420 · Office Expenses & Supplies** | | | | | | |
|   **6430 · Printing and Copying** | | | | | | |
|     Bill | 01/31/2024 | 1/2024 GLC | GLC | Print expenses 1/2024 | 32.00 | 32.00 |
|   Total 6430 · Printing and Copying | | | | | 32.00 | 32.00 |
|   **6440 · Dues & Subscriptions** | | | | | | |
|     Bill | 01/31/2024 | 1/24-3/24 | Firmex | Quarterly data room fee 1/24-3/24 | 1,800.00 | 1,800.00 |
|   Total 6440 · Dues & Subscriptions | | | | | 1,800.00 | 1,800.00 |
| Total 6420 · Office Expenses & Supplies | | | | | 1,800.00 | 1,800.00 |
| **6500 · Travel** | | | | | | |
|   **6505 · Travel costs** | | | | | | |
|     **6545 · Overtime/Office Meals** | | | | | | |
|       Bill | 01/10/2024 | SL-8465-244 | Seamless (GrubHub) | AFN: OT Meal 2024-01-02 Near Intelligence | 27.90 | 27.90 |
|       Bill | 01/10/2024 | SL-8465-244 | Seamless (GrubHub) | CY: OT Meal 2024-01-02 Near Intelligence | 31.50 | 59.40 |
|       Bill | 01/10/2024 | SL-8465-244 | Seamless (GrubHub) | AFN: OT Meal 2024-01-03 Near Intelligence | 27.90 | 87.30 |
|       Bill | 01/10/2024 | SL-8465-244 | Seamless (GrubHub) | DG: OT Meal 2024-01-03 Near Intelligence | 31.42 | 118.72 |
|       Bill | 01/10/2024 | SL-8465-244 | Seamless (GrubHub) | CY: OT Meal 2024-01-03 Near Intelligence | 31.50 | 150.22 |
|       Bill | 01/10/2024 | SL-8465-244 | Seamless (GrubHub) | AFN: OT Meal 2024-01-04 Near Intelligence | 31.50 | 181.72 |
|       Bill | 01/10/2024 | SL-8465-244 | Seamless (GrubHub) | CY: OT Meal 2024-01-04 Near Intelligence | 30.87 | 212.59 |
|       Bill | 01/10/2024 | SL-8465-244 | Seamless (GrubHub) | AFN: OT Meal 2024-01-05 Near Intelligence | 27.90 | 240.49 |
|       Bill | 01/10/2024 | SL-8465-244 | Seamless (GrubHub) | AFN: OT Meal 2024-01-06 Near Intelligence | 45.18 | 285.67 |
|       Bill | 01/25/2024 | SL-8465-245 | Seamless (GrubHub) | CY: OT Meal 2024-01-08 Near Intelligence | 31.44 | 317.11 |
|       Bill | 01/25/2024 | SL-8465-245 | Seamless (GrubHub) | AFN: OT Meal 2024-01-08 Near Intelligence | 27.90 | 345.01 |
|       Bill | 01/25/2024 | SL-8465-245 | Seamless (GrubHub) | DG: OT Meal 2024-01-08 Near Intelligence | 28.29 | 373.30 |
|       Bill | 01/25/2024 | SL-8465-245 | Seamless (GrubHub) | CY: OT Meal 2024-01-09 Near Intelligence | 29.73 | 403.03 |
|       Bill | 01/25/2024 | SL-8465-245 | Seamless (GrubHub) | DG: OT Meal 2024-01-09 Near Intelligence | 28.56 | 431.59 |
|       Bill | 01/25/2024 | SL-8465-245 | Seamless (GrubHub) | CY: OT Meal 2024-01-10 Near Intelligence | 29.49 | 461.08 |
|       Bill | 01/25/2024 | SL-8465-245 | Seamless (GrubHub) | AFN: OT Meal 2024-01-10 Near Intelligence | 28.72 | 489.80 |
|       Bill | 01/25/2024 | SL-8465-245 | Seamless (GrubHub) | DG: OT Meal 2024-01-10 Near Intelligence | 27.72 | 517.52 |
|       Bill | 01/25/2024 | SL-8465-245 | Seamless (GrubHub) | AFN: OT Meal 2024-01-11 Near Intelligence | 31.50 | 549.02 |
|       Bill | 01/25/2024 | SL-8465-245 | Seamless (GrubHub) | CY: OT Meal 2024-01-11 Near Intelligence | 29.73 | 578.75 |
|       Bill | 01/25/2024 | SL-8465-245 | Seamless (GrubHub) | AFN: OT Meal 2024-01-12 Near Intelligence | 31.50 | 610.25 |
|       Bill | 01/25/2024 | SL-8465-245 | Seamless (GrubHub) | CY: OT Meal 2024-01-12 Near Intelligence | 31.50 | 641.75 |
|       Bill | 01/25/2024 | SL-8465-245 | Seamless (GrubHub) | DG: OT Meal 2024-01-12 Near Intelligence | 27.54 | 669.29 |
|       Bill | 01/25/2024 | SL-8465-246 | Seamless (GrubHub) | in-office mtg meal 1/15/24-1/21/24; 1/19/24 Near in person mtg w/BCVC | 161.40 | 830.69 |
|       Bill | 01/25/2024 | SL-8465-246 | Seamless (GrubHub) | AFN: OT Meal 2024-01-16 Near Intelligence | 29.24 | 859.93 |
|       Bill | 01/25/2024 | SL-8465-246 | Seamless (GrubHub) | CY: OT Meal 2024-01-16 Near Intelligence | 31.50 | 891.43 |
|       Bill | 01/25/2024 | SL-8465-246 | Seamless (GrubHub) | AFN: OT Meal 2024-01-17 Near Intelligence | 27.90 | 919.33 |
|       Bill | 01/25/2024 | SL-8465-246 | Seamless (GrubHub) | DG: OT Meal 2024-01-17 Near Intelligence | 30.42 | 949.75 |
|       Bill | 01/25/2024 | SL-8465-246 | Seamless (GrubHub) | CY: OT Meal 2024-01-17 Near Intelligence | 29.73 | 979.48 |
|       Bill | 01/25/2024 | SL-8465-246 | Seamless (GrubHub) | AFN: OT Meal 2024-01-18 Near Intelligence | 31.50 | 1,010.98 |
|       Bill | 01/25/2024 | SL-8465-246 | Seamless (GrubHub) | DG: OT Meal 2024-01-18 Near Intelligence | 31.38 | 1,042.36 |
|       Bill | 01/25/2024 | SL-8465-246 | Seamless (GrubHub) | CY: OT Meal 2024-01-18 Near Intelligence | 30.87 | 1,073.23 |
|       Bill | 01/25/2024 | SL-8465-246 | Seamless (GrubHub) | AFN: OT Meal 2024-01-19 Near Intelligence | 14.52 | 1,087.75 |
|       Bill | 01/25/2024 | SL-8465-246 | Seamless (GrubHub) | DG: OT Meal 2024-01-19 Near Intelligence | 28.63 | 1,116.38 |
|       Bill | 01/25/2024 | SL-8465-246 | Seamless (GrubHub) | CY: OT Meal 2024-01-19 Near Intelligence | 31.27 | 1,147.65 |
|       Bill | 01/25/2024 | SL-8465-246 | Seamless (GrubHub) | AFN: OT Meal 2024-01-20 Near Intelligence | 31.50 | 1,179.15 |
|       Bill | 01/25/2024 | SL-8465-246 | Seamless (GrubHub) | AFN: OT Meal 2024-01-21 Near Intelligence | 54.15 | 1,233.30 |
|     Total 6545 · Overtime/Office Meals | | | | | 1,233.30 | 1,233.30 |
|   Total 6505 · Travel costs | | | | | 1,233.30 | 1,233.30 |
| Total 6500 · Travel | | | | | 1,233.30 | 1,233.30 |
| **6600 · Professional Fees** | | | | | | |
|   **6630 · Legal Services** | | | | | | |
|     Bill | 01/10/2024 | 6001046520 | Allen & Overy LLP | 12/2023 legal services; Near Intelligence | | 0.00 |
|     Bill | 01/31/2024 | 6001046842 | Allen & Overy LLP | 1/2024 legal services; Near Intelligence | 6,598.00 | 6,598.00 |
|   Total 6630 · Legal Services | | | | | 6,598.00 | 6,598.00 |
| Total 6600 · Professional Fees | | | | | 6,598.00 | 6,598.00 |
| **Total Expense** | | | | | **9,663.30** | **9,663.30** |

| | |
|---|---:|
| **Communications, printing & other administrative costs** | 32.00 |
| **Electronic Data Room** | 1,800.00 |
| **Travel, Meals & Other** | 1,233.30 |
| **Legal** | 6,598.00 |
| | **9,663.30** |