IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*, | Case No. 23-11962 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | **Related Docket No. 395, 460, 469** |

**ORDER DENYING WITH PREJUDICE MOTION OF BRIAN NASH FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

Upon consideration of the *Motion of Brian Nash for Relief from Stay Under Section 362 of the Bankruptcy Court* (the "Motion") [Docket No. 395] and the *Objection of the Plan Administrator and Litigation Trustee to the Motion of Brian Nash for Relief from Stay Under Section 362 of the Bankruptcy Code* (the "Objection") [Docket No. 460] and the *Notice in Response to the Debtor and Debtor's Estate Opposition to Brian Nash's Motion for Relief from Stay* (the "Reply") [Docket No. 469]; and the Court having considered the Motion, the Objection, and the Reply and related arguments at the hearing held in these cases on June 20, 2024; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G); and this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this case and the Motion in this district is proper pursuant to 28 U.S.C. § 1408; and this Court having found that the notice of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A 4, Pasadena, CA 91124.

4854-6316-7434.1 19286.00001

the Motion was appropriate under the circumstances and no other notice need be provided, and after due deliberation and sufficient cause appearing therefor, it is hereby ordered that the Motion is denied with prejudice for the reasons as set forth at the hearing on June 20, 2024.

*Thomas M. Horan*

**Dated: June 27th, 2024**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**