Near Intelligence
23-11962

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Benjamin | Hackman | Office of the United States Trustee | Andrew R. Vara, U.S. Trustee for Region 3 | Video and Audio |
| Beth | Levine | Pachulski Stang Ziehl & Jones LLP | Litigation Trustee | Video and Audio |
| Colin | Robinson | Pachulski Stang Ziehl & Jones LLP | Litigation Trustee | Video and Audio |
| Jonathan | Zorio | | Myself | Video and Audio |
| Tim | Daileader | Drivetrain LLC | Plan Administrator & Liquidation Trustee | Video and Audio |
| Brian | Nash | | self | Audio Only |
| Taylor | Harrison | | | Audio Only |