IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*, | Case No. 23-11962 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: Docket No. 554** |

**ORDER GRANTING MOTION TO SHORTEN NOTICE WITH RESPECT TO PLAN ADMINISTRATOR AND LITIGATION TRUSTEE'S MOTION AUTHORIZING DRIVETRAIN, LLC TO ACT AS FOREIGN REPRESENTATIVE AND GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion to Shorten")[2] of Drivetrain, LLC, the Plan Administrator and Litigation Trustee, appointed in the above-captioned chapter 11 cases of Near Intelligence, Inc., *et al.* (collectively, the "Debtors"), for entry of an order (this "Order"): (a) shortening the notice period with respect to the *Plan Administrator and Litigation Trustee's Motion Authorizing Drivetrain, LLC to Act as Foreign Representative and Granting Related Relief* (the "Foreign Representative Motion"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A 4, Pasadena, CA 91124.

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Motion to Shorten.

4903-2078-6518.2 19286.00001

this Court having found that the relief was appropriate under the circumstances; and this Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion to Shorten is granted as set forth herein.

2. The Foreign Representative Motion shall be heard on **July 21, 2025 at 11:00 a.m. (Eastern Time) in Courtroom 5, 5th Floor** (the "Hearing").

3. All objections to the relief requested by the Foreign Representative Motion shall be filed or presented at the time of the Hearing.

4. Immediately after the entry of this Order, the Litigation Trustee shall serve a copy of this Order and notice of the Foreign Representative Motion as set forth in the Motion to Shorten by email where available, otherwise by overnight mail.

5. The Litigation Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion to Shorten.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

*[Signature: Thomas M. Horan]*

**Dated: July 18th, 2025**  
**Wilmington, Delaware**

**THOMAS M. HORAN**  
**UNITED STATES BANKRUPTCY JUDGE**