# SIGN-IN SHEET

**CASE NAME:** Near Intelligence
**CASE NO:** 23-11962

**COURTROOM LOCATION:** 5
**DATE:** 7/21/2025 at 11:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Peter Keane | Padussis Strug Zobl & Tone LLP | Drivetrain LLC — Plan Administrator & Litigation Trustee |
| | | |
| | | |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

Near Intelligence 23-11962
July 21, 2025

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Tim | Daileader | Drivetrain LLC | Plan Administrator and Litigation Trustee | Video and Audio |
| Peter | Keane | Pachulski Stang Ziehl & Jones LLP | Plan Administrator and Litigation Trustee | Video and Audio |
| Beth | Levine | Pachulski Stang Ziehl & Jones LLP | Plan Administrator and Litigation Trustee | Video and Audio |
| Marc | Rosenberg | Drivetrain LLC | Plan Administrator and Litigation Trustee | Video and Audio |
| Scott | Flaherty | LevFin Insights/press | | Audio Only |
| Taylor | Harrison | | | Audio Only |