IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NEAR INTELLIGENCE, PTE, LTD., <br><br> Debtor.[1] | Chapter 11 <br><br> Case No. 23-11966 (TMH) <br><br> (Jointly Administered) |

### NOTICE OF HEARING ON APPLICATION FOR RECOGNITION AS A FOREIGN NON-MAIN PROCEEDING IN SINGAPORE

**PLEASE TAKE NOTICE** that, the General Division of the High Court of the Republic of Singapore (the "Singapore Court") will hold an additional hearing on Drivetrain LLC's *Originating Application (Without Notice)*, seeking recognition of the above-captioned Chapter 11 Case as a foreign non-main proceeding in the General Division of the High Court of the Republic of Singapore on October 30, 2025 at 10:00 a.m. (Singapore Time) in Court 2C of the Supreme Court of Singapore located at 1 Supreme Court Lane, Singapore 178879.

**PLEASE TAKE FURTHER NOTICE** that, the Singapore Court gave further directions for Drivetrain LLC to file a further affidavit by Thursday, 9 October 2025 to set out *inter alia* further information on the Near Intelligences, PTE, LTD.'s center of main interests.

---

[1] The Debtor's registered address is at 1 Phillip Street, #05-01, Royal One Phillip, Singapore 048692, and its headquarters is located at 100 W Walnut St., Suite A 4, Pasadena, CA 91124.

Dated: September 30, 2025      **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Beth E. Levine (*admitted pro hac vice*)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:    bsandler@pszjlaw.com
          blevine@pszjlaw.com
          pkeane@pszjlaw.com

*Counsel for the Plan Administrator and Litigation Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*, | Case No. 23-11962 (TMH) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on September 5, 2025, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

- **Notice of Hearing on Application for Recognition as a Foreign Non-Main Proceeding**

  */s/ Peter J. Keane*
  Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A 4, Pasadena, CA 91124.

4916-5814-9228.1 19286.00001

**Service Via Email Upon Core/2002**

| | | |
|---|---|---|
| Bricker Graydon LLP<br>mdebbeler@brickergraydon.com | Buchalter, A Professional Corporation<br>schristianson@buchalter.com | Delaware Attorney General<br>attorney.general@state.de.us<br>attorney.general@delaware.gov |
| DLA PIPER LLP (US)<br>dennis.odonnell@us.dlapiper.com | DLA PIPER LLP (US)<br>craig.martin@us.dlapiper.com<br>aaron.applebaum@us.dlapiper.com | Doshi Legal Group, P.C.<br>amish@doshilegal.com |
| Duane Morris LLP<br>SLRoss@duanemorris.com<br>DSMcGehrin@duanemorris.com | Eckert Seamans Cherin & Mellott LLC<br>npasalides@eckertseamans.com | Ernst & Young LLP<br>james.baring@parthenon.ey.com |
| Jack Shrum PA<br>Jshrum@jshrumlaw.com | King & Spalding LLP<br>gking@kslaw.com | King & Spalding LLP<br>rschwartz@kslaw.com<br>gking@kslaw.com<br>mcadavid@kslaw.com |
| Kroll Restructuring Administration LLC<br>serviceqa@ra.kroll.com<br>nearteam@ra.kroll.com | Meyer, Suozzi, English & Klein, P.C.<br>jgarbus@msek.com<br>mantongiovanni@msek.com<br>hkleinberg@msek.com | Morris, Nichols, Arsht & Tunnell LLP<br>rdehney@morrisnichols.com<br>mharvey@morrisnichols.com<br>bdolphin@morrisnichols.com<br>apark@morrisnichols.com |
| National Association of Attorneys General<br>kcordry@naag.org | Office of the United States Trustee for the District of Delaware<br>Benjamin.a.hackman@usdoj.gov | Securities & Exchange Commission - NY Office<br>bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities & Exchange Commission - Philadelphia Office<br>secbankruptcy@sec.gov | State of Alaska Attorney General<br>attorney.general@alaska.gov | State of Arizona Attorney General<br>aginfo@azag.gov |
| State of California Attorney General<br>bankruptcy@coag.gov | State of Connecticut Attorney General<br>attorney.general@ct.gov<br>denise.mondell@ct.gov | State of Hawaii Attorney General<br>hawaiiag@hawaii.gov |
| State of Illinois Attorney General<br>webmaster@atg.state.il.us | State of Iowa Attorney General<br>webteam@ag.iowa.gov | State of Louisiana Attorney General<br>consumerinfo@ag.state.la.us |
| State of Maine Attorney General<br>oag.mediation@maine.gov | State of Maryland Attorney General<br>oag@oag.state.md.us | State of Michigan Attorney General<br>miag@michigan.gov |
| State of Missouri Attorney General<br>attorney.general@ago.mo.gov | State of Montana Attorney General<br>contactdoj@mt.gov | State of Nebraska Attorney General<br>ago.info.help@nebraska.gov |
| State of Nevada Attorney General<br>aginfo@ag.nv.gov | State of New Hampshire Attorney General<br>attorneygeneral@doj.nh.gov | State of New Jersey Attorney General<br>askconsumeraffairs@lps.state.nj.us |
| State of New York Attorney General<br>Martin.Mooney@ag.ny.gov | State of North Dakota Attorney General<br>ndag@nd.gov | State of Oregon Attorney General<br>consumer.hotline@doj.state.or.us |
| State of Pennsylvania Attorney General<br>jswartley@attorneygeneral.gov<br>mvaneck@attorneygeneral.gov | State of South Dakota Attorney General<br>consumerhelp@state.sd.us | State of Utah Attorney General<br>uag@utah.gov |

| | | |
|---|---|---|
| State of Vermont Attorney General<br>ago.info@vermont.gov | State of West Virginia Attorney General<br>consumer@wvago.gov | Stellar Lifestyle Pte Ltd<br>Steffi@smrt.com.sg |
| The Rosner Law Group LLC<br>rosner@teamrosner.com<br>liu@teamrsoner.com | U.S. Securities and Exchange Commission - Headquarters<br>secbankruptcy@sec.gov | Vectis Law<br>pcostello@vectislawgroup.com |
| Washington DC Attorney General<br>oag@dc.gov | Willkie Farr & Gallagher LLP<br>rstrickland@willkie.com<br>amordkoff@willkie.com<br>jbrandt@willkie.com | Young Conaway Stargatt & Taylor, LLP<br>emorton@ycst.com<br>mlunn@ycst.com<br>sreil@ycst.com<br>ccox@ycst.com |

**Service Via First Class U.S. Mail Upon Core/2002**

| | | |
|---|---|---|
| State of Colorado Attorney General<br>Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | State of Florida Attorney General<br>Attn: Bankruptcy Department<br>The Capitol, Pl 01<br>Tallahassee, FL 32399-1050 | State of Georgia Attorney General<br>Attn: Bankruptcy Department<br>40 Capital Square, SW<br>Atlanta, GA 30334-1300 |
| State of Idaho Attorney General<br>Attn: Bankruptcy Department<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise, ID 83720-1000 | State of Kansas Attorney General<br>Attn: Bankruptcy Department<br>120 SW 10th Ave., 2nd Floor<br>Topeka , KS 66612-1597 | State of Kentucky Attorney General<br>Attn: Bankruptcy Department<br>700 Capitol Avenue, Suite 118<br>Frankfort , KY 40601 |
| State of Minnesota Attorney General<br>Attn: Bankruptcy Department<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul, MN 55101-2131 | State of Mississippi Attorney General<br>Attn: Bankruptcy Department<br>Walter Sillers Building<br>550 High Street, Suite 1200, P.O. Box 220<br>Jackson, MS 39201 | State of New Mexico Attorney General<br>Attn: Bankruptcy Department<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 |
| State of New York Attorney General<br>Attn: Bankruptcy Unit, Civil Recoveries Bureau<br>Office of the Attorney General<br>The Capitol<br>Albany, NY 12224-0341 | State of North Carolina Attorney General<br>Attn: Bankruptcy Department<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 | State of Ohio Attorney General<br>Attn: Bankruptcy Department<br>30 E. Broad St., 14th Floor<br>Columbus, OH 43215 |
| State of Oklahoma Attorney General<br>Attn: Bankruptcy Department<br>313 Ne 21St Street<br>Oklahoma City, OK 73105 | State of Rhode Island Attorney General<br>Attn: Bankruptcy Department<br>150 South Main Street<br>Providence, RI 02903 | State of Tennessee Attorney General<br>Attn: Laura L. McCloud, Bankruptcy<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |

| State of Virginia Attorney General<br>Attn: Financial Recovery Section<br>Post Office Box 610<br>Richmond , VA 23218-0610 | State of Washington Attorney General<br>Attn: Bankruptcy Department<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | State of Wisconsin Attorney General<br>Attn: Bankruptcy Department<br>Wisconsin Department of Justice<br>State Capitol, Room 114 East, P. O. Box 7857<br>Madison, WI 53707-7857 |
| --- | --- | --- |
| State of Wyoming Attorney General<br>Attn: Bankruptcy Department<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne, WY 82002 | U.S. Attorney for Delaware<br>Attn: David C. Weiss & Ellen Slights<br>U.S. Attorney's Office<br>1313 N Market Street, Suite 400<br>Wilmington, DE 19801 | United States of America Attorney General<br>Attn: Bankruptcy Department<br>Us Dept of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 |

**Service Via First Class Mail Upon Affected Claimants**

| AEI Legal LLC<br>1 Phillip Street<br>#05-01 Royal One Phillip<br>Singapore,  048692 Singapore | ASLF Media Pty Ltd<br>48 Hillside Road<br>Newport, NSW 2106 Australia | Bird & Bird<br>Level 22<br>25 Martin Place<br>Sydney, NSW 2000 Australia |
| --- | --- | --- |
| Blue Torch Capital<br>Attn: Lee Haspel, Dermott O'Flanagan, Andrew McAlpine<br>150 E. 58th Street, 39th Floor<br>New York, NY 10155 | Bonzai Digital Pte Ltd<br>160 Robinson Road<br>#20-03 SBF Center<br>068914 Singapore | Central Provident Fund<br>The URA Centre East Wing (opposite Maxwell Food Centre) 45 Maxwell Road, #01-11<br>069118 Singapore |
| COMEXPOSIUM ASIA PACIFIC PTE LTD<br>152 BEACH ROAD<br>#07-07/08, Gateway East<br>189721 Singapore | ControlCase International Private Limited<br>Corporate Center, J.B.Nagar<br>Mumbai, Maharashtra,  400059 India | Datasite Singapore Pte. Ltd.<br>50 Collyer Quay<br>OUE Bayfront, #150-1<br>049321 Singapore |
| ECRA Pte Ltd<br>160 Robinson Road<br>#20-03 SBF Center<br>068914 Singapore | First-Citizens Bank & Trust Company<br>Duane Morris LLP<br>Attn: Sommer L. Ross<br>1201 N. Market Street, Suite 501<br>Wilmington, DE 19801 | Google Asia Pacific Pte. Ltd.<br>70 Pasir Panjang Road<br>117371 Singapore |
| Harris, Ed<br>Address Redacted | HERE Europe B.V.<br>1115 De Run<br>Veldhoven,  5503LB Netherlands | Ho, Celia<br>Address Redacted |
| ICR LLC<br>761 Main Avenue<br>Norwalk, CT 06851 | Incubeta Australia Pty Ltd<br>100 Harris St<br>Pyrmont, NSW 2009 Australia | Influent Media Limited<br>97 Charlotte Street<br>London, W1T 4QA United Kingdom |
| InfoSum Ltd<br>1100 Renaissance<br>Basing View<br>Basingstoke, Hampshire RG21 4EQ United Kingdom | INMOBI PTE LTD<br>30 Cecil Street<br>Prudential Tower<br>049712 Singapore | Interxion Ireland DAC Limited<br>Grange Castle Business Park<br>Nangor Road<br>Dublin, Ireland |

| | | |
|---|---|---|
| Kirkland & Ellis LLP<br>Attn: Tamar Donikyan<br>601 Lexington Avenue<br>New York, NY 10022 | Lex Connect Consulting Private Limited<br>Jones And Spross PLLC<br>1605 Lakecliff Hills Ln<br>Suite 100<br>Austin, TX 78732 | Lowther-Harris, Edward<br>Address Redacted |
| M2K Advisors LLP<br>No. 30/ 64, Ethiraj Salai, Egmore<br>7th Floor, Briley One<br>Chennai, Tamil Nadu, 600008 India | Magnite, Inc.<br>6080 Center Drive 4th Floor<br>Los Angeles, CA 90045 | Matsui, Masahiro<br>Address Redacted |
| Metayage Inc<br>Woodinvile NE 140th Way<br>Washington, WA 02147 | NEAR GmbH<br>AM Herrenweiher 3<br>Dingolfing, 84130 Germany | NEAR GmbH<br>c/o ZIRNGIBL<br>Karlstraße 23<br>Munich, Bavaria, 80333 Germany |
| Nexxen Group LLC fka Unruly Group LLC<br>3600 136th Place SE<br>Bellevue, WA 98005 | Oracle Corporation Singapore Pte Ltd<br>1 Fusionopolis Place<br>#12, Galaxis<br>138522 Singapore | Oracle Corporation UK Limited<br>Oracle Parkway, Thames Valley Park (TVP)<br>Reading, Berkshire, RG6 1RA<br>United Kingdom |
| Oracle Singapore<br>1 Fusionopolis Place<br>#12, Galaxis<br>138522 Singapore | PublicNSA, LLC dba BIGDBM<br>9499 Collins Ave<br>Aventura, FL 94304 | PubMatic, Inc.<br>Attn: Andrew Woods, General Counsel<br>601 Marshall Street<br>Redwood City, CA 94063 |
| Qb Studios - Ponsonby<br>6/19 Southwark Street<br>Christchurch, 8011 New Zealand | Regus Japan Holdings K.K.<br>3-4-1 Ginza 3-Cho-me<br>Chuo-ku<br>Tokyo, 104-0061 Japan | Shivaami Cloud Services Pvt Ltd<br>1001, 10th Floor, Runwal R Square<br>LBS Road, Mulund West<br>Mumbai, 400 080 India |
| Smaato, Inc.<br>350 5th Ave<br>Ste 7700<br>New York, NY 10118-7704 | Swish Japan inc.<br>3-11-4, Minato ku<br>Tokyo, Japan | The Executive Centre Singapore Pte Ltd<br>Level 37 Ocean Financial Centre<br>049315 Singapore |
| TrueData Solutions, Inc.<br>1 E Erie St<br>Suite 525-4083<br>Chicago, IL 60611 | Vercara, LLC - Neustar<br>2201 Cooperative Way<br>Suite 350<br>Herndon, VA 20171 | Verve Group Europe GmbH<br>Attn: Legal<br>Karl-Liebnecht-Str. 32<br>Berlin, 10178 Germany |