**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NEAR INTELLIGENCE, INC., *et al.*,[1] | Case No. 23-11962 (TMH) |
| Debtors. | (Jointly Administered) |
| DRIVETRAIN, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., et al., Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>MOBILEFUSE, LLC,<br><br>Defendant. | Adv. Proc. No. 25-52298 (TMH) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 27, 2026 AT 2:00 P.M. (EASTERN TIME) BEFORE THE
HONORABLE THOMAS M. HORAN, UNITED STATES BANKRUPTCY JUDGE, AT
THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF
DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5,
WILMINGTON, DELAWARE 19801**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd.  The Debtors' headquarters is located at 100 W Walnut St., Suite A 4, Pasadena, California 91124.

**ORAL ARGUMENT:**

1.  *Motion by Defendant to Dismiss Amended Complaint* [Filed 12.16.25; Docket No. 28] [Drivetrain, LLC v. MobileFuse, LLC, Adv. Proc. No. 25-52298 (TMH)]

**Response Deadline**:  December 30, 2025

**Responses**:

(a)  *Plaintiff's Opposition to Defendant's Motion to Dismiss Amended Complaint and Brief in Support* [Filed 01.13.26; Docket No. 36].

(b)  Reply Memorandum of Law In Support of Motion to Dismiss Plaintiff's Amended Complaint [Filed 02.03.26; Docket No. 37].

**Related Documents**:

(a)  Memorandum of Law in Support of Motion to Dismiss Plaintiff's Amended Complaint [Filed 12.16.25; Docket No. 29].

(b)  Declaration of Robert F. Regan in Support of Dismiss Plaintiff's Amended Complaint [Filed 12.16.25; Docket No. 30].

(c)  Certification of Counsel Regarding Order Approving Stipulation Extending Briefing Deadlines for Defendant's Motion to Dismiss [Filed 12.18.25; Docket No. 31].

(d)  [Signed] Order Approving Stipulation Extending Briefing Deadlines for Defendant's Motion to Dismiss [Filed 12.19.25; Docket No. 32].

(e)  Notice of Completion of Briefing [Filed 02.09.26; Docket No. 38].

(f)  Notice of Hearing Regarding Oral Argument With Respect to Defendant's Motion to Dismiss Amended Complaint and Brief in Support [Filed 04.14.26; Docket No. 39].

**Status**: Oral argument on this matter will go forward.

Dated: May 22, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Beth E. Levine (*pro hac vice*)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
T: (302) 652-4100
F: (302) 652-4400
bsandler@pszjlaw.com
blevine@pszjlaw.com
pkeane@pszjlaw.com

-and-

REID COLLINS & TSAI LLP

Eric D. Madden (*pro hac vice*)
Brandon V. Lewis (*pro hac vice*)
Brian J. Bah (*pro hac vice*)
1601 Elm Street, Suite 4200
Dallas, TX 75201
T: (214) 420-8900
F: (214) 420-8909
emadden@reidcollins.com
blewis@reidcollins.com
bbah@reidcollins.com

*Counsel for the Trustee*

4930-6179-9597.1 19286.00001                                   3