**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NEAR INTELLIGENCE, INC., *et al.*,<br><br>                Debtors.[1] | Chapter 11<br><br>Case No. 23-11962 (TMH)<br><br>(Jointly Administered) |
| DRIVETRAIN, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., *et al.*, Litigation Trust,<br><br>                Plaintiff,<br><br>      vs.<br><br>MOBILEFUSE, LLC,<br><br>                Defendant. | Adversary Proceeding<br>No. 25-52298 (TMH) |

**CERTIFICATE OF SERVICE**

I, Peter J. Keane, hereby certify that on May 22, 2026, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Notice of Agenda of Matters Scheduled for Hearing on May 27, 2026 at 2:00 p.m. (Eastern Time)**

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd.  The Debtors' headquarters is located at 100 W Walnut St., Suite A 4, Pasadena, California 91124.

Near Intelligence – Service List re MobileFuse, LLC
Case No. 25-52298 (TMH)
Doc. No. 4916-4246-7442
12 – Email

**Email**
(Counsel to the Trustee)
Bradford J. Sandler
Beth E. Levine
Peter J. Keane
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Email  bsandler@pszjlaw.com;
blevine@pszjlaw.com;
pkeane@pszjlaw.com

**Email**
(Counsel to the Trustee)
Eric D. Madden
Brandon V. Lewis
Brian J. Bah
Reid Collins & Tsai LLP
1601 Elm Street, Suite 4200
Dallas, TX 75201
Email:  emadden@reidcollins.com;
blewis@reidcollins.com;
bbah@reidcollins.com

**Email**
(Counsel to MobileFuse, LLC)
Frederick B. Rosner
Chan (Cora) Dong
The Rosner Law Group LLC
824 North Market Street, Suite 810
Wilmington, DE  19801
Email:  rosner@teamrosner.com;
dong@teamrosner.com

**Email**
(Counsel to MobileFuse, LLC)
Kevin Schlosser
James D. Garbus
Robert F. Regan
Howard B. Kleinberg
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
Garden City, NY  11530
Email:  kschlosser@msek.com;
jgarbus@msek.com;
hkleinberg@msek.com; rregan@msek.com

4930-6179-9597.1 19286.00001