**CASE NAME:** Drivetrain LLC v. MobileFuse LLC
**CASE NO:** 25-52298

**COURTROOM LOCATION:** 5
**DATE:** 5/27/2026 at 2:00 p.m.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Peter Keane | Pachulski Stang Ziehl & Jones LLP | Drivetrain, LLC / Plaintiff |
| Brandon Lewis | Reed Collins & Tsai LLP | Drivetrain, LLC / Plaintiff |
| Fred Rosner | Rosner Law | Mobile Fuse, LLC |
| Robert Regan | Meyer Svozzi | " " |
| Kevin Schlosser | " " | " " |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Andrew | McAlpine | Blue Torch Capital | Interested Party | Video and Audio |
| Brian | Bah | Reid Collins & Tsai LLP | Plan Administrator & Litigation Trustee | Video and Audio |
| Tim | Daileader | Drivetrain LLC | Plan Administrator & Litigation Trustee | Video and Audio |
| Peter | Keane | Pachulski Stang Ziehl & Jones LLP | Plan Administrator & Litigation Trustee | Video and Audio |
| Beth | Levine | Pachulski Stang Ziehl & Jones LLP | Plan Administrator & Litigation Trustee | Video and Audio |
| Eric | Madden | Reid Collins & Tsai LLP | Plan Administrator & Litigation Trustee | Video and Audio |
| Marc | Rosenberg | Drivetrain LLC | Plan Administrator & Litigation Trustee | Video and Audio |
| Courtney | Brown | Vedder Price P.C. | | Audio Only |
| Uday | Gorrepati | | | Audio Only |
| Michael | Quinn | Vedder Price P.C. | | Audio Only |
| Vince | Sullivan | Law360 | | Audio Only |
| William | Thorsness | Vedder Price P.C. | | Audio Only |
| Michael | Tomback | | | Audio Only |