**in THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NEAR INTELLIGENCE, INC., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11962 (TMH)<br><br>(Jointly Administered) |
| DRIVETRAIN, LLC, as Plan Administrator and Litigation Trustee of the Near Intelligence, Inc., *et al*. Litigation Trust,<br><br>Plaintiff,<br>vs.<br><br>MOBILEFUSE, LLC,<br><br>Defendant. | Adv. No. 25-52298 (TMH) |

**CERTIFICATE OF SERVICE**

I, Peter J. Keane, hereby certify that on the September 30, 2026, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

- *Notice of Agenda of matters scheduled for Hearing on October 2, 2026 at 10:00 a.m. (Eastern Time) Before the Honorable Thomas M. Horan, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 7, Wilmington, Delaware 19801* [Docket No. 637; Adv. Docket No. 64]

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Near Intelligence, Inc. (7857), Near Intelligence LLC (9004), Near North America, Inc. (9078), and Near Intelligence Pte. Ltd. The Debtors' headquarters is located at 100 W Walnut St., Suite A 4, Pasadena, California 91124.

(Counsel to the Trustee)
Eric D. Madden
Brandon V. Lewis
Brian J. Bah
Reid Collins & Tsai LLP
1601 Elm Street, Suite 4200
Dallas, TX 75201
Email: emadden@reidcollins.com; blewis@reidcollins.com; bbah@reidcollins.com

**Email**
(Counsel to MobileFuse, LLC)
Frederick B. Rosner
Chan (Cora) Dong
The Rosner Law Group LLC
824 North Market Street, Suite 810
Wilmington, DE 19801
Email: rosner@teamrosner.com; dong@teamrosner.com

**Email**
(Counsel to MobileFuse, LLC)
Kevin Schlosser
James D. Garbus
Robert F. Regan
Howard B. Kleinberg
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
Garden City, NY 11530
Email: kschlosser@msek.com; jgarbus@msek.com; hkleinberg@msek.com; rregan@msek.com